**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Madera Community Hospital** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-7429117** | |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1250 E. Almond Ave.** <br> **Madera, CA 93637** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Madera** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)          **maderahospital.org**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Madera Community Hospital**                              Case number *(if known)* _____
                     Name

**7.** **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))          **\*On Petition Date no healthcare**
                                                                                                    **services were being provided.**
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __6221__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

|          | District | When | Case number |
|----------|----------|------|-------------|
| District | _____ | When ____ | Case number _____ |
| District | _____ | When ____ | Case number _____ |

Debtor    **Madera Community Hospital**                          Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**    ■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.    Insurance agency    **California Healthcare Insurance**

Contact name    **Jeff Dueck**

Phone    **916-773-3992**

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Madera Community Hospital**            Case number (*if known*) _____

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Madera Community Hospital** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *03/08/2023*
MM / DD / YYYY

x *Karen Paolinelli*      **Karen Paolinelli, MSN, RN, FNP-C, PA-C**
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

x *Riley C. Walter*      Date   03/10/2023
Signature of attorney for debtor      MM / DD / YYYY

**Riley C. Walter 91839**
Printed name

**Wanger Jones Helsley**
Firm name

**265 E. River Park Circle, Ste. 310**
**Fresno, CA 93720-1563**
Number, Street, City, State & ZIP Code

Contact phone   **(559) 892-2002**      Email address   **rwalter@wjhattorneys.com**

**91839 CA**
Bar number and State

## CERTIFICATE OF CORPORATE RESOLUTION
## AUTHORIZING COMMENCEMENT OF CHAPTER 11 CASE

We, Karen Paolinelli and Deidre daSilva, the undersigned, President and Chief Executive Officer and Board Chair of Madera Community Hospital ("Corporation") hereby certify and declare under penalty of perjury that the following is a true and correct excerpt from the official records of said corporation, truly and correctly reflecting the matters transacted by the said corporation at a special meeting duly called and held on February 28, 2023.

"WHEREAS, the Corporation qualifies as a debtor under Chapter 11 of the United States Bankruptcy Code, and that it is in the best interest of the Corporation to file a petition under Chapter 11 therefore;

IT WAS UNANIMOUSLY RESOLVED, that the Corporation should file a petition under Chapter 11 of the United States Bankruptcy Code.

IT WAS FURTHER RESOLVED that Riley C. Walter and Wanger Jones Helsley be retained to represent the Corporation on all matters related to the Chapter 11 case, including the filing of the petition and initial pleadings.

IT WAS FURTHER RESOLVED that Karen Paolinelli, Chief Executive Officer, be authorized and directed to execute any and all petitions, statements, schedules, declarations, plans, and other necessary documents in the Chapter 11 case as well as attend the 341(a) Meeting of Creditors, Initial Debtor Interview and other hearings on behalf of the Corporation.

The foregoing matters transacted and approved on behalf of the Corporation at a special meeting duly called and held on the _28_ day of _February_, 2023."

Certified this _6_ day of _March_, 2023, by

Karen Paolinelli, Chief Executive Officer
of Madera Community Hospital

Deidre daSilva, Chair of the Board of
Trustees of Madera Community Hospital

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Madera Community Hospital, a California not-for-profit public benefit corporation** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |

## SEE ATTACHED LIST

| Name of Creditor | Address1 | Address2 | City | State | Zip | Amount Owed | Unsecured (20 Largest) |
|---|---|---|---|---|---|---|---|
| CITIZENS BUSINESS BANK | P.O. BOX 3938 | | ONTARIO | CA | 91761 | $ 1,100,556.50 | x |
| STATE OF CALIFORNIA EMERGENCY MEDICAL SERVICES AUTHORITY | 10901 GOLD CENTER DR | #400 | RANCHO CORDOVA | CA | 95670 | $ 776,412.24 | x |
| ARYA MEDICAL GROUP | 1660 E. HERNDON AVE. | STE. 101 | FRESNO | CA | 93720 | $ 300,723.60 | x |
| CARDINAL HEALTH MEDICAL PRODUCTS AND SERVICES | P.O. BOX 100316 | | PASADENA | CA | 91189-0316 | $ 239,891.83 | x |
| SNAPMEDTECH INC | P.O. BOX 200352 | | DALLAS | TX | 75320-0352 | $ 226,327.40 | x |
| NUWEST GROUP HOLDINGS, LLC | P.O. BOX 940 | | ROSEVILLE | CA | 95661 | $ 215,438.92 | x |
| BECKMAN COULTER, INC. | DEPT. CH 10164 | | PALATINE | IL | 60055-0164 | $ 189,902.82 | x |
| GATEWAY ACCEPTANCE FOR VALLEY MEDICAL STAFFING | P.O. BOX 4053 | | CONCORD | CA | 94524 | $ 156,073.13 | x |
| GATEWAY ACCEPTANCE CO. FOR VEMA STAFFING PARTNERS | P.O. BOX 4053 | | CONCORD | CA | 94524-4053 | $ 152,352.10 | x |
| TRIAGE LLC | P.O. BOX 773328 | | CHICAGO | IL | 60677-3328 | $ 133,036.93 | x |
| CENTRAL CALIFORNIA ANESTESIOLOGY | 2276 ASHCROFT AVENUE | | CLOVIS | CA | 93611 | $ 117,041.12 | x |
| CEP AMERICA-CALIFORNIA | 1601 CUMMINS DR | STE D | MODESTO | CA | 95358-6411 | $ 107,373.50 | x |
| WESTWAYS STAFFING SERVICES, INC. | P.O. BOX 970 | | SAN JOSE | CA | 95108 | $ 98,852.80 | x |
| ZIMMER, INC. | 14235 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | $ 95,140.02 | x |
| WELLS FARGO BUSINESS CREDIT | P.O. BOX 713424 | | PHILADELPHIA | PA | 19171-3424 | $ 90,207.95 | x |
| TRUSTED HEALTH, INC. | P.O. BOX 7775 | PMB-62915 | SAN FRANCISCO | CA | 94120-7775 | $ 87,175.25 | x |
| CARDINAL HEALTH 110, LLC | PO BOX 56412 | | LOS ANGELES | CA | 90074-6412 | $ 85,598.44 | x |
| OR NURSES NATIONWIDE, INC | P.O. BOX 55963 | DEPT 5158 | LITTLE ROCK | AR | 72215 | $ 82,395.60 | x |
| APTIVA CORP | 825 GEORGES ROAD | SUITE 1 | NORTH BRUNSWICK | NJ | 8902 | $ 79,204.75 | x |
| SYSCO FOOD SERVICES OF CENTRAL CALIFORNIA | P.O. BOX 729 | | MODESTO | CA | 95353-0729 | $ 79,126.94 | x |