**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
             dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>  Debtor in Possession.<br><br>Tax ID#:    23-7429117<br>Address:    1250 E. Almond Avenue<br>            Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-1<br><br>Date:   N/A<br>Time:   N/A<br>Place:  2500 Tulare Street<br>        Courtroom: 11<br>        Fresno, CA 93721<br>Judge:  Honorable Jennifer Niemann |

### APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTIONS

TO THE HONORABLE JUDGE JENNIFER NIEMANN UNITED STATES BANKRUPTCY JUDGE:

The Debtor, by and through counsel, respectfully seeks Orders Shortening Time for notice on the below described Emergency Motions as follows:

**RELIEF SOUGHT:**

Orders granting hearings on shortened time on:

1. Emergency Motion of the Debtor for an Entry of an Order: (i) Authorizing Debtor to:

    (a) Pay certain Pre-Petition Wages, Salaries, Employee Benefits, and other Compensation;

    (b) Pay Pre-petition Reimbursable Employee Pre-Petition Expenses; and (ii) Authorizing and Directing the Banks to Pay all Checks and Electronic Payments Requests Made by the Debtor Relating to the Foregoing [WJH-2];

2. Emergency Motion of Debtor for Entry of Interim and Final Orders (a) Authorizing Use of Cash Collateral, (b) Granting Adequate Protection for Use of Petition Collateral and (c) Granting Relief Requested [WJH-3];

3. Emergency Motion for Order Authorizing (1) Maintenance of Existing Bank Accounts, (2) Continued Use of Existing Cash Management System, and (3) Continued Use of Business Forms [WJH-4];

4. Emergency Motion for Order (a) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, and (b) Determining Adequate Assurance of Payment for Future Utility Services [WJH-5];

5. Emergency Motion to Sell Personal Property (Excess Medical Supplies) [WJH-6];

6. Emergency Motion of Debtor for Order Limiting Scope of Notice [WJH-7]; and

7. Motion for Entry of Order (1) Authorizing the Debtor to (A) Maintain Insurance Program, etc. (See WJH-8).

Each of the above referenced Motions and all supporting documents will be filed on March 13, 2023. Each is already prepared.

**REASON FOR REQUEST:**

The Declaration in Support describes the reason for the requested order shortening time.

**DATE REQUESTED:** March 16, 2023, 11:00 a.m.

WHEREFORE, the Debtor requests that this Court enter its Order as follows:

1. That this Application be granted;

2. That the time for notice on each of the referenced motions be shortened;

3. That notice of hearing on each of the referenced motions be given to the 20 largest unsecured creditors, all secured creditors, the U.S. Trustee's Office, Debtor, all parties requesting special notice and any party with a pecuniary interest in the subject matter addressed in the Motion.

4. The hearings be held at the above date and time.

5. The Debtor shall give notice to the required parties on or before March 13, 2023 by U.S. mail or electronic service on registered users of the court's electronic filing system, or e-mail, if known.

6. Objections, if any, can be presented up until commencement of the hearings; and

7. For such other relief as is just and proper.

Dated: March 10, 2023　　　　　　　　　WANGER JONES HELSLEY

By: _/s/ Riley C. Walter_
　　Riley C. Walter
　　Kurt F. Vote
　　Steven K. Vote
　　Danielle J. Bethel
　　Attorneys for Debtor and Debtor in Possession,
　　Madera Community Hospital