GREGORY S. POWELL, SBN CA 182199
Assistant United States Trustee
JORGE A. GAITAN, State Bar No. 288427
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Facsimile: (559) 487-5030
Email: Jorge.A.Gaitan@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

In re

MADERA COMMUNITY HOSPITAL,

              Debtor.

Case No. 23-10457

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests to be added to the electronic service matrix and that all required notices, pleadings, and documents be directed to:

    Office of the United States Trustee
    Attn: Jorge A. Gaitan
    501 "I" Street, Suite 7-500
    Sacramento, CA 95814
    Email: Jorge.A.Gaitan@usdoj.gov

Dated: March 10, 2023            TRACY HOPE DAVIS
                                           UNITED STATES TRUSTEE

                                           /s/ Jorge A. Gaitan
                                           Trial Attorney for the
                                           United States Trustee