UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re ) Case No. 23-10457-A-11
)
**MADERA COMMUNITY HOSPITAL,** )
)
Debtor. )
)

**ORDER OF RECUSAL**

The undersigned hereby recuses herself from the above-entitled case.

Dated: March 10 2023

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

1