FORM L170 Notice of Case Transferred Due to Recusal of Judge　(v.6.15)　　　　23–10457 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF CASE TRANSFERRED DUE TO RECUSAL OF JUDGE

**Case Number:**　23–10457 – A – 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

Madera Community Hospital
1250 E. Almond Ave.
Madera, CA 93637

**NOTICE IS HEREBY GIVEN THAT:**

Due to the recusal of Jennifer E. Niemann the above–entitled bankruptcy case has been transferred for all further proceedings to the Honorable Rene Lastreto, Department B, Fresno Division. Please include the following case number on all documents filed subsequently in this case:

**Case Number:**　23–10457 – B – 11

Dated:
3/10/23

For the Court,
Wayne Blackwelder , Clerk