**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
          dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:   23-7429117<br>Address:   1250 E. Almond Avenue<br>                Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.: WJH-4<br><br>Date:     March 16, 2023<br>Time:    11:00 a.m.<br>Place:    2500 Tulare Street<br>            Courtroom 13<br>            Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

**EXHIBITS TO DECLARATION OF KAREN PAOLINELLI IN SUPPORT OF EMERGENCY MOTION FOR ORDER AUTHORIZING (1) MAINTENANCE OF EXISTING BANK ACCOUNTS, (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, AND (3) CONTINUED USE OF BUSINESS FORMS**

| Exh. | Description | | Pages |
|---|---|---|---|
| A | List of Bank Accounts | | 1 |

Dated: March 13, 2023

                                 WANGER JONES HELSLEY
                                 By: *Riley C. Walter*
                                     Riley C. Walter
                                 Attorneys for Debtor and Debtor in Possession,
                                 Madera Community Hospital

**Exhibit A**
**List of Bank Accounts**

| Banking Institution | Account Description | Account No. |
| --- | --- | --- |
| Bank of America | Master Account | 8391 |
| Bank of America | Depository | 2081 |
| Bank of America | Payroll Account | 2082 |
| Bank of America | Employee Benefit Account | 2083 |
| Bank of America | Section 125 Account | 7730 |
| Bank of America | Worker's Comp Collateral Account | 8627 |
| Bank of America | Accounts Payable | 2549 |
| Edward Jones | 1978 Bearer Bonds | 9808 |


EXHIBIT A
Page 1 of 1