**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
　　　　dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　Debtor in Possession.<br><br>Tax ID#:　23-7429117<br>Address:　1250 E. Almond Avenue<br>　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.: WJH-5<br><br>Date:　March 16, 2023<br>Time:　11:00 a.m.<br>Place:　2500 Tulare Street<br>　　　　Courtroom 13<br>　　　　Fresno, CA 93721<br>Judge:　Honorable René Lastreto II |

**EXHIBITS TO DECLARATION OF KAREN PAOLINELLI IN SUPPORT OF MOTION FOR ORDER (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, AND (B) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES**

| Exh. | Description | Pages |
|---|---|---|
| A | List of Utility Companies and Corresponding Average Monthly Invoice Amounts | 1 |

Dated: March 13, 2023　　　　WANGER JONES HELSLEY
　　　　　　　　　　　　　　　　By: /s/ Riley C. Walter
　　　　　　　　　　　　　　　　　　Riley C. Walter
　　　　　　　　　　　　　　　　Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

**Madera Commmunity Hospital**
**Exhibit for Utilities Motion**

| Vendor | | 12 mo. Avg. |
|---|---|---|
| AT &T - 198 0 | | 1,764.15 |
| AT & T Mobility | | 1,194.75 |
| City of Madera 8702XXX-XX-XXXX | | 9,581.01 |
| City of Madera 9920XXX-XXXXXX | | 335.97 |
| City of Madera 9906XXX-XXXXXX | | 543.32 |
| City of Madera 4389XXX-XXXXXX | | 161.64 |
| City of Madera 4389XXX-XXXXXX | | |
| GLC Solar | | 26,158.49 |
| Mid Valley Disposal 6484XXXX | | 2,188.45 |
| Mid Valley Disposal Rental 6623XXXX | | 431.27 |
| PG & E -7055-9 Regular Invoice | | 57,664.97 |
| PG & E -2142-0 Tru Up | | 100,948.71 |

EXHIBIT A
Page 1 of 1