**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
              dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor in Possession. | DC No.:   WJH-6 |
| Tax ID#:   23-7429117<br>Address:    1250 E Almond Avenue<br>                  Madera, CA 93637 | Date:    March 16, 2023<br>Time:    11:00 a.m.<br>Place:   2500 Tulare Street<br>            Courtroom 13<br>            Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

**EMERGENCY MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363
(EXCESS MEDICAL SUPPLIES)**

TO THE HONORABLE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE, CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS, ANY SECURED CREDITORS, PARTIES WITH A PECUNIARY INTEREST IN THE SUBJECT MATTER ADDRESSED IN THIS MOTION, PARTIES REQUESTING SPECIAL NOTICE AND THE U.S. TRUSTEE'S OFFICE:

PLEASE TAKE NOTICE that the above captioned debtor an debtor in possession (the "Debtor," "MCH," or "Hospital") hereby moves this court for an Order authorizing it to sell excess medical supplies on a case-by-case basis for fair market value as determined by the Debtor and deposit all proceeds into the Debtor's cash collateral account with the proceeds to be used pursuant to further order of this Court and waiving the fourteen-day stay provision of B.R. 6004 ("Motion" or "Sale Motion"). This Motion is brought pursuant to 11 U.S.C. § 363. The basis for the relief requested in this Motion is set forth below and in the Declaration of Karen Paolinelli in Support of the Motion ("Paolinelli Declaration"), the memorandum of points and authorities, which are filed concurrently with the Motion and incorporated herein by reference, the arguments of counsel, and other admissible evidence properly brought before the Court at or before the hearing on this Motion. In addition, the Debtor requests that the Court take judicial notice of all documents filed with the Court in this case.

The Debtor seeks authority to sell personal property consisting of excess medical supplies. The supplies are no longer needed in the operation of the Hospital due to the discontinuance of lines of service. The Debtor seeks authority to sell the excess supplies described on Exhibit A to the Paolinelli Declaration for market value on a case-by-case basis (the "Assets"). The proceeds of sale may be the cash collateral of Saint Agnes Medical Center. The prices to be paid are market prices based on the experience of the Debtor. This relief is needed in order to maximize the benefit to the estate as many of these supplies are subject to expiration dates which greatly affects their value.

///
///
///
///
///
///
///
///

WHEREFORE, the Debtor respectfully requests that the Court enter an Order: (1) Authorizing the Debtor to sell the Assets on a case-by-case basis for fair market value based on the experience of the Debtor; (2) Finding that the Debtor has complied with all applicable notice procedures regarding the Motion for Authority to Sell Personal Property of the Estate Pursuant to 11 U.S.C. § 363; (3) Authorizing the Debtor to execute any and all documents reasonably necessary to effectuate the sale(s) requested by the Motion; (4) Authorizing the Debtor to deposit sale proceeds from the sale(s) of the Assets into the Debtor's cash collateral account to be used pursuant to orders of this court; and (5) Waiving the fourteen-day stay of B.R. 6004.

Dated: March 13, 2023

WANGER JONES HELSLEY

By: /s/ Riley C. Walter
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital