**13**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
　　　　　dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| 　　Debtor in Possession. | DC No.: WJH-6 |
| Tax ID#:　23-7429117<br>Address:　1250 E Almond Avenue<br>　　　　　　Madera, CA 93637 | Date:　March 16, 2023<br>Time:　11:00 a.m.<br>Place:　2500 Tulare Street<br>　　　　　Courtroom 13<br>　　　　　Fresno, CA 93721<br>Judge:　Honorable René Lastreto II |

**EXHIBIT TO KAREN PAOLINELLI IN SUPPORT OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363 (EXCESS MEDICAL SUPPLIES)**

| Exhibit | Description | Pages |
|---|---|---|
| A | Listing of Excess Medical Supplies | 11 |

Dated: March 13, 2023

WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital

# Current Inventory Jan 2023

| Description- Norlake chem fridge | Unit | Part | PAR | ON-HAND | MCH | ORDER | EXP DATE |
|---|---|---|---|---|---|---|---|
| ACTM- Acetaminophen Reagent 1x100 test | 84.7 | 472169 | 4 | 3 | 006916 | | 9.30.24 |
| ALP Reagent, 2 x 200 Test Cartridge | 45.28 | 442670 | 10 | 4 | 013910 | | 2.29.24 |
| ALT Reagent, 2 x 400 Test Cartridge | 84.95 | 476826 | 8 | 6 | 006918 | | 2.29.24 |
| AMM-Ammonia, 2 x 25 Test Cartridge | 42.84 | 439770 | 6 | 4 | 006919 | | 7.31.23 |
| AMPH-Amphetamine Reagent 1 x 250 Test | 180.18 | 475000 | 5 | 4 | 006988 | | 11.30.23 |
| AMY-Amylase Reagent, 2 x 200 Test Cartridge | 132.13 | A71607 | 3 | 2 | 006920 | | 1.31.24 |
| AST Reagent, 2 x 400 Test Cartridge | 90.55 | 476831 | 8 | 6 | 006922 | | 2.29.24 |
| BARB-Barbiturate Reagent 1 x 250 Test | 180.18 | 475012 | 5 | 3 | 006989 | | 12.31.23 |
| BNZG-Benzodiazepine, 1 x 250 Test | 180.18 | A18298 | 5 | 2 | 006990 | | 12.31.23 |
| BUN Reagent, 2 x 300 Test Cartridge | 45.28 | 442750 | 10 | 6 | 012046 | | 7.31.24 |
| CAR-Carabamizpine Reagent, 2x100 Test | 221.76 | 469112 | 2 | 3 | 006923 | | 5.31.24/10.31.24 |
| CHOL-Cholesterol, 2 x 300 Test Cartridge | 71.85 | 467825 | 5 | 5 | 006924 | | 5.31.23/9.30.23 |
| CK Reagent, 2 x 200 Test Cartridge | 65.76 | 442635 | 3 | 3 | 012341 | | 7.31.23 |
| COCM-Cocaine Reagent 1 x 250 Test Cartridge | 180.18 | 475003 | 5 | 4 | 006991 | | 3.31.23 |
| CRP, 2 x 200 Test Cartridge | 452.76 | 465131 | 3 | 3 | 006926 | | 4.30.24 |
| CRPH (High Sensitivity CRP), 2 x 200 Test | 1064.00 | 378020 | 2 | 2 | 011982 | | 3.31.24/5.31.24 |
| DIGN-Digoxin Reagent, 2 x 100 Test Cartridge | 223.15 | 650182 | 3 | 3 | 006927 | | 1.31.24 |
| ETOH Reagent, 2 x 150 Test Cartridge | 207.81 | 474947 | 3 | 2 | 006992 | | 2.28.23 |
| FE Reagent, 2 x 200 test cartridge | 118.12 | 467910 | 4 | 5 | 006928 | | 3.31.24 |
| GEN-Gentamicin Reagent, 2 x 100 Test | 221.76 | 469137 | 2 | 1 | 006929 | | 5.31.24 |
| GGT Reagent, 2 x 200 Test Cartridge | 92.88 | 442650 | 7 | 3 | 012342 | | 9.30.23 |
| HBA1c3-250 Test Cartridge | 509.34 | B36415 | 4 | 3 | 014633 | | 1.31.24 |
| Hbdil | 33.55 | A88469 | 3 | 3 | 014634 | | 11.30.23 |
| HDLD Cholesterol, 2 x 200 Test Cartridge | 180.18 | A15625 | 5 | 4 | 006931 | | 4.30.24 |
| LACT-Lactate Reagent | 117 | A95550 | 8 | 4 | 011983 | | 7.31.23 |
| LD Reagent, 2 x 200 Test Cartridge | 47.43 | 442655 | 6 | 6 | 006932 | | 8.31.23 |
| Lithium, 2 x 65 Test Cartridge | 345.80 | A19611 | 2 | 2 | 011180 | | 11.30.23 |
| LIP-Lipase, 3 x 60 Test Cartridge | 163.86 | 476851 | 7 | 3 | 006933 | | 2.29.24 |
| MA-Microalbumin, 2 x 100 Test Cartridge | 280.28 | 475100 | 3 | 2 | 009159 | | 3.31.24/7.31.24 |
| M-TP Reagent, 2 x 50 Test Cartridge | 42.44 | 445860 | 4 | 2 | 006934 | | 12.31.23 |
| OP-Opiate 2000 Reagent 1 x 250 Test | 180.18 | 475024 | 4 | 3 | 006993 | | 10.31.23 |
| PAB-Prealbumin, 2 x 100 Test Cartridge | 280.28 | 475106 | 4 | 3 | 007693 | | 9.30.23 |
| PCP-Phencyclidine Reagent 1 x 250 Test | 180.18 | 475009 | 5 | 3 | 006994 | | 6.30.23 |
| PHEN-Phenobarbital Reagent, 2 x 100 Test | 221.76 | 469785 | 2 | 3 | 006935 | | 9.30.23 |
| PHY-Phenytoin Reagent, 2 x 100 Test | 221.76 | 469188 | 3 | 4 | 006936 | | 7.31.24 |
| SALY-Salicylate Reagent, 2 x 45 Test | 78.85 | 378194 | 6 | 5 | 007702 | | 8.31.23/11.30.23 |
| TG-Triglyceride Reagent, 2 x 300 Test | 91.63 | 445850 | 5 | 5 | 006941 | | 7.30.23/2.29.24 |

