**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
          dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:   23-7429117<br>Address:   1250 E. Almond Avenue<br>               Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-8<br><br>Date:    March 16, 2023<br>Time:   11:00 a.m.<br>Place:   2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br>Judge:  Honorable René Lastreto II |

**EXHIBIT TO DECLARATION OF KAREN PAOLINELLI IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO (A) MAINTAIN INSURANCE PROGRAM; (B) PAY INSURANCE PREMIUMS AND BROKERAGE COMMISSIONS IN THE ORDINARY COURSE; AND (C) PAY ALL OBLIGATIONS ASSOCIATED THEREWITH**

| Exhibit | Description | Pages |
|---|---|---|
| A | Summary of Insurance Policies, Coverage, and Obligations | 1 |

Dated: March 13, 2023

WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital

| Carrier | Coverage | Term | Payment terms | Payment amount |
|---|---|---|---|---|
| California Healthcare Insurance Company, Inc. | Package (GL, Prof. liab., D&O, EPL, fiduciary; self insured) | 07/01/22 - 07/01/23 | MONTHLY | $ 70,066.00 |
| AIG Specialty Insurance Company | Cyber Liability (Specialty Risk) | 07/01/22 - 07/01/23 | ANNUAL | $ 73,567.00 |
| Pacific Compensation Insurance Company | Workers Comp (self insured) | 07/01/22 - 07/01/23 | MONTHLY | $ 73,652.90 |
| NATIONWIDE | Auto | 07/01/22 - 07/01/23 | ANNUAL | $ 8,314.32 |
| OPTIMA HEALTHCARE INSURANCE | Hospital All Risk Property Program (HARPP) | 07/01/22 - 07/01/23 | ANNUAL | $ 146,663.64 |
| OPTIMA HEALTHCARE INSURANCE | Boiler & Machinery | 07/01/22 - 07/01/23 | Included in above | |
| Lloyd's of London - Beazley Syndicate | Cyber Liability | 07/01/22 - 07/01/23 | Included in above | |
| Ironshore Specialty Insurance Company | Pollution Premises Liability | 07/01/22 - 07/01/23 | Included in above | |
| OPTUMHEALTH FINANCIAL SERVICES | HEALTH INSURANCE (component of self insured health plan) | 07/01/22 - 07/01/23 | MONTHLY | $ 90,000.00-100,000.00 |
| ADVANTEK | HEALTH INSURANCE (component of self insured health plan) | 07/01/22 - 07/01/23 | MONTHLY | $ 20,000.00 -25,000.00 |
| National Union Fire Ins. Co. of Pittsburgh, PA | Fidelity (Crime) | 07/01/22 - 07/01/23 | ANNUAL | $ 4,757.00 |



EXHIBIT A
Page 1 Of 1