**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
         dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:   23-7429117<br>Address:   1250 E. Almond Avenue<br>              Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-8<br><br>Date:    March 16, 2023<br>Time:   11:00 a.m.<br>Place:   2500 Tulare Street<br>           Courtroom: 13<br>           Fresno, CA 93721<br>Judge:  Honorable René Lastreto II |

**NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO (A) MAINTAIN INSURANCE PROGRAM, (B) PAY INSURANCE PREMIUMS AND BROKERAGE COMMISSIONS IN THE ORDINARY COURSE, AND (C) PAY ALL OBLIGATIONS ASSOCIATED THEREWITH**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE, CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS, ANY SECURED CREDITORS, PARTIES WITH A PECUNIARY INTEREST IN THE SUBJECT MATTER ADDRESSED IN THIS MOTION, PARTIES REQUESTING SPECIAL NOTICE AND THE U.S. TRUSTEE'S OFFICE:

PLEASE TAKE NOTICE that a hearing on the Emergency Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to *(a) Maintain Insurance Program, (b) Pay Insurance Premiums and Brokerage Commissions in the Ordinary Course, and (c) Pay All Obligations Associated Therewith* (the "Insurance Motion") will be held at the above captioned date, time and location pursuant to an Order Shortening Time for Hearing on Emergency Motions.

Written opposition is not required. Opposition, if any, to the granting of the Motion may be raised at the commencement of the hearing.

PLEASE TAKE FURTHER NOTICE that Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing.

Prior to the hearing, parties appearing via Zoom or CourtCall are encouraged to review the court's Zoom Policies and Procedures or CourtCall Appearance Information.

Dated: March 13, 2023      WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession, Madera Community Hospital