William B. Freeman (SBN 137276)
KATTEN MUCHIN ROSENMAN LLP
515 South Flower Street, Suite 4150
Los Angeles, CA 90071-2212
Telephone:　213.443.9003
Facsimile:　213.443.9001
Email: bill.freeman@katten.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that William B. Freeman, attorney for creditor Bank of America, N.A., hereby files this notice of appearance pursuant to Federal Rule of Bankruptcy Procedure 9010, and requests to be added to the electronic service matrix and that copies of all required notices, pleadings and documents be directed to:

　　　　Katten Muchin Rosenman LLP
　　　　Attn: Bill Freeman
　　　　515 South Flower Street, Suite 4150
　　　　Los Angeles, CA 90071-2212
　　　　Email: bill.freeman@katten.com

Dated: March 14, 2023　　　　　　　　KATTEN MUCHIN ROSENMAN LLP
　　　　　　　　　　　　　　　　　　　William B. Freeman

　　　　　　　　　　　　　　　　　　　By:*/s/ William B. Freeman*
　　　　　　　　　　　　　　　　　　　*Attorneys for Bank of America, N.A.*

1