FORM L138 Order to Show Cause – Appointment of Patient Care Ombudsman (v.8.14)     23–10457 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER TO APPEAR AND SHOW CAUSE WHY A
## PATIENT CARE OMBUDSMAN SHOULD NOT BE APPOINTED

**Case Number:**    23–10457 – B – 11

**Debtor Name(s) and Address(es):**

Madera Community Hospital
1250 E. Almond Ave.
Madera, CA 93637

The Court docket and file in the above case indicate that the debtor is a health care business. Pursuant to Section 333(a)(1) of the Bankruptcy Code, the Court shall order, not later than 30 days after the commencement of the case, the appointment of a patient care ombudsman unless the Court finds that such appointment is not necessary for the protection of the patients under the specific facts of the case.

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, debtor's counsel, and the case trustee, if any, appear before the Court on the following date, time and place:

**DATE & TIME:**     4/5/23 at 01:30 PM
**PLACE:**     U.S. Bankruptcy Court
                  Courtroom 13, 5th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA

and show cause why the Court should not order the appointment of a patient care ombudsman pursuant to 11 U.S.C. § 333(a).

Dated:
3/14/23

For the Court,
Wayne Blackwelder , Clerk