**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor in Possession. | DC No.: WJH-10 |
| Tax ID#: 23-7429117<br>Address: 1250 E Almond Avenue<br>Madera, CA 93637 | Date: March 28, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Hon. René Lastreto II |

### MOTION FOR AUTHORIZATION TO ASSUME CONSULTING AGREEMENT
### (IMPOSSIBLE SERVICES GROUP, INC.)

PLEASE TAKE NOTICE that the above-captioned debtor and debtor in possession (the "Debtor," "MCH" or the "Hospital") hereby moves the Court pursuant to 11 U.S.C. §§ 105 and 365(a) and Bankruptcy Rules 6006 and 9014, for an Order Assuming the Consulting Agreement (Impossible Services Group, Inc.)("Motion").

This Motion is based on the attached Memorandum of Points and Authorities, the supporting Declaration of Karen Paolinelli filed concurrently herewith, the arguments of counsel

1  and other admissible evidence properly brought before the Court at or before the hearing on this
2  Motion. In addition, the Debtor request that the Court take judicial notice of all documents filed
3  with the Court in this case.
4       WHEREFORE, the Debtor respectfully requests that the Court enter an Order:
5  (a) Authorizing the Debtor to assume the Consulting Agreement between MCH and Impossible
6  Services Group, Inc. and (b) granting Debtor such other and further relief as this Court may deem
7  just and proper.

10  DATED: March 14, 2023      WANGER JONES HELSLEY PC

By: _____[signature: Danielle Bethel]_____
    Riley C. Walter
    Kurt F. Vote
    Steven K. Vote
    Danielle J. Bethel
    Attorneys for Debtor and Debtor in Possession,
    MADERA COMMUNITY HOSPITAL