**15**
**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:　　(559) 490-0949
Email: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　Debtor in Possession.<br><br><br>Tax ID #:　　23-7429117<br>Address:　　1250 E. Almond Avenue<br>　　　　　　　Madera, CA 93637 | CASE NO. 23-10457<br><br>Chapter 11<br><br>DC NO.:  WJH-10<br><br>Date:　　March 28, 2023<br>Time:　　9:30 a.m.<br>Place:　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 13<br>Judge:　　Honorable René Lastreto II |

**EXHIBITS TO DECLARATION OF KAREN PAOLINELLI IN SUPPORT OF MOTION TO ASSUME CONSULTING AGREEMENT**
**(IMPOSSIBLE SERVICES GROUP, INC.)**

| Exh. | Description | Pages |
|---|---|---|
| A | Consulting Agreement | 8 |
| B | Resume (Aaron Chambers) | 3 |
| C | Resume (Shondale Seymour) | 3 |

Dated:  March 14, 2023　　　　　WANGER JONES HELSLEY

　　　　　　　　　　　　　　　　By:　_/s/ Danielle Bethel_____
　　　　　　　　　　　　　　　　　　Riley C. Walter
　　　　　　　　　　　　　　　　　　Kurt F. Vote
　　　　　　　　　　　　　　　　　　Steven K. Vote
　　　　　　　　　　　　　　　　　　Danielle J. Bethel
　　　　　　　　　　　　　　　　　　Attorneys for Debtor and Debtor in Possession,
　　　　　　　　　　　　　　　　　　MADERA COMMUNITY HOSPITAL

# CONSULTING AGREEMENT

THIS CONSULTING AGREEMENT (the "Agreement") is dated this 28th day of December, 2022.

| CLIENT | CONSULTANT |
|---|---|
| Madera Community Hospital | Impossible Services Group, Inc. dba Chambers Business Solutions |
| 1250 East Almond Avenue, Madera, CA 93637 | 2037 W. Cleveland Ave., Madera, CA 93637 |
| (the "Client") | (the "Consultant") |

## BACKGROUND

A. The Client is of the opinion that the Consultant has the necessary qualifications, experience and abilities to provide consulting services to the Client.

B. The Consultant is agreeable to providing such consulting services to the Client on the terms and conditions set out in this Agreement.

IN CONSIDERATION OF the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Client and the Consultant (individually the "Party" and collectively the "Parties" to this Agreement) agree as follows:

## SERVICES PROVIDED

1. The Client hereby agrees to engage the Consultant to provide the Client with the following consulting services (the "Services"):

    - Interim CFO/Controller services related to bankruptcy proceedings including: supervision of internal accounting team, interfacing with attorneys, management, and board of directors; production of documents/schedules as required by bankruptcy court and any potential liquidation suitor.

2. The Services will also include any other consulting tasks which the Parties may agree on. The Consultant hereby agrees to provide such Services to the Client.

## TERM OF AGREEMENT

3. The term of this Agreement (the "Term") will begin on the date of this Agreement and will remain in full force and effect indefinitely until terminated as provided in this Agreement.

EXHIBIT A
Page 1 of 8

4. In the event that either Party wishes to terminate this Agreement, that Party will be required to provide 10 days' written notice to the other Party.

5. In the event that either Party breaches a material provision under this Agreement, the non-defaulting Party may terminate this Agreement immediately and require the defaulting Party to indemnify the non-defaulting Party against all reasonable damages.

6. This Agreement may be terminated at any time by mutual agreement of the Parties.

7. Except as otherwise provided in this Agreement, the obligations of the Consultant will end upon the termination of this Agreement.

**PERFORMANCE**

8. The Parties agree to do everything necessary to ensure that the terms of this Agreement take effect.

**CURRENCY**

9. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in USD (US Dollars).

**COMPENSATION**

10. The Consultant will charge the Client for the Services as follows (the "Compensation"):

    - $175 per hour, per consultant.

11. Invoices submitted by the Consultant to the Client are due upon receipt.

12. In the event that this Agreement is terminated by the Client prior to completion of the Services but where the Services have been partially performed, the Consultant will be entitled to pro rata payment of the Compensation to the date of termination provided that there has been no breach of contract on the part of the Consultant.

