WANGER JONES HELSLEY
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com


Attorney for:  Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: | **Bankruptcy Case No.:** 23-10457 |
|---|---|
| | **Docket Control Number:** WJH-10 |
| MADERA COMMUNITY HOSPITAL, | **Hearing Information** *(if applicable):* |
| | Hearing Date: March 28 2023 |
| | Hearing Time: 9:30 a.m. |
| | Location: 2500 Tulare Street |
| Debtor(s) | Judge: Honorable René Lastreto II |
| v. | **Adversary Proceeding No.** *(if applicable):* |
| | **Docket Control Number:** |
| Plaintiff(s) | **Hearing Information** *(if applicable):* |
| | Hearing Date: |
| | Hearing Time: |
| | Location: |
| Defendant(s) | Judge: |

## CERTIFICATE OF SERVICE OF

**Motion for Authority to Assume Consulting Agreement (Impossible Services, Group, Inc.) and supporting documents**

EDC Form 7-005, Rev. 10/22

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status.** I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is <u>Wanger Jones Helsley</u>    and my ☑ business address **or** ☐ mailing address if not a business is:

   <u>265 E. River Park Cir., #310, Fresno, CA 93720</u>

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

---

☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

   ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. (*Check all that are applicable.*)

     ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

     ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no._____.

☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no._____.

☐ **Chapter 15 case**

☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

   ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

   ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no._____.

☑ **Chapter 11 case** (*indicate below if subject to limited noticing*)

   ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

   ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no._____.

☐ **Adversary Proceeding**

---

4. **About the Documents Served**

On <u>March 14</u>, 20 <u>23</u>, by the method(s) specified below, the following documents were served (*list in space provided*):

SEE ATTACHED LIST

**or** ☑ those documents described in the list appended hereto and numbered **Attachment 4.**

5. **Who is Being Served**

Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

---

☑ Debtor(s)
☐ Debtor's attorney(s)
☐ Trustee
☑ U.S. Trustee
☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter.
☐ Plaintiff(s)
☐ Defendant(s)
☐ All committee members
☐ Attorney for committee members
☐ Equity security holders
☑ Persons who have filed a Request for Notice

☐ All creditors and parties in interest (Notice of Hearing only)
☐ Only creditors that have filed claims (Notice of Hearing only)
☐ All creditors and parties in interest
☑ Fewer than all creditors (*check at least one below*)
   ☐ Creditors that have filed claims
   ☑ Creditors holding allowed secured claims
   ☐ Creditors holding allowed priority unsecured claims
   ☐ Creditors holding leases or executory contracts that have been assumed
   ☑ 20 largest creditors
☐ Administrative claimants
☑ Other party(ies) in interest

---

EDC Form 7-005, Rev. 10/22      2

6.   <u>How Service is Accomplished</u>

A.  ☑  **Rule 7004 Service.** *(Check at least one, if applicable.)*

    1.  ☑  **First Class Mail**

       Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

    2.  ☐  **Certified Mail**

       Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

    3.  ☐  **Publication**

       Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

B.  ☑  **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

    1.  ☑  **Electronic Service on Registered Users of the Court's Electronic Filing System.**

       Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

    2.  ☑  **U.S. Mail**

       Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

      a.  **Parties in interest**

        ☐  **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

        ☐  **List Other Than the Clerk's Matrix of Creditors.** Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

      b.  ☑  **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

      c  ☑  **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

    3.  ☑  **Other Methods of Service**

       Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5***.

7.    **Who Accomplished Service**

    A.   **Attorney/Trustee** *(Check as many as apply)*

        **Rule 7004 Service**

- [x] § 6A(1): First Class Mail
- [ ] § 6A(2): Certified Mail
- [ ] § 6A(3): Publication

        **Rule 5 Service**

- [x] § 6B(1): Elec. Service on Registered e-Filers
- [x] § 6B(2)(a): U.S. Mail
- [x] § 6B(2)(b): Request for Special Notice
- [x] § 6B(2)(c): Other Parties in Interest § 5
- [x] § 6B(3): Other Methods of Service

    B.   **Third Party Service Provider** *(Check as many as apply)*

        **Rule 7004 Service**

- [ ] § 6A(1): First Class Mail
- [ ] § 6A(2): Certified Mail
- [ ] § 6A(3): Publication

        **Rule 5 Service**

- [ ] § 6B(1): Elec. Service on Registered e-Filers
- [ ] § 6B(2)(a): U.S. Mail
- [ ] § 6B(2)(b): Request for Special Notice
- [ ] § 6B(2)(c): Other Parties in Interest § 5
- [ ] § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members)*:

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on <u>March 14</u>, 20<u>23</u>, at <u>Fresno</u>       <u>CA</u>.
                                          City                State

<u> April Summers             </u>
Print Name                          Signature

**Third Party Service Provider** (if applicable):

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at _____.
                                          City                State

