SHANE J. MOSES, CA Bar No. 250533
  smoses@foley.com
FOLEY & LARDNER LLP
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

*Attorneys for Creditor Saint Agnes Medical Center*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor | Case No: 23-10457<br><br>Chapter 11<br><br>Judge: Honorable Rene Lastreto, II |

### **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to *Saint Agnes Medical Center* in this bankruptcy matter, and requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, and any associated adversary proceedings, be served, electronically or otherwise, to the following address:

| | |
|---|---|
| Shane J. Moses<br>Foley & Lardner LLP<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>Telephone: (415) 434-4484<br>Facsimile: (415-434-4507<br>Email: smoses@foley.com | Edward Green<br>Foley & Lardner LLP<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br>Email: egreen@foley.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above-captioned Debtor, property in its possession, custody, or control or the administration of the Debtor's bankruptcy case.

Dated: March 14, 2023

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Shane J. Moses*
Shane J. Moses
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415-434-4507
Email: smoses@foley.com

-and-

Edward J. Green (*Pro Hac Vice, Pending*)
Foley & Lardner LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: egreen@foley.com

*Counsel for Creditor Saint Agnes Medical Center*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

4858-8397-7303.1

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action; my current business address is 555 California Street, Suite 1700, San Francisco, CA 94104-1520.

On March 14, 2023, I served the foregoing document(s) described as: **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** on the interested parties in this action as follows:

Madera Community Hospital
c/o Riley C. Walter
265 E. River Park Circle
Suite 310
Fresno, CA 93720
RIBTecf@wjhattorneys.com

  X     **BY ELECTRONIC COURT FILING SERVICE**
         X    Pursuant to Code of Civil Procedure section 1010.6(e)(1), I personally caused each document listed above to be served by Court-approved Electronic Court Filing Service Provider by transmitting true and correct copies of each document for electronic service to the addressees above at the e-mail addresses listed therein.

          Executed on March 14, 2023, at San Francisco, California.

  X       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Lanii Langlois*
Lanii Langlois

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

4858-8397-7303.1