**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
          dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:    23-7429117<br>Address:    1250 E. Almond Avenue<br>             Madera, CA 93637 | Case No. 23-10457<br><br>DC No.:  WJH-11<br><br>Chapter 11<br><br>Date:     April 18, 2023<br>Time:     9:30 a.m.<br>Place:    2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br>Judge:   Honorable René Lastretto II |

### APPLICATION TO EMPLOY BANKRUPTCY COUNSEL
### (WANGER JONES HELSLEY)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Madera Community Hospital (the "Debtor in Possession") requests authority to employ Wanger Jones Helsley ("WJH"), 265 E. River Park Circle, Suite 310, Fresno, CA 93720, as bankruptcy counsel during the pendency of this Chapter 11 case.

///

///

This Application to Employ Bankruptcy Counsel (the "Application") is filed pursuant to 11 U.S.C. §§ 327(a) and (c), 330, and B.R. 2013, 2014, 2016, 5002, 5004, and 9001 and LBR 2014-1. This Court has core jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

The Debtor in Possession seeks the following relief:

1.      The Debtor has filed a voluntary petition pursuant to Title 11 of the United States Code on March 10, 2023.

2.      It is necessary and essential for the Debtor in Possession to employ bankruptcy counsel because of the extensive legal services required. These services include, but are not limited to the following:

     a.      Take all necessary actions to protect, preserve and represent the Debtor in Possession, including, if required by the facts and circumstances, the prosecution of actions and adversary or other proceedings on the Debtor in Possession's behalf; the defense of any actions and adversary or other proceedings against the Debtor in Possession; negotiations concerning all disputes and litigation in which the Debtor in Possession is involved, and, where appropriate, the filing and prosecution of objections to claims filed against the Debtor in Possession;

     b.      Prepare on behalf of the Debtor in Possession, all necessary applications, motions, answers, orders, briefs, reports and other papers in connection with the administration of the estate;

     c.      Develop, negotiate and promulgate a plan; and

     d.      Perform other legal services as requested.

3.      The Debtor in Possession has selected WJH for employment because of the experience and knowledge of WJH's members and associates in the field of bankruptcy, insolvency, litigation and debtors' and creditors' rights. The Debtor in Possession believes that WJH and its attorneys are well qualified to provide representation in this case.

4.      The Debtor in Possession hereby seeks authority to pay WJH from the assets of the estate on an hourly basis at the hourly rates of WJH's billable professionals using an evergreen retainer as follows:

a.    At present, there are four attorneys at WJH that might be involved in this case. Attorney billing rates currently range from $180.00 to $595.00 per hour. WJH's paralegals/law clerks have billing rates ranging from $125.00 to $180.00 per hour.

b.    The Debtor in Possession seeks authority to allow WJH to hold the retainer that was in existence on the date of the petition as an evergreen retainer as has been allowed in numerous other Chapter 11 cases, including *In Re Insileo Technologies, Inc.*, 291 B.R. 628 (Bankr. D. Del. 2003) and *In Re CTC Communications Group, Inc.*, Chapter 11 Case No. 02-12873 (PJW) (Bankr. D. Del. 2002).

c.    WJH has not shared nor agreed to share any compensation with any other person, except within WJH.

5.    The Application is supported by the Declaration of Danielle J. Bethel in Support of the Application (the "Declaration"). Attached to the Declaration as Exhibit "A", and incorporated herein by reference, is a verified statement of connections with the Debtor in Possession, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the U.S. Trustee's Office, or the United States Bankruptcy Judge reviewing the subject Application or presiding over this case.

6.    Based on the Application, the Declaration and exhibit thereto, the Debtor in Possession asserts that WJH holds no interest adverse to the Debtor in Possession and it is a disinterested person within the meaning of 11 U.S.C. § 327.

7.    Prior to filing the petition, the Debtor in Possession paid a retainer to WJH. All of the retainer remaining on the Petition Date was placed in the WJH Attorney Trust Account bringing the trust account balance to $173,628.80 as of Petition Date.

8.    The Debtor in Possession requests that monthly applications for interim compensation pursuant to 11 U.S.C. § 331 be entertained if the combined fees and expenses sought exceed $5,000.00.

///

///

///

///

1      WHEREFORE, the Debtor in Possession respectfully requests that the Court enter an Order

2 authorizing the Debtor in Possession to employ Wanger Jones Helsley to perform the services described

3 herein, and grant such other and further relief as is just and proper.

4

5 Dated: March **14**, 2023

                                    Karen Paolinelli, Chief Executive Officer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28