**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
             dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession.<br><br>Tax ID#:   23-7429117<br>Address:   1250 E. Almond Avenue<br>                    Madera, CA 93637 | Case No. 23-10457<br><br>DC No.: WJH-11<br><br>Chapter 11<br><br>Date:    April 18, 2023<br>Time:    9:30 a.m.<br>Place:   2500 Tulare Street<br>              Courtroom 13<br>              Fresno, CA 93721<br>Judge:   Honorable René Lastretto II |

**DECLARATION OF DANIELLE J. BETHEL IN SUPPORT OF APPLICATION TO EMPLOY BANKRUPTCY COUNSEL
(WANGER JONES HELSLEY)**

I, Danielle J. Bethel, declare as follows:

1. I am an Attorney at Law admitted to practice before this Court and all Courts of the State of California. I am a member of Wanger Jones Helsley and an attorney on this matter.

2. My office is located at 265 E. River Park Circle, Suite 310, Fresno, California 93720.

3. I met with and discussed this Application and the bankruptcy case with the Debtor in Possession. I also reviewed the attached Application, and the Statement of Compensation and

1. Connections that is attached hereto as Exhibit A, which I prepared and which is incorporated into this Declaration by reference. This declaration verifies the information contained therein as to the Debtor in Possession. On the basis of this review, I made the disclosures regarding compensation in said Statement and I know of no other connections with the Debtor in Possession, its creditors, or any other party interest, their respective attorneys and accountants, the United States Bankruptcy Judge that will review this application, U.S. Trustee or any person employed in the U.S. Trustee's Office, except as disclosed herein.

Before making this declaration I interviewed representatives of the Debtor in Possession and personally reviewed the list of creditors and parties in interest provided by them.

I so declare this 15th day of March, 2023 at Fresno, California.

_____
Danielle J. Bethel