3

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
         dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | DC No.: WJH-11 |
| Debtor in Possession. | Chapter 11 |
| Tax ID#: 23-7429117 | Date: April 18, 2023 |
| Address: 1250 E. Almond Avenue | Time: 9:30 a.m. |
| Madera, CA 93637 | Place: 2500 Tulare Street |
| | Courtroom 13 |
| | Fresno, CA 93721 |
| | Judge: Honorable Renè Lastretto II |

**EXHIBIT TO DECLARATION OF DANIELLE J. BETHEL IN SUPPORT OF APPLICATION TO EMPLOY BANKRUPTCY COUNSEL**
**(WANGER JONES HELSLEY)**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Verified Statement of Connections | 2 |

Dated: March 15, 2023      WANGER JONES HELSLEY

By: /s/ Danielle Bethel
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital

# EXHIBIT "A"

## VERIFIED STATEMENT OF CONNECTIONS

Wanger Jones Helsley ("WJH") has the following connections to the above named Debtor, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the United States Trustee's Office, or the United States Bankruptcy Judge reviewing the Application or presiding over this case:

1. <u>Connections with the Debtor</u>: Representation since January 2023.

2. <u>Connections with Creditors</u>: A review of the list of creditors supplied by the Debtor does not show any connections with any of the creditors except for those who have been creditors in other bankruptcy proceedings handled by WJH or as disclosed herein.

   a. <u>WJH currently represents the following creditors on totally unrelated matters</u>: New England Sheet Metal Works, Inc. and Saint Agnes Medical Center. The attorneys involved in these matters will not be working on any matter relating to Madera Community Hospital.

   b. <u>WJH previously represented the following creditors on totally unrelated matters</u>: Trinity Health Care System. It is the position of WJH that the closed matters are not related to this bankruptcy case. Further, WJH has not obtained through any previous representation the confidential information of a creditor in this case that could be used in this case in a way that is adverse to that creditor in this case.

3. <u>Connections with Other Parties in Interest</u>: None.

4. <u>Connections with Attorneys</u>: Wanger Jones Helsley has worked with and against proposed Special McCormick Barstow on unrelated matters in the past.

5. <u>Connections with Accountants</u>: None.

6. <u>Connections with the United States Trustee or any Person Employed in the United States Trustee's Office</u>: There are no known connections with the United States Trustee, or any person employed by the United States Trustee's Office except as follows: Gregory S. Powell, an attorney in the United States Trustee's Office in Fresno, is a former associate of Walter Law

1 Group, which has since morphed into Wanger Jones Helsley by merger. None of the attorneys employed by WJH are related to the United States Trustee in the region where this case is pending.

7. <u>Connection to the United States Bankruptcy Judge Presiding Over this Case</u>: None of the attorneys employed by WJH is related to the United States Bankruptcy Judge that will review this Application and preside over this case except as noted above.

8. As of the Petition Date, WJH was holding a retainer of $173,628.80.

Except as set forth above, there are no known connections with the Debtor in Possession, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the United States Trustee's Office, or the United States Bankruptcy Judge reviewing the Application and presiding over this case.

If additional connections are subsequently discovered they will be disclosed.

Dated: March 15, 2023

WANGER JONES HELSLEY

By: /s/ Danielle J. Bethel
Danielle J. Bethel
Attorneys for the Debtor in Possession