**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
         dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | DC No.: WJH-13 |
| Debtor in Possession. | Chapter 11 |
| Tax ID#: 23-7429117<br>Address: 1250 E Almond Avenue<br>Madera, CA 93637 | Date: April 18, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable René Lastretto II |

**APPLICATION TO EMPLOY SPECIAL COUNSEL**
**(McCormick Barstow)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Madera Community Hospital (the "Debtor") respectfully requests authority to employ McCormick Barstow ("Special Counsel"), 7647 N. Fresno St. Fresno, CA 93720 as special counsel during the pendency of this case.

This Application to Employ Special Counsel (the "Application") is filed pursuant to 11 U.S.C. §§ 327(a), (c) and (e), 328, 330, and B.R. 2013, 2014, 2016, 5002, 5004, and 9001 and LBR 2014-1.

This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 1334.

The Debtor files the Application as follows:

1. The Debtor has filed a voluntary petition pursuant to Title 11 of the United States Code on March 10, 2023.

2. It is necessary and essential for the Debtor to employ Special Counsel because of the non-bankruptcy transactions services required. These services include, but are not limited to the following:

    a. Serving as insurance defense counsel in defense of Debtor with regard to several pending and expected medical malpractice lawsuits.

3. The Debtor has selected Special Counsel for employment because of the experience and knowledge of Special Counsel in the field of medical malpractice law and the knowledge and familiarity of Special Counsel with the facts and circumstances of the above listed matters. The Debtor believes that Special Counsel is well qualified to provide representation in this case.

4. It is necessary to employ Special Counsel because the Debtor needs legal representation in non-bankruptcy areas.

5. The Debtor hereby seeks authority to pay Special Counsel for services rendered from the assets of the estate on an hourly basis at the respective hourly rates of Special Counsel's billable professionals, subject to Court approval, up to the amount required by Debtor's SIR deductible. After SIR is exhausted payment to be made by MCH's insurer.

6. The Application is supported by the Declaration of Daniel L. Wainwright in Support of the Application (the "Declaration"). Attached to the Declaration as Exhibit "A," and incorporated herein by reference, is a verified statement of connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the U.S. Trustee's Office, or the United States Bankruptcy Judge reviewing the subject Application or presiding over this case.

7. Based on the Application, the Declaration and exhibit thereto, the Debtor asserts that Special Counsel holds no interest adverse to the Debtor and is a disinterested person within the meaning of 11 U.S.C. § 327.

Filed 03/15/23     Case 23-10457     Doc 74

8. The Debtor requests that monthly applications for interim compensation pursuant to 11 U.S.C. § 331 will be entertained if the combined fees and expenses sought exceed $5,000.00.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to employ Special Counsel to perform the services described herein, and grant such other and further relief as is just and proper.

Dated: March 15, 2023

WANGER JONES HELSLEY

By: /s/ Janelle Bethel
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession, Madera Community Hospital