**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
         dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>        Debtor in Possession.<br><br>Tax ID#:    23-7429117<br>Address:    1250 E Almond Avenue<br>                  Madera, CA 93637 | Case No. 23-10457<br><br>DC No.: WJH-13<br><br>Chapter 11<br><br>Date:     April 18, 2023<br>Time:    9:30 a.m.<br>Place:    2500 Tulare Street<br>          Courtroom 13<br>          Fresno, CA 93721<br>Judge:   Honorable René Lastretto II |

**DECLARATION OF DANIEL L. WAINWRIGHT IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL COUNSEL**
(McCormick Barstow)

I, Daniel L. Wainwright, declare as follows:

1. I am an attorney and am a partner of McCormick Barstow Sheppard Wayte & Carruth, duly admitted to practice law in the State of California and State of Nevada, and in the Eastern District of California.

2. My office is located at 7647 N. Fresno St., Fresno, CA 93720.

---

Filed 03/15/23 — Case 23-10457 — Doc 76

3. I discussed this Application, our representation and the bankruptcy case with the Debtor. I also reviewed the attached Application, and the Statement of Compensation and Connections that is attached hereto as Exhibit A, which I prepared and which is incorporated into this Declaration by reference. This declaration verifies the information contained therein as to the Debtor.

3. I discussed this Application, our representation and the bankruptcy case with the Debtor. I also reviewed the attached Application, and the Statement of Compensation and Connections that is attached hereto as Exhibit A, which I prepared and which is incorporated into this Declaration by reference. This declaration verifies the information contained therein as to the Debtor.

4. On the basis of this review, I made the disclosures regarding compensation in said Statement and, other than what is contained within the Application, I know of no other connections with the Debtor, their creditors, or any other party interest, its respective attorneys and accountants, the United States Bankruptcy Judge that will review this application, U.S. Trustee, or any person employed in the U.S. Trustee's Office except as disclosed herein. Before making this declaration I discussed our role with the Debtor and personally reviewed the list of creditors and parties in interest provided by the Debtor.

I so declare this __14__ day of March, 2023 at Fresno, California.

_____
Daniel L. Wainwright

Declaration of Daniel L. Wainright in Support of Application to Employ Special Counsel (McCormick Barstow) — 2 — R:\Client\10538-002\PLEADINGS\WJH-13 App to Employ Special Counsel (McCormick Barstow)\Declaration.030923.jmm.docx