**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
　　　　　dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　　Debtor in Possession.<br><br>Tax ID#:　23-7429117<br>Address:　1250 E Almond Avenue<br>　　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>DC No.: WJH-13<br><br>Chapter 11<br><br>Date:　April 18, 2023<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　　Courtroom 13<br>　　　　　Fresno, CA 93721<br>Judge:　Honorable René Lastretto II |

**EXHIBIT IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL COUNSEL**
**(McCormick Barstow)**

///
///
///
///
///

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Verified Statement of Connections | 2 |

Dated: March 15, 2023

WANGER JONES HELSLEY

By: _/s/ Danielle Bethel_
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# EXHIBIT "A"

## VERIFIED STATEMENT OF CONNECTIONS

To the best of my knowledge, McCormick Barstow (the "Special Counsel") has the following connections to the above named Debtor, creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the U.S. Trustee's Office, or the United States Bankruptcy Judge reviewing the Application or presiding over this case:

1. <u>Connections with the Debtor</u>: Special Counsel has represented the Debtor since the 1990s, as general counsel, and as litigation counsel in: Serving as insurance defense counsel in defense of Debtor with regard to several pending and expected medical malpractice lawsuits.

2. <u>Connections with Creditors</u>: A review of the list of creditors supplied by the Debtor does not show any connections with any of the creditors.

    a. <u>Special Counsel currently represents the following creditors on totally unrelated matters</u>: Special Counsel currently represents APP (as defined below). The CEO of APP is Dr. Aftab Naz, M.D. Dr. Naz is listed as a creditor in the Debtor's case.

    b. <u>The Special Counsel previously represented the following creditors on totally unrelated matters</u>: It is the position of Special Counsel that the closed matters are not related to this bankruptcy case. Further, Special Counsel has not obtained through any previous representation the confidential information of a creditor in this case that could be used in this case in a way that is adverse to that creditor in this case.

3. <u>Connections with Other Parties in Interest</u>: Special Counsel currently represents Affiliated Physician Practice, Inc. ("APP") as a debtor in a pending Chapter 7 case filed in the Eastern District. APP is a multi-specialty practice group that contracted with MCH to provide physician services. APP is one of MCH's debtors and owes MCH several million dollars as the result of loans APP received from MCH. APP is also a tenant under a long-term lease with MCH. Special Counsel also represents the Madera Community Hospital Medical Staff, an incorporated association ("Association"), in the creation of a non-profit corporation, Madera Community Physician's Inc. and is currently holding $101,485.92 in its trust account, which it received from

the Cyril Revel, M.D., the treasurer of the Association on March 10, 2023. The funds received from the Association represent membership dues and other monies collected from the physicians of the Association.

4. <u>Connections with Attorneys</u>: Special Counsel has worked with and against Wanger Jones Helsley who is proposed Bankruptcy Counsel on unrelated matters in the past. Additionally, Garrett Leatham, one of Special Counsel's associates was employed by Wanger Jones Helsley until the fall of 2022 before joining Special Counsel. Mr. Leatham will not be working on any matters relating to Madera Community Hospital.

5. <u>Connections with Accountants</u>: There are no known connections with the accountants for any other parties in interest.

6. <u>Connections with the U. S. Trustee or any Person Employed in the U. S. Trustee's Office</u>: There are no known connections with the U. S. Trustee, or any person employed by the U. S. Trustee's Office except as follows: None.

7. <u>Fees Owed</u>: Special Counsel was not owed any fees as of the Petition Date.

8. <u>Connection to the United States Bankruptcy Judge Presiding Over this Case</u>: None of the attorneys employed by Special Counsel are a relative of the bankruptcy judge that will review this Application or preside over this case.

Except as set forth above, there are no known connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the U. S. Trustee, any person employed in the U. S. Trustee's Office, or the United States Bankruptcy Judge reviewing the Application and presiding over this case.

If additional connections are discovered they will be subsequently disclosed.

Dated: March 14, 2023

_____
Daniel L. Wainwright