4

WANGER JONES HELSLEY
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession.<br><br>Tax ID#: 23-7429117<br>Address: 1250 E Almond Avenue<br>Madera, CA 93637 | Case No. 23-10457<br><br>DC No.: WJH-14<br><br>Chapter 11<br><br>Date: April 18, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable Renė Lastretto II |

**EXHIBIT IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL COUNSEL (Ward Legal, Inc.)**

///

///

///

///

///

///

///

Filed 03/15/23 Case 23-10457 Doc 80

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Verified Statement of Connections | 2 |

Dated: March 15, 2023

WANGER JONES HELSLEY

By: ____________________
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

Exhibit in Support of Application to Employ Special Counsel (Ward Legal, Inc.) 2 R:\Client\10538-002\PLEADINGS\WJH-14 App to Employ Special Counsel (Ward Legal, Inc.)\Exhibit.Pg.030923.jmm.docx

**EXHIBIT "A"**

**VERIFIED STATEMENT OF CONNECTIONS**

To the best of my knowledge, Ward Legal, Inc. (the "Special Counsel") has the following connections to the above named Debtor, creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the U.S. Trustee's Office, or the United States Bankruptcy Judge reviewing the Application or presiding over this case:

1. Connections with the Debtor: Special Counsel, and its attorneys, have represented the Debtor since January 26, 1998, as general counsel from time to time on matters referred to it by the Debtor.

2. Connections with Creditors: A review of the list of creditors supplied by the Debtor does not show any connections with any of the creditors.

a. Special Counsel currently represents the following creditors on totally unrelated matters: None.

b. The Special Counsel previously represented the following creditors on totally unrelated matters: It is the position of Special Counsel that the closed matters are not related to this bankruptcy case. Further, Special Counsel has not obtained through any previous representation the confidential information of a creditor in this case that could be used in this case in a way that is adverse to that creditor in this case.

3. Connections with Other Parties in Interest: There are no known connections with any other parties in interest, their respective attorneys and accountants, except as noted herein.

4. Connections with Attorneys: Ward Legal, Inc. has worked with and against Wanger Jones Helsley who is proposed Bankruptcy Counsel on unrelated matters in the past.

5. Connections with Accountants: There are no known connections with the accountants for any other parties in interest.

6. Connections with the U. S. Trustee or any Person Employed in the U. S. Trustee's Office: There are no known connections with the U. S. Trustee, or any person employed by the U. S. Trustee's Office except as follows: None.

7. Fees Owed: Special Counsel was not owed any fees as of the Petition Date.

Filed 03/15/23 Case 23-10457 Doc 80

8. Connection to the United States Bankruptcy Judge Presiding Over this Case: None of the attorneys employed by Special Counsel are a relative of the bankruptcy judge that will review this Application or preside over this case.

Except as set forth above, there are no known connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the U. S. Trustee, any person employed in the U. S. Trustee's Office, or the United States Bankruptcy Judge reviewing the Application and presiding over this case.

If additional connections are discovered they will be subsequently disclosed.

Dated: March 10, 2023

Robert E. Ward

VERIFIED STATEMENT OF CONNECTIONS -2- https://d.docs.live.net/0efd7129d98dfb84/Documents/877905/Verified.Statement.031023.docx