**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
　　　　　dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re:<br>MADERA COMMUNITY HOSPITAL,<br>　　Debtor in Possession.<br>Tax ID#:　23-7429117<br>Address:　1250 E. Almond Avenue<br>　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-14<br><br>Date:　April 18, 2023<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Courtroom 13<br>　　　　Fresno, CA 93721<br>Judge:　Honorable René Lastreto II |

**DECLARATION OF ROBERT WARD IN SUPPORT OF APPLICATION TO EMPLOY SPECIAL COUNSEL**
**(Ward Legal, Inc.)**

I, Robert E. Ward, declare as follows:

1. I am an attorney and am a partner of Ward Legal, Inc., duly admitted to practice law in the State of California and in the Eastern District of California.

2. My office is located at 7030 N. Fruit, Suite 110, Fresno, CA 93711.

3. I discussed this Application, our representation and the bankruptcy case with the Debtor. I also reviewed the attached Application, and the Statement of Compensation and Connections that is

attached hereto as Exhibit A, which I prepared and which is incorporated into this Declaration by reference. This declaration verifies the information contained therein as to the Debtor. On the basis of this review, I made the disclosures regarding compensation in said Statement and I know of no connections with the Debtor, their creditors, or any other party interest, its respective attorneys and accountants, the United States Bankruptcy Judge that will review this application, U.S. Trustee, or any person employed in the U.S. Trustee's Office except as disclosed herein.

Before making this declaration I discussed our role with the Debtor and personally reviewed the list of creditors and parties in interest provided by the Debtor.

I so declare this 10th day of March, 2023 at Fresno, California.

_____
Robert E. Ward