3

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
          dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor in Possession. | DC NO.:  WJH-2 |
| Tax ID#: 23-7429117<br>Address: 1250 E Almond Avenue<br>             Madera, CA 93637 | Date:      March 16, 2023<br>Time:      11:00 a.m.<br>Place:     2500 Tulare Street<br>               Courtroom 13<br>               Fresno, CA 93721<br>Judge:    Honorable René Lastreto II |

**AGENDA FOR MARCH 16, 2023 AT 11:00 A.M.**

TO THE HONORABLE RENÉ LASTRETO, II, UNITED STATES BANKRUPTCY JUDGE:

Madera Community Hospital, the above-captioned debtor and debtor in possession (the "Debtor") respectfully comes before the Court to give a report as to the hearings scheduled for March 16, 2013 at 11:00 a.m. so that the Court and other parties need not engage in unnecessary preparations.

Hearing Agenda and Report

-1-

R:\Client\10538-002\PLEADINGS\Hearing
Agenda\Hearing Agenda and Report re
Emergency Motions.031523.gaa.docx

There are numerous hearings on multiple "first-day" emergency motions and each one is discussed below:

A.  **[WJH-2] Emergency Motion for an Entry of an Order: (i) Authorizing Debtor to (a) Pay certain Pre-Petition Wages, Salaries, Employee Benefits, and other Compensation and (b) Pay Pre-Petition Reimbursable Employee Pre-Petition Expenses; and (ii) Authorizing and Directing the Banks to Pay all Checks and Electronic Payments Requests Made by the Debtor Relating to the Foregoing.**

　　1.　This hearing involves about $100.00 in wages for employees who were paid but the checks were not cashed prior to the Petition Date. All checks were drawn on MCH's payroll account at Bank of America. By this Motion, the Debtor seeks authority to pay these limited pre-petition wages and benefits. No single payment exceeds the cap of Section 507. The Debtor does not seek authority to pay any pre-petition accrued PTO. A separate motion addressing PTO will be filed.

　　2.　At the hearing the Debtor will request approval of this Motion.

B.  **[WJH-3] Emergency Motion for Entry of Interim and Final Orders (a) Authorizing Use of Cash Collateral and (b) Granting Adequate Protection for Use of Cash Collateral.**

　　1.　At the hearing the Debtor will seek approval of the emergency use of cash collateral as sought and will request a further hearing on March 30, 2023 for uses between April 1, 2023 and June 10, 2023, to be followed by a continued interim hearing on May 31, 2023 for uses after June 10, 2023.

　　2.　At the hearing, the Debtor will seek approval of the Motion.

C.  **[WJH-4] Emergency Motion for Order Authorizing (1) Maintenance of Existing Bank Accounts, (2) Continued Use of Existing Cash Management System and (3) Continued Use of Business Forms.**

　　1.　At the hearing the Debtor will seek approval of this Motion.

**D.** **[WJH-5] Emergency Motion for Order (a) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, and (b) Determining Adequate Assurance of Payment for Future Utility Services.**

    1. At the hearing the Debtor will seek approval of this Motion.

**E.** **[WJH-6] Motion for Authority to Sell Personal Property of the Estate (Excess Medical Supplies).**

    1. At the hearing the Debtor will request this Motion be continued so the Debtor can supplement the record.

**F.** **[WJH-7] Emergency Motion of Debtor for Order Limiting Notice.**

    1. At the hearing the Debtor will request approval of this Motion.

**G.** **[WJH-8] Motion For Entry of an Order (I) Authorizing the Debtor to (a) Maintain Insurance Program, (b) Pay Insurance Premiums and Brokerage Commissions in the Ordinary Course, and (c) Pay All Obligations Associated Therewith.**

    1. At the hearing the Debtor will seek approval of this Motion.

WHEREFORE, The Debtor prays that the Court be apprised accordingly and it will appear by counsel at the above described hearings.

Dated: March 15, 2023

WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital

Hearing Agenda and Report

-3-

R:\Client\10538-002\PLEADINGS\Hearing Agenda\Hearing Agenda and Report re Emergency Motions.031523.gaa.docx