ROB BONTA  
Attorney General of California  
RICHARD T. WALDOW  
Supervising Deputy Attorney General  
KENNETH K. WANG  
GRANT LIEN  
Deputy Attorneys General  
State Bar No. 187250  
  1300 I Street, Suite 125  
  P.O. Box 944255  
  Sacramento, CA 94244-2550  
  Telephone: (916) 210-7920  
  Fax: (916) 324-5567  
  E-mail: Grant.Lien@doj.ca.gov  
*Attorneys for Creditor California Department of Health Care Services*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>              Debtor in Possession. | Case No. 23-10457<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF ALL NOTICES, PAPERS, AND PLEADINGS** |

    I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party of the action. I am an employee of the Office of the Attorney General, 1300 I Street, Sacramento, California 94244-2550.

    On March 15, 2023, I served Creditor California Department of Health Care Services's Notice of Appearance of Counsel and Request for Service of All Notices, Papers, and Pleadings on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

/ / /

/ / /

1

Certificate of Service of Notice of Appearance (23-10457)

1    **XXX (U.S. POSTAL SERVICE)**

2-7    I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

8    **SEE ATTACHED SERVICE LIST**

9    **XXX (E-MAIL SERVICE)**

10-11    I transmitted the above-describe documents via email to the persons that have an e-mail address shown on the Service List.

12    **SEE ATTACHED SERVICE LIST**

13-15    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 15, 2023, at Sacramento, California.

                           */s Cayman Sandoval*

# MADERA COMMUNITY HOSPITAL
## SERVICE LIST
(U.S. Mail and Courtesy E-mail)

<u>Debtor</u>
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
kpaolinelli@maderahospital.org

<u>Debtor's counsel</u>
Riley Walter
Danielle Bethel
Wanger Jones Helsley
265 E. River Park, Suite 310
Fresno, California 93720
rwalter@wjhattorneys.com
dbethel@wjhattorneys.com

California Attorney General's Office
Emilio Varanini
1300 "I" Street
Sacramento, CA 95814
Emilio.Varanini@doj.ca.gov

United States Trustee
U.S. Trustee's Office Gregory Powell
2500 Tulare Street, Suite 1401
Fresno, Ca 93721
greg.powell@usdoj.gov

Rick Wolf, General Counsel
Saint Agnes Medical Center
1111 E. Spruce Ave.
Fresno CA 93720
rick.wolf@samc.com

<u>Attorneys for Trinity</u>
Foley & Lardner LLP Edward Green
321 North Clark Street Suite 3000
Chicago IL 60654
egreen@foley.com

LA2023600940
37008424.docx