**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 23-10457 - B - 11
Madera Community Hospital,     ) Docket Control No. WJH-6
            Debtor.            ) Document No. 33
                               ) Date: 03/16/2023
                               ) Time: 11:00 AM
                               ) Dept: B
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the Motion to Sell is DENIED WITHOUT PREJUDICE.

Dated: Mar 16, 2023

By the Court

*/s/ René Lastreto II/*
René Lastreto II, Judge
United States Bankruptcy Court

[33] - Motion/Application to Sell [WJH-6] Filed by Debtor Madera Community Hospital (dpas)