R<small>OB</small> B<small>ONTA</small>
Attorney General of California
R<small>ENUKA</small> G<small>EORGE</small>
Senior Assistant Attorney General
E<small>MILIO</small> V<small>ARANINI</small>, State Bar No. 163952
N<small>ELI</small> P<small>ALMA</small>, State Bar No. 203374
Supervising Deputy Attorneys General
M<small>ELISSA</small> H<small>AMILL</small>, State Bar No. 221332
R<small>OMA</small> P<small>ATEL</small>, State Bar No. 318175
Deputy Attorneys General
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7522
  E-mail: Neli.palma@doj.ca.gov
*Attorneys for the Attorney General of the State of California*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **In re:**<br><br>MADERA COMMUNITY HOSPITAL,<br>                 Debtor in Possession. | CASE NO. 23-10457<br>Chapter 11<br><br>**SPECIAL REQUEST FOR SERVICE OF ALL NOTICES, PAPERS AND PLEADINGS** |

    The California Attorney General, as an interested party, hereby requests the Court and all parties that all notices, papers and pleadings should be served on:

    Emilio Varanini, Supervising Deputy Attorney General
    Office of the Attorney General
    455 Golden Gate Ave., Suite 11000
    San Francisco, CA 94102
    Telephone: (415) 510-3541
    E-mail: Emilio.Varanini@doj.ca.gov

[CONTINUED ON THE NEXT PAGE]

| | |
|---|---|
| 1 | Neli Palma, Supervising Deputy Attorney General |
| | Office of the Attorney General |
| 2 | 1300 I Street |
| | P.O. Box 944255 |
| 3 | Sacramento, CA 94244-2550 |
| | Telephone: (916) 210-7522 |
| 4 | E-mail: Neli.Palma@doj.ca.gov |
| 5 | Melissa Hamill, Deputy Attorney General |
| | Office of the Attorney General |
| 6 | 1300 I Street |
| | P.O. Box 944255 |
| 7 | Sacramento, CA 94244-2550 |
| | Telephone: (916) 210-7777 |
| 8 | E-mail: Melissa.Hamill@doj.ca.gov |
| 9 | Roma Patel, Deputy Attorney General |
| | Office of the Attorney General |
| 10 | 300 South Spring Street, Suite 7505 |
| | Los Angeles, CA 90013-1230 |
| 11 | Telephone: (213) 269-6326 |
| | E-mail: Roma.Patel@doj.ca.gov |

Dated: March 16, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
RENUKA GEORGE
Senior Assistant Attorney General
EMILIO VARANINI
Supervising Deputy Attorney General

/s Neli Palma

NELI PALMA
Supervising Deputy Attorney General
*Attorney for the Attorney General of the State of California*

SA2021305052