| | |
|---|---|
| 1 | Rob Bonta<br>Attorney General of California |
| 2 | Renuka George<br>Senior Assistant Attorney General |
| 3 | Emilio Varanini, State Bar No. 163952<br>Neli Palma, State Bar No. 203374 |
| 4 | Supervising Deputy Attorneys General<br>Melissa Hamill, State Bar No. 221332 |
| 5 | Roma Patel, State Bar No. 318175<br>Deputy Attorneys General |
| 6 |   1300 I Street<br>  P.O. Box 944255 |
| 7 |   Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7522 |
| 8 |   E-mail: Neli.palma@doj.ca.gov<br>*Attorneys for the Attorney General* |
| 9 | *of the State of California* |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **In re:**<br><br>MADERA COMMUNITY HOSPITAL,<br>                Debtor in Possession. | CASE NO. 23-10457<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF SPECIAL REQUEST FOR SERVICE OF ALL NOTICES, PAPERS AND PLEADINGS** |

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the action. I am an employee of the Office of the Attorney General, 300 S. Spring St. Suite 7505 Los Angeles, CA 90013. On March 16, 2023, I served Request for Service of All Notices, Papers, and Pleadings on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

1

1    **XXX (U.S. POSTAL SERVICE)**

2      I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

     **SEE ATTACHED SERVICE LIST**

**XXX (E-MAIL SERVICE)**

     I transmitted the above-describe documents via email to the persons that have an e-mail address shown on the Service List.

     **SEE ATTACHED SERVICE LIST**

     I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 16, 2023, at Los Angeles, California.

Dated: March 16, 2023

ROB BONTA
Attorney General of California
RENUKA GEORGE
Senior Assistant Attorney General
EMILIO VARANINI
Supervising Deputy Attorney General

*/s Neli Palma*

NELI PALMA
Supervising Deputy Attorney General
*Attorney for the Attorney General of the State of California*

SA2021305052
Proof of Service.NNP.docx

**MADERA COMMUNITY HOSPITAL**
**SERVICE LIST**
(U.S. Mail and Courtesy E-mail)

Debtor
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
kpaolinelli@maderahospital.org

Debtor's counsel
Riley Walter
Steven K. Vote
Danielle Bethel
Wanger Jones Helsley
265 E. River Park, Suite 310
Fresno, California 93720
rwalter@wjhattorneys.com
dbethel@wjhattorneys.com

California Attorney General's Office
Grant Lien
1300 "I" Street, Suite 125
Sacramento, CA 95814
Grant.Lien@doj.ca.gov

United States Trustee
U.S. Trustee's Office Gregory Powell
2500 Tulare Street, Suite 1401
Fresno, Ca 93721
greg.powell@usdoj.gov

Rick Wolf, General Counsel
Saint Agnes Medical Center
1111 E. Spruce Ave.
Fresno CA 93720
rick.wolf@samc.com

Attorneys for Trinity
Foley & Lardner LLP Edward Green
321 North Clark Street Suite 3000
Chicago IL 60654
egreen@foley.com

Special Counsel to Debtor
Robert E. Ward
Ward Legal, Inc.
7030 N. Fruit Suite 110
Fresno, CA 93711