WANGER JONES HELSLEY
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com

Attorney for: Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor(s) | **Bankruptcy Case No.:** 23-10457<br>**Docket Control Number:** WJH-2<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date: March 16, 2023<br>Hearing Time: 11:00 a.m.<br>Location: 2500 Tulare Street<br>Judge: Honorable René Lastreto II |
| Plaintiff(s)<br><br>v.<br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

**CERTIFICATE OF SERVICE OF**

**(Conformed) Order re Emergency Motion to Pay Pre-Petition Wages, etc.**

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is Wanger Jones Helsley and my ☑ business address **or** ☐ mailing address if not a business is:

 265 E. River Park Cir., #310, Fresno, CA 93720.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.)*

 ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*

  ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

  ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.)*

 ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

 ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

 ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

☐ **Chapter 9 case** *(indicate below if subject to limited noticing)*

 ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

☑ **Chapter 11 case** *(indicate below if subject to limited noticing)*

 ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

 ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

☐ **Chapter 15 case**

☐ **Adversary Proceeding**

4. **About the Documents Served**

On March 20, 2023, by the method(s) specified below, the following documents were served *(list in space provided)*:

1. (Conformed) Order (I) Authorizing the Debtor to (A) Pay Prepetition Wages and (B) Pay Reimbursable Employee Expenses; and (II) Authorizing and Directing the Applicable Bank to Pay All Checks and Electronic Requests Made by the Debtor Relating to the Foregoing

**or** ☐ those documents described in the list appended hereto and numbered ***Attachment 4.***

**5. Who is Being Served**

Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

☑ Debtor(s)
☐ Debtor's attorney(s)
☐ Trustee
☑ U.S. Trustee
☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter.
☐ Plaintiff(s)
☐ Defendant(s)
☐ All committee members
☐ Attorney for committee members
☐ Equity security holders
☑ Persons who have filed a Request for Notice

☐ All creditors and parties in interest (Notice of Hearing only)
☐ Only creditors that have filed claims (Notice of Hearing only)
☐ All creditors and parties in interest
☑ Fewer than all creditors *(check at least one below)*
 ☐ Creditors that have filed claims
 ☑ Creditors holding allowed secured claims
 ☐ Creditors holding allowed priority unsecured claims
 ☐ Creditors holding leases or executory contracts that have been assumed
 ☑ 20 largest creditors
☐ Administrative claimants
☑ Other party(ies) in interest

6. **How Service is Accomplished**

A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

1. ☐ **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

2. ☐ **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

3. ☐ **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

B. ☑ **Rule 5 and Rules 7005, 9036 Service** (*Check at least one, if applicable.*)

1. ☑ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

2. ☑ **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

a. **Parties in interest**

☐ **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

☐ **List Other Than the Clerk's Matrix of Creditors.** Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

b. ☑ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

c ☑ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

3. ☑ **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5.***

7. **Who Accomplished Service**

A. **Attorney/Trustee** *(Check as many as apply)*

**Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

**Rule 5 Service**
- ☑ § 6B(1): Elec. Service on Registered e-Filers
- ☑ § 6B(2)(a): U.S. Mail
- ☑ § 6B(2)(b): Request for Special Notice
- ☑ § 6B(2)(c): Other Parties in Interest § 5
- ☑ § 6B(3): Other Methods of Service

B. **Third Party Service Provider** *(Check as many as apply)*

**Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

**Rule 5 Service**
- ☐ § 6B(1): Elec. Service on Registered e-Filers
- ☐ § 6B(2)(a): U.S. Mail
- ☐ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members)*:

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on March 20, 20 23, at Fresno (City) CA (State).

April Summers
Print Name

[signature]
Signature

**Third Party Service Provider** (if applicable):

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on ____________, 20____, at ____________ (City) (State).

