**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession.<br><br>Tax ID#: 23-7429117<br>Address: 1250 E. Almond Avenue<br>Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-15<br><br>Date: April 18, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom: 13<br>Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASE AND RELATED AGREEMENTS (CHOWCHILLA RURAL HEALTH CLINIC) (CHOWCHILLA MEMORIAL HOSPITAL DISTRICT)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Debtor and Debtor in Possession, Madera Community Hospital, (the "Debtor" or "MCH") hereby moves the Court, pursuant to 11 U.S.C. § 365 and F.R.B.P. 6006 and 9014, for entry of an order authorizing the Debtor to reject (1) that certain non-residential real property Lease and

Operating Agreement dated May 15, 2007, as amended, by and between MCH and Chowchilla Memorial Hospital District ("CMHD"); (2) that certain related Rural Health Care Management Agreement dated May 15, 2007 by and between MCH and CMHD; and (3) that certain related Sublease Agreement by and between MCH and Brenda Neer Physical Therapy, Inc., a California corporation, dba Chowchilla Physical Therapy (collectively, the "Agreements"), each of which is attached to the Declaration of Karen Paolinelli. Such rejection will be effective upon entry of an Order approving this Motion.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief sought by this Motion are set forth above.

This Motion is based on the Motion, the Notice, Memorandum of Points and Authorities, the Declaration of Karen Paolinelli in Support of the Motion, the files, pleadings and orders on file in this Chapter 11 case, and such other and further evidence as properly put before the Court.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order: (1) authorizing the rejection of the Agreements; (2) fixing the date by which any claim(s) based on this Motion must be filed; and (3) grant such other relief as is just and proper.

Dated: 4/4, 2023

WANGER JONES HELSLEY

By: /s/ Danielle Bethel
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital