**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
          dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | DC No.: WJH-11 |
| Debtor in Possession. | Chapter 11 |
| Tax ID#: 23-7429117<br>Address: 1250 E. Almond Avenue<br>Madera, CA 93637 | Date: April 18, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable Renė Lastretto II |

## ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY COUNSEL
## FOR DEBTOR IN POSSESSION
## (WANGER JONES HELSLEY)

AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA.

An Application to Employ Bankruptcy Counsel pursuant to 11 U.S.C. § 327(a) (the "Application") has been filed by the above named Debtor in Possession and was heard at the above captioned date and time. Based upon the Application, the record, and the verified statement required by B.R. 2014(a), and absent any objections, it appears that the Wanger Jones Helsley is eligible to be employed as bankruptcy counsel in this case.

IT IS ORDERED that:

1.　　The Application be, and hereby is, granted and the Debtor in Possession is authorized to employ Wanger Jones Helsley, 265 E. River Park Circle, Suite 310, Fresno, CA 93720, as bankruptcy counsel;

2.　　The employment be, and hereby is, subject to the applicable terms and conditions of 11 U.S.C. § 327 and §§ 329-331;

3.　　No compensation is permitted except upon court order following Application pursuant to 11 U.S.C. §330(a);

4.　　Compensation shall be at the "lodestar rate" applicable at the time that services are rendered in accordance with the Ninth Circuit decision in *In re Manoa Fin. Co.,* 853 F.2d 687 (9th Cir. 1988);

5.　　No hourly rate referred to in the Application is approved unless unambiguously so stated in this Order or in a subsequent Order of this Court;

6.　　All funds regardless of whether they are denominated a retainer or are said to be nonrefundable are hereby deemed to be an advance payment of fees and to be property of the estate except to the extent that counsel demonstrates otherwise;

7.　　Funds that are deemed to constitute an advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-bearing account or an attorney's trust account containing commingled funds;

8.　　Withdrawals from said trust account are permitted only after approval of an Application for compensation;

9.　　Monthly applications for interim compensation pursuant to 11 U.S.C. §331 will be entertained if the combined fees and expenses sought exceed $5,000.00.

///

///

///

///

///

Order Authorizing Employment of Bankruptcy
Counsel for Debtor in Possession (Wanger Jones
Helsley)

R:\Client\10538-002\PLEADINGS\WJH-11 App
to Employ Bk Counsel\Order.041823.docx

10.　　The employment of Wanger Jones Helsley is effective as of thirty days prior to the Petition Date.

Presented by:

WANGER JONES HELSLEY

By: _Riley C. Walter_____
　　Riley C. Walter,
　　Attorneys for the Debtor in Possession

IT IS SO ORDERED.

**Dated:** Apr 18, 2023

**By the Court**

**René Lastreto II, Judge**
**United States Bankruptcy Court**