**5**

WANGER JONES HELSLEY
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
        dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>       Debtor in Possession.<br><br>Tax ID#:      23-7429117<br>Address:      1250 E. Almond Avenue<br>                    Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.:   CAE-1<br><br>Date:      May 9, 2023<br>Time:      9:30 a.m.<br>Place:      2500 Tulare Street<br>                 Courtroom 13<br>                 Fresno, CA 93721<br>Judge:     Honorable René Lastreto II |

### FIRST STATUS CONFERENCE STATEMENT

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Madera Community Hospital ("MCH" or "Debtor") respectfully comes before the Court in response to the Order re: Chapter 11 Status Conference issued March 15, 2023 and provides this Status Conference Statement so that the Court might be better apprised as to the status of this Chapter 11 proceeding as follows:

1.      The Chapter 11 Petition was filed on March 10, 2023.  An overview of the Debtor, the estate and the Chapter 11 case is as follows.

2.       Madera Community Hospital is a non-profit California Corporation ("MCH" or "Hospital"). It owns a general acute care hospital in Madera, California. The hospital is licensed (in suspense) for 106 beds and currently has 18-19 full time employees and 2-3 per diem employees, most of whom are administrative personnel and physical plant maintenance persons. Since December 26, 2022, the Debtor has laid off over 700 employees. Since the petition date, it has reduced employee numbers by about 13 employees. It was the only adult hospital facility in the county and served a population of about 160,000 people, many of whom are uninsured and many of whom are of lower income. The closest hospitals with emergency rooms are 23.5 miles away in Fresno or 35 miles away in Merced, both of which are long distances in an emergency situation.

3.       As discussed in prior pleadings and below, in December 2022, Saint Agnes Medical Center ("SAMC"), after a long delay received unacceptable conditions imposed on the affiliation by the California Attorney General, terminated the affiliation agreement with MCH, which resulted in MCH shutting down all medical services as it ran out of cash. Since January 10, 2023, no medical services have been provided at the hospital. There are no patients. All patient care has ceased. Operations, however, continue as the Debtor is pursuing collections and recoveries, preserving its facilities, and responding to possible suitors.

4.       MCH also had a Rural Health Clinic in Chowchilla, a Rural Health Clinic in Madera, a Rural Health Clinic in Mendota, all of which were closed on January 10, 2023.

5.       MCH previously provided the following services: Clinics, Diagnostic Imaging, Inpatient Care, Dialysis, Emergency Department, Intensive Care Unit, Telemedicine, and Gastroenterology, Labor & Delivery, Telemetry, Medical Surgical Inpatient Services, Medical Guard Unit and Maternity.

6.       Although MCH is not currently treating patients, it has extensive ongoing business operations relating to preserving its assets, responding to inquiries from "suitors" and otherwise managing its assets and preparing assets for sale.

7.       MCH is governed by a volunteer Board of Trustees consisting of community leaders: Deidre da Silva, Chair, Stell Manfredi, Vice Chair, Robert Poythress, Finance Committee Chair, Monte Pistoresi, Secretary, Mohammad Arain, M.D., Past Chief of Staff, Don Warnock, Executive Member,

1  Aftab Naz, M.D., Chief of Staff, Jon Basila, Anita Eden, Bruce Norton, Jan Zitek, Mike Diebert, Jay

2  Mahil and Wally Nishimoto.

3      8.      The leadership of the hospital consists of Karen Paolinelli, MSN, RN, FNP-C, PA-C,

4  Chief Executive Officer. The CFO is Shondale Seymour on a contract basis. The Controller is Aaron

5  Chambers, also on a contract basis.

6      9.      As with many other rural hospitals serving a largely uninsured population, MCH has

7  sustained many financial setbacks in recent years and the COVID pandemic exacerbated the financial

8  problems. The governmental reimbursement fees and health plan fees paid to MCH were wholly

9  insufficient and did not come close to covering the costs of care required to be provided.

10     10.     For the past three years, MCH and the courageous nurses, physicians and caregivers that

11  treat patients, went far above and beyond battling COVID. This response took a significant toll on the

12  financial health of MCH. While there were "lifelines" tossed out, the lifeline has dried up and without

13  help, MCH withered and will soon die without immediate care, which is not anticipated.

