**4**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
            dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>   Debtor in Possession.<br><br>Tax ID#:   23-7429117<br>Address:   1250 E. Almond Avenue<br>                  Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-54<br><br>Date:   June 1, 2023<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br>Judge:  Honorable René Lastreto II |

**APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES**

///

///

///

///

///

///

///

**SUMMARY TABLE**

| | |
|---|---|
| Name of Applicant: | Wanger Jones Helsley PC |
| Nature of Services for which Compensation is Requested: | Counsel for Debtor in Possession |
| Date of Filing of Petition under Chapter 11 of the Bankruptcy Code: | March 10, 2023 |
| Date Application for Employment Filed: | March 15, 2023 |
| Date of Entry of Order Approving Applicant's Employment: | April 18, 2023 |
| Period for which Compensation and Reimbursement of Expenses is Requested: | March 10, 2023 through April 15, 2023 |
| Are Monthly Operating Reports Current? | Yes |
| Are United States Trustee Fees Current? | Yes |
| Amount of Compensation Requested as Actual, Reasonable, and Necessary During Application Period: | $166,909.50 |
| Amount of Expenses Requested as Actual, Reasonable, and Necessary During Application Period | $5,048.45 |
| Total Amount of Compensation and Expenses Requested to be Allowed in This Application: | $171,957.95 |
| Retainer Amount on Date of this Application: | $173,628.80 |

1. Chapter 11 Plan:

    _X_ A. The Chapter 11 Plan is in process and expected to be filed prior to the end of the exclusivity period.

2. Terms and Conditions of Employment:

    Services will be billed at the hourly rates then in existence for the billing professional.

3. Source of Compensation:

    _X_ Debtor in Possession
    ____Third Party: _____

4. Summary of Fees Previously Allowed and Paid or Scheduled for Hearing:

| DATE OF HEARING | FEES ALLOWED | COSTS ALLOWED | PAYMENT DATE |
|---|---|---|---|
| N/A | | | |

5. This application is not within 120 days of the date of the entry of the order of relief or filing date of last fee Application unless permitted by Order of Court.

**PROJECT FEE SUMMARY:**

| Project | Total Fees Charged |
|---|---|
| Assumption/Rejection of Leases/Contracts | $38,342.00 |
| Case Administration | $49,366.00 |
| Claims Administration and Objections | $17,484.50 |
| Estate/Business Operations | $23,950.00 |
| Fee/Employment Applications | $4,755.50 |
| Financing | $6,148.00 |
| Litigation/Other Contested Matters | $1,997.50 |
| Plan and Disclosure Statement | $11,016.00 |
| Relief From Stay/Adequate Protection | $550.00 |
| Sales/Transfers | $13,300.00 |
| **Total Fees Requested this Application:** | **$166,909.50** |

**EXPENSE SUMMARY:**

| Type of Expense | Amount |
|---|---|
| Postage | $1,213.89 |
| Reproduction | $3,121.79 |
| Electronic Research | $374.70 |
| Telephone Charges | $22.50 |
| Mileage | $211.57 |
| Recording Fee | $104.00 |
| **Total Expenses Requested this Application:** | **$5,048.45** |

**FEE SUMMARY[1]**

| Professional | Bar Admission Date | Hourly Rate Billed | Hours | Total Fees |
|---|---|---|---|---|
| Riley C. Walter, Attorney | 1980 | $550.00 | 175.60 | $96,580.00 |
| Kurt F. Vote, Attorney | 1992 | $450.00 | 0.70 | $315.00 |
| Michael Helsley, Attorney | 1998 | $435.00 | 0.60 | $261.00 |

---

[1] Applicant's attorney hourly rates for similar non-bankruptcy business transaction clients and the business litigation clients depend on the complexity of the case and the expertise of the attorney:
　　Business Transactions:　　$180.00 to $595.00
　　Business Litigation:　　$180.00 to $595.00

| | | | | | |
|---|---|---|---|---|---|
| Danielle J. Bethel, Attorney | 2017 | $325.00 | 152.50 | $49,562.50 |
| Colten D. Ballinger, Attorney | 2022 | $235.00 | 3.10 | $728.50 |
| Nicole Medina, Paralegal | | $170.00 | 105.50 | $17,935.00 |
| Sherri Large, Paralegal | | $185.00 | 0.50 | $92.50 |
| April Summers, Paralegal | | $20.50 | $70.00 | $92.50 |

Blended Attorney Hourly Rate    $399

**TOTAL FEES AND EXPENSES REQUESTED THIS APPLICATION**                                            **$171,957.95**

## SUMMARY OF EXHIBITS

Exhibit A:　Narrative Summary
Exhibit B:　Itemized Time Entries by Project
Exhibit C:　Costs/Expenses

Applicant hereby certifies that the foregoing Application and all attached supporting documentation is true and correct and accurately reflects services rendered and expenses incurred.

This is an interim fee application for counsel in this case.

Dated: April 27, 2023　　　　　　　　WANGER JONES HELSLEY

By: /s/ Riley C. Walter
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital