**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
　　　　 dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br>　　Debtor in Possession.<br><br>Tax ID#:　　23-7429117<br>Address:　　1250 E. Almond Avenue<br>　　　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-45<br><br>Date:　　May 16, 2023<br>Time:　　9:30 a.m.<br>Place:　　2500 Tulare Street<br>　　　　　Courtroom 13<br>　　　　　Fresno, CA 93721<br>Judge:　　Honorable René Lastreto II |

**MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (SURGICAL EQUIPMENT) (FLEX FINANCIAL, A DIVISION OF STRYKER SALES CORPORATION)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

　　　Madera Community Hospital, the Debtor and Debtor in Possession (the "Debtor" or "MCH"), hereby moves this Court pursuant to 11 U.S.C. § 365 and Bankruptcy Rules 6006 and 9014, for an Order Rejecting Executory Contracts as described below. In support of its Motion

for Order Authorizing Rejection of Executory Contract (Surgical Equipment) (Flex Financial, a division of Stryker Sales Corporation) ("Motion"), the Debtor represents as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S. C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S. C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The statutory predicates for the relief sought in this Motion are § 365 and title 11 of the United States Code (the "Bankruptcy Code"), as complemented by Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure.

2. The Debtor is a California non-profit corporation located in Madera. Prior to January 10, 2023, the Debtor operated 106 bed acute care hospital in Madera. The Debtor no longer operates the hospital and all patient care has ceased. This case was filed as a Chapter 11 case on March 10, 2023 ("Petition Date").

3. Prior to the Petition Date, the Debtor entered into a certain six (6) year lease dated July 30, 2018, with Flex Financial, a division of Stryker Sales Corporation, for certain surgical equipment (the "Agreement"). A copy of the Agreement[1] is attached to the Declaration of Karen Paolinelli.

4. The subject matter of the Agreement is the procurement surgical equipment for use in the Debtor's hospital.

WHEREFORE, the Debtor respectfully requests entry of an Order (a) authorizing the Debtor to reject the Agreement; (b) fixing the date by which any claim shall be filed; and (c) granting Debtor such other and further relief as this Court may deem just and proper.

Dated: May 2, 2023                          WANGER JONES HELSLEY

By: _____
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for Debtor and Debtor in
Possession, Madera Community Hospital

---

[1] While MCH recognizes that the Agreement may not constitute an executory contract within the meaning of 11 U.S.C § 365, the Debtor wishes to reject the Agreements out of an abundance of caution and to avoid any doubt.