**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Kurt F. Vote #160496
Steven K. Vote #309152
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
　　　　dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | DC No.: WJH-12 |
| Debtor in Possession. | Chapter 11 |
| Tax ID#:　23-7429117<br>Address:　1270 E Almond Avenue<br>　　　　　　Madera, CA 93637 | Date:　　May 9, 2023<br>Time:　　9:30 a.m.<br>Place:　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 13<br>Judge:　　Honorable René Lastreto II |

**ORDER AUTHORIZING EMPLOYMENT OF CERTIFIED PUBLIC ACCOUNTANT (CHW LLP)**

AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA:

An Application to Employ Certified Public Accountant pursuant to 11 U.S.C. § 327(a) (the "Application") has been filed by the above named Debtor in Possession. Based upon the Application, the record, and the verified statement required by FRBP 2014(a), it appears that CHW LLP is eligible to be employed as certified public accountant in this case.

IT IS ORDERED that:

1.　　The Application be, and hereby is, granted and the Debtor in Possession is

authorized to employ CHW, LLP, Bobby Church, as certified public accountant;

2. The employment be, and hereby is subject to the applicable terms and conditions of 11 U.S.C. § 327 and §§ 329-331;

3. No compensation is permitted except upon court order following Application pursuant to 11 U.S.C. §330(a);

4. Compensation shall be at the "lodestar rate" applicable at the time that services are rendered in accordance with the Ninth Circuit decision in *In re Manoa Fin. Co.*, 853 F.2d 687 (9th Cir. 1988);

5. No hourly rate referred to in the Application is approved unless unambiguously so stated in this Order or in a subsequent Order of this Court;

6. All funds regardless of whether they are denominated a retainer or are said to be nonrefundable, are hereby deemed to be an advance payment of fees and to be property of the estate except to the extent that certified public accountant demonstrates otherwise;

7. Funds that are deemed to constitute an advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-bearing account or a trust account containing comingled funds;

8. Withdrawals from said trust account are permitted only after approval of an Application for compensation;

9. Monthly applications for interim compensation pursuant to 11 U.S.C. §331 will be entertained if the combined fees and expenses sought exceed $5,000.00;

///
///
///
///

Dated: May 11, 2023

By the Court

*/s/ René Lastreto II*

René Lastreto II, Judge
United States Bankruptcy Court

Order Authorizing Employment of Certified Public Accountant — 2 — R:\Client\10538-002\PLEADINGS\WJH-12 App to Employ CPA\Order.051023.docx

10. The Order of employment shall cover all fees incurred from and after the 30 day period prior to the date the Application was filed.

Presented by:

WANGER JONES HELSLEY

By: /s/ Riley C. Walter
Riley C. Walter,
Kurt F. Vote
Steven K. Vote
Danielle J. Bethel
Attorneys for the Debtor in Possession

IT IS SO ORDERED.

Dated: _____, 2023

_____
United States Bankruptcy Judge

Order Authorizing Employment of Certified Public Accountant　　3　　R:\Client\10538-002\PLEADINGS\WJH-12 App to Employ CPA\Order.051023.docx