# RELIEF FROM STAY SUMMARY SHEET

\* \* \* **INSTRUCTIONS ON FORM EDC 3-468-INST** \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS **NOT** EVIDENCE.

**DEBTOR:** MADERA COMMUNITY HOSP   **CASE NO.** 23-10457

**MOVANT:** JON SAENZ   **DC NO.** _____

**HEARING DATE/TIME:** July 25, 2023

FILED JUN 16 2023
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**RELIEF IS SOUGHT AS TO:**

( ) REAL PROPERTY      Assessor Parcel Number (APN): _____

( ) PERSONAL PROPERTY   If applicable, Vehicle Identification Number (VIN): _____

(✓) STATE COURT LITIGATION

1. Address OR description of property or state court action: Madera County Superior Court Case No. MCV088347
200 South G Street Madera, CA 93637

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
OR
Leased property is ( ) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____   Movant's valuation of property: $_____

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.
_____  $_____
_____  $_____
_____  $_____
                **TOTAL ALL LIENS**  $_____
                **DEBTOR'S EQUITY**  $_____

6. Monthly payment is $_____, of which $_____ is for impound account. Monthly late charge is $_____.
7. The last payment by debtor was received on _____ and was applied to the payment due _____.
8. Number of payments past due and amount: (a) Pre-petition ____ $_____ (b) Post-petition ____ $_____.
9. Notice of Default was recorded on _____. Notice of sale was published on _____.
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):

(✓) § 362(d)(1)      ( ) § 362(d)(2)      ( ) § 362(d)(3)      ( ) § 362(d)(4)

( ) Cause   ( ) Inadequate protection   ( ) Lack of equity   ( ) Lack of insurance   ( ) Bad faith

( ) Surrendered pursuant to Statement of Intention.   ( ) Report of No Distribution has been filed.

( ) Other _____.

EDC 3-468 (Rev. 2/18)