WANGER JONES HELSLEY
Riley C. Walter #91839
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
         dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession.<br><br>Tax ID#:   23-7429117<br>Address:   1250 E. Almond Avenue<br>           Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-58<br><br>Date:  N/A<br>Time:  N/A<br>Place: 2500 Tulare Street<br>       Courtroom: 13<br>       Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**DECLARATION OF TIMOTHY P. GILLESPIE, MAI, IN SUPORT OF THE APPLICATION TO EMPLOY APPRAISER (NEWMARK VALUATION & ADVISORY)**

I, Timothy P. Gillespie, declare and state as follows:

1. I am a certified general appraiser with Newmark Valuation & Advisory "(NVA")  where I currently serve as an Executive Vice President overseeing the Hospitals portion of the Healthcare & Seniors Housing Practice nationally. I maintain an office 18302 Highwoods Preserve Parkway, Ste. 114, Tampa, Florida.

2. I have reviewed the Application to Employ Appraiser ("Application") and am familiar with its contents as well as the property described therein (the "Property").

1. NVA is a nationally recognized real estate appraisal provider. An overview of the various expertise and services provided by NVA, including services relating to hospital real estate appraisals, is attached to the Application as Exhibit A.

2. I routinely perform services such as requested by the Applicant and have substantial appraisal experience as shown on my bio which is attached to the Application as Exhibit B.

3. I have agreed to accept employment in connection with an appraisal of the Property on the terms and conditions set forth on Exhibit C to the Application.

4. NVA is a nationally recognized appraisal company that has dealt with hospital valuations for many years. It is therefore possible that some of the creditors in this case may have engaged NVA at one time or another in the past.

5. In fact, I am informed and believe that NVA has previously done work for, is currently engaged with, or is in discussions to engage with the following Madera Community Hospital creditors: Siemens Medical Solutions USA, Inc., Siemens Financial Services, Inc., Medline Industries, Inc., Lowes, Corbridge Financial, Comcast, Cohen & Malad, LLP, Citizens Business Bank, Capital One, Bank of America, and AT&T. All of these engagements or potential engagements are unrelated to the appraisal for the Madera Community Hospital.

6. To the best of my knowledge, NVA has not done work in the past for any entity relating to Madera Community Hospital or St. Agnes Medical Center.

I declare under penalty of perjury, under the laws of the United States of America that the forgoing is true and correct. Executed this 22nd day of June, 2023, at Tampa, FL.

_____
Timothy P. Gillespie, MAI