**WANGER JONES HELSLEY**
Riley C. Walter #91839
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
         dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:     23-7429117<br>Address:    1250 E. Almond Avenue<br>                 Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-58<br><br>Date:     N/A<br>Time:    N/A<br>Place:    2500 Tulare Street<br>            Courtroom: 13<br>            Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

**EXHIBITS TO APPLICATION TO EMPLOY APPRAISER
(NEWMARK VALUATION & ADVISORY)**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Overview of Expertise (Appraiser) | 1 |
| B | Timothy P. Gillespie, MAI – Bio | 1 |
| C | Appraisal Professional Services Agreement and Signature Pages | 11 |

Dated: June 22, 2023                      WANGER JONES HELSLEY

                                         By: _/s/ Riley C. Walter_
                                               Riley C. Walter
                                               Attorneys for the Debtor in Possession

VALUATION & ADVISORY



# Healthcare & Seniors Housing

The Healthcare & Seniors Housing Specialty Practice comprises industry-leading experts leveraging Newmark's robust network, cutting-edge technology and extensive data to deliver the best customer experience for our services.

Our team takes an innovative approach to its assignments, evaluating properties from a holistic perspective that considers business operations in concert with the underlying real estate asset. We have an extensive national presence, having completed assignments throughout North America, as well as internationally.

Assignments have included valuations, market and feasibility studies, and fair market rent surveys for Stark Law compliance. We provide appraisal services to lenders, hospital and senior housing operators, healthcare REITs, and private equity firms.

*Our Healthcare & Seniors Housing platform has experience in valuation assignments and market analysis for properties including:*

- Age-restricted
- Assisted Living
- Independent Living
- Skilled Nursing
- Memory Care Facilities
- Continuing Care Retirement Communities (CCRC)
- Hospitals
- Ground-Leased Hospital Campus
- Medical Office
- Cancer Treatment Centers
- Diagnostic Centers
- Medical Office Condominiums
- Single and Multi-tenant Properties
- Surgical Centers
- Long-Term Acute Care
- Rehabilitation Facilities
- Owner-User Facilities
- Therapy Centers

**ABOUT NEWMARK**

**We transform untapped potential into limitless opportunity.**

At Newmark, we don't just adapt to what our partners need—we adapt to what the future demands. Our integrated platform delivers seamlessly connected services tailored to every type of client, from owners to occupiers, investors to founders, and growing startups to leading companies. We think outside of boxes, buildings and business lines, delivering a global perspective and a nimble approach. From reimagining spaces to engineering solutions, we have the vision to see what's next and the tenacity to get there first.

**CONTACT**

**Benjamin A. Tate**
*Senior Managing Director*
*Specialty Practice Leader – Healthcare & Seniors Housing*
m 813-520-2585
ben.tate@nmrk.com

nmrk.com/valuation

**NEWMARK**



# Timothy P. Gillespie
MAI

*Executive Vice President*
*Specialty Practice Team Leader –*
*Healthcare & Seniors Housing*

t  813-262-8181
tim.gillespie@nmrk.com

YEARS OF
EXPERIENCE

**10+**

AREAS OF
SPECIALTY

Healthcare

Seniors Housing

Complex Mixed-Use Assets

Expert Witness Testimony

Appraisal Review Services

Tim Gillespie, MAI joined Newmark Valuation & Advisory in 2017 and currently serves as a Executive Vice President overseeing the Healthcare portion of the Healthcare & Seniors Housing Practice nationally. In this role, Tim is responsible for business development; aggressively recruiting top appraisal professionals; continuing to provide outstanding service to clients; and third party appraisal review services.

As the Team Leader for the Valuation & Advisory's Healthcare & Seniors, Tim oversees a team of experts whose innovative, consulting-driven approach provides best-in-class valuation and consulting services for all properties belonging to the healthcare/seniors housing asset class.

Additionally, Tim is involved with the preparation and review of appraisal reports on a broad range of healthcare-oriented properties including short term acute care hospitals, critical access hospitals, long-term acute care hospitals, rehabilitation hospitals, specialty hospitals, psychiatric hospitals, veterans hospitals, micro-hospitals, freestanding emergency departments, ambulatory surgery centers, behavioral healthcare facilities, dialysis centers, cancer centers and medical office buildings.

