**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
　　　　dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　Debtor in Possession.<br><br>Tax ID#:　　23-7429117<br>Address:　　1250 E. Almond Avenue<br>　　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-58<br><br>Date:　　N/A<br>Time:　　N/A<br>Place:　　2500 Tulare Street<br>　　　　　Courtroom: 13<br>　　　　　Fresno, CA 93721<br>Judge:　　Honorable René Lastreto II |

**ORDER AUHTORIZING EMPLOYMENT OF APPRAISER**
**(NEWMARK VALUATION & ADVISORY)**

　　At Fresno, in the Eastern District.

　　An Application to Employ Appraiser pursuant to 11 U.S.C. § 327 and FRBP 6005 was filed and there were no objection to the Application.

　　The Application having been served on the required parties, and based upon the Application and the record and verified statement required by Bankruptcy Rule 2014(a), it appears that the Appraiser is eligible to be employed,

　　**IT HEREBY ORDERED,** as follows:

　　1.　　That the Application be, and hereby is, granted;

ORDER APPROVING EMPLOYMENT OF APPRAISER　　-1-　　R:\Client\10538-002\PLEADINGS\WJH-58 Application to Employ Appraiser\Order.062123.gaa.docx

2. That the Debtors be, and hereby are, are authorized to retain NEWMARK Valuation & Advisory, Timothy P. Gillespie, MAI, as Appraiser to value the property.

3. The Application is subject to the terms and conditions of 11 U.S.C. § 328(a).

4. The fees for appraisal services may be made when the Debtor is satisfied with the services, subject to the cap on fees stated in the Application, unless otherwise approved.

Presented by:

WANGER JONES HELSLEY

By: /s/ Riley C. Walter
    Riley C. Walter
    Attorneys for the Debtor in Possession

**IT IS SO ORDERED.**

Dated: Jun 30, 2023

By the Court

René Lastreto II, Judge
United States Bankruptcy Court