**WANGER JONES HELSLEY**
Riley C. Walter #91839
Danielle J. Bethel #315945
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
         dbethel@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:     23-7429117<br>Address:     1250 E. Almond Avenue<br>                  Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.:   CAE-1<br><br>Date:     July 11, 2023<br>Time:    9:30 a.m.<br>Place:    2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

**SECOND STATUS CONFERENCE STATEMENT**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

       Madera Community Hospital ("MCH" or "Debtor") respectfully comes before the Court in response to the Order re: Chapter 11 Status Conference issued March 15, 2023 and provides this Second Status Conference Statement so that the Court might be better apprised as to the status of this Chapter 11 proceeding as follows:

       1.      The Chapter 11 Petition was filed on March 10, 2023. An overview of the Debtor and the estate is well known to the Court and omitted from this Report.

       2.      Among the key issues facing the estate are collection of receivables, sales of farm land,

quantification and receipt of FEMA payments, valuation of the hospital campus, and ongoing costs and expenses relating to maintenance of the hospital campus and utility costs.

3. At the present time the Debtor is engaged in discussions with at least two suitors who have proposed management services agreements and the re-opening of the hospital. It is unknown whether those discussions will bear fruit. However, the suitors, Debtor, Saint Agnes Medical Center, the Creditor's Committee and the County of Madera are all engaged in these discussions.

4. As of now the end of the exclusivity period is July 8, 2023, but the Debtor has filed a motion to extend the exclusivity date. The Debtor will continue discussing the Plan with the creditor constituencies.

5. In the near term the Debtor expects that there will be a discussion concerning extensions of use of cash collateral beyond the current end date of July 17.

6. At the present time the Debtor is current on all administrative requirements and is administratively solvent.

7. As of June 30, 2023 there was a pending motion for relief from stay involving a medical malpractice matter and a pending motion involving a threatened class action suit.

8. The Debtor now has 11 employees. The Debtor is current on all requests for medical records.

9. The Debtor has applied for a loan pursuant to AB115.

10. At the hearing on this motion the Debtor will request that the status conference be continued about 60 days.

WHEREFORE, the Debtor prays that the Court be apprised accordingly.

Dated: June 30, 2023          WANGER JONES HELSLEY

By: *Riley C. Walter*
       Riley C. Walter
       Attorneys for Debtor in Possession

R:\Client\10538-002\PLEADINGS\C11 Status Reports\Second Status Report.063023.gaa.docx