Filed 07/24/23     Case 23-10457     Doc 702

Attorney for:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| In re: | **Bankruptcy Case No.:** <br> **Docket Control Number:** <br><br> **Hearing Information** *(if applicable)***:** <br><br>     Hearing Date: <br>     Hearing Time: <br>     Location: <br>     Judge: |
|---|---|
| <br><br><br>Debtor(s) | |
| <br><br>v. <br><br><br>Plaintiff(s) <br><br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*: <br> **Docket Control Number:** <br><br> **Hearing Information** *(if applicable)***:** <br><br>     Hearing Date: <br>     Hearing Time: <br>     Location: <br>     Judge: |

**CERTIFICATE OF SERVICE OF**

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☐ my business/employer is _____ and my ☐ business address **or** ☐ mailing address if not a business is:
   _____.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

| | |
|---|---|
| ☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*) | ☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*) |
| ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)* | ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7. |
| ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5). | ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3). |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____. |
| ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*) | ☐ **Chapter 11 case** (*indicate below if subject to limited noticing*) |
| ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4. |
| | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
| ☐ **Chapter 15 case** | ☐ **Adversary Proceeding** |

4. **About the Documents Served**
On _____, 20____, by the method(s) specified below, the following documents were served *(list in space provided):*



**or** ☐ those documents described in the list appended hereto and numbered *Attachment 4.*

5. **Who is Being Served**
    Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

| | |
|---|---|
| ☐ Debtor(s) | ☐ All creditors and parties in interest (Notice of Hearing only) |
| ☐ Debtor's attorney(s) | ☐ Only creditors that have filed claims (Notice of Hearing only) |
| ☐ Trustee | ☐ All creditors and parties in interest |
| ☐ U.S. Trustee | ☐ Fewer than all creditors *(check at least one below)* |
| ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. | ☐ Creditors that have filed claims |
| | ☐ Creditors holding allowed secured claims |
| ☐ Plaintiff(s) | ☐ Creditors holding allowed priority unsecured claims |
| ☐ Defendant(s) | ☐ Creditors holding leases or executory contracts that have been assumed |
| ☐ All committee members | |
| ☐ Attorney for committee members | ☐ 20 largest creditors |
| ☐ Equity security holders | ☐ Administrative claimants |
| ☐ Persons who have filed a Request for Notice | ☐ Other party(ies) in interest |

**6.** <u>How Service is Accomplished</u>

    A.  ☐  **Rule 7004 Service.** *(Check at least one, if applicable.)*

        1.  ☐  **First Class Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A1*.

        2.  ☐  **Certified Mail**

Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A2*.

        3.  ☐  **Publication**

Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered *Attachment 6A3*.

    B.  ☐  **Rule 5 and Rules 7005, 9036 Service** (*Check at least one, if applicable.)*

        1.  ☐  **Electronic Service on Registered Users of the Court's Electronic Filing System.**

Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B1*.

        2.  ☐  **U.S. Mail**

Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

            a.  **Parties in interest**

                ☐  **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B2*. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

                ☐  **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered *Attachment 6B2*.

            b.  ☐  **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered *Attachment 6B3*.

            c  ☐  **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered *Attachment 6B4*.

        3.  ☐  **Other Methods of Service**

Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered *Attachment 6B5.*

**7.** **Who Accomplished Service**

    A.   **Attorney/Trustee** *(Check as many as apply)*

| **Rule 7004 Service** | **Rule 5 Service** |
|---|---|
| ☐ § 6A(1): First Class Mail | ☐ § 6B(1): Elec. Service on Registered e-Filers |
| ☐ § 6A(2): Certified Mail | ☐ § 6B(2)(a): U.S. Mail |
| ☐ § 6A(3): Publication | ☐ § 6B(2)(b): Request for Special Notice |
|  | ☐ § 6B(2)(c): Other Parties in Interest § 5 |
|  | ☐ § 6B(3): Other Methods of Service |

    B.   **Third Party Service Provider** *(Check as many as apply)*

| **Rule 7004 Service** | **Rule 5 Service** |
|---|---|
| ☐ § 6A(1): First Class Mail | ☐ § 6B(1): Elec. Service on Registered e-Filers |
| ☐ § 6A(2): Certified Mail | ☐ § 6B(2)(a): U.S. Mail |
| ☐ § 6A(3): Publication | ☐ § 6B(2)(b): Request for Special Notice |
|  | ☐ § 6B(2)(c): Other Parties in Interest § 5 |
|  | ☐ § 6B(3): Other Methods of Service |

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at _____.
                                                            City                                  State

_____         _____
Print Name                                                              Signature

**Third Party Service Provider** *(if applicable):*

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at _____.
                                                            City                                  State

_____         _____
Name                                                                   Signature
_____
Company Name
_____
Address
_____
City                State       Zip Code



**Attachment 6B1**
**Matrix of Registered Users of the Electronic Filing System**
Case Name: Madera Community Hospital
Case Number: 23-10457
Date: 7/20/2023 1:09 PM

Office of the U.S. Trustee / Trustee / ustpregion17.fr.ecf@usdoj.gov

Riley Walter / Attorney / RIBTecf@wjhattorneys.com

Jorge Gaitan / Attorney / jorge.a.gaitan@usdoj.gov

Yale Kim / Attorney / ykkim@cbbank.com

Christopher Crowell / Attorney / ccrowell@hrhlaw.com

William Freeman / Attorney / bill.freeman@katten.com

Shane Moses / Attorney / smoses@foley.com

Grant Lien / Attorney / Grant.Lien@doj.ca.gov

Andrew Still / Attorney / astill@swlaw.com

Michael Reynolds / Attorney / mreynolds@swlaw.com

Neli Palma / Attorney / neli.palma@doj.ca.gov

Emilio Varanini / Attorney / emilio.varanini@doj.ca.gov

Peter Fear / Attorney / fearnotice@gmail.com

Melissa Hamill / Attorney / melissa.hamill@doj.ca.gov

Aaron Hammer / Attorney / ahammer@hmblaw.com

Raymond Policar / Attorney / policarlaw@att.net

Thomas Phinney / Attorney / tphinney@ffwplaw.com

Roma Patel / Attorney / roma.patel@doj.ca.gov

Edward Green / Attorney / egreen@foley.com

Don Pool / Attorney / dpool@fennemorelaw.com

Darryl Horowitt / Attorney / dhorowitt@ch-law.com

Russell Reynolds / Attorney / rreynolds@ch-law.com



**Attachment 6B1**
**Matrix of Registered Users of the Electronic Filing System**
**Case Name: Madera Community Hospital**
**Case Number: 23-10457**
**Date: 7/20/2023 1:09 PM**

Paul Jasper / Attorney / Pjasper@perkinscoie.com

Gabriel Herrera / Attorney / gherrera@kmtg.com

Jason Rios / Attorney / jrios@ffwplaw.com

Andrew Sherman / Attorney / asherman@sillscummis.com

Boris Mankovetskiy / Attorney / bmankovetskiy@sillscummis.com

Steven Altman / Attorney / altman@altmanattorney.com

Anthony Napolitano / Attorney / anapolitano@buchalter.com

Nicholas Couchot / Attorney / ncouchot@buchalter.com