# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** WJH-3

**Date:** 07/25/2023
**Time:** 9:30 AM

**Matter:** [18] - Motion/Application for Adequate Protection [WJH-3] Filed by Debtor Madera Community Hospital (dpas). Modified on 3/22/2023 (dpas). [18] - Motion/Application to Use Cash Collateral [WJH-3] Filed by Debtor Madera Community Hospital (dpas). . Modified on 3/22/2023 (dpas).

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Riley C. Walter
**Respondent(s):**
(by zoom) Creditor - Melissa Hamill;
(by zoom) Creditor's Attorney - Paul S. Jasper;
(by zoom) Creditor's Attorney - Jason E. Rios;
(by zoom) Creditor's Attorney - Baldwin S. Moy;
(by zoom) Creditor's Attorney - Edward Joseph Green;
(by zoom) Creditor's Attorney - Michael T O'Halloran;
(by zoom) Creditor's Attorney - Andrew Sherman;
(by zoom) Creditor's Attorney - Tony Napolitano;
(by zoom) U.S. Trustee's Attorney - Jorge A. Gaitan

## CIVIL MINUTES

HEARING TO BE HELD ON 8/1/2023 at 9:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the matter was continued to August 1, 2023, at 9:30 a.m.

The use of cash collateral was granted as per the budget through August 4, 2023.

The new budget shall be filed and served not later than July 31, 2023.

Any objections may be presented at the hearing.

The movant shall submit an order. The form of the order to be signed off by Edward Joseph Green and Andrew Sherman.