**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:     23-7429117<br>Address:     1250 E. Almond Avenue<br>               Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-61<br><br>Date:     August 9, 2023<br>Time:     10:30 a.m.<br>Place:     510 19th Street<br>           Bakersfield, CA 93301<br>Judge:     Honorable René Lastreto II |

**MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
**(35.58 ACRES OF FARM LAND)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

       Madera Community Hospital (the "Debtor" or "MCH"), in contemplation of effecting a sale of the real property described as +/- 35 Acres of Farm Land, located on Avenue 12 in Madera, Madera County, California, and having an Assessor Parcel No. 047-014-008-000 (the "Real Property"), to S & K Management ("Buyer"), hereby moves the Court pursuant to 11 U.S.C. § 363(b)(1), B.R. 2002(a)(2), and 6004, for entry of an order:

       1.     Granting this Motion for Authority to Sell Real Property (35 Acres of Farm Land) (the or this "Motion");

  2. Authorizing the Debtor to sell the Real Property as described in the attached Memorandum of Points and Authorities for $569,280;

  3. Authorizing the Debtor to execute any and all documents reasonably necessary to effectuate the sale;

  4. Authorizing the Debtor to pay its share of closing costs as described in the purchase agreement; and

  5. Authorizing the Debtor to pay the net proceeds from the sale to Saint Agnes Medical Center from the escrow.

  6. The Debtor shall file a Return of Sale within seven court days of the closing of the sale; and

  7. Granting such other and further relief as the Court deems just and proper.

  This Motion is based on the attached Memorandum, Declarations of Karen Paolinelli and Jay Mahil and exhibits thereto, Notice of Hearing, other admissible evidence that comes before the Court in this matter, and any arguments or admissible evidence presented at the hearing.

  WHEREFORE, the Debtor respectfully requests that the Court enter an Order (1) granting this Motion; (2) authorizing the sale of the Real Property as described in the attached Memorandum of Points and Authorities; (4) authorizing the Debtor to pay its share of closing costs as described in the Purchase Agreement; (5) directing the Debtor to file a Return of Sale within seven court days of the closing of sale; and (6) granting such other and further relief as the Court deems just and proper.

Dated:  July 26, 2023        WANGER JONES HELSLEY

                By: *Riley C. Walter*
                  Riley C. Walter
                  Attorneys for Debtor and Debtor in Possession,
                  Madera Community Hospital

Motion for Authority to Sell Real Property　　　2　　　R:\Client\10538-002\PLEADINGS\WJH-61
(35 Acres of Farm Land)　　　　　　　　　　　　　　Motion to Sell (Farmland 35
　　　　　　　　　　　　　　　　　　　　　　　　　acres)\Motion.072623.gaa.docx