**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** WJH-21

**Date:** 08/01/2023

**Time:** 9:30 AM

**Matter:** [218] - Motion/Application to Reject Lease or Executory Contract [WJH-21] Filed by Debtor Madera Community Hospital (dpas)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Riley C. Walter
**Respondent(s):**
(by zoom) Creditor's Attorney - Anthony J. Napolitano

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 8/24/2023 at 9:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the Motion to Reject Lease or Executory Contract [WJH-21] was continued to August 24, 2023 at 9:30 a.m.

The court will enter an order.