**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Madera Community Hospital,<br>           Debtor. | ) Case No. 23-10457 - B - 11<br>) Docket Control No. WJH-21<br>) Document No. 218<br>) Date: 08/01/2023<br>) Time: 9:30 AM<br>) Dept: B |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the Motion to Reject Lease or Executory Contract [WJH-21] is CONTINUED to August 24, 2023, at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: Aug 02, 2023

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[218] - Motion/Application to Reject Lease or Executory Contract [WJH-21] Filed by Debtor Madera Community Hospital (dpas)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Andrew H. Sherman
1 Riverfront Plaza
Newark NJ 07102

Anthony J. Napolitano
1000 Wilshire Blvd #1500
Los Angeles CA 90017

Edward Joseph Green
321 N. Clark Street
Suite 3000
Chicago IL 60654

Paul S. Jasper
505 Howard Street, Suite 1000
San Francisco CA 94105

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno CA 93720