**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Madera Community Hospital,<br>            Debtor. | ) Case No. 23-10457 - B - 11<br>) Docket Control No. WJH-22<br>) Document No. 230<br>) Date: 08/01/2023<br>) Time: 9:30 AM<br>) Dept: B |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the Motion to Reject Lease or Executory Contract [WJH-22] is CONTINUED to August 24, 2023, at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: Aug 02, 2023

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

[230] - Motion/Application to Reject Lease or Executory Contract [WJH-22] Filed by Debtor Madera Community Hospital (dpas)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

| | | |
|---|---|---|
| Madera Community Hospital<br>1250 E. Almond Ave.<br>Madera CA 93637 | Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno CA 93721 | Andrew H. Sherman<br>1 Riverfront Plaza<br>Newark NJ 07102 |
| Edward Joseph Green<br>Foley & Lardner LLP<br>321 N Clark St #3000<br>Chicago IL 60654 | Paul S. Jasper<br>505 Howard Street, Suite 1000<br>San Francisco CA 94105 | Riley C. Walter<br>265 E. River Park Circle Suite 310<br>Fresno CA 93720 |