**3**

WANGER JONES HELSLEY
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re: <br><br> MADERA COMMUNITY HOSPITAL, <br><br>    Debtor in Possession. <br><br> Tax ID#:    23-7429117 <br> Address:    1250 E. Almond Avenue <br>                 Madera, CA 93637 | Case No. 23-10457 <br><br> Chapter 11 <br><br> DC No.:   CAE-1 <br><br> Date:   August 29, 2023 <br> Time:   9:30 a.m. <br> Place:   2500 Tulare Street <br>         Courtroom 13 <br>         Fresno, CA 93721 <br> Judge:   Honorable René Lastreto II |

## THIRD STATUS CONFERENCE STATEMENT

TO THE HONORABLE RENÈ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

      Madera Community Hospital ("MCH" or "Debtor") respectfully comes before the Court in response to the Order re: Chapter 11 Status Conference issued March 15, 2023 and provides this Third Status Conference Statement so that the Court might be better apprised as to the status of this Chapter 11 proceeding as follows:

      1.   This Third Status Conference Statement updates matters since the Second Status Conference Statement filed on July 30, 2023.

2. MCH has entered into a nonbinding Letter of Intent with Adventist Health. Whether the LOI will move forward to a Management Services Agreement is dependent upon the outcome of a potential borrowing from the Distressed Hospital Loan Fund. See below.

3. MCH has applied for an $80M loan from the Distressed Hospital Loan Fund. A decision was supposed to have been announced on August 15. A decision has not been announced and it is unknown when there will be an announcement. Neither does MCH know how much it will be offered. Rough borrowing terms were received, but have not been evaluated.

4. MCH has use of cash collateral through August 26, 2023. MCH has submitted a new cash collateral budget for the period through October 14, 2023.

5. At the present time, MCH is receiving $125,000 per week from the County of Madera which is applied toward the burn rate. Neither the County of Madera nor any other party has as of yet committed to any contributions toward the burn rate beyond August 25, 202. In the event no party commits to contribute toward the burn rate, the Debtor will have to decide on a new course of action.

6. The Debtor has filed a request for an extension of the exclusivity period within which it would have the exclusive right to file a Chapter 11 Plan.

7. Within the next week, the Debtor will file a renewed motion for sale of a 35 acre parcel of farm land. The sale will be subject to higher and better bids.

8. The Debtor will shortly file a motion seeking to sell a secured promissory note. The sale will be subject to higher and better bids.

9. The claims bar date for general unsecured claims was July 17, 2023. MCH is in the early stages of reviewing the claims with an emphasis on the priority claims.

10. MCH is continuing to monitor the applications it has filed seeking FEMA funding for expenditures and services rendered during the pandemic. Despite every effort, MCH has been unable to determine how much it will receive in FEMA funding.

11. The Debtor is current on all administrative requirements and is administratively solvent.

12. The Debtor is involved in a class action adversary proceeding that is at a very early stage. MCH has filed a motion to dismiss the class action suit.

1  13.  The Debtor now has eight employees.

2  14.  MCH is current on all requests for medical records.

3  WHEREFORE, Madera Community Hospital prays that the Court be apprised accordingly. At the Status Conference Hearing MCH will request a continuance of about 60 days.

Dated: August 21, 2023                WANGER JONES HELSLEY

By: _Riley C. Walter_
Riley C. Walter
Attorneys for Debtor in Possession

R:\Client\10538-002\PLEADINGS\C11 Status Reports\Third Status Report.082123.gaa.docx