**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>  Debtor in Possession.<br><br>Tax ID#:   23-7429117<br>Address:   1250 E. Almond Avenue<br>             Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN:  WJH-59<br><br>Date:    August 24, 2023<br>Time:    9:30 a.m.<br>Place:   2500 Tulare Street<br>         Courtroom 13<br>         Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

**ORDER GRANTING MOTION FOR AN ORDER EXTENDING EXCLUSIVITY PERIODS**

At Fresno, in the Eastern District:

Debtor's Motion for Order Extending Exclusivity Periods (Plans and Votes) ("Motion") was held before the Honorable René Lastreto II, United States Bankruptcy Judge, on August 24, 2023, at 9:30 a.m.   Appearances are as set forth on the record.

Having reviewed the Motion and supporting papers, having heard the representations of counsel, and good cause appearing therefor, the Court hereby finds as follows:

IT IS HEREBY ORDERED AS FOLLOWS:

1. Motion be, and hereby is, granted in its entirety.

2. The Debtor's Filing Exclusivity Expiration Date is extended until October 6, 2023.

3. The Debtor's Solicitation Exclusivity Expiration Date is extended until December 5, 2023.

4. This Order is without prejudice to the Debtor's right to seek further extensions of the Exclusivity Expiration Dates and without prejudice to a reduction request by any creditor.

Presented by:

WANGER JONES HELSLEY

*/s/ Riley C. Walter*
Riley C. Walter
Attorneys for Debtor in Possession

IT IS SO ORDERED.

Dated: Aug 24, 2023

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court