**3**
**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: <br> MADERA COMMUNITY HOSPITAL, <br>　　Debtor in Possession. <br> Tax ID#:　23-7429117 <br> Address:　1250 E. Almond Avenue <br>　　　　　Madera, CA 93637 | Case No. 23-10457 <br> Chapter 11 <br> DC No.:　CAE-1 <br> Date:　August 29, 2023 <br> Time:　9:30 a.m. <br> Place:　2500 Tulare Street <br>　　　　Courtroom 13 <br>　　　　Fresno, CA 93721 <br> Judge:　Honorable René Lastreto II |

**SUPPLEMENTED THIRD STATUS CONFERENCE STATEMENT**

TO THE HONORABLE RENĖ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

　　Madera Community Hospital ("MCH" or "Debtor") respectfully comes before the Court in response to the Order re: Chapter 11 Status Conference issued March 15, 2023 and provides this Third Status Conference Statement so that the Court might be better apprised as to the status of this Chapter 11 proceeding as follows:

　　1.　This Supplemented Third Status Conference Statement updates matters since the Third Status Conference Statement filed on August 21, 2023.

　　2.　MCH has entered into a nonbinding Letter of Intent with Adventist Health. Whether the LOI will move forward to a Management Services Agreement is dependent upon the outcome of a

---

1
SUPPLEMENTED THIRD STATUS CONFERENCE STATEMENT

potential borrowing from the Distressed Hospital Loan Fund. See below.

3. MCH has applied for an $80M loan from the Distressed Hospital Loan Fund. A decision was supposed to have been announced on August 15. A decision was announced on August 24, 2023 and it is proposed that MCH is eligible for a $2M loan and a $50M loan. Rough borrowing terms were received, but have not been fully evaluated.

4. MCH has use of cash collateral through September 29, 2023.

5. At the present time, MCH is receiving $125,000 per week from the County of Madera, which is applied toward the burn rate. The County of Madera has committed to any contributions toward the burn rate to September 30, 2023.

6. The Debtor has filed a request for an extension of the exclusivity period within which it would have the exclusive right to file a Chapter 11 Plan and the extended date is October 5, 2023.

7. Within the next week, the Debtor will file a renewed motion for sale of a 35 acre parcel of farm land. The sale will be subject to higher and better bids.

8. The Debtor may shortly file a motion seeking to sell a secured promissory note. The sale will be subject to higher and better bids.

9. The claims bar date for general unsecured claims was July 17, 2023. MCH is in the early stages of reviewing the claims with an emphasis on the priority claims.

10. MCH is continuing to monitor the applications it has filed seeking FEMA funding for expenditures and services rendered during the pandemic. Despite every effort, MCH has been unable to determine how much it will receive in FEMA funding.

11. The Debtor is current on all administrative requirements and is administratively solvent.

12. The Debtor is involved in a class action adversary proceeding that is at a very early stage. MCH has filed a motion to dismiss the class action suit.

13. The Debtor now has seven employees.

///

///

///

14. MCH is current on all requests for medical records.

WHEREFORE, Madera Community Hospital prays that the Court be apprised accordingly. At the Status Conference Hearing MCH will request a continuance of about 60 days.

Dated: August 25, 2023          WANGER JONES HELSLEY

By: _____Riley C. Walter_____
Riley C. Walter
Attorneys for Debtor in Possession

R:\Client\10538-002\PLEADINGS\C11 Status Reports\Supplemented Third Status Report.082523.gaa.docx

SUPPLEMENTED THIRD STATUS CONFERENCE STATEMENT