# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** CAE-1

**Date:** 08/29/2023
**Time:** 9:30 AM

**Matter:** Continued Status Conference Re: Chapter 11 Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Riley C. Walter) (eFilingID: 7194231)

**Judge:** René Lastreto II
**Courtroom Deputy:** Elizabeth Roberts
**Reporter:** Electronic Record
**Department:** B

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Riley C. Walter
**Respondent(s):**
(by zoom) Creditor's Attorney - Anthony J. Napolitano;
(by zoom) Creditor's Attorney - Jason E. Rios;
(by zoom) Creditor's Attorney - Michael T O'Halloran;
(by zoom) Attorney General - Melissa Hamill;
(by zoom) Creditor's Attorney - Paul S. Jasper;
(by zoom) Creditor's Attorney - Edward Joseph Green;
(by zoom) Creditor's Attorney - Gabriel Herrera;
(by zoom) Creditor's Attorney - Andrew Sherman;
(by zoom) Creditor's Attorney – Hamid R. Rafatjoo;
(by zoom) Creditor's Attorney – Grant Lien;
(by zoom) U.S. Trustee's Attorney - Jorge Gaitan;
(by phone) Creditor's Attorney – Darryl J. Horowitt;
(by phone) Creditor's Attorney - Don Pool;

## CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 10/24/2023 at 1:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the status conference was continued to October 24, 2023, at 1:30 p.m.

The debtor shall file a further status report no later than October 17, 2023.

The court will issue an order.