**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor in Possession. | DCN: WJH-63 |
| Tax ID#: 23-7429117<br>Address: 1250 E. Almond Avenue<br>Madera, CA 93637 | Date: September 12, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

### DECLARATION OF JAY MAHIL IN SUPPORT OF
### MOTION FOR AUTHORITY TO SELL REAL PROPERTY
### (35.58 ACRES OF FARM LAND)

I, Jay Mahil, hereby declare and represent as follows:

1. I am a farmer. I maintain an office at 30814 Avenue 9, Madera, California 93637.

2. I have been a farmer for over 20 years.

3. I am primarily an almond grower. I farm almonds in Madera County. I am personally familiar with real property values in Madera County, especially almond properties.

4. I am personally familiar with the 35.58 acres being sold by this Motion.

5. I am aware that the Seller owns the Real Property, but the Buyer is the lessee and owns the trees and infrastructure. The lease extends to October 31, 2033.

6. I am a Trustee of Madera Community Hospital. As a person familiar with the values of almond properties in Madera County, I was requested by the Board Chair, Deidre da Silva, to view the property in question to advise the Board as to whether the subject sale at $16,000 per acre is fair and reasonable. I did so and it is my opinion that it is a fair price under the circumstances.

7. In my opinion, the existence of the 20% crop share lease on the 35 acres impacts the value of the property as if sold to a third party the lessee could elect to remain in possession per the lease.

8. I make this Declaration in Support of the Motion for Authority to Sell Real Property (35.58 Acres of Farm Land) (the "Motion").

9. I have personal knowledge of each of the facts stated herein.

The above facts are within my personal knowledge and if called upon to testify at any hearing regarding this matter, I would so testify. I am over the age of 18 and I have signed this Declaration this __1st__ day of September, 2023, at Madera, California.

                                                             Jay Mahil