3

WANGER JONES HELSLEY
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#: 23-7429117<br>Address: 1250 E. Almond Avenue<br>           Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-63<br><br>Date: September 12, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>       Courtroom 13<br>       Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**DECLARATION OF KAREN PAOLINELLI IN SUPPORT OF
MOTION FOR AUTHORITY TO SELL REAL PROPERTY
(35.58 ACRES OF FARM LAND)**

I, Karen Paolinelli, hereby declare and represent as follows:

1. My name is Karen Paolinelli. I am the Chief Executive Officer of Madera Community Hospital the above-captioned debtor and debtor in possession (the "Debtor").

2. I am primarily responsible for the overall management of the Debtor.

3. I make this Declaration in Support of the Motion for Authority to Sell Real Property (35 Acres of Farm Land) (the "Motion").

4. I have personal knowledge of the facts stated herein.

5. The Debtor filed the above-captioned Chapter 11 case on March 10, 2023.

6. Among the Debtor's assets is the real property described as +/- 35 Acres of Farm

Filed 09/05/23   Case 23-10457   Doc 903

Land, located on Avenue 12 in Madera, Madera County, California, and having an Assessor Parcel No. 047-014-008-000 (the "Real Property"). The Real Property is farm land leased to S & K Management. A copy of the lease is attached as Exhibit A. The lease expires October 31, 2033.

7. I believe that the Real Property has a fair market value of about $569,280 is representative of the fair market value of the Real Property.

8. The Debtor no longer needs the Real Property, and it needs to be sold.

9. The Real Property is owned in Fee Simple and is subject to a first deed of trust held by Saint Agnes Medical Center. The real property taxes are current and will be pro rated to close.

10. The Real Property is owned in Fee Simple.

11. Attached hereto as Exhibit "B" is a true and correct copy of the Purchase Agreement.

12. The terms of the purchase are described in the Purchase Agreement. The purchase price for the Real Property will be $569,280. The sale of the Real Property will close on or before September 30, 2023. The crop share rent for 2022 has been received and the 2023 rent will be paid outside of escrow.

13. I believe that the purchase price is fair and reasonable. My Board reviewed the proposed sale and approved the offer.

14. I believe that the sale of the Real Property is in the best interest of the estate and its creditors.

15. The Debtor seeks authority to sell the Real Property to Buyer.

16. The Board of Trustees authorized this sale at a meeting held June 21, 2023.

17. I believe that this sale is supported by sound business judgment.

The above facts are within my personal knowledge and if called upon to testify at any hearing regarding this matter, I would so testify. I am over the age of 18 and I have signed this Declaration this 31 day of August, 2023, at Madera, California.

*/s/ Karen Paolinelli*
Karen Paolinelli