**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br>MADERA COMMUNITY HOSPITAL,<br>　　Debtor in Possession.<br>　Tax ID#:　　23-7429117<br>　Address:　　1250 E. Almond Avenue<br>　　　　　　　Madera, CA 93637 | Case No. 23-10457<br>Chapter 11<br>DCN: WJH-63<br>Date:　September 12, 2023<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Courtroom 13<br>　　　　Fresno, CA 93721<br>Judge:　Honorable René Lastreto II |

**DECLARATION OF ADAM BASILA IN SUPPORT OF
MOTION FOR AUTHORITY TO SELL REAL PROPERTY
(35.58 ACRES OF FARM LAND)**

I, Adam Basila, hereby declare and represent as follows.

1.　My name is Adam Basila. I am a licensed California real estate agent. My license number is 01473261. I am affiliated with London Properties, a full service real estate brokerage firm headquartered in Fresno, California.

2.　I have over 17 years experience as a real estate agent. I specialize in the sale of farm properties. I estimate that I have been involved in the sale, as either buyer or sell, of over

$600 million dollars of farm land. I have a particular specialization in almond and grape acreage.

3. I am personally familiar with the subject 35.58 acres. I have personally viewed the property. I am aware that the property is subject to a 20% crop share lease that runs until October 31, 2033. I am aware that the lessee owns the trees on the real property and owns the irrigation system. I am also aware that if the real property were to be sold to someone other than the existing lessee, the existing lessee would be able to stay in possession through the term of the lease. I believe that this has a significant bearing on the sale and the only thing Madera Community Hospital has to sell is the actual dirt for real property.

4. I am aware of the proposed purchase of the real property at $16,000 an acre. I believe that the purchase price is reasonable under the circumstances especially given the existing crop share lease that runs until October 31, 2033.

5. I have personal knowledge of each of the facts stated herein.

6. I am not related to the proposed buyer of the real property and I have not brokered a sale to or from the lessee. Nor have I brokered any real property sales by Madera Community Hospital.

7. My uncle, Jon Basila, is a trustee Madera Community Hospital I have not discussed my opinion with my uncle nor with any other trustee of Madera Community Hospital.

I am over the age of 18 and if I were called as a witness in connection with this proceeding, I would and could testify as is set out in this declaration.

I so declare under penalty of perjury this 26th day of August, 2023 at Madera, California.


Adam Basila

Declaration of Adam Basila in Support of Motion for Authority to Sell Real Property (35.58 Acres of Farm Land)

2

R:\Client\10538-002\PLEADINGS\WJH-63 Motion to Sell Farm Land [35.58 acres]\Dec. of Basila.8-30-23.gaa.docx