**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** HRR-1

**Date:** 09/12/2023
**Time:** 9:30 AM

**Matter:** [878] - Motion/Application for Examination and For Production of Documents [HRR-1] Filed by Creditor American Advanced Management, Inc. (dpas)

**Judge:** René Lastreto II
**Courtroom Deputy:** Elizabeth Roberts
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Creditor's Attorney – Hamid R. Rafatjoo;
**Respondent(s):**
Debtor's Attorney - Riley C. Walter;
Debtor's Attorney - Ian Quinn
(by phone) Debtor's Attorney - Kurt Vote

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 9/28/2023 at 9:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the Motion/Application for Examination and for Production of Documents [HRR-1] was continued to September 28, 2023, at 9:30 a.m.

Mr. Rafatjoo to file a reply by September 21, 2023.

The court will issue an order.