**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** WJH-63
**Date:** 09/12/2023
**Time:** 9:30 AM

**Matter:** [899] - Motion/Application to Pay [WJH-63] Filed by Debtor Madera Community Hospital (dpas) [899] - Motion/Application to Sell [WJH-63] Filed by Debtor Madera Community Hospital (dpas)

**Judge:** René Lastreto II
**Courtroom Deputy:** Elizabeth Roberts
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter;
Debtor's Attorney - Ian Quinn
**Respondent(s):**
(by zoom) Attorney General - Melissa Hamill;
(by zoom) Interested Party - Boris Mankovetskiy;
(by phone) Creditor's Attorney - J. Jackson Waste

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 10/24/2023 at 9:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the Motion/Application to Pay [WJH-63] Filed by Debtor Madera Community Hospital - Motion/Application to Sell [WJH-63] was continued to October 24, 2023 at 9:30 a.m.

The court will issue an order.