# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

```
In re                                 ) Case No. 23-10457 - B - 11
Madera Community Hospital,            ) Docket Control No. HRR-1
            Debtor.                   ) Document No. 878
                                      ) Date: 09/12/2023
                                      ) Time: 9:30 AM
_____) Dept: B
```

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 943,

IT IS ORDERED that the Motion for Examination and for Production of Documents [HRR-1] is CONTINUED to September 28, 2023, at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that American Advanced Management, Inc., shall file and serve a reply by September 21, 2023.

Dated: Sep 15, 2023

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[878] - Motion/Application for Examination and For Production of Documents [HRR-1] Filed by Creditor American Advanced Management, Inc. (dpas)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Floor
Los Angeles CA 90067

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno CA 93720