**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 23-10457 - B - 11
  Madera Community Hospital,       ) Docket Control No. WJH-63
              Debtor.              ) Document No. 899
                                   ) Date: 09/12/2023
                                   ) Time: 9:30 AM
_____) Dept: B
```

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 945,

IT IS ORDERED that the Motion to Sell and Motion to Pay [WJH-63] is CONTINUED to October 24, 2023, 9:30 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: Sep 15, 2023

By the Court

*/s/ René Lastreto II*
**René Lastreto II, Judge**
**United States Bankruptcy Court**

[899] - Motion/Application to Pay [WJH-63] Filed by Debtor Madera Community Hospital (dpas) [899] - Motion/Application to Sell [WJH-63] Filed by Debtor Madera Community Hospital (dpas)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Co-Counsel to the Official Committee
of Unsecured Creditors
SILLS CUMMIS & GROSS P.C
One Riverfront Plaza
Newark NJ 07102

Melissa Hamill
1300 I Street
PO Box 944255
Sacramento CA 94244

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno CA 93720

NEW ENGLAND SHEET METAL
AND MECHANICAL CO.
c/o Don J. Pool
FENNEMORE DOWLING AARON
8080 N. Palm Avenue, Third Floor