**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
            iquinn@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>   Debtor in Possession.<br><br>Tax ID#:    23-7429117<br>Address:    1250 E. Almond Avenue<br>             Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.:  CAE-1<br><br>Date:     October 24, 2023<br>Time:     9:30 a.m.<br>Place:    2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

### FOURTH STATUS CONFERENCE STATEMENT

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

       Madera Community Hospital ("MCH" or "Debtor") respectfully comes before the Court in response to the Order re: Chapter 11 Status Conference issued March 15, 2023 and provides this Fourth Status Conference Statement so that the Court might be better apprised as to the status of this Chapter 11 proceeding as follows:

       1.    This Fourth Status Conference Statement updates matters since the Third Status Conference Statement filed August 29, 2023.

2. MCH has entered into a nonbinding Letter of Intent with Adventist Health. Whether the LOI will move forward to an executed Management Services Agreement is dependent upon the outcome of a potential financing from the Distressed Hospital Loan Fund. See below. Adventist is deep into preparation of a reopening plan which is a precondition to any funding.

3. MCH has been qualified for a $50 million loan from the Distressed Hospital Loan Fund plus a $2 million bridge loan. The borrowing terms are not workable for the Debtor, and there are ongoing efforts at a very high level for more workable financing terms.

4. MCH has use of cash collateral through October 27, 2023. MCH will submit a new cash collateral budget for the future period and the hearing is set for October 24, 2023.

5. At the present time, MCH is receiving $125,000 per week from the County of Madera as a partial contribution toward the burn rate. Neither the County of Madera nor any other party has as of yet committed to any contributions toward the burn rate beyond October 31, 2023. In the event no party commits to contribute toward the burn rate, the Debtor will have to decide on a new course of action, which includes liquidation.

6. The Debtor filed a request for an extension of the exclusivity period and has exclusive right to file until December 6, 2023.

7. Debtor has filed a renewed motion for sale of a 35-acre parcel of farm land. The sale will be subject to higher and better bids. The hearing is set for October 24, 2023.

8. The Debtor will shortly file a motion seeking to sell a secured promissory note. The sale will be subject to higher and better bids.

9. The claims bar date for general unsecured claims was July 17, 2023. MCH is in the process of reviewing the claims with an emphasis on the priority claims for PTO and the self-insured health plan.

10. MCH is continuing to monitor the applications it has filed seeking FEMA funding for expenditures and services rendered during the pandemic. Despite every effort, MCH has been unable to determine how much it will receive in FEMA funding.

11. The Debtor is current on all administrative requirements and is administratively solvent.

12. The Debtor is involved in a class action adversary proceeding that is at a very early stage.

13.      The Debtor now has seven employees.

14.      MCH is current on all requests for medical records.

15.      The Debtor has received a formal proposal from American Advanced Management for a purchase of the assets of MCH. MCH has three times voted to stay with the proposal from Adventist but, at the urging of the Committee, the Board has agreed to hear from American Advanced Management, and an email has been sent to Hamid Rafatjoo, attorney for AAM on October 16, 2023, inquiring of any interest in a meeting.

16.      MCH is evaluating employment of a commercial real estate brokerage to assist the Debtor in evaluating the highest and best use for the hospital campus and to explore how to solicit offers for the campus.

17.      The Debtor has received $34,691.94 from Health Net on October 2, 2023 in QAF funding and has also received $2,137,983.24 from Anthem on October 12, 2023 in QAF funding.

WHEREFORE, Madera Community Hospital prays that the Court be apprised accordingly. At the Status Conference Hearing, MCH will request a continuance of about 45 days.

Dated: October 16, 2023            WANGER JONES HELSLEY

By:    _Riley C. Walter_
       Riley C. Walter
       Attorneys for Debtor in Possession

R:\Client\10538-002\PLEADINGS\C11 Status Reports\Fourth Status Report.101323.gaa.docx