**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
|     Debtor in Possession. | DCN: WJH-73 |
| Tax ID#:     23-7429117 | |
| Address:     1250 E. Almond Avenue | Date:     December 19, 2023 |
|     Madera, CA 93637 | Time:     9:30 a.m. |
| | Place:     2500 Tulare Street |
| |     Courtroom 13 |
| |     Fresno, CA 93721 |
| | Judge:     Honorable René Lastreto II |

### NOTICE OF HEARING ON APPLICATION FOR PAYMENT
### OF INTERIM FEES AND/OR EXPENSES

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that at the above date and time Applicant will seek allowance of fees and expenses for services rendered:

    1.     **Applicant information:**

    (a)     Name of Applicant:     Wanger Jones Helsey PC
    (b)     Amount of fees requested:     $311,917.50
    (c)     Amount of expenses requested:     $5,778.19
    (d)     Address of Applicant:     265 E. River Park Circle, Ste. 310
                                Fresno, CA 93720
    (e)     Nature of services:     Counsel for Debtor in Possession

Notice of Hearing on Application for Payment     1      R:\Client\10538-002\PLEADINGS\WJH-73
of Interim Fees and/or Expenses                                     Interim Fee Application\Notice of
Hearing.111323.docx

2.    **Hearing information:**

| | | | |
|---|---|---|---|
| (a) | Date: | | December 19, 2023 |
| (b) | Time: | | 9:30 a.m. |
| (c) | Place: | | 2500 Tulare Street |
| | | | Fresno, CA 93721 |
| (d) | Judge: | | Honorable René Lastreto II |

3.    PLEASE TAKE NOTICE that a hearing on Wanger Jones Helsley PC's Application for Payment of Interim Fees and/or Expenses ("Application") will be held before the Honorable René Lastreto II on December 19, 2023, at 9:30 a.m., at the United States Bankruptcy Court located at 2500 Tulare Street, Fresno, California.

The Application and supporting papers are being served on the interested parties.

Pursuant to Local Bankruptcy Rule 9014-1(f)(1):

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition, if any, shall be served on Wanger Jones Helsley PC, 265 East River Park Circle, Suite 310, Fresno, CA 93720 and the U.S. Trustee's Office, 2500 Tulare Street, Suite 1401, Fresno, CA 93721. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCP 43(c) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCP 43(c).

The court permits Zoom and CourtCall appearances. Prior to the hearing, parties appearing via Zoom or CourtCall are encouraged to review the court's Zoom Policies and Procedures or CourtCall Appearance Information which can be found at http://www.caeb.uscourts.gov/.

The Court may decide the matter in advance of the hearing and remove the matter from the calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00

Notice of Hearing on Application for Payment          2          R:\Client\10538-002\PLEADINGS\WJH-73
of Interim Fees and/or Expenses                                        Interim Fee Application\Notice of
                                                                       Hearing.111323.docx

1  p.m. the day before the hearing.  Parties appearing telephonically shall view the tentative ruling

2  prior to the hearing.

3      Pursuant to Local Bankruptcy Rule 9014-1(f)(1)(B), the failure to file timely written

4  opposition may result in the motion being resolved without oral argument and the striking of

5  untimely written opposition.

6

7  Dated:  November 16, 2023                    WANGER JONES HELSLEY

8

9                                    By: _____
                                            Riley C. Walter

10                                          Attorneys for Debtor and Debtor in Possession,
                                            Madera Community Hospital

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Notice of Hearing on Application for Payment          3          R:\Client\10538-002\PLEADINGS\WJH-73
of Interim Fees and/or Expenses                                  Interim Fee Application\Notice of
                                                                 Hearing.111323.docx