# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** WJH-19

**Date:** 11/16/2023
**Time:** 9:30 AM

**Matter:** [204] - Motion/Application to Reject Lease or Executory Contract [WJH-19] Filed by Debtor Madera Community Hospital (dpas)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
 (by zoom) Debtor's Attorney - Riley C. Walter
**Respondent(s):**
 None

---

### CIVIL MINUTES

HEARING TO BE HELD ON 12/12/2023 at 9:30 AM at Fresno Courtroom 13, Department B


For the reasons stated on the record, the Motion to Reject Lease or Executory Contract [WJH-19] was continued to December 12, 2023, at 9:30 a.m.

The court will issue an order.