**6**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor in Possession. | DC No.: WJH-3 |
| Tax ID#: 23-7429117<br>Address: 1250 E Almond Avenue<br>Madera, CA 93637 | Date: November 16, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION FOR USE OF CASH COLLATERAL**

At Fresno, in the Eastern District of California.

The continued hearing on the Motion for an order (a) authorizing interim use of cash collateral and (b) granting adequate protection for use of prepetition collateral ("Motion") filed herein duly and regularly came on for hearing before this Court at the above time. Appearances were made on the record.

The Motion having been duly and properly noticed to the required parties, the evidence as to the necessity for the use of cash collateral for an interim period being found reasonable and it appearing that there exists adequate protection to the Secured Creditors, the findings of the Court having been stated on record, and good cause otherwise appearing, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion be, and hereby is granted;

2. The Court finds that notice of the Motion is sufficient under the circumstances;

3. Subject to the County of Madera approving and contributing the sums described at paragraph 5 to the Debtor's Estate, the Debtor is authorized to:

    a. Use Cash Collateral on an interim basis, for the period of November 17, 2023 through December 15, 2023, in accordance with the Budget attached to this Order as <u>Exhibit A</u>, pending a further hearing on December 12, 2023 at 9:30 a.m.

    b. Objections to further uses may be made at the continued hearing.

4. By December 8, 2023, the Debtor shall file a revised budget of proposed uses for the future period beyond December 15, 2023.

5. This Order is conditioned upon the County of Madera approving a contribution in the below described amounts to the Debtor's Estate and ultimately funding said contributions to the Debtor's Estate pursuant to the timeline set forth below via Transfer of Appropriations No. 23-008 in the below described amounts (transferred from the State General Fund Assistance Appropriated by AB 179, as amended), and provided that: (i) the Debtor's hospital facility will be kept in substantially the same as its current operating condition and the Debtor will not discontinue operations that would affect the hospital license or otherwise be under threat of being shut down prior to December 15, 2023, (ii) the funding to be provided by the County of Madera shall be used only for the limited purpose of paying necessary expenses to preserve the license and the hospital as a going concern and not used to pay general claims against the estate such as pre-petition claims or bankruptcy professional fees, and (iii) the County has received written or electronic communication from MCH that the Distressed Hospital Loan Program (DHLP) Bridge Loan has not yet been received by MCH. This condition must be met weekly for assistance payments to be released to MCH. Weekly operating cost assistance will stop once MCH is in receipt of the DHLP Bridge Loan. County of Madera funding timeline:

    (a) $125,000 to the Debtor's Estate on or before November 24, 2023;

    (b)  $125,000 to the Debtor's Estate on or before December 1, 2023; and

    (c)  $125,000 to the Debtor's Estate on or before December 8, 2023.

  6.  If the County of Madera fails to timely make any of the payments set forth in paragraph 5 of this Order, the Debtor is permitted, without further any further order of Court, to submit orders rejecting executory contracts as to WJH-18, 19, 20, 21, 22, 23, 39, 40, 41, 42, 43 and 45.

  7.  If the County of Madera fails to timely make any of the payments set forth in paragraph 5 of this Order, the further use of cash collateral approved by this Order, as set forth in the Budget attached to this Order as Exhibit A, shall cease forty eight (48) hours after the failure of the County of Madera to make such required payments, and the parties shall appear before this Court for an emergency hearing on the future use of cash collateral.

  8.  Saint Agnes Medical Center shall receive an adequate protection payment from the cash on hand in the amount of $4,500,000 when and s shown on Exhibit A. Payment to Saint Agnes Medical Center from the proceeds of the farmland shall be in accordance with the sale order (ECF-1093).

  9.  In the event the Debtor receives any QAF funds prior to the continued hearing, it shall immediately inform the counsel for the Creditor's Committee and Saint Agnes Medical Center and the parties shall meet and confer as to any uses of said QAF funds.

  10.  Nothing in this Order shall be deemed or construed as a finding to the nature, extent, enforceability or validity of any claimed security interest of Saint Agnes Medical Center.

