**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
             iquinn@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:    23-7429117<br>Address:    1250 E. Almond Avenue<br>                  Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.:  CAE-1<br><br>Date:    November 30, 2023<br>Time:    9:30 a.m.<br>Place:    2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

**FIFTH STATUS CONFERENCE STATEMENT**

TO THE HONORABLE RENĖ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

      Madera Community Hospital ("MCH" or "Debtor") respectfully comes before the Court in response to the Order re: Chapter 11 Status Conference issued March 15, 2023 and provides this Fifth Status Conference Statement so that the Court might be better apprised as to the status of this Chapter 11 proceeding as follows:

      1.    This Fifth Status Conference Statement updates matters since the Fourth Status Conference hearing held on October 24, 2023.

      2.    MCH has entered into a nonbinding Letter of Intent with Adventist Health.  Adventist

Health withdrew from consideration on November 20, 2023.

3. MCH has been qualified for a $50 - $57 million loan from the Distressed Hospital Loan Fund including a $2 million bridge loan. The borrowing terms are not workable for the Debtor, and there are ongoing efforts at a very high level for more workable financing terms. It is not known when HCAI will respond.

4. MCH has use of cash collateral through December 15, 2023. MCH will submit a new cash collateral budget for the future period and the continued hearing is set for December 12, 2023.

5. At the present time, MCH is receiving $125,000 per week from the County of Madera as a partial contribution toward the burn rate. Neither the County of Madera nor any other party has as of yet committed to any contributions toward the burn rate beyond November 29, 2023. In the event no party commits to contribute toward the burn rate, the Debtor will have to decide on a new course of action, which includes liquidation.

6. On November 17, 2023 the Creditor's Committee filed a Disclosure Statement and Plan of Liquidation, including an "off ramp" if a suitable transaction is agreed upon. The hearing on approval of the Disclosure Statement is set for January 9, 2024.

7. During October and November, the Debtor received a significant amount of QAF funds, a large portion of which was paid to SAMC as adequate protection.

8. The claims bar date for general unsecured claims was July 17, 2023. MCH is in the process of reviewing the claims. The governmental entity bar date was September 6, 2023.

9. MCH is continuing to monitor the applications it has filed seeking FEMA funding for expenditures and services rendered during the pandemic. Despite every effort, MCH has been unable to determine how much it will receive in FEMA funding or when it will be received.

10. The Debtor is current on all administrative requirements and is administratively solvent.

11. The Debtor is involved in a class action adversary proceeding that is at a very early stage.

12. The Debtor now has 7 or fewer employees.

13. MCH is current on all requests for medical records.

14. The Debtor has received a formal proposal(s) from American Advanced Management for a purchase of some of the assets of MCH and a management services agreement.

2
FIFTH STATUS CONFERENCE STATEMENT

15. The Debtor has also received a formal proposal from Praise Healthcare, LLC for purchase of the hospital campus and a management services agreement.

16. Both proposals are being studied and evaluated by the Debtor's Board of Trustees, and by the Creditor's Committee.

17. MCH is evaluating employment of a commercial real estate brokerage to assist the Debtor in evaluating the highest and best use for the hospital campus and to explore how to solicit offers for the campus.

WHEREFORE, Madera Community Hospital prays that the Court be apprised accordingly. At the Status Conference Hearing, MCH will request a continuance of about 45 days.

Dated: November 27, 2023    WANGER JONES HELSLEY

By: _/s/ Riley C. Walter_
Riley C. Walter
Attorneys for Debtor in Possession

R:\Client\10538-002\PLEADINGS\C11 Status Reports\Fifth Status Report.112423.gaa.docx