**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** CAE-1

**Date:** 11/30/2023

**Time:** 9:30 AM

**Matter:** Continued Status Conference Re: Chapter 11 Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Riley C. Walter) (eFilingID: 7194231)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter
**Respondent(s):**
(by phone) Creditor's Attorney - Don Pool;
(by zoom) Attorney General - Melissa Hamill;
(by zoom) Creditor's Attorney - Kenneth Wang;

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 1/9/2024 at 9:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the Status Conference was continued to January 9, 2024, at 9:30 a.m.

The court will issue an order.