Patience Milrod (SBN 77466)
LAW OFFICE OF PATIENCE MILROD
985 N. Van Ness Avenue
Fresno, CA 93728
Telephone:　559.246.7239
Email: pm@patiencemilrod.com

Michael T. O'Halloran CLS-B (SBN 99085)
LAW OFFICE OF MICHAEL T. O'HALLORAN
2907 Shelter Island Dr., Suite 105　PMB 730
San Diego, CA 92106
Telephone:　619.985.7718
Email: mto@debtsd.com

*Attorneys for Madera Coalition for Community Justice*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　　　Debtor. | Case No.: 23-10457-B-11<br><br>Chapter 11<br><br>WITHDRAWAL OF COUNSEL AND<br><br>ORDER THEREON |

Michael T. O'Halloran hereby withdraws as co-counsel for Madera Coalition for Community Justice ("MCCJ"), a party in interest. Patience Milrod, previously co-counsel, will continue to represent MCCJ. She requests that copies of all required notices, pleadings and documents be directed to her at the following address:

　　Patience Milrod
　　Law Office of Patience Milrod
　　985 N. Van Ness Avenue
　　Fresno, CA 93728
　　Email: pm@patiencemilrod.com

MCCJ consents to this withdrawal.

Dated: Nov. 21, 2023   MADERA COALITION
                       FOR COMMUNITY JUSTICE

                       By: /signature/

I hereby withdraw.

Dated: Nov. 30, 2023   LAW OFFICE OF MICHAEL T. O'HALLORAN

                       By: /s/ Michael T. O'Halloran
                       Michael T. O'Halloran

I consent to this withdrawal.

Dated: Nov. 21, 2023   LAW OFFICE OF PATIENCE MILROD

                       By: /s/ Patience Milrod
                       Counsel for Madera Coalition
                       for Community Justice

## ORDER

IT IS SO ORDERED.

Dated: Dec 04, 2023        By the Court

                           /s/ René Lastreto II
                           René Lastreto II, Judge
                           United States Bankruptcy Court