**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 23-10457 - B - 11
Madera Community Hospital,         ) Docket Control No. CAE-1
              Debtor.              ) Document No. 1
                                   ) Date: 11/30/2023
                                   ) Time: 9:30 AM
                                   ) Dept: B
```

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 1165,

IT IS ORDERED that the Status Conference is CONTINUED to January 9, 2024, at 9:30 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

**Dated:** Dec 04, 2023

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

Continued Status Conference Re: Chapter 11 Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Riley C. Walter) (eFilingID: 7194231)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Saint Agnes Medical Center
Edward Green
321 N. Clark Street, Suite 3000
Chicago IL 60654

California Department of Health Care Services
Kenneth K. Wang
300 South Spring Street, Suite 1702
Los Angeles CA 90013

Jason E. Rios
500 Capitol Mall, Suite 2250
Sacramento CA 95814

Melissa Hamill
1300 I Street
Sacramento CA 95814

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno CA 93720

NEW ENGLAND SHEET METAL AND MECHANICAL CO.
c/o Don J. Pool
FENNEMORE DOWLING AARON
8080 N. Palm Avenue, Third Floor