**2**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession.<br><br>Tax ID#: 23-7429117<br>Address: 1250 E Almond Avenue<br>Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.: WJH-3<br><br>Date: December 12, 2023<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**NOTICE OF CONTINUED HEARING ON MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

PLEASE TAKE NOTICE that a continued interim hearing on the Motion for Authority to Use Cash Collateral (the "Motion") filed by the Debtor will be heard before the Honorable René Lastreto II on December 12, 2023 at 9:30 a.m., at the United States Courthouse located at 2500 Tulare Street, Fifth Floor, Courtroom 13, in Fresno, California.

Opposition to the Motion, if any, may be stated at the commencement of the hearing.

The Debtor in Possession has filed its proposed budget for further interim uses of cash collateral for the period of December 16, 2023 through January 12, 2024, a copy of which is attached as Exhibit A.

The Court permits telephonic appearances. In order to appear by telephone, you must contact CourtCall at (866) 582-6878 at least 24 hours prior to the hearing. There is a fee charged by CourtCall for telephonic appearances. Failure to be at the telephone number provided at the time of the hearing will be treated as a failure to appear.

The Court may decide the matter in advance of the hearing and remove the matter from calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing.

Prior to the hearing, parties appearing via Zoom or CourtCall are encouraged to review the court’s Zoom Policies and Procedures or CourtCall Appearance Information.

Requests for further particulars should be addressed to the undersigned.

Dated: December 7, 2023

WANGER JONES HELSLEY

By: Riley C. Walter
Riley C. Walter
Attorneys for Debtor and Debtor in Possession, Madera Community Hospital