**5**

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536
(*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor. | Case No. 23-10457<br><br>Chapter: 11<br><br>DC No.: PSJ-025<br><br>**EXHIBIT TO AMENDED DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**Hearing Date:**<br><br>Date: January 9, 2024<br>Time: 9:30 a.m. Pacific Time<br>Place: 2500 Tulare Street<br>        Courtroom 13<br>        Fresno, CA 93721<br>Judge: Judge: Hon. René Lastreto II |

| **EXHIBIT** | **DESCRIPTION** | **PAGE** |
|---|---|---|
| A | MCH Waterfall Analysis | 3 |

Dated: December 15, 2023　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Paul S. Jasper*

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:　973.643.7000
Facsimile:　973.643.6500

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536
(*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone:　415.344.7000
Facsimile:　415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

# Exhibit A

**Madera Community Hospital**
**Plan Recovery Analysis**
As of 10/31/2023; Effective Date: 3/1/24

| Chapter 11 | Adjusted Amount | | |
|---|---:|---:|---|
| | **High** | **Low** | |
| Receipts | | | |
|   Cash as of 10/31/23 | $ 9,252,769 | $ 9,252,769 | [a] |
|   QAF Managed Care Receipts | 12,324,844 | 11,092,360 | [b] |
|   FEMA Receipts | 5,869,855 | 3,913,237 | [c] |
|   Sammons Note | 200,000 | 150,000 | |
|   Equipment | 800,000 | 400,000 | [d] |
|   Real Estate | 15,000,000 | 9,500,000 | |
|   CHI Shares | 80,000 | 80,000 | |
|   Refunds from prior Medicare cost reports | 180,000 | 90,000 | [e] |
|   Causes of Action/Recovery from Litigation | TBD | TBD | |
| Total Receipts | 43,707,468 | 34,478,365 | |
| | | | |
| Disbursements | | | |
|   Accrued and Unpaid Expenses | 1,500,000 | 1,725,000 | |
|   Record Storage including Medical Records | 500,000 | 600,000 | |
|   Liquidating Expenses | 1,500,000 | 2,000,000 | [f] |
|   Professional Fees | 1,185,730 | 1,482,162 | [g] |
|   Contingency | 1,000,000 | 1,500,000 | |
| Total Cash Disbursements Post Closing Operations | 5,685,730 | 7,307,162 | |
|   Liquidating Trust Funding | 750,000 | 1,050,000 | |
|   US Trustee Fees | 349,660 | 275,827 | |
| Total Disbursements | 6,785,389 | 8,632,989 | |
| | | | |
| **Net Available for Creditors** | **36,922,079** | **25,845,376** | |
| | | | |
| Secured Debt | | | |
|   St. Agnes Medical Center | 2,239,115 | 2,239,115 | [h] |
|     New England Sheet Metal | 1,238,275 | 1,238,275 | |
|     Less: Finished Equipment Not Received | (600,000) | (600,000) | |
|   Net New England Sheet Metal | 638,275 | 638,275 | |
|   Patterson Drywall | 18,572 | 18,572 | |
|     Equipment Leases | 2,728,270 | 2,728,270 | |
|     Less: Leased Equipment Value | (1,364,135) | (1,364,135) | |
|   Net Equipment Leases | 1,364,135 | 1,364,135 | |
| Total Secured Debt | 4,260,097 | 4,260,097 | |
| | | | |
| **Remaining Distributable Value** | **32,661,982** | **21,585,279** | |
| Schedule E Priority | 1,017,780 | 1,418,862 | [i] |
| Self-Insured Health Plan (Up to Cap Amount) | 125,000 | 125,000 | |
| **Available for General Unsecured Claims** | **31,519,202** | **20,041,418** | |
| GUC Claims | | | |
|   Schedule F for Priority Wage Cap Above Cap | 1,029,500 | 1,057,683 | [i] |
|   Schedule F | 8,852,919 | 22,030,237 | [j] |
|   Self-Insured Health Plan (Above Cap) | - | 440,000 | |
|   Equipment Lease Deficiency Claim | 1,364,135 | 1,364,135 | |
|   Rejection Damage Claims | 4,500,000 | 4,500,000 | [k] |
| Total GUC Claims | 15,746,553 | 29,392,055 | |
| | | | |
| **Surplus/(Shortfall) Over Claims** | **$ 15,772,649** | **$ (9,350,637)** | |
| *Recovery Percentage* | *100.0%* | *68.2%* | |

[a] October 2023 MOR cash balance plus $3M QAF payment received early November less $4.5M payment to SAMC.
[b] Debtors expect receipt of payment in March and October 2024.
[c] Timing of receipt for FEMA awards are uncertain.
[d] Equipment value is based on estimated value based on status and state of equipment
[e] Debtors expect receipt of $1.1M less fees of approximately $200K. Due to uncertainty in amount and timing, high and low are discounted by 80% and 90%.
[f] Assumes average monthly disbursements of $375,000 - $500,000 per month based on cash collateral budget filed on 11/13/23.
[g] Includes approximately $456,000 in accrued, unpaid expenses with $250,000 - $312,500 monthly professional fees.
[h] Includes $4.5M adequate protection payment from QAF and $726K proceeds from sale of almond farm that was directly remitted to St. Agnes.
[i] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled.
[j] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled. Low includes WARN claims of $12M
[k] Rejection damage claims number is an estimate and is subject to change.

