**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com
         iquinn@wjhattorneys.com

Attorneys for Debtor in Possession, MADERA COMMUNITY HOSPITAL

Paul S. Jasper (CA Bar No. 200138)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email:     PJasper@perkinscoie.com

Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500
Email:     ASherman@sillscummis.com
           BMankovetskiy@sillscummis.com

Co-Counsel to the Official Committee of Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re | CASE NO. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
|     Debtor in Possession. | DC No.: WJH-77 |
| Tax ID#:    23-7429117 | Date:    February 13, 2024 |
| Address:    1250 E. Almond Ave. | Time:    9:30 a.m. |
|                  Madera, CA 93637 | Place:    2500 Tulare Street |
| |              Fresno, CA 93721 |
| |              Courtroom 13 |
| | Judge:   Honorable René Lastreto II |

**NOTICE OF HEARING ON JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO ENTER INTO A MASTER TRANSITION AGREEMENT AND A MANAGEMENT SERVICES AGREEMENT WITH AMERICAN ADVANCED MANAGEMENT, INC.**

PLEASE TAKE NOTICE that a hearing on the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Sections 105(A) and 363(B) of the Bankruptcy Code Authorizing the Debtor to Enter into a Master Transition Agreement and a Management Services Agreement with American Advanced Management, Inc. will be held on February 13, 2024 at 9:30 a.m., in Courtroom No. 13, United States Bankruptcy Court, 2500 Tulare Street, Fresno, California. This Motion is set on twenty-one days' notice pursuant to F.R.B.P. 2002(a). The Motion and supporting papers are being served pursuant to the Order Limiting Scope of Notice (ECF-116).

No interested party is required to file written opposition to a motion filed on twenty-one days' notice. Any opposition to the relief requested by the Debtor shall be raised at the time of the hearing. If opposition is presented, or if there is other good cause shown, the Court may continue the hearing to permit the filing of evidence and briefs.

The court permits Zoom and CourtCall appearances. Prior to the hearing, parties appearing via Zoom or CourtCall are encouraged to review the court's Zoom Policies and Procedures or CourtCall Appearance Information which can be found at http://www.caeb.uscourts.gov/.

///
///
///
///
///
///
///
///
///

The Court may decide the matter in advance of the hearing and remove the matter from the calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing.

Dated: January 19, 2024      WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter
Attorneys for Debtor and Debtor in Possession,
MADERA COMMUNITY HOSPITAL

Dated: January 19, 2024      PERKINS COIE LLP

By: /s/ Paul S. Jasper
Paul S. Jasper
Co-Counsel of the Official Unsecured Creditor's Committee