| Description- Norlake chem fridge | Unit | Part | PAR | ON-HAND | MCH | ORDER | |
|---|---|---|---|---|---|---|---|
| THE-Theophylline Reagent, 2 x 100 Test | 221.76 | 469126 | 2 | 2 | 006940 | | 2-29-24 |
| THC-Cannabinoid, 20ng Reagent, 1 x 150Test | 108.11 | 445824 | 7 | 5 | 006995 | | 7-31-25 |
| TRFN- Transferrin 2x150 Test | 198.35 | 467942 | 4 | 4 | 011986 | | 6-30-24 |
| TOB-Tobramycin Reagent, 2 x 100 Test | 221.76 | 467983 | 2 | 3 | 006942 | | 11-30-23 |
| URIC-Uric Acid Reagent, 2 x 300 Test | 41.61 | 442785 | 3 | 3 | 006943 | | 10-31-23 |
| VANC-Vancomycin Reagent, 2 x 100 Tests | 221.76 | 474824 | 3 | 6 | 007703 | | 2/29/24/6-30-24 |
| VPA-Valproic Acid Reagent, 2 x 100 Test | 221.76 | 467995 | 2 | 2 | 006944 | | 4-30-24 |
| **Fridge #4 Follett** | Unit | Part | Monthly | On | MCH | ORDER | |
| SERUM VOLATILES CONTROL L1 | | | Order 4 when down to 6 bottles | 5 | 015648 | | 6-30-24 |
| SERUM VOLATILES CONTROL L2 | | | Order 4 when down to 6 bottles | 5 | 015649 | | 6-30-23/6-30-24 |
| URINE LEVEL 1 SAME LOT/EXP DATES | | | Order 6 when down to 6 bottles | 33 | 009458 | | 5-31-23 |
| URINE LEVEL 2 SAME LOT/EXP DATES | | | Order 6 when down to 6 bottles | 17 | 009459 | | 5-31-23 |
| CSF LEVEL 1 SAME LOT/EXP DATES | | | Order 6 when down to 6 bottles | 4 | 009361 | | 5-31-23 |
| CSF LEVEL 2 SAME LOT/EXP DATES | | | Order 6 when down to 6 bottles | 4 | 009362 | | |
| **Drugs of Abuse Chemistries Controls** | Unit | Part | PAR | ON-HAND | MCH | ORDER | |
| DAT Multi-Drug Low Urine Control, 1 x 10 mL | 75.46 | 474976 | 6 | 5 | 007000 | | 6-30-23 |
| DAT Multi-Drug High Urine Control, 1 x 10 mL | 75.46 | 474979 | 6 | 4 | 007001 | | 4-30-23 |
| DAT OP300 Low Urine Control, 1 x 5 mL | 37.73 | 474988 | 6 | 3 | 007005 | | 9-30-24 |
| DAT OP300 High Urine Control, 1 x 5 mL | 37.73 | 474991 | 6 | 3 | 007006 | | 4-30-23 |
| THC Urine Control, 10 ng/mL 1 x 5 mL | 37.73 | 472107 | 6 | 3 | 007009 | | 12-31-23 |
| THC Urine Control, 40 ng 1 x 5 mL | 37.73 | 472110 | 6 | 4 | 007010 | | 7-31-23 |
| Drug Free Urine Control, 1 x 5 mL | 37.73 | 469945 | 7 | 3 | 006997 | | 9-30-23 |
| **Calibrators** | | | | | | | |
| ETOH Calibrator 1 & 2, 1 x 5 mL (set) | 0 | 474994 | 3 | 3 | 007011 | | 5-31-23/12-31-23 |
| DAT Negative Urine Calibrator, 1 x 5 mL | 0 | 445803 | 6 | 4 | 006996 | | 9-30-23 |
| DAT Multi-Drug Low Urine Cal, 1 x 5 mL | 0 | 474970 | 6 | 5 | 006998 | | 4-30-23 |
| DAT Multi-Drug High Urine Cal, 1 x 5 mL | 0 | 474973 | 6 | 6 | 006999 | | 5-31-23 |
| DAT OP300 Low Urine Cal, 1 x 5 mL | 0 | 474982 | 6 | 6 | 007004 | | 11-30-23 |
| DAT OP300 High Urine Cal, 1 x 5 mL | 0 | 474985 | 6 | 6 | 007003 | | 6-30-23 |
| THC Calibrator, 20 ng/mL | 0 | 464390 | 6 | 5 | 007007 | | 8-31-23 |
| THC Calibrator, 50 ng/mL | 0 | 445809 | 6 | 5 | 007008 | | 6-30-24 |
| AQUA CAL Level 1, 6 x 25 mL | 0 | 471288 | 1 | 1 | 006907 | | 5-31-23 |
| AQUA CAL Level 2, 6 x 25 mL | 0 | 471291 | 1 | 1 | 006908 | | |
| AQUA CAL Level 3, 6 x 25 Ml | 0 | 471294 | 1 | 1 | 006909 | | ↓ |
| Ammonia/Alcohol Control, Level 1, 4 x 4ml | 115.89 | 465990 | Order 6 @ 1 box | | 007012 | 2 | 9-30-23 |
| Ammonia/Alcohol Control, Level 3, 4 x 4ml | 115.89 | 465996 | Order 6 @ 1 box | | 007014 | 2 | 6-30-23 |
| SARS-CoV2 IgG Control | | | | | 016891 | 1 | 5-31-23 |
| **Access Calibrators** | | | | | | | |
| B12 Calibrators(S0-S5) 1 set, 6 x 4 mL | 0 | 33005 | 3 | ✓ | 006979 | 5-31-23 | 8-31-23 |
| CEA Calibrators (S0-S5), 6 x 2.5 mL | 0 | 33205 | 3 | 2 | 006965 | | 5-30-23 |