**REIMBURSEMENT OF EXPENSES**

13. The Consultant will be reimbursed from time to time for reasonable and necessary expenses incurred by the Consultant in connection with providing the Services. The Consultant will only be reimbursed for expenses submitted according to the following guidelines:

    - The Consultant will be reimbursed for reasonable transportation expenses only (no lodging or meals), up to $500 per month.

**INTEREST ON LATE PAYMENTS**

14. Interest payable on any overdue amounts under this Agreement is charged at a rate of 18.00% per annum or at the maximum rate enforceable under applicable legislation, whichever is lower.

## CONFIDENTIALITY

15. Confidential Information (the "Confidential Information") refers to any data or information relating to the business of the Client which would reasonably be considered to be proprietary to the Client including, but not limited to, accounting records, business processes, and client records and that is not generally known in the industry of the Client and where the release of that Confidential Information could reasonably be expected to cause harm to the Client.

16. The Consultant agrees that they will not disclose, divulge, reveal, report or use, for any purpose, any Confidential Information which the Consultant has obtained, except as authorized by the Client or as required by law. The obligations of confidentiality will apply during the Term and will survive indefinitely upon termination of this Agreement.

17. All written and oral information and material disclosed or provided by the Client to the Consultant under this Agreement is Confidential Information regardless of whether it was provided before or after the date of this Agreement or how it was provided to the Consultant.

## OWNERSHIP OF INTELLECTUAL PROPERTY

18. All intellectual property and related material (the "Intellectual Property") that is developed or produced under this Agreement, will be the property of the Consultant. The Client is granted a non-exclusive limited-use license of this Intellectual Property.

19. Title, copyright, intellectual property rights and distribution rights of the Intellectual Property remain exclusively with the Consultant.

## RETURN OF PROPERTY

20. Upon the expiration or termination of this Agreement, the Consultant will return to the Client any property, documentation, records, or Confidential Information which is the property of the Client.

## CAPACITY/INDEPENDENT CONTRACTOR

21. In providing the Services under this Agreement it is expressly agreed that the Consultant is acting as an independent contractor and not as an employee. The Consultant and the Client acknowledge that this Agreement does not create a partnership or joint venture between them, and is exclusively a contract for service. The Client is not required to pay, or make any contributions to, any social security, local, state or federal tax, unemployment compensation, workers' compensation, insurance premium, profit-sharing, pension or any other employee benefit for the Consultant during the Term. The Consultant is responsible for paying, and complying with reporting requirements for, all local, state and federal taxes related to payments made to the Consultant under this Agreement.

## RIGHT OF SUBSTITUTION

22. Except as otherwise provided in this Agreement, the Consultant may, at the Consultant's absolute discretion, engage a third party sub-contractor to perform some or all of the obligations

of the Consultant under this Agreement and the Client will not hire or engage any third parties to assist with the provision of the Services.

23. In the event that the Consultant hires a sub-contractor:

   - the Consultant will pay the sub-contractor for its services and the Compensation will remain payable by the Client to the Consultant.

   - for the purposes of the indemnification clause of this Agreement, the sub-contractor is an agent of the Consultant.

## AUTONOMY

24. Except as otherwise provided in this Agreement, the Consultant will have full control over working time, methods, and decision making in relation to provision of the Services in accordance with the Agreement. The Consultant will work autonomously and not at the direction of the Client. However, the Consultant will be responsive to the reasonable needs and concerns of the Client.

## EQUIPMENT

25. Except as otherwise provided in this Agreement, the Consultant will provide at the Consultant's own expense, any and all equipment, software, materials and any other supplies necessary to deliver the Services in accordance with the Agreement.

## NO EXCLUSIVITY

26. The Parties acknowledge that this Agreement is non-exclusive and that either Party will be free, during and after the Term, to engage or contract with third parties for the provision of services similar to the Services.

## NOTICE

27. All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and delivered to the Parties at the following addresses:

   a. Madera Community Hospital
      1250 East Almond Avenue, Madera, CA  93637

   b. Impossible Services Group, Inc. dba Chambers Business Solutions
      2037 W. Cleveland Ave., Madera, CA  93637

   or to such other address as either Party may from time to time notify the other, and will be deemed to be properly delivered (a) immediately upon being served personally, (b) two days after being deposited with the postal service if served by registered mail, or (c) the following day after being deposited with an overnight courier.