_____      _____
Name                                 Signature

_____
Company Name

_____
Address

_____
City        State     Zip Code

ATTACHMENT 4 TO CERTIFICATE OF SERVICE                    Madera Community Hospital

1.    Notice of Hearing on Motion for Authorization to Assume Consulting Agreement
      (Impossible Services, Group, Inc.);

2.    Motion for Authorization to Assume Consulting Agreement (Impossible Services,
      Group, Inc.);

3.    Brief in Support of Motion for Authorization to Assume Consulting Agreement
      (Impossible Services, Group, Inc.);

4.    Declaration of Karen Paolinelli in Support of Motion for Authorization to Assume
      Consulting Agreement (Impossible Services, Group, Inc.);

5.    Exhibits to Declaration of Karen Paolinelli in Support of Motion for Authorization
      to Assume Consulting Agreement (Impossible Services, Group, Inc.)

Attachment 6B1



**Matrix of Registered Users of the Electronic Filing System**
**Case Name: Madera Community Hospital**
**Case Number: 23-10457**
**Date: 3/14/2023 10:40 AM**

Office of the U.S. Trustee / Trustee / ustpregion17.fr.ecf@usdoj.gov

Riley Walter / Attorney / RIBTecf@wjhattorneys.com

Jorge Gaitan / Attorney / jorge.a.gaitan@usdoj.gov

Yale Kim / Attorney / ykkim@cbbank.com

Christopher Crowell / Attorney / ccrowell@hrhlaw.com

Attachment 6B1



**Request for Special Notice Filed**
**Case Name: Madera Community Hospital**
**Case Number: 23-10457**
**Date: 3/14/2023 10:48 AM**

Tracy Davis
Attn: Jorge A. Gaitan
501 I St #7-500
Sacramento, CA 95814

Citizens Business Bank
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Blvd 12th Fl
Encino, CA 91436-2829

Attachment 6A1, 6B4, 6B5

Madera Community Hospital

## SERVICE LIST

Debtor
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
kpaolinelli@maderahospital.org

United States Trustee
U.S. Trustee's Office
Jorge A. Gaitan
501 I St #7-500
Sacramento, CA 95814
jorge.a.gaitan@usdoj.gov

### Special Notice

Foley & Lardner LLP
Edward Green
321 North Clark Street Suite 3000
Chicago IL 60654
egreen@foley.com

Rick Wolf, General Counsel
Saint Agnes Medical Center
1111 E. Spruce Ave.
Fresno CA 93720
rick.wolf@same.com

California Attorney General's Office
Emilio Varanini
1300 "I" Street
Sacramento, CA 95814
Emilio.Varanini@doj.ca.gov

California Attorney General's Office
Melissa Hamill
1300 "I" Street
Sacramento, CA 95814
Melissa.Hamill@doj.ca.gov

California Attorney General's Office
Kathleen Boergers
1300 "I" Street
Sacramento, CA 95814
Kathleen.Boergers@doj.ca.gov

California Attorney General's Office
Roma B Patel
1300 "I" Street
Sacramento, CA 95814
Roma.Patel@doj.ca.gov

California Attorney General's Office
Michelle Schoenhardt
1300 "I" Street
Sacramento, CA 95814
Michelle.Schoenhardt@doj.ca.gov

California Attorney General's Office
Neli Palma
1300 "I" Street
Sacramento, CA 95814
Neli.Palma@doj.ca.gov

California Attorney General's Office
Renuka George
1300 "I" Street
Sacramento, CA 95814
Renuka.George@doj.ca.gov

### Secured Creditors

Saint Agnes Medical Center
Trinity Health
Attn. CEO
1303 E. Herndon Ave.
Fresno CA 93720-3309
Nancy.Hollingsworth@same.com

New England Sheet Metal
2731 S Cherry Ave
Fresno CA 93706
jwilkinson@nesm.com

Cisco Systems Capital Corporation
1111 Old Eagle School Road
Wayne PA 19087
customersupport@leasedirect.com

Evan Patterson Construction dba
Patterson Drywall
2050 H Street
Fresno CA 93721
ep@pattersonconstruction.us

Hewlitt-Packard Financial Services
200 Cornell Drive
Berkeley Heights NJ 07922

Huntington Technology Finance
2285 Franklin Road
Bloomfield Hills MI 48302

Leaf Capital Funding
2005 Market Street, 14th Floor
Philadelphia PA 19103
lleir@administration-services.com

Madera County Tax Collector
200 W. 4th Street
Madera CA 93637
taxcollector@maderacounty.com

Leasing Associates of Barrington, Inc.
220 N. River St.
Dundee IL 60118

Siemens Financial Services, Inc.
170 Wood Ave. South
Iselin NJ 08830

## 20 Largest Unsecured Creditors

APTIVA CORP
825 GEORGES ROAD
SUITE 1
NORTH BRUNSWICK NJ 08902

ARYA MEDICAL GROUP
1660 E. HERNDON AVE.
STE. 101
FRESNO CA 93720
aryamedicalgroup@gmail.com