____________
Name

____________
Signature

____________
Company Name

____________
Address

____________
City State Zip Code



ATTACHMENT 6B1

**Matrix of Registered Users of the Electronic Filing System**
**Case Name: Madera Community Hospital**
**Case Number: 23-10457**
**Date: 3/20/2023 11:34 AM**

---

Office of the U.S. Trustee / Trustee / ustpregion17.fr.ecf@usdoj.gov

Riley Walter / Attorney / RIBTecf@wjhattorneys.com

Jorge Gaitan / Attorney / jorge.a.gaitan@usdoj.gov

Yale Kim / Attorney / ykkim@cbbank.com

Christopher Crowell / Attorney / ccrowell@hrhlaw.com

William Freeman / Attorney / bill.freeman@katten.com

Shane Moses / Attorney / smoses@foley.com

Grant Lien / Attorney / Grant.Lien@doj.ca.gov

Andrew Still / Attorney / astill@swlaw.com

Michael Reynolds / Attorney / mreynolds@swlaw.com

Neli Palma / Attorney / neli.palma@doj.ca.gov

Emilio Varanini / Attorney / emilio.varanini@doj.ca.gov

Peter Fear / Attorney / fearnotice@gmail.com

Melissa Hamill / Attorney / melissa.hamill@doj.ca.gov



ATTACHMENT 6B2

**Request for Special Notice Filed**
**Case Name: Madera Community Hospital**
**Case Number: 23-10457**
**Date: 3/20/2023 11:37 AM**

---

Attorney General of the State of California
Office of the Attorney General
1300 I St
PO Box 944255
Sacramento, CA 94244

Tracy Davis
Attn: Jorge A. Gaitan
501 I St #7-500
Sacramento, CA 95814

Citizens Business Bank
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Blvd 12th Fl
Encino, CA 91436-2829

Bank of America, N.A.
Attn: Bill Freeman
515 South Flower Street, Suite 4150
Los Angeles, CA 90071

Central California Anesthesiology Solutions
Paul R Gaus
970 W Alluvial Ave
Fresno, CA 93711

Saint Agnes Medical Center
Edward Green
321 N. Clark Street, Suite 3000
Chicago, IL 60654

Department of Health Care Services
Grant Lien
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244

California Physicians Service
SNELL & WILMER L.L.P
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626

Madera Community Hospital

**SERVICE LIST**

ATTACHMENT 6B4 AND 6B5

Debtor
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
kpaolinelli@maderahospital.org

United States Trustee
U.S. Trustee's Office
Jorge A. Gaitan
501 I St #7-500
Sacramento, CA 95814
jorge.a.gaitan@usdoj.gov

**Special Notice**

Foley & Lardner LLP
Edward Green
321 North Clark Street Suite 3000
Chicago IL 60654
egreen@foley.com

Rick Wolf, General Counsel
Saint Agnes Medical Center
1111 E. Spruce Ave.
Fresno CA 93720
rick.wolf@samc.com

California Attorney General's Office
Emilio Varanini
1300 "I" Street
Sacramento, CA 95814
Emilio.Varanini@doj.ca.gov

California Attorney General's Office
Melissa Hamill
1300 "I" Street
Sacramento, CA 95814
Melissa.Hamill@doj.ca.gov

California Attorney General's Office
Kathleen Boergers
1300 "I" Street
Sacramento, CA 95814
Kathleen.Boergers@doj.ca.gov

California Attorney General's Office
Roma B Patel
1300 "I" Street
Sacramento, CA 95814
Roma.Patel@doj.ca.gov

California Attorney General's Office
Michelle Schoenhardt
1300 "I" Street
Sacramento, CA 95814
Michelle.Schoenhardt@doj.ca.gov

California Attorney General's Office
Neli Palma
1300 "I" Street
Sacramento, CA 95814
Neli.Palma@doj.ca.gov

California Attorney General's Office
Renuka George
1300 "I" Street
Sacramento, CA 95814
Renuka.George@doj.ca.gov