14     11.     Beginning in 2021 and continuing to this day, MCH embarked on evaluating and

15  identifying potential relationships with other healthcare systems. In 2021, MCH identified a possible

16  afflation with Saint Agnes Medical Center ("SAMC") and its parent, Trinity Health Care System

17  ("Trinity"). Protracted negotiations ensued. SAMC made significant loans to MCH. When the

18  affiliation was presented to the Attorney General of the State of California, the Attorney General, after

19  many months, imposed conditions that were unacceptable to SAMC. As a result, SAMC terminated the

20  affiliation agreement. This, thus, forced MCH to file Chapter 11 as it ran out of money and was unable

21  to pay employees or for ongoing services or supplies.

22     12.     As of April 25, 2023, MCH has the following major assets: Cash $6,000,000, Hospital

23  campus $16,000,000- $60,000,000, incoming provider fees receivable/government transfers

24  $22,200,000, $1,500,000 in receivables, $00.00 to $22,000,000 million of FEMA reimbursements,

25  miscellaneous personal property assets $1,500,000 (est.) and a 35-acre farm property, and a long term

26  note having a face value of $485,000 which is secured by real property.

27     13.     The major secured creditor of MCH is SAMC, to whom $12,000,000 is presently owed.

28  New England Sheet Metal and one of its subcontractors, Patterson Drywall, together assert four

mechanic's liens on the hospital campus for about $1,100,000.

14. MCH owes its former employees approximately $2,000,000 in the aggregate for unpaid accumulated personal time off. About $970,000 of this sum is entitled to priority status. It owes about $1,200,000 to medical providers who provided services to employees under the Debtor's self insurance plan as a priority claim. MCH owes about $1,000,000 on account of unemployment reimbursement, also as a priority. MCH also has approximately $11,200,000 – 12,000,000 in general unsecured creditors, plus anticipated claims for rejections of contracts and leases.

15. MCH will have an additional, unknown amount owed due to claims resulting from the rejection of executory contracts and leases. There is also an overpayment claimed by Medicare in the amount of $400,000. There is also a sizeable potential substantial penalty for non-payment of PTO.

16. On the Petition Date, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate and manages its affairs as a debtor in possession. No trustee, examiner, ombudsman or committee has been appointed. There are no patients being treated by the Debtor. The medical records are being processed and are secure.

18. MCH intends to continue to operate and collect money owed. MCH has turned attention to paying down all debts and it will proceed with the liquidation of its assets and the distribution of liquidation proceeds to creditors having legitimate allowed claims in the order of priority set out in the Code and it will seek to preserve ownership of the hospital campus for future community use.

19. The three key issues faced by MCH are the costs of maintaining the hospital campus, the amount and timing as to receipt of FEMA payments and costs associated with maintaining medical records.

20. MCH intends to file its Plan on or before the deadline for doing so and hopes to be able to coordinate with SAMC and the Creditor's Committee.

21. MCH will be filing numerous motions to assume and to reject contracts and NRRPL.

22. Certain perishable assets of inconsequential value will be abandoned.

23. Motions for sales of assets will be filed. Motions for authority to lease out office spaces will be filed.

24.    At the present time the Debtor is current on all administrative requirements.

25.    The Creditors' Committee has been appointed.

26.    MCH is administratively solvent.

27.    There are no Section 509 (b)(9) claims.

28.    As of April 25, 2023 there were no pending motions for relief from stay.

29.    MCH is authorized to use cash collateral through May 12, 2023 and it is working with SAMC and Committee on future uses.

30.    Attached as Exhibit A is a listing of activities prepared by the CEO that have been and are being attended to by the CEO and MCH staff.

WHEREFORE, the Debtor prays that the Court be apprised accordingly and notes that it will appear, through counsel, at the Status Conference to answer any questions the Court or creditors may have at which time it will ask that the Status Conference be continued about 60 days.

Dated:  April 24 , 2023                         WANGER JONES HELSLEY


                                                By:  Riley C. Walter
                                                      Riley C. Walter
                                                      Attorneys for Debtor in Possession

R:\Client\10538-002\PLEADINGS\C11 Status Reports\First Status Report.4-24-23.gaa.docx