Tim has completed many different types of valuations, including proposed, partially completed, renovated and existing structures, as well as various consulting services such as market rent studies, going concern valuations, highest and best use analyses for national healthcare providers, feasibility studies, bed-need studies, and specialty USDA lending for rural hospitals. Tim also has significant experience in litigation assignments, including the preparation of appraisals and providing expert witness testimony for federal bankruptcy proceedings.

Prior to Newmark, Tim served for nearly five years as a Managing Director of Salus Valuation Group, Inc., an Atlanta-based national healthcare valuation firm.

Tim Gillespie has earned the MAI designation from the Appraisal Institute. He has also completed continuing education courses and seminars sponsored by the Appraisal Institute and other real estate factions on an annual basis to maintain state licensing requirements.

**Licenses and Designations**
– MAI designation, Appraisal Institute
– Certified General Real Estate Appraiser, states of Florida, Texas, California, Michigan, Oregon, Tennessee, Minnesota, Louisiana, Virginia, Mississippi, South Carolina, Pennsylvania, Arizona, Ohio, Oklahoma, Kentucky, Missouri, New York, New Jersey, Georgia, Iowa, Washington, West Virginia, North Carolina, Illinois, Massachusetts

**Education**
Tim Gillespie earned a Bachelor of Science degree in business management from the University of South Florida.



1

NEWMARK VALUATION & ADVISORY

June 14, 2023

Karen Paolinelli
Chief Executive Officer
MADERA COMMUNITY HOSPITAL
1250 East Almond Avenue
Madera, CA 93637

Phone: 559-675-5504
Email: kpaolinelli@maderahospital.org

Re:     Appraisal of the property described as:
Former Madera Community Hospital - 1250 East Almond Avenue, Madera, CA 93637
Appraisal will include the 38.56 acre campus - Parcel #'s 012-300-001, 012-300-002, 012-300-003, 012-300-004, 012-300-006, 012-300-012, 012-300-013, and 012-260-001 ("**Property**")

Dear Ms. Paolinelli:

Newmark Valuation & Advisory, LLC ("**Firm**") agrees to provide Madera Community Hospital ("**Client**") an appraisal of the above-referenced Property in accordance with, and subject to, the terms and conditions set forth below and in the attached Schedules (collectively, "**Agreement**").

| | |
|---|---|
| APPRAISAL FEE: | $20,000.00 (inclusive of expenses). |
| ADDITIONAL HOURLY FEES: | Should court time and preparation be required, it will be billed at $450.00/hr plus expenses. |
| | Expenses shall include, but are not limited to, mileage, lodging, meals, etc. associated with testimony, pre-trial hearings, preparation for testimony, depositions or court appearances. |
| | Newmark shall not be responsible for the fees for services of an attorney, outside appraiser, or any other professional(s), which may be required in this assignment and hired by Client. |
| RETAINER: | None |
| REPORT DELIVERABLES: | The appraisal, draft and/or final, shall be delivered in electronic format (typically, pdf). One original hard copy of the final appraisal will be provided to Client upon request. |

**NEWMARK**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 1 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 2 OF 11

| | |
|---|---|
| COMMENCEMENT AND DELIVERY DATE: | Delivery is as follows: |
| | Final appraisal report: two (2) weeks following receipt of signed engagement letter |
| | The appraisal process will commence upon receipt by the Firm of (i) this Agreement, signed by Client, (ii) the retainer, and (iii) information and materials identified in Schedule "B." The appraisal process will conclude upon delivery of the final appraisal report, unless terminated sooner by the Firm or Client or as provided herein. |
| REPORT TYPE: | Appraisal Report |
| VALUATION PREMISE: | Market Value |
| INTEREST IN THE PROPERTY APPRAISED: | Fee Simple Estate |
| DATE(S) OF VALUE: | Current as of: the Date of Inspection |
| INTENDED USER(S): | Intended users of the appraisal include only Client and the following parties: Client and the following parties: Official Committee of Unsecured Creditors, and no other party is permitted to use or rely on the appraisal. ("**Intended Users**"). The identification of Intended User(s) of the appraisal is to determine the type and extent of research, analysis and reporting appropriate for the assignment. Designation of a party other than Client as an Intended User is not intended to confer upon such party any rights under this Agreement. |
| INTENDED USE: | The intended use of the appraisal is solely for litigation purposes ("**Intended Use**") and no other use. |
| RELIANCE LANGUAGE: | None |
| GUIDELINES: | The analyses, opinions and conclusions are to be developed based on, and the appraisal will be prepared in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) as published by the Appraisal Foundation. |
| SCOPE OF WORK: | The appraiser will use and properly apply all applicable and appropriate approaches to value sufficient to produce credible assignment results. The scope of the analysis will be appropriate for the appraisal problem. |