///

///

///

///

///

///

///

11. The Creditor's Committee and Saint Agnes Medical Center fully reserve all rights with respect to uses of cash collateral.

Submitted by:

*Riley C. Walter*
Riley C. Walter
Attorney for Debtor in Possession

Approved as to form and content.

/s/ Jason Rios
Jason Rios
Attorney for County of Madera

/s/ Edward Green
Edward Green
Attorney for Saint Agnes Medical Center

/s/ Andrew Sherman
Andrew Sherman
Attorney for Creditor's Committee

IT IS SO ORDERED:

Dated: Nov 21, 2023

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

**Madera Community Hospital**
**Cash Collateral Budget**

| Source of Cashflows | November 11/18/2023 Week 1 | November 11/25/2023 Week 2 | December 12/2/2023 Week 3 | December 12/9/2023 Week 4 | |
|---|---|---|---|---|---|
| ROLLOVER | $ 12,000,000 | $ 7,388,118 | $ 8,439,397 | $ 8,532,896 | |
| Collections of A/R | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | |
| Recovery of APP receivables |  |  |  |  | 1 |
| Receipts from Gov't |  |  |  |  | |
|    Quality Assurance Fee Program Payments |  |  |  |  | 2 |
|       Less: Quality Assurance Fees |  |  |  |  | 2 |
|    Appropriation Funds State of California AB-179, Ch 249/2022 |  |  |  |  | 3 |
|    Prior Year Cost Report Recoveries |  |  |  |  | 4 |
| Rents on campus facilities | $ 1,691 |  |  |  | 5 |
| Miscellaneous income | $ 200 | $ 200 | $ 200 | $ 200 | 6 |
| Rents on Farmland |  |  |  |  | 7 |
| Farmland sale proceeds |  | $ 725,000 |  |  | 7 |
| Sammons Note payments | $ 2,600 |  |  |  | 8 |
| Refunds from rejection of prepaid service contracts |  |  |  |  | |
| FEMA |  | $ 998,000 |  |  | 9 |
| Sales of supplies |  |  |  |  | 10 |
| Sales of personal property |  |  |  |  | 10 |
| Sales of ancillary property on 39 acre campus |  |  |  |  | 11 |
| Cash Infusions |  |  |  |  | |
|    City or County of Madera (or other third party) | $ 125,000 | $ 125,000 | $ 125,000 | $ 125,000 | 12 |
|    Potential Suitor |  |  |  |  | 12 |
| CHFFA/HCAI Distressed Hospital Loan Program - $2M bridge loan |  |  |  |  | 13 |
| **TOTAL Cashflows** | $ 12,139,491 | $ 9,246,318 | $ 8,574,597 | $ 8,668,096 | |
| **EXPENSES** |  |  |  |  | |
|   **Employee related - POST** |  |  |  |  | |
| Wages (accounting, billing, clerical) |  | $ 15,000 |  | $ 15,000 | |
| Payroll Tax |  | $ 1,500 |  | $ 1,500 | |
| Workers Comp Insurance | $ 3,090 |  |  |  | |
| Replacement Health Plan | $ 4,900 |  |  |  | |
| Exempt Employee Life Insurance | $ 119 |  |  |  | |
| 1% retirement contribution | $ 324 |  |  |  | |
| **TOTAL Employee EXPENSES** | $ 8,433 | $ 16,500 | $  - | $ 16,500 | |
|   **OTHER OPERATING EXPENSES** |  |  |  |  | |
| Management (CEO) |  | $ 14,461 |  | $ 14,461 | |
| CFO/Controller |  |  |  | $ 45,000 | |
| Supplies |  |  |  |  | |
| IT services & other contracted services |  |  |  | $ 9,000 | |
| Package Insurance (GL, EPL, D&O, Fiduciary) |  |  |  | $ 13,833 | |
|    PL Insurance component of package |  |  |  |  | 14 |
|    PL Insurance tail coverage |  |  |  |  | 14 |
| Security | $ 17,000 |  | $ 17,000 |  | |
| Facility Maintenance | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | |
| Acute Care Hospital License renewal |  |  |  |  | 15 |
| Property Tax |  |  | $ 6,762 |  | 16 |
| Property Insurance |  |  |  |  | |
| Gas | $ 10,000 |  |  |  | 17 |
| Electricity (PG&E) | $ 30,000 |  |  |  | 17 |
| Electricity (Solar PPA) | $ 30,000 |  |  |  | 18 |
| Garbage, water, internet, cell phone, etc. (non-PUC) | $ 15,000 |  |  |  | 17 |
| Wages (facility maintenance) |  | $ 2,600 |  | $ 2,600 | 17 |
| Payroll Tax |  | $ 260 |  | $ 260 | 17 |
| Postage (medical records, billing denials & appeals) |  |  |  | $ 251 | |
| Medical Records related expenses (IT, copy/print, etc) |  |  |  | $ 58,000 | 19 |
| Wages (medical records) |  | $ 2,000 |  | $ 2,000 | 19 |
| Payroll Tax |  | $ 200 |  | $ 200 | 19 |
| Medical Records Transition |  |  |  |  | 19 |
| Variance (15%) | $ 18,440 | $ 7,278 | $ 5,439 | $ 26,191 | |
| **TOTAL OTHER OPERATING EXPENSES** | $ 132,940 | $ 39,299 | $ 41,701 | $ 184,296 | |
| **TOTAL EXPENSES** | $ 141,373 | $ 55,799 | $ 41,701 | $ 200,796 | |
| **REMAINDER AFTER OPERATING** | $ 11,998,118 | $ 9,190,519 | $ 8,532,896 | $ 8,467,300 | |