**Madera Community Hospital**
**Plan Recovery Analysis**
As of 10/31/2023; Effective Date: 3/1/24

| Chapter 7 | Adjusted Amount | | |
|---|---:|---:|---|
| | High | Low | |
| **Receipts** | | | |
| Cash as of 10/31/23 | $ 9,252,769 | $ 9,252,769 | [a] |
| QAF Managed Care Receipts | 11,092,360 | 9,859,875 | [b] |
| FEMA Receipts | 4,891,546 | 2,934,928 | [c] |
| Sammons Note | 200,000 | 150,000 | |
| Equipment | 800,000 | 400,000 | [d] |
| Real Estate | 11,370,000 | 7,500,000 | [e] |
| CHI Shares | 80,000 | 80,000 | |
| Refunds from prior Medicare cost reports | 180,000 | 90,000 | [f] |
| Causes of Action/Recovery from Litigation | TBD | TBD | |
| **Total Receipts** | 37,866,675 | 30,267,572 | |
| | | | |
| **Disbursements** | | | |
| Accrued and Unpaid Expenses | 1,500,000 | 1,725,000 | |
| Record Storage including Medical Records | 500,000 | 600,000 | |
| Liquidating Expenses | 1,500,000 | 2,000,000 | [g] |
| Professional Fees | 1,185,730 | 1,482,162 | [h] |
| Contingency | 1,000,000 | 1,500,000 | |
| Total Cash Disbursements Post Closing Operations | 5,685,730 | 7,307,162 | |
| Chapter 7 Trustee Statutory Fees (3%) | 939,928 | 673,812 | |
| Chapter 7 Trustee Professional Fees | 500,000 | 750,000 | [i] |
| US Trustee Fees | 302,933 | 242,141 | |
| **Total Disbursements** | 7,428,591 | 8,973,115 | |
| | | | |
| **Net Available for Creditors** | **30,438,083** | **21,294,457** | |
| | | | |
| **Secured Debt** | | | |
| St. Agnes Medical Center | 2,239,115 | 2,239,115 | [j] |
| New England Sheet Metal | 1,238,275 | 1,238,275 | |
| Less: Finished Equipment Not Received | (600,000) | (600,000) | |
| Net New England Sheet Metal | 638,275 | 638,275 | |
| Patterson Drywall | 18,572 | 18,572 | |
| Equipment Leases | 2,728,270 | 2,728,270 | |
| Less: Leased Equipment Value | (1,364,135) | (1,364,135) | |
| Net Equipment Leases | 1,364,135 | 1,364,135 | |
| **Total Secured Debt** | 4,260,097 | 4,260,097 | |
| | | | |
| **Remaining Distributable Value** | **26,177,986** | **17,034,360** | |
| Schedule E Priority | 1,017,780 | 1,418,862 | [k] |
| Self-Insured Health Plan (Up to Cap Amount) | 125,000 | 125,000 | |
| **Available for General Unsecured Claims** | **25,035,207** | **15,490,498** | |
| | | | |
| GUC Claims | | | |
| Schedule F for Priority Wage Cap Above Cap | 1,029,500 | 1,057,683 | [k] |
| Schedule F | 8,852,919 | 22,030,237 | [l] |
| Self-Insured Health Plan (Above Cap) | - | 440,000 | |
| Equipment Lease Deficiency Claim | 1,364,135 | 1,364,135 | |
| Rejection Damage Claims | 4,500,000 | 4,500,000 | [m] |
| **Total GUC Claims** | 15,746,553 | 29,392,055 | |
| | | | |
| **Surplus/(Shortfall) Over Claims** | $ 9,288,653 | $ (13,901,557) | |
| ***Recovery Percentage*** | *100.0%* | *52.7%* | |

[a] October 2023 MOR cash balance plus $3M QAF payment received early November less $4.5M payment to SAMC.
[b] Debtors expect receipt of payment in March and October 2024. Estimated receipt lower in Ch. 7 due as trustee is more likely to settle for a lower amount to bring funds into the estate.
[c] Timing of receipt for FEMA awards are uncertain. Estimated receipt lower in Ch. 7 due as trustee is more likely to settle for a lower amount to bring funds into the estate.
[d] Equipment value is based on estimated value based on status and state of equipment
[e] Est. recovery lower compared to Ch. 11 because it is likely Ch. 7 trustee will settle quicker to bring funds into estate.
[f] Debtors expect receipt of $1.1M less fees of approximately $200K. Due to uncertainty in amount and timing, high and low are discounted by 80% and 90%
[g] Assumes average monthly disbursements of $375,000 - $500,000 per month based on cash collateral budget filed on 11/13/23.
[h] Includes approximately $456,000 in accrued, unpaid expenses with $250,000 - $312,500 monthly professional fees.
[i] Estimate based on Ch. 7 trustee and FA having to get up to speed with no institutional knowledge
[j] Includes $4.5M adequate protection payment from QAF and $726K proceeds from sale of farmland that went directly to St. Agnes.
[k] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled.
[l] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled. Low includes WARN claims of $12M.
[m] Rejection damage claims number is an estimate and is subject to change.