2

EXHIBIT A
Page 2 of 11

| Item | | | | | | |
|---|---|---|---|---|---|---|
| Cortisol Calibrator | 0 | 33600 | 3 | 3 | 015333 | 7-31-23 |
| Ferritin Calibrators (S0-S5), 1 set, 6 x 4 mL | 0 | 33025 | 3 | 3 | 006967 | 5-31-24 / 7-31-24 / 9-30-23 |
| Free T3 Calibrators, 1 set, 6 x 2.5 mL | 0 | A13430 | 3 | 3 | 012050 | 5-4-23 / 7-4-23 |
| FSH Calibrators (S0-S5), 1 set, 6 x 4 mL | 0 | 33525 | 3 | 3 | 006968 | 10-31-23 / 7-31-24 |
| Procalcitonin, PCT calibrator | 177 | C53986 | | 5 | 016758 | 4-30-23 / 7-31-23 |
| PSA Hybritech Calibrators, 6x2.5 mL | 0 | 37205 | 3 | 3 | 006971 | 4-30-23 / 7-31-23 / 8-31-23 |
| PTH Calibrator | 85 | A16953 | 5 | 6 | 012054 | 6-27-23 / 4-29-23 / 3-7-23 |
| Rubella IgG Calibrators (S0-S5), 6x1 mL | 0 | 34435 | 3 | 4 | 006972 | 9-15-23 |
| SARS-CoV2 IgG 2 Calibrator | | | 2 | 1 | 016892 | 3-31-23 |
| Testosterone Calibrators, 6 x 2.5 mL | 0 | 33565 | 3 | 4 | 006978 | 6-30-23 / 9-30-23 |
| Thyroid Uptake Calibrator (S1) 6 sets | 0 | 33815 | 2 | 1 | 006975 | 6-30-24 |
| Total T3 Calibrators (S0-S5), 1 set, 6 x 4 mL | 0 | 33835 | 3 | 1 | 006973 | 7-31-23 |
| TSH3 Calibrator | 64.5 | B63285 | 3 | 3 | 015306 | 5-31-23 / 7-31-23 |
| HDL Calibrator | 0 | B23634 | 2 | 2 | 014728 | 2-29-24 |
| Vancomycin Calibrator, 6x2ml | 0 | 378045 | 3 | 3 | 005827 | 5-31-24 |
| Microalbumin Calibrator, 1x3ml | 0 | 475089 | 2 | 2 | 009160 | 12-31-23 |
| Cal 1, 4x3ml | 0 | 468405 | 2 | 1 | 011987 | 10-31-24 |
| Cal 5 Plus, 2x2ml, ASO, CRP | 0 | 469965 | 2 | 2 | 006903 | 8-31-23 |
| Drug Cal 1, 6X2ml, CAR, PHE, PHY, THE, VPA | 0 | 469600 | 4 | 3 | 006900 | 5-31-24 |
| Drug Cal 2, 6x2ml, DIG, ACET | 0 | 469630 | 3 | 2 | 006901 | 4-30-24 |
| Drug Cal 3, 6x2ml, GEN, TOB | 0 | 471080 | 3 | 4 | 006902 | 2-29-24 |
| Prealbumin Calibrator, 1x3ml | 0 | 475081 | 2 | 1 | 012158 | 12-31-23 |
| **MISCELLANEOUS** | | | | | | |
| BHB REAGENT | 280 | 2440-058 | | | 016945 | |
| BHB CONTROLS | 265 | 2465-605 | | | 016946 | |
| GDS Linearity for BHB | 265 | 2450-604 | | | 016947 | |
| RHEUMATOID FACTOR | 202 | KAL-031 | | | 016416 | |
| RHEUMATOID FACTOR CALIBRATIOR | 69 | KAL-032C | | | 016417 | |
| **BLOOD GAS REAGENTS** | | | | | | |
| MEASUREMENT CARTRIDGE | | | 3 | 2 | 017384 | 3-7-23 |
| AQC CARTRIDGE | | | 3 | 2 | 017386 | 8-18-23 |
| WASH /WASTE CART (ROOM TEMP) 4/bx | | | 2 bx | 2 | 017385 | 6-21-23 |