EXHIBIT A
Page 4 of 8

## INDEMNIFICATION

28. Except to the extent paid in settlement from any applicable insurance policies, and to the extent permitted by applicable law, each Party agrees to indemnify and hold harmless the other Party, and its respective directors, shareholders, affiliates, officers, agents, employees, and permitted successors and assigns against any and all claims, losses, damages, liabilities, penalties, punitive damages, expenses, reasonable legal fees and costs of any kind or amount whatsoever, which result from or arise out of any act or omission of the indemnifying party, its respective directors, shareholders, affiliates, officers, agents, employees, and permitted successors and assigns that occurs in connection with this Agreement. This indemnification will survive the termination of this Agreement.

## ADDITIONAL CLAUSES

29. Liability of Consultant. Consultant assumes no responsibility under this Agreement other than to perform the Services in good faith, and Consultant will not be responsible for any consequences whatsoever that result from any action of the Client in following or declining to follow any advice or recommendation of Consultant, it being acknowledged and agreed by the Client that Consultant's services provided under this Agreement are consulting only and any and all decision-making regarding the Client, including without limitation whether or not to follow any advice by Consultant, is solely the responsibility of the Client. Consultant will not be liable to the Client except by reason of acts constituting bad faith of Consultant or willful misfeasance or reckless disregard of its duties. The parties hereto recognize and agree that the effectiveness of the Services and the success of any actions undertaken by Consultant in connection therewith are not guaranteed or warranted by Consultant in any respect whatsoever.

30. Independent Contractor Status. We will not be responsible for advising you with respect to independent contractor status as part of our services. If you have any questions regarding the classification of employees versus independent contractors, we strongly encourage you to consult with legal counsel experienced in employment practice matters to assist you as appropriate.

## MODIFICATION OF AGREEMENT

31. Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

## TIME OF THE ESSENCE

32. Time is of the essence in this Agreement. No extension or variation of this Agreement will operate as a waiver of this provision.

## ASSIGNMENT

33. The Consultant will not voluntarily, or by operation of law, assign or otherwise transfer its

obligations under this Agreement without the prior written consent of the Client.

**ENTIRE AGREEMENT**

34. It is agreed that there is no representation, warranty, collateral agreement or condition affecting this Agreement except as expressly provided in this Agreement.

**ENUREMENT**

35. This Agreement will enure to the benefit of and be binding on the Parties and their respective heirs, executors, administrators and permitted successors and assigns.

**TITLES/HEADINGS**

36. Headings are inserted for the convenience of the Parties only and are not to be considered when interpreting this Agreement.

**GENDER**

37. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

**GOVERNING LAW**

38. This Agreement will be governed by and construed in accordance with the laws of the State of California.

**SEVERABILITY**

39. In the event that any of the provisions of this Agreement are held to be invalid or unenforceable in whole or in part, all other provisions will nevertheless continue to be valid and enforceable with the invalid or unenforceable parts severed from the remainder of this Agreement.

**WAIVER**

40. The waiver by either Party of a breach, default, delay or omission of any of the provisions of this Agreement by the other Party will not be construed as a waiver of any subsequent breach of the same or other provisions.


EXHIBIT A
Page 7 of 8

**IN WITNESS WHEREOF** the Parties have duly affixed their signatures under hand and seal on this 28th day of December, 2022.

Madera Community Hospital

Per: _CEO_
Officer's Name: _[signature]_

Impossible Services Group, Inc. dba Chambers Business Solutions

Per: _[signature]_
Officer's Name: Aaron G. Chambers, President

**Attachment to Consulting Agreement dated 12/28/22**

Team: Our services will be provided by Aaron G. Chambers and E. Shondale Seymour, with involvement by other Chambers Business Solutions personnel on an as-needed basis. If Aaron G. Chambers and E. Shondale Seymour become unable to provide the proposed services, Chambers Business Solutions will so advise you and will provide you with the name of their replacement.

Work location: Our services are to be performed exclusively on premises at MCH, aside for minor tasks such as responding to email, phone calls, etc.

Insurance: We will provide a Certificate of Insurance to MCH within 10 days of the date of this Agreement.

EXHIBIT A
Page 8 of 8

# AARON G. CHAMBERS
Madera, California • ▪▪▪▪▪▪▪▪▪▪ • ▪▪▪▪▪▪▪▪▪▪

I have spent my life working in and for small to midsize closely held businesses, both as an employee and as a consultant. I understand the many challenges faced by these businesses, and the reality that their owners are limited to 168 hours per work week, and sometimes even that is just not enough.