BECKMAN COULTER, INC.
DEPT. CH 10164
PALATINE IL 60055-0164

CARDINAL HEALTH 110, LLC
PO BOX 56412
LOS ANGELES CA 90074-6412
megha.jain01@cardinalhealth.com

Cardinal Health Medical Products
and Services
P.O. BOX 100316
Pasadena CA 91189
alanna.clark@cardinalhealth.com

CENTRAL CALIFORNIA
ANESTESIOLOGY
2276 ASHCROFT AVENUE
CLOVIS CA 93611
bryanwtune@yahoo.com

CEP AMERICA-CALIFORNIA
1601 CUMMINS DR
STE D
MODESTO CA 95358-6411
Engin.Kirimca@vituity.com

CITIZENS BUSINESS BANK
Special Assets Department
701 North Haven Ave., Ste. 210
Ontario CA 91764
wefagan@cbbank.com

GATEWAY ACCEPTANCE CO. FOR
VEMA STAFFING
P.O. BOX 4053
CONCORD CA 94524-4053
sestes@vmstaffing.com

GATEWAY ACCEPTANCE FOR VALLEY
MEDICAL ST
P.O. BOX 4053
CONCORD CA 94524-0000
sestes@vmstaffing.com

NUWEST GROUP HOLDINGS, LLC
P.O. BOX 940
ROSEVILLE CA 95661

OR NURSES NATIONWIDE, INC
P.O. BOX 55963
DEPT 5158
LITTLE ROCK AR 72215
reneew@ornurses.com

SNAPMEDTECH INC
P.O. BOX 200352
DALLAS TX 75320-0352
ar@snapnurse.com

State Of California Emergency
Rick Trussell
Medical Services Authority
10901 Gold Center Dr., #400
Rancho Cordova, CA 95670

SYSCO FOOD SERVICES OF CENTRAL
P.O. Box 729
Modesto, CA 95353-0729
customer@sysco.com

TRIAGE LLC
P.O. BOX 773328
CHICAGO IL 60677-3328
accounting@triagestaff.com

TRUSTED HEALTH, INC.
P.O. BOX 7775
PMB-62915
SAN FRANCISCO CA 94120-7775
receivables@trustedhealth.com

WELLS FARGO BUSINESS CREDIT
P.O. BOX 713424
PHILADELPHIA PA 19171-3424
glurz@excitehp.com
jmitchell@excitehp.com

WESTWAYS STAFFING SERVICES, INC.
Spencer Bressler
P.O. BOX 970
SAN JOSE CA 95108

ZIMMER, INC.
14235 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CITIZENS BUSINESS BANK
PO Box 3938
Ontario, CA 91761
wefagan@cbbank.com

**Additional Notice Parties**

City of Madera
Arnoldo Rodriguez, City Manager
205 West Fourth Street
Madera CA 93637
arodriguez@madera.gov

Madera County Board of Supervisors
Attn: Jay Varney
200 West 4th Street
Madera CA 93637
Jay.Varney@maderacounty.com
cotb@maderacounty.com

California Department of Public Health
285 W Bullard Ave # 101
Fresno CA 93704
Steven.lopez@cdph.ca.gov

California Department of Public Health
PO Box 997377
MS 0500
Sacramento CA 95899

City of Chowchilla
City Administrator
Rod Pruett
130 S Second Street
Chowchilla CA 93610

STATE OF CALIFORNIA
Department of Healthcare Services
1501 Capitol Ave., Suite 71.2048
Sacramento, Ca 95814-5005
brian.clausse@dhcs.ca.gov

Aaron Chambers
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
achambers@maderahospital.org

Deidre DaSilva
PO Box 509
Madera CA 93639
deidredasilva@hotmail.com

Shondale Seymour
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
sseymour@maderahospital.org

Matthew Hoffman
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 421
Fresno, CA 93704-2222
mhoffman@bakermanock.com

Paul Gaus
Whitney Thompson & Jeffcoach
970 W. Alluvial Ave.
Fresno, CA 93711
pgaus@wtjlaw.com

Robert Ward
Ward Legal, Inc.
7030 N. Fruit Ave., Ste. 110
Fresno, CA 93711
Rward@wardlegaline.com

Trinity Health Corporation
20555 Victor Parkway
Livonia MI 48152

**Additional Notice Parties**

Impossible Services Group, Inc.
Attn: Aaron Chambers, President
2037 W. Cleveland Ave.
Madera, CA 93637

Shondale Seymour
2037 W. Cleveland Ave.
Madera, CA 93637

Aaron Chambers
2037 W. Cleveland Ave.
Madera, CA 93637