Whitney Thompson & Jeffcoach LLP
Paul R. Gaus
970 W. Alluvial Ave.
Fresno, CA 93711
pgaus@wtjlaw.com

Katten Muchin Rosenman LLP
Bill Freeman
515 South Flower Street, Ste. 4150
Los Angeles, CA 90071-2212
Bill.freeman@katten.com

Hemar Rousso & Heald LLP
Christopher D. Crowell
15910 Ventura Blvd., 12th Floor
Encino, CA 91436
ccrowell@hrhlaw.com

Foley & Lardner LLP
Shane J. Moses
555 California Street, Ste. 1700
San Francisco, CA 94104-1520
smoses@foley.com

Central California Anesthesiology Solutions
Paul R Gaus
Whitney Thompson & Jeffcoach
970 W Alluvial Ave
Fresno, CA 93711
pgaus@wtjlaw.com

Office of the Attorney General
Grant Lien, Deputy Attorney General
1300 I Street, Ste. 125
PO Box 944255
Sacramento, CA 94244-2550
Grant.lien@doj.ca.gov

Victori Group
Eric Wilensky
645 Forest Edge Dr.
Vernon Hills, IL 60061
Eric.wilensky@victorigroup.com

Peter L. Fear
7650 N. Palm Ave., Ste. 101
Fresno, CA 93711

Snell & Wilmer LLP
Michael B. Reynolds
600 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-7689
mreynolds@swlaw.com

Snell & Wilmer LLP
Andrew B. Still
600 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-7689
astill@swlaw.com

**Secured Creditors**

Saint Agnes Medical Center
Trinity Health
Attn. CEO
1303 E. Herndon Ave.
Fresno CA 93720-3309
Nancy.Hollingsworth@samc.com

New England Sheet Metal
2731 S Cherry Ave
Fresno CA 93706
jwilkinson@nesm.com

Cisco Systems Capital Corporation
1111 Old Eagle School Road
Wayne PA 19087
customersupport@leasedirect.com

Evan Patterson Construction dba
Patterson Drywall
2050 H Street
Fresno CA 93721
ep@pattersonconstruction.us

Hewlitt-Packard Financial Services
200 Cornell Drive
Berkeley Heights NJ 07922

Huntington Technology Finance
2285 Franklin Road
Bloomfield Hills MI 48302

Leaf Capital Funding
2005 Market Street, 14th Floor
Philadelphia PA 19103
lleir@administration-services.com

Madera County Tax Collector
200 W. 4th Street
Madera CA 93637
taxcollector@maderacounty.com

Leasing Associates of Barrington, Inc.
220 N. River St.
Dundee IL 60118

Siemens Financial Services, Inc.
170 Wood Ave. South
Iselin NJ 08830

**20 Largest Unsecured Creditors**

APTIVA CORP
825 GEORGES ROAD
SUITE 1
NORTH BRUNSWICK NJ 08902

ARYA MEDICAL GROUP
1660 E. HERNDON AVE.
STE. 101
FRESNO CA 93720
aryamedicalgroup@gmail.com

BECKMAN COULTER, INC.
DEPT. CH 10164
PALATINE IL 60055-0164

CARDINAL HEALTH 110, LLC
PO BOX 56412
LOS ANGELES CA 90074-6412
megha.jain01@cardinalhealth.com

Cardinal Health Medical Products
and Services
P.O. BOX 100316
Pasadena CA 91189
alanna.clark@cardinalhealth.com

CENTRAL CALIFORNIA
ANESTESIOLOGY
2276 ASHCROFT AVENUE
CLOVIS CA 93611
bryanwtunc@yahoo.com

CEP AMERICA-CALIFORNIA
1601 CUMMINS DR
STE D
MODESTO CA 95358-6411
Engin.Kirimca@vituity.com

CITIZENS BUSINESS BANK
Special Assets Department
701 North Haven Ave., Ste. 210
Ontario CA 91764
wefagan@cbbank.com