**NEWMARK**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 2 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 3 OF 11

| | |
|---|---|
| ASSUMPTIONS/ LIMITING CONDITIONS: | The appraisal will be subject to Firm's standard Assumptions and Limiting Conditions, which will be incorporated into the appraisal report. In addition, the appraisal may be subject to, and the appraisal report may contain, Extraordinary Assumptions and Hypothetical Conditions. |
| ACCEPTANCE: | This shall constitute a binding agreement only if countersigned by the Client, or by an officer, director or other representative of Client who, by signing and accepting this Agreement, represents and warrants that he/she is authorized by Client to do so. |
| PAYMENT: | Client will be invoiced the appraisal fee (and any expenses) which will be earned in full upon initial delivery of the appraisal report (draft or final), with such appraisal fee (and expenses) payable within 30 days of invoicing. |
| | Payment of the fee is not contingent upon any predetermined value or on an action or event resulting from the analysis, opinions, conclusions or use of the appraisal. |
| CHANGES TO THE AGREEMENT: | Any significant changes to the assignment as outlined in this Agreement, such as the identity of the Client, Intended User, or Intended Use, will require the preparation and execution of a new agreement. |
| CANCELLATION OF ASSIGNMENT: | Client may cancel this Agreement at any time prior to the Firm's delivery of the appraisal upon written notification to the Firm. Client shall pay Firm for all work completed on the assignment prior to Firm's receipt of such written cancellation notice, unless otherwise agreed upon by Firm and Client in writing. The Firm may withdraw without penalty or liability from the assignment(s) contemplated by the Agreement before completion or reporting if the Firm determines, in the Firm's sole discretion, that incomplete information was provided to the Firm prior to the engagement, that Client or other parties have not or cannot provide documentation or information necessary to the Firm's analysis or reporting, that conditions of the Property render the original scope of work inappropriate, that a conflict of interest has arisen, or that Client has not complied with its payment obligations under this Agreement. The Firm shall notify Client of such withdrawal in writing. |
| NO THIRD-PARTY BENEFICIARIES: | Nothing in the Agreement shall create a contractual relationship or any legal duty between Firm or Client and any third party, nor any cause of action, right, or claim in favor of any third party and against Firm or Client. In addition, this Agreement is not intended to, and shall not be construed to, render any person or entity a third-party beneficiary of this Agreement. |

**NEWMARK**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 3 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 4 OF 11

Client acknowledges and agrees that the appraisal report shall reflect the foregoing. In addition, the appraisal report shall state that no party other than an Intended User identified in the Agreement is entitled to rely upon the appraisal.

This Agreement may be rescinded by the Firm unless signed and returned to the undersigned within 10 days from the date hereof.

If this Agreement correctly sets forth the Client's understanding of the services to be rendered, and if the terms are satisfactory, please execute and return the Agreement together with any required retainer.

Respectfully,

*[signature]*

Timothy P. Gillespie, MAI
Executive Vice President
Certified General Appraiser
License No. CA - 3005053
tim.gillespie@nmrk.com
813-262-8181

Agreed:
MADERA COMMUNITY HOSPITAL

SIGNATURE: *Karen Paolinelli [signature]*

PRINT NAME: Karen Paolinelli

TITLE: CEO Madera Community Hospital

DATE: 6/16/23

**NEWMARK**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 4 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 5 OF 11

Schedule "A"

# TERMS AND CONDITIONS

ATTACHED TO AND A PART OF THE AGREEMENT DATED JUNE 14, 2023 TO PROVIDE APPRAISAL SERVICES FOR MADERA COMMUNITY HOSPITAL

1. These Terms and Conditions are attached to and incorporated into the above referenced Agreement as though fully set forth in full therein. Capitalized terms if not defined herein shall have the same meaning as defined in the Agreement.