The County of Madera (or another third party) is expected to continue weekly disbursements of $125,000 through this budget period.
The Madera County Board of Supervisors committed to cover the burn rate of the hospital from through at least November 2023 during their October 17, 2023 Meeting.  If, for any reason, the County (or another third party, such as the CA Distressed Hospital Loan Program) does not fund, the highlighted amounts will not be paid and the Debtor will proceed with an orderly liquidation as previously announced on the record.

**Madera Community Hospital**
**Cash Collateral Budget**

| | November 11/18/2023 Week 1 | November 11/25/2023 Week 2 | December 12/2/2023 Week 3 | December 12/9/2023 Week 4 |
|---|---|---|---|---|
| **CHAPTER 11 EXPENSES** | | | | |
| Professionals | | | | |
|    Bankruptcy Counsel | | | | |
|    Special Counsel - Ward | | | | |
|    Special Counsel - McCormick (Wainwright) | | | | |
|    Appraiser | | | | |
|    Accountants | | | | |
|    Creditor's Committee Attorneys | $ 84,000 | | | |
|    Creditor's Committee Financial Advisors | $ 26,000 | | | |
| US Trustee | | | | |
| **TOTAL CHAPTER 11 EXPENSES** | $ 110,000 | $ - | $ - | $ - |
| **SECURED** | | | | |
| Saint Agnes Medical Center | $ 4,500,000 | $ 725,000 | | | 20 |
| New England Sheet Metal | | | | |
| Hewlett-Packard Financial Services / Telcion / Cisco Capital (Backup) | | $ 26,122 | | | 12 |
| AmeriCorp Leasing / Leaf Financial | | | | | 12 |
| Siemens Financial Services, Inc. | | | | | 12 |
| Bedside Monitor | | | | | 12 |
| Beckman Coulter | | | | | 12 |
| **TOTAL SECURED** | $ 4,500,000 | $ 751,122 | $ - | $ - |
| **ROLLOVER AMOUNT** | $ 7,388,118 | $ 8,439,397 | $ 8,532,896 | $ 8,467,300 |

**NOTES:**

1. Approx. $200k in potential collection of APP receivables turned over to MCH after its Chapter 7 filing; while collection efforts continue, MCH does not anticipate significant collections on the former APP receivables going forward.