EXHIBIT A
Page 3 of 11

| Fridge #3 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Substrate, 4 bottles, 130 mL/bottle | 0 | 81906 | 9 | 7 | 006983 | | 8·31·23 |
| System Check Solution, 6 bottles, 4mL/bottle | 0 | 81910 | 3 | 1 | 006984 | | 8·31·23 |
| CLENZ Solution, 6 x 2.5 mL squeeze btl. | 138 | 664090 | 1 | 2 | 012044 | | 6·1·23 |
| Access PSA diluent | 0 | | 1 | 0 | 013025 | | |
| Access Sample Diluent A, 1 x 4 mL | 0 | 81908 | 1 | 1 | 008889 | | 4·30·23 |
| AFP, 6 x 50 Tests (Calibrators included) | 564 | 33211 | 2 | 2 | 012051 | | 7·31·23/10·31·23 |
| B12, 2 x 50 Tests | 65 | 33000 | 4 | 1 | 006964 | | 9·30·23 |
| BNP Triage Biosite REAGENT | 1501.85 | 98200 | 7 | 4 | 011393 | ✓cardinal | 8·31·23 |
| CEA, 2 x 50 Tests | 230 | 33200 | 5 | 3 | 006946 | | 6·13·23/8·29·23 |
| Cortisol | 61 | 33600 | 4 | 2 | 015332 | | 1·31·24 |
| Ferritin, 2 x 50 Tests | 65 | 33020 | 5 | 8 | 006948 | | 5·31·23/6·30·23/8·31·23 |
| Folate (Serum and/or RBC), 2 x 50 Tests | 65 | A98032 | 5 | 5 | 006949 | | 8·31·23 |
| Free T3, 1 set, 2 x 50 Tests | 102 | A13422 | 5 | 3 | 012049 | | 8·31·23 |
| Free T4, 2 x 50 Tests | 98 | 33880 | 7 | 3 | 006959 | | 8·31·24 |
| FSH, 2 x 50 Tests | 66 | 33520 | 3 | 2 | 006950 | | 6·30·24 |
| hCG, 2 x 50 Tests | 66 | A85264 | 8 | 6 | 006951 | | 9·30·23 |
| LH, 2 x 50 Tests | 66 | 33510 | 3 | 2 | 006952 | | 9·30·24 |
| Myoglobin, 2 x 50 Tests | 139 | 973243 | 5 | 1 | 006970 | | 8·30·23 |
| Prolactin, 2 x 50 Tests | 66 | 33530 | 3 | 2 | 006954 | | 8·31·23/6·30·23 |
| Procalcitonin, PCT, 2 x 50 Tests | | C53987 | | 2 | 016757 | | 8·31·23 |
| PSA Hybritech, 2 x 50 Tests | 252 | 37200 | 6 | 4 | 006955 | | 7·31·23/8·31·23 |
| PTH, 2 x 50 Tests | 264 | A16972 | 3 | 4 | 012053 | | 7·31·23/8·31·23 |
| Rubella IgG, 2 x 50 Tests | 85 | 34430 | 4 | 4 | 006956 | 9·24·23 | 1·14·24 |
| SARS-CoV2 IgG 2 x 100 Tests | | C58961 | 4 | 4 | 016890 | | 4·30·23 |
| Testosterone, 2 x 50 Tests | 85 | 33560 | 4 | 3 | 006957 | | 7·31·23 |
| Thyroid Uptake, 2 x 50 Tests | 30 | 33810 | 4 | 5 | 006962 | | 3·31·24 |
| Total T3, 2 x 50 Tests | 39 | 33830 | 7 | 5 | 006960 | | 8·31·23 |
| TnIA2, 2 x 50 tests | 191 | A98143 | 12 | 6 | 006958 | | 7·31·23 |
| hsTnI reagent, 2 x 50 tests | | B52699 | 12 | 5 | 016755 | | 9·30·23 |
| Total T4, 2 x 50 Tests | 30 | 33800 | 6 | 4 | 006961 | | 6·30·23 |
| TSH3 2X100 Tests | 145.6 | B63284 | 7 | 6 | 015305 | | 9·30·23 |
| VIT D Reag, 2 x 50 tests | 450 | B24838 | 8 | 6 | 014726 | | 4·30·23/5·31·23 |
| Glucose Reagent, 2 PER BOX, (2 x 2 L) | 230.91 | 472500 | 3 BOXES | 2 | 007017 | | 12·31·23 |



EXHIBIT A
Page 4 of 11

| Frozen Calibrators | Unit | Part # | PAR | ON-HAND | MCH | ORDER | |
|---|---|---|---|---|---|---|---|
| Folate Calibrators (S0-S5), 6 x 4 mL | 0 | A98033 | 3 | 4 | 006880 | 2·28·23 | 3·31·23 |
| TnIA2 Calibrators (S0-S5), 1 set, 6 x 1 mL | 0 | A98144 | 3 | 4 | 006883 | 2·28·23 | 5·31·23 |
| hsTnI Calibrators US version | | C26909 | 3 | 3 | 016756 | | 8·31·23 |
| Myoglobin Calibrators (S0-S5), 1 set, 6x1 mL | 0 | 973244 | 3 | 3 | 006953 | 2·28·23 | 5·31·23 |
| Free T4 Calibrators (S0-S5), 1 set, 6x2.5 mL | 0 | 33885 | 3 | 3 | 006974 | 6·30·23 | 8·31·23 |
| Prolactin Calibrators 4 mL, S1-S5 – 2.5 mL | 0 | 33535 | 3 | 5 | 006882 | 5·31·23 | 9·30·23 |
| βhCG Calibrators (S0-S5), 1 set, 6 x 4 mL | 0 | B11754 | 3 | 3 | 006881 | | 5·31·23 |
| Total T4 Calibrators (S0-S5), 1 set, 6x4 mL | 0 | 33805 | 3 | 1 | 006976 | | 2·28·23 |
| Vit D Calibrator | 110 | B24839 | 2 | 3 | 014727 | 3·31·23 | 4·30·23 |
| LH Calibrators (S0-S5), 1 set, 6 x 4 mL | 0 | 33515 | 3 | 2 | 006969 | 4·30·23 | 8·31·23 |
| SYNCHRON Multi-Calibrator, (6 x 20 mL) | 0 | 442600 | 3 | 1 | 006873 | | 1·31·23 |
| T &D Bilirubin Calibrator, 10 x 1 mL (Bilical) | 0 | 465915 | 2 | 1 | 006874 | | 7·31·23 |
| Micrototal Protein Calibrator, 10 x 2 Ml | 0 | 445930 | 2 | 0 | 006878 | | |
| Enzyme Validator Kit calibration of Lipase | 108.37 | 441350 | 2 | 1 | 006884 | | 4·30·23 |
| BNP Triage Biosite  CALIBRATORS | 82.27 | 98202 | 3 | 5 | 011395 | √ cardinal | 4·30·23 |