My unique background allows me to provide competent solutions in many areas. I am equipped with over ten years of sales and operations experience in small businesses in the retail, manufacturing, and distribution industries. I also spent several years in the public accounting realm, specializing in management consulting and tax resolution, as well as experience as a financial statement auditor. A few areas of specialization include accounting systems implementation and training, IT system conversions, sales and inventory management, audit dispute assistance (including tax and workers' comp), and other general business solutions.

I was granted the Certified Value Growth Advisor (CVGA) designation, recognizing the satisfaction of Corporate Value Metrics' stringent criteria of professional standards in business operations and financial advisory. I have also received both a Master of Accountancy from National University and a Bachelor of Arts in Business Administration from Fresno Pacific University.

## KEY STRENGTHS

- Strategic Growth Advisory & Planning
- Leadership
- Staff Development & Training
- Budgeting & Forecasting
- Internal Controls
- System Conversion & Implementation
- Contract Management & Negotiation
- Tax Accounting
- GAAP Proficient
- Forensic Research & Analysis

## SELECTED PROJECTS

*Interim Controller (May 2018 – January 2019)*
*Advisory Board (June 2022 – Present)*

$40M food manufacturer and wholesale distributor with staff of 150 employees. Trained and supervised accounting staff (A/P, A/R, billing, payroll, inventory control). Streamlined internal processes and collaborated with software vendor to optimize effectiveness of SQL-based ERP system. Implemented monthly financial close for the first time in Company's history. Reconciled accounts and prepared monthly internal financial statements and executive dashboards for owner. Interfaced with banks, vendors, and customers on behalf of the Company. Later, returned to advise ownership group on restructuring the Company, through analysis of the profitability of each business line and streamlining or elimination of those that are less productive.

*Forensic Accounting Consultant (February – December 2019)*
*Business Advisor (October 2021 – Present)*

$2M farm labor contractor. Identified, quantified, and worked to mitigate the impact of theft by a former bookkeeper and payroll clerk. Later, returned to provide business advice and analysis related to costs and profitability by customer.

# AARON G. CHAMBERS

*Forensic Accounting Consultant (December 2019 – February 2022)*

$50M resort with a staff of 400. Audited accounting and business records on behalf of partner to support legal action against the other partners for fraud, breach of contract, negligence, and misconduct. Also assisted in identifying tax issues due to the improper accounting. Later, assisted with due diligence process, ultimately ending with the resort's acquisition by a new ownership group.

*Senior Auditor (2018 - 2021)*

Various financial statement audits, reviews, and compilations. Industries include: Technology/Software as a Service (SaaS), Agriculture, Manufacturing & Distribution, Construction, and others. Responsible for all areas of assurance engagements up to Director level review, including design of procedures & analytics, supervising and reviewing field work, communication with clients and relevant third parties, drafting disclosures, and reviewing financial statements.

## PROFESSIONAL EXPERIENCE

### IMPOSSIBLE SERVICES GROUP, INC. • Madera, CA • 2021 to Present

*Founder & President*

Founded Impossible Services Group, Inc., a group of experienced yet progressive professionals working to bring strategic business advisory and tax services to all, especially to those businesses and individuals who have not yet experienced the power these services have to unlock their true potential.

- Established the Hometown Tax Pros brand, which provides proactive tax planning and specialized tax consulting services to business and individuals as well as traditional tax, accounting, payroll, and other compliance services.
- We bring compassionate and professional services to underserved communities currently using either basic tax preparation services or preparing their own taxes online. These communities have never experienced true proactive tax planning or other crucial business advisory services.
- Continuing the work of Chambers Business Solutions as part of our broader business model.

### CHAMBERS BUSINESS SOLUTIONS • Madera, CA • 2020 to 2021

*Founder & Principal Consultant*

Founded strategic business advisory startup with the mission to unlock the full potential of small to midsize businesses, allowing them to flourish and build real, transferable value.

- Developed five-pronged, holistic approach to business value creation, comprised of: strategic planning & healthy leadership, talent optimization & team building, innovation, operational excellence & customer delight, continuous measurement, analysis & improvement, and total tax planning & optimization.
- Worked with software vendor to build out process to efficiently assess current state of companies in order to facilitate strategic planning.
- Designed proprietary strategic planning process to effectively address and respond to the issues identified through the assessment to reduce company specific risks and move the company towards their maximum value potential.
- Servicing a growing client base in the Central Valley and working to expand nationally through strategic alliances with industry groups and other service providers.