GATEWAY ACCEPTANCE CO. FOR
VEMA STAFFING
P.O. BOX 4053
CONCORD CA 94524-4053
sestes@vmstaffing.com

GATEWAY ACCEPTANCE FOR VALLEY MEDICAL ST
P.O. BOX 4053
CONCORD CA 94524-0000
sestes@vmstaffing.com

NUWEST GROUP HOLDINGS, LLC
P.O. BOX 940
ROSEVILLE CA 95661

OR NURSES NATIONWIDE, INC
P.O. BOX 55963
DEPT 5158
LITTLE ROCK AR 72215
reneew@ornurses.com

SNAPMEDTECH INC
P.O. BOX 200352
DALLAS TX 75320-0352
ar@snapnurse.com

State Of California Emergency
Rick Trussell
Medical Services Authority
10901 Gold Center Dr., #400
Rancho Cordova, CA 95670

SYSCO FOOD SERVICES OF CENTRAL
P.O. Box 729
Modesto, CA 95353-0729
customer@sysco.com

TRIAGE LLC
P.O. BOX 773328
CHICAGO IL 60677-3328
accounting@triagestaff.com

TRUSTED HEALTH, INC.
Attn: Jennifer Byrne
P.O. BOX 7775
PMB-62915
SAN FRANCISCO CA 94120-7775
jennifer.byrne@trustedhealth.com

WELLS FARGO BUSINESS CREDIT
P.O. BOX 713424
PHILADELPHIA PA 19171-3424
glurz@excitehp.com
jmitchell@excitehp.com

WESTWAYS STAFFING SERVICES, INC.
Spencer Bressler
P.O. BOX 970
SAN JOSE CA 95108

ZIMMER, INC.
14235 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

CITIZENS BUSINESS BANK
PO Box 3938
Ontario, CA 91761
wefagan@cbbank.com

**Additional Notice Parties**

City of Madera
Arnoldo Rodriguez, City Manager
205 West Fourth Street
Madera CA 93637
arodriguez@madera.gov

Madera County Board of Supervisors
Attn: Jay Varney
200 West 4th Street
Madera CA 93637
Jay.Varney@maderacounty.com
cotb@maderacounty.com

California Department of Public Health
285 W Bullard Ave # 101
Fresno CA 93704
Steven.lopez@cdph.ca.gov

California Department of Public Health
PO Box 997377
MS 0500
Sacramento CA 95899

City of Chowchilla
City Administrator
Rod Pruett
130 S Second Street
Chowchilla CA 93610

STATE OF CALIFORNIA
Department of Healthcare Services
1501 Capitol Ave., Suite 71.2048
Sacramento, Ca 95814-5005
brian.clausse@dhcs.ca.gov

Aaron Chambers
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
achambers@maderahospital.org

Deidre DaSilva
PO Box 509
Madera CA 93639
deidredasilva@hotmail.com

Shondale Seymour
Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637-0000
sseymour@maderahospital.org

Matthew Hoffman
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 421
Fresno, CA 93704-2222
mhoffman@bakermanock.com

Daniel L Wainwright
McCormick Barstow LLP
7647 North Fresno Street
Fresno, CA 93720
Daniel.Wainwright@mccormickbarstow.com

Robert Ward
Ward Legal, Inc.
7030 N. Fruit Ave., Ste. 110
Fresno, CA 93711
Rward@wardlegalinc.com

Trinity Health Corporation
20555 Victor Parkway
Livonia MI 48152

**Parties With A Pecuniary Interest**

CARROLL, JEZZELL
16361 Road 28-1/4
Madera, CA 93637

RASHE, TAMERA
560 Granada Court
Merced, CA 95341

FRANCO, LAURA
3042 Merlot Ave
Madera, CA 93637

ROBERTS, FRANCETTE J
19813 Road 30-1/2
Madera, CA 93638