2. With respect to any appraisal report, use of or reliance on the appraisal by any party, regardless of whether the use or reliance is authorized or known by the Firm, constitutes acceptance of these Terms and Conditions as well as acceptance of all other appraisal statements, limiting conditions and assumptions stated in the Agreement and appraisal report.

3. It is assumed that there are no matters affecting the Property that would require the expertise of other professionals, such as engineers or an environmental consultant, for Firm to provide the appraisal. If such additional expertise is required, it shall be provided by other parties retained by Client at Client's sole cost and expense.

4. Client acknowledges that the Firm is being retained as an independent contractor to provide the services described herein and nothing in this Agreement shall be deemed to create any other relationship between Firm and Client, including but not limited to an agency relationship. The parties neither intend nor have any expectation that any such relationship will arise as a matter of law or as a result of this Agreement. This assignment shall be deemed concluded and the services hereunder completed upon delivery of the appraisal described herein to Client.

5. All statements of fact contained in the appraisal report as a basis of the appraiser's analyses, opinions, and conclusions will be true and correct to the best of the appraiser's actual knowledge and belief. The appraiser is entitled to, and shall rely upon the accuracy of information and material furnished to the Firm by Client. Appraiser is also entitled to, and shall, rely on information provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by members of that profession without independent verification.

6. The Firm and the appraiser shall have no responsibility for legal matters, or questions or issues involving survey or title, soil or subsoil conditions, engineering, zoning, buildability, environmental contamination, structural matters, construction defects, material or methodology, or other similar technical matters with regarding the Property. Furthermore, the appraisal will not constitute a survey of the Property.

7. The appraisal and the data and information gathered in its preparation (other than the confidential data and information provided by Client) is and will remain, the property of the

**NEWMARK**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 5 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 6 OF 11

Firm. The Firm shall not violate the confidential nature of the appraiser-client relationship by improperly disclosing any confidential information furnished by Client to the Firm. Notwithstanding the foregoing, the Firm and the appraiser are authorized by Client to disclose all or any portion of the appraisal and appraisal report and the related data and information, including confidential data and information provided by Client, to appropriate representatives of the Appraisal Institute if such disclosure is required to comply with the Standards, Bylaws and Regulations of the Appraisal Institute, as well as, such disclosure as required by law and regulations, including compliance with a subpoena and licensing authority regulatory inquiries. The Firm is also authorized to include both confidential and non-confidential data assembled in the course of preparing the appraisal and which may be incorporated into the appraisal report in a database controlled by the Firm for the aggregation of such data and information to produce analytics and other metrics or products.

8. Unless specifically noted in the appraisal report, the appraisal will not take into consideration the possibility or probability of the existence of asbestos, PCB transformers, other toxic, hazardous, or contaminated substances and/or underground storage tanks (hazardous material) at on or in the Property, or the cost of encapsulation, removal or remediation thereof.

9. Client shall indemnify, defend (by counsel to be selected by Firm), protect, and hold Firm and Firm's appraisers, agents, employees, affiliates, representatives, successors and assigns (each, a "**Firm Party**"), free and harmless from any and all claims, liabilities, losses, penalties, fines, forfeitures, amounts paid in settlement, judgments, and all reasonable attorneys' fees and related litigation costs, fees and expenses incurred by the any of such indemnitees, which result from (i) any failure by Client or Client's agents or representatives to provide Firm with complete and accurate information regarding the Property; (ii) any material breach by Client of the provisions of the Agreement; (iii) if delivery of the appraisal to a third party is permitted by the Firm, Client providing an incomplete copy of the appraisal to such third party; or (iv) arising from Client or Client's agents or representatives providing a copy of the appraisal to a party not authorized by the Firm to receive such copy.

10. In preparing the appraisal, it is possible that the appraiser will discover conflicting information. In that event, appraiser will utilize information and data considered to be the most authoritative and for critical information will document the source. Information and data referred to may include, but is not limited to, legal descriptions; physical street addresses; assessor parcel numbers; property history; dimensions and areas of the site/land; dimensions and areas of the building improvements; physical unit counts; rent rolls; leases; lease abstracts; income and expense data; and any other related data. Any material discrepancy and/or error in any of the above data could have a substantial impact on the conclusions reported, and the Firm therefore reserves the right to amend conclusions reported if the Firm is made aware of any such discrepancy and/or error.