2. QAF program payments are presented in the budget at gross without provision for the related fees due from MCH to DHCS. Per discussion and correspondence with Robert Ducay, Vice President of Policy for California Hospital Association (who oversees the provider fee program), and his predecessor Ryan Witz in April, 2023 and January, 2023, respectively, these fees will not be withheld from the corresponding amounts due to MCH. The payments come directly from the Medi-Cal managed care providers, such as CalViva and Anthem Blue Cross, to MCH and the state evidently has no withholding mechanism to recover the fees. According to Ducay, the state has no avenue or right to collect these unpaid fees other than to deny MCH or its successor the ability to participate in future provider fee programs until the unpaid fees have been paid. Ducay cited Olympia Medical Center as an example of a hospital that closed with unpaid fees which were never paid back. Accordingly, MCH does not intend to pay these fees at this time, but they will likely become a necessary expenditure for any potential acquirer (or other successor) to participate in future provider fee programs.

3. $5M appropriation from State Appropriation Budget, AB-179, Ch 249/2022: Department of Health Care Services: "$5m to the City of Madera for support for the Madera Community Hospital", approved by the Governor on 9/6/22. The County of Madera is currently in possession of the $5M in appropriation funds, to be used to assist in pursuing a reopening of the hospital, and has used or committed $1.625M of the $5M towards MCH's "burn rate" for September through November 2023 **(see also note 12 below)**.

4. MCH assumed its contract with Quality Reimbursement Services, Inc. (QRS) related to prior year Medicare cost report recoveries going back to 1989. QRS estimates that MCH will receive a total of approx. $900k (net of QRS fees) at unknown dates in the future.

5. MCH has existing land leases with two doctors who own buildings constructed upon the greater hospital campus. In April, 2023, MCH engaged in a listing agreement to lease various medical and nonmedical office buildings on the hospital campus with Newmark Pearson commercial real estate brokerage. MCH anticipates an increase in monthly rents received as these buildings are marketed and leased out.

6. MCH receives miscellaneous refunds, rebates, minor fees from production of medical records, etc.

7. MCH currently owns 35 acres, planted to almonds, in Madera County (referred to here as the "Farmland"). Farmland rent is a cropshare agreement paid after the crops (almonds) are sold; MCH has received its full cropshare of approx. $24k for sales of the 2022 crop, and anticipates payment for the 2023 crop sometime in 2024. MCH has received an order to sell the Farmland for $730,000 to Victor Packing, the high bidder during the continued hearing on the sale held on October 24, 2023; proceeds from the sale are to be paid directly to SAMC out of escrow, which is expected to close by November 30, 2023 **(see also note 20 below)**.

8. The "Sammons Note" is a promissory note held by MCH, secured by real property in Madera County. Payments required under the agreement are $2,600/month. MCH has received an offer of $250k cash for the Sammons Note, and anticipates a hearing on the sale sometime in December, subject to higher and better bids.

9. FEMA aid payments of $998k anticipated during this budget period, with an unknown amount (likely totalling between $300k and $20M) anticipated at unknown dates in the future.

10. Anticipated auction of supplies and personal property if or when and orderly liquidation were to commence.

11. The 39 acre Hospital campus is composed of multiple parcels, some of which are ancillary to the operation of the general acute care hospital. Three parcels have been identified that could potentially be marketed and sold with minimal effort. Two additional parcels may be able to be sold after having lot line adjustments made due to structures added to the campus over the years that straddle the property lines; MCH is working with an engineering firm to evaluate such lot line adjustments. One additional parcel currently is currently subject to a long term lease with Clean Capital **(see note 18 below)**, upon which they have constructed a solar plant; MCH is evaluating the potential sale of this property with regard to its committments under the lease and power purchase agreement. On July 1, 2023, MCH received an appraisal on the hospital campus reporting a value of $37.9M, plus an additional $2.2M for the excess land. Per recent discussions with the Creditors' Committee and SAMC, MCH anticipates employing a commercial broker to run a sale process on the hospital campus to test the market.