7·31·23

EXHIBIT A
Page 6 of 11

| ROOM TEMP REAGENTS | Unit | Part | PAR | ON-HAND | MCH | ORDER | |
|---|---|---|---|---|---|---|---|
| ALB Reagent, 2 x 300 Test Cartridge | 21.68 | 442765 | 9 | 5 | 006818 | | 8-31-24 |
| CR-S Reagent, (Standardized Creatinine), 2 x 300 Test Cartridge | 33.81 | A40920 | 11 | 8 | 012047 | | 7-31-24 |
| CCWA, 2 x 300 Cuvette Cartridge Wash | 0 | 657133 | 15 | 9 | 006863 | | 8-31-24 |
| Diluent 1 (2 x 500 test cartridge) | 0 | 467826 | 9 | 6 | 006864 | | 7-31-24 |
| D. Bilirubin Reagent, 2 x 200 Test Cartridge | 33.2 | 439715 | 5 | 4 | 006819 | | 3-31-24 |
| Magnesium 2 x 100 Tests | 31.69 | 445360 | 8 | 3 | 006822 | | 7-31-24 |
| Phosphorus (PHS), 2 x 300 Test Cartridge | 38.38 | A09426 | 5 | 5 | 011985 | 4-30-24/5-31-24 | |
| T. Bilirubin, 2 x 400 Test Cartridge | 44.55 | 476861 | 9 | 5 | 006820 | | 8-31-24 |
| TP Reagent, 2 x 300 Test Cartridge | 29.97 | 442740 | 11 | 7 | 012102 | | 8-31-24 |
| Antifoam C (for use on DxC 600) | 29.97 | 445967 | 1 | 0 | 006825 | | |
| Iron/IBCT Calibrator, 1 x 25 mL | 0 | 442772 | 1 | 2 | 006824 | | 8-31-23 |
| E-vac caps for Amm/Alc | 155 | A65595 | 1 | | 012397 | | |
| Access Reaction Vessels, 1 Box, 16 x 98/box | 0 | 81901 | 21 | 13 | 006831 | | |
| RV Waste Bags, 1 box, 20 bags/box | 0 | 81904 | 5 | 2 | 006830 | | |
| Access Insert Cup, 1,000/bag | 19 | 81916 | 4 | 2 | 011991 | | |
| 2.0 Sample Cups | | 81902 | 2 | 2 | 006399 | | |
| 0.5ml Sample Cups | 42.28 | 2-544-13 | 4 | 2 | 006398 | √ cardinal | |
| USD Reag Cartridge, pkg of 12 | 553.78 | 442835 | 1 | | 009176 | | |
| Autogloss, 1 x 500 mL | 0 | 657197 | 4 | 7 | 007700 | 6-30-24/8-31-23 | |
| No Foam 1 x 1 L | 0 | B64130 | 12 | 7 | 006846 | | 8-31-24 |
| CO2 Alkaline Buffer (500 mL) | 39.09 | 472515 | 4 | 3 | 006844 | | 5-31-24 |
| Access Wash Buffer II, 4 bottles, 1.9 L | 0 | A16792 | order 30 | 57 | 006832 | | |
| CTA Waste Bags | 0 | 389837 | 4 | | 012329 | | |
| Wash Concentrate II (2 x 2 L) | 0 | 445865 | 14 | 9 | 006872 | | 9-30-24 |
| ISE Buffer Na, K, Cl, CO2, CA, 2 x 2 L | 90.87 | A28945 | 12 | 8 | 006871 | | 1-31-24 |
| ISE Reference Reagent, 2 x 2 L | 42.48 | A28937 | 21 | 11 | 006870 | | 1-31-24 |
| CO2 Acid Reagent (2 x 2 L) | 47.4 | 472481 | 16 | 11 | 006843 | 8-31-24/10-31-24 | |

print As Needed parts for DxC

Print cardinal order sheet

| AS NEEDED | | Part | Monthly | | MCH | | |
|---|---|---|---|---|---|---|---|
| DxC PARTS AND SUPPLIES | | Number | Min | | Number | | |
| Blade and Wick | | 475895 | 2 every 2 months | | 009158 | | |
| wicks only/replacement kit, 4 per kit | | A26924 | 4 | | 013111 | | |