EXHIBIT 3
Page 2 of 3

# AARON G. CHAMBERS

**BOOS & ASSOCIATES, P.C. • Fresno, CA • 2018 to 2022**

*Senior Associate – Contract Specialty Project Consultant (2021 – 2022)*

Supervisory assurance and tax associate for $3.5M public accounting firm with a clientele of 400. Driven and equipped to fulfill managerial tasks while executing high quality customer satisfaction. Successful representation of clients before taxing authorities and insurance companies.

- Performed managerial tasks for a variety of consulting engagements. Areas of specialization included accounting system implementation and training, general management consulting, and inventory control & valuation.
- Planned, coordinated, and executed financial statement audit and review engagements in accordance with relevant standards. Assigned and reviewed work of staff and signed off prior to director level review.
- Conducted complex individual and business entity tax return preparation and review. Supported and represented clients in tax examinations and collections matters.
- Duties included client relations, including project solicitation and assessment, pricing, account management, and collections.

> "Aaron has been with the firm since joining the firm upon graduation from Fresno Pacific University in May 2018 after several years working in private industry. Aaron has worked in many areas of our firm including Assurance, CAAS and tax and enjoys protecting our clients' rights with the various taxing authorities as well as provide exception client service and development of our interns and new staff. Over the years Aaron has also stepped up to the plate and was instrumental as the firm built its assurance practice. Aaron has also worked on the firm's most complex clients and has developed his expertise over the years and assist with many tax and business advisory opportunities."
>
> Wayne Boos
>
> Boos & Associates, PC

**HORN PHOTO INC. • Fresno, CA • 2012 to 2018**

*Manager*

Sales associate promoted to manager of $4.5M independent retailer. Maintained top sales numbers as an associate and contributed to a 120% increase of ProMaster house brand product sales as manager. Spearheaded migration of point-of-sale from obsolete DOS-based system to modern SQL-based system. Implementation of the new system improved inventory control, customer database, and receivables management.

**GREG CHAMBERS DISTRIBUTING**
**Madera, CA • 2006 to 2012**

*Route Sales*

Served as an adaptive sales associate while learning the fundamentals of a $600K business. Performed essential tasks such as ordering, sales, and building a positive rapport with customers. Established new accounts and utilized strong mediation skills in negotiating contracts. Provided sales and delivery of major ice cream brands (Häagen-Dazs, Nestlé, Dreyer's) to convenience stores, restaurants, and grocery outlets for the independent distributor.

EXHIBIT B
Page 3 of 3

# SHONDALE SEYMOUR

### Senior-Level Executive • Financial & Administrative Management Professional

Entrepreneurial senior-level executive with extensive experience building, leading and advising public, private, and non-profit organizations through turn-arounds and industry dynamics. Leverages strategic, operation and financial expertise to facilitate corporate culture change and business process reengineering. Recognized for expertise in team leadership, consensus building, partner development and relationship management. Key member in crisis management and bankruptcy filing as part of a code 363 sale and asset liquidation.

Employs cross-industry experience, creating and increasing productivity, efficiency and profitability. Consistently employs an energized can-do management style utilizing vision, financial analysis skills and tenacity. Blends motivation, leadership, creative and analytical abilities to develop and implement innovative ideas that produce bottom-line results. Areas of knowledge and expertise include:

- Turnaround and Change Management
- Strategic / Creative Marketing / Planning
- Budgeting (Operating and Capital)
- Forecasting and Financial Reporting
- Operations and Financial Analysis
- Banking, Cash and Debt Management
- Market Expansion and Diversification

- Systems Conversion / Implementation / Training
- Performance / Process Improvement and Facilitation
- Contract Management and Negotiation
- Bankruptcy Reorganization and Reporting
- Relationship and Team Building
- Joint Commission on Accreditation for Hospital Organizations (JCAHO) Leadership