11. The appraisal may not be used, included or referenced, in whole or in part, in any offering or other materials without the prior written consent of the Firm, which consent may be

**NEWMARK**

18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 6 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 7 OF 11

conditioned upon the receipt by the Firm of an indemnity agreement, in form and content, satisfactory to Firm and provided by an indemnitor satisfactory to Firm. Client agrees to pay the fees of the Firm's legal counsel for review of any materials which is the subject of the requested consent. Except as agreed by the Firm expressly in writing, the Firm disclaims liability to any party other than Client.

12. The Firm shall not provide a copy of the appraisal to, or disclose the results of the appraisal to, any party other than Client, unless Client authorizes same, except as provided in the Confidentiality Section of the ETHICS RULE of the Uniform Standards of Professional Appraisal Practice (USPAP) or as otherwise required by law or regulations.

13. Client and any other identified Intended User should consider the appraisal as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors.

14. Unless otherwise stated in this Agreement, Client agrees that the services pursuant to this Agreement shall not include participation in or preparation for, or attendance at, any legal, judicial, administrative, or arbitration proceeding relating to this assignment. In the event the Firm or any Firm Party is required, whether through the service of a subpoena or otherwise, to produce documents or participate in or prepare for any discovery, testimony or attendance, relating to the appraisal or this assignment, where the Firm or Firm Party is not a party to the action or proceedings involved, Client agrees to reimburse expenses incurred by the Firm or Firm Party, including attorney's fees, in responding to such subpoena or other legal process and compensate the Firm therefor based upon the appraiser's prevailing hourly or daily rate for providing services as an expert consultant or witness.

15. Except as expressly provided herein, Firm makes no representations or warranties to Client or to any other person or entity with respect to the appraisal and the services to be provided by Firm under this Agreement. To the maximum extent permitted under applicable law, in no event will the Firm or any Firm Party be liable to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) for any indirect, special, exemplary, incidental, or consequential damages (including loss of profits) arising from or relating to this Agreement or the appraisal, even if such party knew or should have known of the possibility of, or could reasonably have prevented, such damages. In no event shall the total liability of the Firm or any Firm Party to Client or any third party (regardless of whether such party's claimed use or reliance on the appraisal was authorized by the Firm or a Firm Party) arising from or relating to this Agreement or the appraisal, whether based on tort, contract, or any other legal theory, exceed the amount of fees paid to the Firm for the appraisal and the services described herein. Legal claims or causes of action relating to the appraisal are not assignable, except: (i) as the result of a merger, consolidation, sale or purchase of a legal entity, (ii) with regard to the collection of a



18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 7 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 8 OF 11

---

bona fide existing debt for services but then only to the extent of the total compensation for the appraisal plus reasonable interest, or (iii) in the case of an appraisal performed in connection with the origination of a mortgage loan, as part of the transfer or sale of the mortgage before an event of default on the mortgage or note or its legal equivalent.

16. Federal banking regulations require banks and other lending institutions to engage appraisers where FIRREA compliant appraisals must be used in connection with mortgage loans or other transactions involving federally regulated lending institutions. In view of that requirement, the appraisal may not be accepted by a federally regulated financial institution.

17. In the event Client fails to make payments of any fees or sums when due and payable under this Agreement; then from the date due and payable until paid, the amount due and payable shall bear interest at the maximum rate permitted under the laws of the state in which the Property is located. If the Firm is required to undertake collection efforts including institution of legal action against Client relating to the Agreement, the Firm shall be entitled to recover attorney's fees, litigation expenses, and costs from Client.

18. To the extent permitted under applicable law, any legal action or lawsuit or other proceeding by Client or any Intended User of the appraisal against Firm or a Firm Party whether based in contract, tort, warranty, indemnity or otherwise, relating to the appraisal shall be commenced within two (2) years from the date of delivery of the appraisal to the claimant in such action or proceeding, unless the applicable law provides for a shorter period, and any such claimant waives the right to a jury in any such legal action or lawsuit or other proceeding. Notwithstanding the state of domicile or residency of either party to this Agreement, this Agreement shall be governed and construed under the laws of the state in which the Property is located, and venue for any action or proceeding arising out of this Agreement shall be deemed proper only in the court of competent jurisdiction located in the state in which the Property is located.