12. Anticipated contribution from potential suitor or governmental agency to cover continued central plant operation and maintenance, as well as payments toward monthly lease obligations and related cures if contracts are to be assumed. The County of Madera is committed to five weekly disbursements of $125,000 beginning October 31, 2023, intended to cover the burn rate of the hospital from October 28 through November 30, 2023 **(see also note 3 above)**. Continued contributions are anticipated from either the City or County of Madera, a combination of the two, or another third party, to continue to keep the plant operating through this budget period while MCH waits for the state, its potential suitors, and other constituencies to resolve issues currently preventing MCH from moving forward with the Distressed Hospital Loan Program.

13. On August 24, 2023, the CA Department of Health Care Access and Information (HCAI) and California Health Facilities Financing Authority (CHFFA) announced that MCH "will receive a $2 million bridge loan to cover basic operational costs for the facility while Adventist Health, the hospital's proposed administrator, provides a comprehensive hospital turnaround plan. At this point, MCH has two potential suitors in addition to Adventist that it is engaged in discussions with; HCAI has confirmed to MCH that the $52M plus an additional $5M will be available to another operator besides Adventist, so long as an acceptable turnaround plan is provided by such operator to HCAI. Concurrently, MCH is working with the state to revise the terms of the loans so that they are acceptable to the creditor constituencies in this C11 case; accordingly, timing for receipt of the $2M is currently unknown.

14. Professional Liability (Medical Malpractice) coverage was discontinued effective 05/01/23 and MCH is going bare. Cost of 3 yr tail coverage was approx. $1M.

15. MCH's acute care hospital license is currently in suspense. Due to the age of the facility, the hospital would not likely be able to obtain a new acute care license upon reopening under the current HCAI guidelines, but is grandfathered in as long as it maintains its acute care license. Per the terms of the Distressed Hospital Loan Program, the due date for the license renewal payment has been extended to 12/31/23.

16. MCH has $6,762 in property taxes due to Madera County in this budget period (12/11/23). An additional $6,469 will be due on 04/10/24.

17. In mid-April, MCH engaged the services of an engineer to assist with safely decommissioning its central plant to reduce the cost of utilities during the current suspension of operations while preserving the integrity of the asset for future use. MCH anticipates utility costs to continue to decrease as more of the large equipment in the central plant (air handlers, boilers, etc.) is either shut down or moved to a low consumption state. Reduction in actual energy usage is being partially offset by the increasing cost of gas; i.e. less therms are being used, but cost per therm has increased. MCH anticipated a complete shutdown of the plant immediately following the June 7, 2023 meeting of the MCH Board of Trustees; however, MCH is engaged in negotiations with multiple suitors and anticipates contributions discussed in **note 12 above** to cover these costs for the duration of this budget period.

18. MCH purchases a portion of its electricity pursuant to a solar power purchase agreement with Clean Capital. This electricity is generated by a solar plant owned by Clean Capital, located on the hospital campus. The amount varies somewhat by season but, effectively, MCH must purchase the entirety of the power the system produces, and the average for the most recent 12 mos. was approx. $26k/month. Management continues to investigate alternative uses for such power as the hospital itself requires less and less energy **(see note 17 above)**, and the possibility of diverting the power to buildings on the campus that will be leased by third parties **(note 5 above)** to be sold to the tenants. If this is not determined to provide a financial benefit to the estate, MCH will further evaluate rejection of the power purchase agreement contract.

19. MCH is currently spending or incurring approx. $60k/month (collectively) managing the medical records from its prior operations according to its obligations under state and federal laws. MCH has obtained quotes for transitioning medical records to a third party, and one vendor could handle all aspects of the medical records in perpetuity for a one time fee of approx. $485k (i.e. approx. 8 months of current costs).

20. $4.5M to be paid out to SAMC in week one of this budget period from the funds MCH received from the QAF program in October, in addition to approx. $725k to be paid to SAMC out of escrow when the farmland sale closes **(see also note 7 above)**. Two $4M payments and one $500k payment have previously been made to SAMC/Trinity since MCH filed for Ch 11 on 03/10/23. This loan accrues 7.5% interest (including default interest).