EXHIBIT A
Page 6 of 11

| Item | Part # | Qty | Ref # |
|---|---|---|---|
| Cuvette washers/wipers | 759927 | 1 | 014404 |
| DX Reagent Syringe 100 uL | B06040 | 4 | 012435 |
| DX Reagent syringe, 500 uL | 474172 | 1 | 012436 |
| DX 500ul Syringe PLUNGER | 474169 | 2 | 16634 |
| DX Reagent probe | A15931 | 2 | 011715 |
| DX Sample probe | 389375 | 4 | 011716 |
| Glucose Oxygen Sensor for DxC | 467432 | 2/YEAR | 011989 |
| In-line filter | 669212 | 3 year | 012845 |
| Aspirate probes | 8409B | 6/6months | 008686 |
| AspirateProbe brushes | 973001 | | 007020 |
| Squeeze Cap Dropper | 987000 | 4 bags | 009289 |
| Saline, Sodium Chloride |  | | |
| Bleach, Sodium Hypochlorite | CALL PURCHASING SAME AS WE USE IN MICRO | | |
| Dispence probes | A32319 | 1 | 012494 |
| MLA pipette nozzle Inserts (10/pck) | 8299B | 3 | 008687 |
| | 8066 | 2/6months | 008778 |
| | call beckman for replacements | | |
| Citranox, 1 gallon | 81912 | 1 | 010099 |
| Contrad 70, 1 L | 81911 | 1 | 007985 |
| CTA Pick and Place | 388668 | 2 | 012547 |
| CTA Piercer | 388203 | 2 a year | 012548 |
| DX Mixers | 758383 | 4/year | 013062 |
| Calcium Electrode Tip | 467769 | 2 | 012835 |
| Chloride electrode Tip | A10867 | 2 | 011990 |
| Sodium disposable tip | 668295 | 4/year | 012837 |
| Potassium disposable tip | 669117 | 4/year | 012836 |
| Cuvettes | | | |
| Substrate probes | 7143C | 1 | 008688 |


EXHIBIT A
Page 7 of 11

## Chemistry - Allegiance Lab Orders

| location | Name of Item | Container | order date Price | ID Number | par level | Initials ON HAND | Hospital Order ID | ORDER | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|
| SAMPLE CUPS AND TOPS |
| drawer | 0.5ml Sample Cups | case | 42.28 | 02-544-134 | 4 Bags | | 006398 | | |
| drawer | CAPS (GREEN) | PK | 20.74 | 8569G | 1 Bag | | 006409 | | |
| drawer | CAPS (RED) | PK | 15.60 | 8569R | 1 Bag | | 006505 | | |
| drawer | CAPS (WHITE) | PK | 15.60 | 8569 | 1 Bag | | 006379 | | |
| drawer | Squeeze Cap Dropper | pk | | 987000 | 4 Bags | | 009289 | | |
| drawer | Parafilm | BX | | PM-992 | 1 Box | | 006612 | | |
| cabinet | PIPETTE TIP PROTECTOR (large pipette tips) | 750/PK | 24.43 | P5064-903P | 1 Box | | 006737 | | |
| cabinet | PIPETTE TIP PROTECTOR (small pipette tips) | 1000/PK | 12.62 | P5064-902P | 2 Boxes | | 006508 | | |
| drawer | TEX WIPES & SWABS (green) | PK | 33.36 | 18385 | 5 Bags | | 006550 | | |
| cabinet | APPLICATOR STICKS, N/S, COTTON TIP | | 7.52 | C15055-006 | 1 Box | | 007291 | | |
| TEST KITS |
| counter | FETAL FIBRONECTIN TEST KIT- 5-7 DAYS ON SHIPPING | BOX | | REF 01200 | 1 Box | | 011085 | | |
| counter | H. PYLORI TEST,S/P RAPID | BX | 99.67 | B1077-5 | 2 Boxes | | 006247 | | |
| counter | HIV,ORA-QUICK ADVANCE SCR | BX/25 | | 1001-0079 | 2 Boxes | | 008760 | | |
| counter | HCG, COMBO RAPID TEST | BX/30 | 75.07 | B1077-23 | 20 boxes | | 006390 | | |
| counter | Mono, OSM | BX | 100.90 | 145 | 1 Boxes | | 011777 | | |
| counter | K-CHECK (ACETEST) BIOREX LAB | PK | | B1555 | 1 | | 006790 | | |
| refrig 3 | RPR 500 TEST KIT | EA | 124.20 | 900500 | 2 Kits | | 006208 | | |
| COUNTER | ABBOTT DETERMINE HIV 1/2 AG/AB COMBO | | | 7D2648 | | | 017609 | | |
| QC |
| refrig | HIV, ORA-QUICK ADVANCE QC | EA | | 04J77-10 | 1 Box | | 009678 | | |
| refrig | FETAL FIBRONECTIN CONTROL | EA | | REF 01166 | 1 Box | | 011409 | | |
| counter | FETALFIBRONECTIN Qcette | KIT | | 1175 | as needed | | 012526 | | |
| counter | FETAL FIBRONECTIN LABEL | BOX | 25.00 | 52660-001 | 1 Box | | 012525 | | |
| REFRIG 3 | ABBOTT DETERMINE HIV 1/2 AG/AB COMBO CONTROLS | | | 7D2628 | | | 017658 | | |
| MISC ITEMS |
| refrig | LIPOCLEAR | BAG/40 | | 2224915 | 1 Bag | | 006581 | | |
| refrig | BNP Triage Biosite REAGENT | 2/Box | 1050.00 | 98200 | 7 Boxes | | 011393 | | |
| freezer | BNP Triage Biosite CALIBRATORS | 1 SET | 72.00 | 98202 | 3 Boxes | | 011395 | | |
| cabinet | WASH BOTTLES 500 ml (drawer near the sink) | 20 bottles/case | 14.12 | 2401-0500 | as needed | | 000014 | | |
| cabinet | APPLICATOR STICKS, 6" WOOD | 20 boxes/case | | A5000-1 | | | 006244 | | |
| refrig | 22% BOVINE ALB (gamma biologicals) | pk/10 | | 500ml | 2 Bottles | | 005020 | | |