## **CAREER PROFILE**

**Experienced entrepreneurial business owner, CFO, vice president, and auditor/consultant**
Companies include: SSPA, consultant/forensic research/bookkeeper for bankruptcy estate and small, privately-owned businesses; SKK Group, Inc., a privately owned financial consulting company; SK Foods, LP, a multi-national farming and raw food processing conglomerate and 2nd largest tomato processing operation in the USA; OptiStreams, Inc., a privately-held start-up reselling DirectPC internet services to businesses; East Houston Regional Medical Center, three consolidated for-profit hospitals and an affiliate of Columbia/HCA; Madera Community Hospital, a stand-alone, rural, non-profit California hospital; Ernst & Young, one of the world's largest business advisory and attestation firms

**Offers financial, operation management, problem-solving and development skills adaptable to all industries**
Experience as an auditor and consultant for diverse client base provides comprehensive background in healthcare, oil and gas, airlines, commercial trucking, manufacturing, agriculture, and construction trades. Client base encompassed both domestic and international companies and affiliates. Assisted companies with financing due diligence package preparation. Abilities are transferable to any industry or venture.

**Structures innovative business operations that produce strong and sustainable results**
Consistently revitalizes and/or restructures troubled organizations or departments. Always focused on improving the bottom line results while maintaining or increasing customer satisfaction. A win-win negotiator.

**Directly responsible for multi-million dollar companies' resources, growth, contracts, and accounts**
Oversee budgets of up to $275 million revenue, lines of credit up to $250 million, employee bases of over 2000, two manufacturing plants in California, and company operations at 5 main locations and various other satellite offices. Bid and negotiate million-dollar-plus contracts from government-regulated programs to managed care providers and from construction projects to information systems installations.

EXHIBIT C
Page 1 of 3

# Shondale Seymourpage 2

## EXECUTIVE HIGHLIGHTS

✓ Served as interim CFO for various audit/consulting clients, interacting with staff and reporting to corporate management/owners. Example: interim CFO while privately-held, multi-national farming operation cycled through 4 CFOs, 6 controllers, all AP and AR staff within 18 months and implemented full-scale IT conversion on a 6-month timetable (installation team member). When the company defaulted on $250 million line of credit, the Syndicate forced it into cash dominion and was lead contact for financial advisors, investment bankers, and attorneys directing company's restructuring. Owner's opposition to restructuring resulted in an involuntary bankruptcy filing. Responsible for daily/projected cash flow budgets, liquidation analysis assistance, and Chapter 11 First-Day Pleadings. Because of my knowledge of client and their systems/records, Trustee retained me as a consultant and research assistant. Responsible for SOFA and Schedules, wind-down budget and variance review, cash flow reporting, banking liaison, monthly data entry and financial statement preparation, payroll, AR, AP, inventory reporting, annual governmental reporting, audits, tax return preparation, all forensic research (storage, email search, IT System reports) requested by legal, and prepare legal declarations and cooperate with depositions.

✓ Client audit assistance: In a six-week period, supervised twelve months of account reconciliations and all year-end audit workpaper preparation for eight related partnerships (four were start-ups). Addressed additional complexities revolving around unrecorded debt financings and equipment additions. Also served as client's liaison to due diligence and company auditors during both the fiscal year-end and acquisition audits.

✓ Assumed leadership role of $150 million for-profit organization (publically owned affiliate) without a CEO (1 year), COO, Controller, Assistant Controller, or MIS Director. Provided stability while surviving an 89% turnover in executive and line management over a three-year period.

✓ Lead turnaround from $500,000 monthly operating loss to $300,000 monthly operating income for non-profit institution. Noted shift in business segments, causing 40% loss in revenue. Developed plans to aggressively restructure staffing levels and employee pay rates, right-size management team, close unprofitable business lines and streamline operations.

✓ Lead hospital through reassignment of Medi-Cal designation from a "closed" to an "open" area, first facility in California to pursue re-designation. Settled out of court with the State by receiving a new Medicaid contract in exchange for dropping re-designation efforts. Increased Medi-Cal reimbursement over 32% annually.

✓ Managed consolidation of three hospitals into one. Facility-Corporate liaison during the closure and sale of two hospitals, divestiture of a home-health agency, and closure of three Medicare cost-based units.

✓ Served as interim controller/CFO for start-up equity funded physician practice. Responsible for reconciling/closing year-end books, interfacing with outside auditor, and recording asset acquisition of physician practice. Worked with legal on revaluation of additional paid in capital and preferred shareholder per share valuation after fourth round of funding. Participated in preparing due diligence package for $80 million financing from fifth round of equity investor funding.