19. Throughout the performance of services under this Agreement, the Firm shall maintain at its sole cost and expense the following insurance:

    (a) Workers' Compensation, so as to provide statutory benefits as required by the laws of each state within the United States in which the Firm's services are being provided, and Employer's Liability insurance with limits of liability of $1,000,000 each accident, $1,000,000 disease each employee and $1,000,000 disease policy limit covering all employees of the Firm engaged in the performance of such services.

    (b) Fidelity insurance or bond with a limit of $1,000,000 to insure the Firm against loss of its or Client's assets caused from the dishonest acts of the Firm's employees.

    (c) Professional Liability insurance with a limit of liability of $1,000,000 each claim and $1,000,000 aggregate, which limits may be provided by a combination of primary and excess policies.



18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 8 of 11

(d) Commercial General Liability insurance providing coverage against damages due to bodily injury (including death), property damage and personal and advertising injury arising in connection with the Firm's services provided under this Agreement, which insurance coverage shall: (i) be occurrence-based; (ii) provide limits of liability in an amount of $1,000,000 each occurrence and $1,000,000 aggregate (including excess and/or umbrella limits), (iii) include at least those coverages generally included in the most current ISO Commercial General Liability insurance policy form (or its equivalent); and (iv) include Client, and such other persons or entities as Client has identified in writing, as additional insureds solely with regard to claims arising out of this Agreement.

(e) Commercial automobile liability for owned, hired and non-owned motor vehicles, with a $1,000,000 combined single limit.



Schedule "B"

# PROPERTY INFORMATION LIST

ATTACHED TO AND A PART OF THE AGREEMENT DATED JUNE 14, 2023 TO PROVIDE APPRAISAL SERVICES FOR MADERA COMMUNITY HOSPITAL

The following information is requested to be delivered to the Firm so we can provide the proposed services and prepare the Appraisal within the agreed upon time frame. Please forward the physical data such as the site plan, previous engineering reports and/or property reports describing the physical attributes of the Property and all financial information such as rent roll and income and expense statements first as these items are the most time sensitive and should be received immediately to meet the time requirements of this assignment. If, at this time, you are certain you will not be providing any specific items noted below, please cross out the item and mark "NA" next to the item so that we will be notified that the information is not available and will not be forthcoming.

1. **Please indicate whether Newmark is sales broker, leasing broker, mortgage broker or property manager for the subject property.**
2. Site plans and sizes, if available. (Preferably, an AS BUILT PLAN showing an outline of building/s drawn to scale. Please do not send reductions so original scale may be used for measurement purposes.
3. Building plans and sizes, if available.
4. Prior engineering report or physical descriptions from prior appraisals or asset management report, if available.
5. Leasing brochures and/or other marketing materials, if available.
6. If the Property has been offered for sale within the last two years, a copy of the offering memorandum or investment book.
7. Past feasibility or market studies and economic impact studies as well as any relevant information collected from third party sources.
8. Agreements of Sale/Options to Buy (current or during last three years), if any.
9. Income and expense statements for the past three years plus year-to-date income and expense statements.
10. Operating budget for current and next year, if available.
11. Management contracts.
12. Copy of most recent real estate tax bill. Please advise if there has been a notice or inquiry by either the County Assessment Board or the School Board regarding the property assessment. Is there any pending litigation or negotiations with these parties that could result in an assessment increase or decrease?



18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 10 of 11

Karen Paolinelli
MADERA COMMUNITY HOSPITAL
June 14, 2023
PAGE 11 OF 11

13. Title report, Legal Description, or copy of deed. Provide a written statement of five-year history of legal property owner. Please advise, if there any deed restrictions or encumbrances, easements or cross easements.

14. Personal property inventory, if available.

15. Occupancy rates for the last three years, if not revealed in the financial statements.

16. Ground leases, if any.

17. Approximate actual construction costs, if built during the past three years.

18. Environmental audits and studies disclosing any wetlands, hazardous wastes or other environmental conditions such as asbestos or radon.

19. List of any known major repairs and improvements needed.

20. Three-year history of capital improvements.

21. Name of contact person for the on-site physical inspection.



18302 Highwoods Preserve Parkway, Suite 114 | Tampa, FL 33647
PHONE: 813-262-8181 | WEB: www.nmrk.com

Exhibit C - Page 11 of 11