LAB/CHEMISTRY/inventory/cardinal supplies in use chem

updated 4/1/20

# WEEKLY INVENTORY
## MONTHLY EXPIRATION DATES

INVENTORY DATE: 1/5/23

| LOCATION | REF # | SHIPS AS | PRODUCT DISCRIPTION | Full Stock | MINIMUM | EXP DATE | BY | ON HAND | ORDER |
|---|---|---|---|---|---|---|---|---|---|
| Fridge | | 3 Sets/Box | Quantimetrix Urine Controls | 8 Boxes | 2 Boxes | 11-30-23 | 007233 | 4 | |
| ↓ ADVANTUS | | 1 Kit | Urine Ictotest | 2 Kits | Opened kit | 7-31-24 | 006266 | 2 | |
| ↓ ADVANTUS | | Box | Urine Multistix 10SG | 24 Boxes | 6 Boxes | 4-30-24 | 006230 | 18 | |
| ↓ ADVANTUS | | 4 Bags/Case | Urine centrifuge tubes (4 bags/case) | 4 Bags | 1 Bag | Stable | 006311 | Call Purchasing | |
| Storage Room | bio300oa | Each | Hemotemp II Indicators | 24 Boxes | 6 Boxes | Stable | | | |
| Storage Room | CCBC | 10 Bags | Phlebotomy Bags | 1 Box | 1 Box | | | | |
| Plasma Thawer | 400273-1 | 4 Boxes/Case | FFP overwrap bags | 10 Bags | 5 Bags | Stable | CCBC# | 0-bags | |
| Plasma Thawer | 400348-1 | 1 Bottle | Cleanbath | 1 Box | 1/2 Box | Stable | 010875 | 10 | |
| Next to BACTI | B8900-7 | 2/PK | Filters Concentrators/Cytofuge | 1/4 Bottle | 1/2 Bottle | 1/12/24 | 013218 | 1/2 | |
| ↓ Slide Stainer | M6045-2 | 12/Box | Wet mount cover slips 22X22 | 3 PKS | 1 PK | Stable | 010134 | | |
| ↓ Slide Stainer | 23044626 | 4 Pens/PK | MARK-A-MATIC II (Ink for temp charts) | 1 PK | 1 PK | Stable | 006235 | | |
| ↓ Slide Stainer | | Each | Hema-tek Giemsa Stain | 2 Boxes | 1 Box | Stable | 011878 | N4W-1 | |
| ↓ Slide Stainer | | Kit | Pump tube set | 8 Each | 3 Each | Stable | 006578 | | |
| ↓ Slide Stainer | | 1 Sets/Kit | Cannula set (HEMATEK slide stainer) | 2 Kits | 1 Kit | Stable | 006507 | | |
| ↓ Slide Stainer | 9052QH11 | 8 Kits/PK | Under platen tubing (HEMATEK) | 3 PKS | 1 PK | Stable | 007848 | | |
| ↓ Slide Stainer | 17-40-25-8 | Box | BBK Fridge and Freezer Charts | 3 PKS | 1 PK | Stable | 007847 | | |
| ↓ Slide Stainer | C7-60-40-C | Box | Chemistry room temp charts | 1 Box | 1/4 Box | Stable | 012590 | | |
| ↓ Microscope | | 6 Pads/PK | Chemistry Freezer Charts | 1 Box | 1/4 Box | Stable | 013159 | | |
| ↓ Microscope | | Each | S/P Lens paper | 1 PK | 2 Pads | Stable | 012947 | | |
| ↓ STAGO | | 12 Rolls | S/P Lens cleaner | 2 Bottles | 1 Bottle | Stable | 006652 | 2-opened | |
| ↓ STAGO | | 4 ROLLS | Paper printer thermal Sed-Rate Paper | 2 Rolls | 1 Roll | Stable | 009885 | 10 opened | |
| ↓ STAGO | | 4 ROLLS | Labels for Crossmatch Cards | 1 Roll | 1/2 Roll | Stable | 008768 | 1 | |
| ↓ STAGO | | 3 Sets/PK | BBK Product label 4x4 (TEST UNITS) | 4 Roll | 1 Roll | Stable | 011524 | 0 | |
| ↓ STAGO | M000016 | Each | BBK Product label 4x2 (FFP) | 4 Roll | 1 Roll | Stable | 013607 | | |
| BBK Closet | B4520-30 | Kit | ESR BI-Level QC 6X8ML | 3 PKS | 1 PK | Stable | 013084 | | |
| BBK Closet | | Box | Reagent Grade Water | 2 | Unopened | 10-31-23 | 009103 | 3 | |
| BBK Closet | | 4 Boxes | ESR SEDIPLAST (WEST) | 6 Kits | 3 Kits | 10-31-25 | 013223 | | |
| BBK Closet | | 4 Boxes/Case | Hematype Segment Device | 1 Box | 1/2 Box | | 006284 | 1.1/2 | Call Purchasing |
| Fridge | | one set | Saline for BBK test tubes (4BOXES/CASE) | 4 Boxes | 2 Boxes | 10/21/23 | 007659 | 10/21 | |
| | | | BBK test tubes (4BOXES=4boxes) | 24 Boxes | 4 Boxes | Stable | 006229 | 2 | |
| | | cell-chex bf controls | | 2 SETS | 1 SET | EXP DATE | 012380 | 2 set | |