✓ Server as co-negotiator with CFO of non-affiliated facility during bid process and vendor review of new management information system. Plan was to pool resources and share system, allowing both organizations to install and utilize a system that would meet their individual needs but which neither company could afford independently. Total system cost, including LAN/WAN conversion and conversion of current system data approximated $2.5 million.

✓ Key member in Customer Satisfaction Task Force, increasing overall customer "satisfied/very satisfied" rating from 48% to 76% within one year (patients). Also received company wide recognition for 89% employee participation during the satisfaction survey process, noting a significant improvement in the employee's confidence in management. Facility obtained a Customer Satisfaction "Best Practices" designation.

✓ With significant decrease in reimbursement rates from insurance payers, implemented staff management tools and developed expense reduction plans, reducing overhead costs by over 45% and FTEs by 25% over two years. Also, outsourced aged accounts receivables, increase bad debt cash flows over $3 million in six months.

✓ Served on and facilitated many process improvement teams and JCAHO preparation teams. Also participated in Board of Director's: Executive, Finance, Strategic Planning and Public Image Committees, and Leadership Council.

EXHIBIT C
Page 2 of 3

**Shondale Seymour**                                                                                                            page 3

## CAREER DEVELOPMENT

**Founder/Principal Consultant**
**SSPA – S Seymour Project Accounting**                                                                    2014 to present
Consultant / Interim CFO & Controller. Select projects include: interim CFO/Controller for equity-funded physician practice start-up, financial statement preparation, audit liaison and due diligence document preparation related to $80 million capital infusion; strategic planning, accounting record clean-up, implement monthly close and reporting process, and bank liaison for $40 million food manufacturer and wholesale distributor.

**Director, Consulting, Interim Director Audit**
**Boos & Associates, PC, Fresno, CA**                                                                          2016 to 2022
Boutique Tax, Audit and Business Advisory firm service clients in the San Joaquin Valley and Las Vegas, NV. An independent member of the DBO Alliance. Part-time member of company management team and consultant on various firm projects interfacing with clients, management and staff. Served as Interim Audit Director (2016-2018) training staff and supervising GAAP based audits.

**Founder/Principal Consultant**
**SKK Group, Inc., Houston, TX and Springville, CA**                                                      2000 to 2013
Founder of a company that focuses on assisting companies in start-up, turnaround and/or crisis situations. Also, provide financial and operational interim executive management, system review, cost reduction, and process improvement strategies. US Bankruptcy services including MOR reporting, SOFA schedule preparation, legal research and custodian of records.

**Chief Financial Officer, Vice President**
**East Houston Regional Medical Center, Houston, TX**                                                  1997 to 2000
Oversaw all daily and long-term financial/operational aspects for this $150 million for-profit hospital affiliate comprised of three acute care facilities, including a level 2 neonatal unit, psychiatric unit, and two outpatient clinics.. Assumed a lead role in strategic business plan development and ensured budget directives matched business plan objectives. Served as primary relationship manager for business, government, division and corporate offices, legal and municipal representatives. Participated in many physician committees and on Board of Directors.

**Vice President Finance and Administration, CFO**
**Madera Community Hospital, Madera, CA**                                                                 1993 to 1997
As CFO, was given autonomy to guide all daily and long-term operations of this $50 million non-profit, rural hospital and two rural health care clinics. Served as liaison to physicians and federal and state officials. Served on Board of Directors: Executive, Finance, Strategic Planning and Public Image Committees, and Leadership Council. Solely responsible for maintaining credibility in the financial statements after computer crash, while recovering $10 million in accounts receivable.

**Manager**
**Ernst & Young, Fresno and Bakersfield, CA**                                                                1986 to 1993
Directed accounting, auditing and business advisor services to local, national and international, public and private companies. Services included: financial projections and forecasts, long-term debt financings, contract review and business acquisitions and divestitures. Prepared/presented interim and annual reports to shareholders/board committees. Industry concentration included: healthcare, airlines, trucking, agriculture and oil and gas. Significant experience in the preparation and review of SEC filings for interim and annual reports, IPOs and shelf placements, and business combinations.

---

## EDUCATION

BBA – Accounting, West Texas State University, 1986

Certified Public Accountant (CPA), California State Board of Accountancy, 1989 (inactive)

EXHIBIT C
Page 3 of 3