EXHIBIT A
Page 9 of 11

| LOCATION | REF # | SHIPS AS | PRODUCT DISCRIPTION | BECKMAN Full Stock | MINIMUM | EXP DATE | # | ON HAND | ORDER |
|---|---|---|---|---|---|---|---|---|---|
| BBK Closet | 628017 | Each | DxH Diluent [Black] | Standing | 62/Month | 6-6-24 | 013649 | 6L in Lab | |
| BBK Closet | 628019 | Each | DxH Cell Lyse [Purple] | Standing | 2/Month | 6-30-23 | 013650 | 2 | |
| BBK Closet | 628020 | Each | DxH Diff Pack [Green] | Standing | 4/Month | 7-18-23 | 013651 | 13 | |
| BBK Closet | 628021 | Each | DxH Retic Pack [Red] | Standing | 1/Month | 9-14-23 | 013652 | 1 | |
| DxH800 | 628023 | Each | DxH Cleaner (Blue) | Standing | 2/Month | 11-2-23 | 013653 | 1 | |
| Fridge | 628024 | Each | DxH Latron™ CP-X (Teal) | Standing | 2/Month | 5-24-23 | 013654 | 1 | |
| Fridge | A59925 | Box | DxH 6C Cell Control 9 x 3.5 mL | Standing | 3/Month | 1-21-23 | 013655 | 2.65 | |
| Fridge | 628028 | Box | DxH Retic-X Cell Control | Standing | 1/Month | 2-14-23 | 013657 | 3.2 | |
| USES | 628030 | Box | DxH Body Fluid Control | 1/Month | | 2-23-23 | 013659 | 5.11 | |
| STAGO item # | | | STAGO REAGENTS | SCHEDUL | | EXP DATE | # | ON HAND | ORDER |
| 4 Days/Box | 676 | | COAG A B+N Control | | | 8-31-24 | 012979 | 16-B | |
| 5 Boxes/Year | 674 | | Fibrinogen Reagent | | | 4-30-24 | 012985 | 6 | |
| 12 Sets/Box | 526 | | Liatest Control (D-Dimmer) | | | 4-30-24 | 012988 | Unopen C6 Boxes | |
| 24 Days/Box | 667 | | Liatest Reagent (D-Dimmer) | | | 7-31-23 | 012987 | 5+6 | |
| 12 Days/Box | 595 | | Neoplastin CI Plus | | | 9-20-23 | 012976 | 14 | |
| | 367 | | STA PTT Automate | | | 12-20-24 | 012977 | 5+6 | |
| 12 Days/Box | 366 | | CaCl 2 STAGO | | | 4-30-23 | 012978 | 3+4 | |
| | 975 | | Owren Kroller | | | 1-31-24 | 012986 | 2 box | |
| | 4822 | | STA Desorb U | | | 7-31-24 | 012980 | 1 | |
| 24 Days/Case | 27530 | | Stir Bars | | | | 012989 | 2 | |
| | 973 | | STAGO O Rings/Teflon Tips | | | 6-50-24 | 012997 | | |
| 5 Cases/Year | 38669 | | Cleaner | | | | 012981 | 3 | |
| 1 Box/Quarter | 797 | | Cuvettes | Standing | | Stable | 012984 | 21 cells | |
| | 801 | | Mini Reducers | 2 Boxes | Unopened | Stable | 012983 | 3 | |
| 1 Box/Quarter | 802 | | Maxi Reducers | 2 Boxes | Unopened | Stable | 012982 | 2 | |
| | | | Micro Cups | 2 Boxes | Unopened | Stable | 013161 | | |

EXHIBIT A
Page 10 of 11

| LOCATION | REF # | SHIPS AS | PRODUCT DISCRIPTION BBK | Full Stock MINIMUM | EXP DATE | # | ON HAND | ORDER |
|---|---|---|---|---|---|---|---|---|
| BBK Fridge | AM111-1 | 10=1Box | Anti-A (10/PK) | Standing | 3-16-24 | 005808 | 3 | |
| BBK Fridge | BM164-1 | 10=1Box | Anti-B (10/PK) | Standing | 6-25-24 | 005809 | 3 | |
| BBK Fridge | 0066420 | 10=1Box | Anti-D (10/PK) | | | 005810 | 2 | |
| BBK Fridge | 705410 | 10=1Box | N-Hance (10/PK) | Standing | 9-14-23 | 005818 | 0 | |
| BBK Fridge | 409210 | 10=1Box | Anti-IgG Gamma Clone-Green | 2 PKS | | 005811 | 1D | |
| BBK Fridge | 0409703 | | Polyspecific IgG/C3D | 1 PK | | 010138 | 1 | |
| BBK Fridge | 4210 | One bottle | Anti-K | 1 PK | 11-23-23 | 011070 | 1 | |
| BBK Fridge | 0004812 | One bottle | Anti-Jka | 3 BOTTLES | 11-23-23 | 011073 | 1 | |
| BBK Fridge | 0004813 | One bottle | Anti-Jkb | 3 BOTTLES | 8-17-23 | 011074 | 1 | |
| BBK Fridge | 6642△ | One bottle | Anti-e | In Use/Exp | 3-10-23 | 011069 | 1 | |
| BBK Fridge | 66421 | One bottle | Anti-E | In Use/Exp | 5-14-24 | 011067 | 1 | |
| BBK Fridge | 66421 | One bottle | Anti-C | In Use/Exp | 8-25-24 | 011066 | 1 | |
| BBK Fridge | 66425 | One bottle | Anti-c | In Use/Exp | 10-22-23 | 011068 | 1 | |
| BBK Fridge | 0004816 | One bottle | Anti-Fya | In Use/Exp | 3-30-24 | 011071 | | |
| BBK Fridge | 7504 | One bottle | Anti-Fyb | In Use/Exp | 6-22-24 | 011072 | | |
| BBK Fridge | 4068 | 4/BOX | ANTI c3d/c3b MONO | In Use/Exp | | 010137 | | 3-17-23 |
| BBK Fridge | | 10=BOX | MTS DIL2 100ML MTS9230 | 2 BOTTLES | | 012398 | 2 | 5-30-24 |
| BBK Fridge | | | ALBUMIN | 10 BOTTLES 2BOTTLES | | 005820 | 1 | |