**3**

STEVEN S. ALTMAN (State Bar No. 63824)
Law Office of Steven Altman, PC
Attorney at Law
201 Needham Street
Modesto, California 95354
Phone: (209) 576-1701
Fax: (209) 527-9753
email: altman@altmanattorney.com

Attorney for Creditor and Interested Party
Telcion Communications Group

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Fresno Division)

| In re: | ) | Case No: | 23-10457 |
|---|---|---|---|
| | ) | DCNO: | SSA- 1 |
| MADERA COMMUNITY HOSPITAL, | ) | | |
| | ) | Date: | February 27, 2024 |
| | ) | Time: | 9:30 a.m. |
| | ) | Place: | U.S. Bankruptcy Court |
| | ) | | 2500 Tulare St. |
| | ) | | Fresno, CA |
| Debtor. | ) | Dept: | B |
| | ) | Judge: | Rene Lastreto II |

# NOTICE OF HEARING IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND/OR ADEQUATE PROTECTION AND TURNOVER OF PROPERTY
**[Cisco Router & Analog Gateway Replacements with 3 year Smartnet]**

TO: THE ABOVE-REFERENCED COURT AND DEBTOR

    **PLEASE TAKE NOTICE THAT** on February 27, 2024 at 9:30 a.m. or as soon thereafter as counsel may be heard at the United States Bankruptcy Court, Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, CA, in Dept. B before the Hon. Rene Lastreto II, U.S. Bankruptcy Judge presiding, Telcion Communications Group (hereafter "Movant" or "Telcion") will bring the foregoing motion for relief from stay and/or adequate protection ("Motion"), for the turnover of leased phone equipment further referenced below, pursuant to 11 U.S.C. § 362(d)(1), LBR 9014-1 (f)(1), and BR 4001 (a)(1).

    On July 28, 2021, Debtor signed a lease with Cisco Capital, through vendor Telcion Communications Group, for communication equipment listed for a total cost of $304,968.19 to be paid in 12 quarterly installments of $26,902.83, referenced in Exhibit 1.

Payment on this account was to commence following execution of the subject lease contract. No payments have been made on the lease.

Debtor filed the foregoing Chapter 11 petition March 10, 2023. No Chapter 11 Plan has been confirmed in this case by this Court to date.

Debtor filed a Motion for Authorization to Reject Executory Contracts (Phone Service Equipment Lease Agreement and Phone System Software and Support Agreement) for which judicial notice is requested pursuant to FRE 201. (Exhibit 3, Docket 198, filed 4/6/23).

On May 8, 2023, Cisco Capital assigned the contract with Madera Hospital to Telcion Communications Group. Telcion, though its attorney, filed a Notice of Transfer and Assignment of Contract for which judicial notice is requested pursuant to FRE 201. (Exhibit 2, Docket 458, filed 5/16/23 and Notice of Errata, Exhibit 4, Docket 481, filed 5/18/23).

The Court issued its Civil Minutes on the Motion (Docket 720, filed 7/25/23) granting rejection of the contract with Debtor to prepare the Order for which judicial notice is requested pursuant to FRE 201. (Exhibit 5).

Despite multiple demands for a consensual agreement for the return and surrender of the equipment, Debtor still maintains it in its possession.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT WITH ONE).**

The papers and files are available for inspection in the office of said Bankruptcy Judge, and all other papers on file in this case. Further details may also be obtained from counsel for the Movant Steven Altman at his office address listed on the upper left side of the front of this notice. You may also review the motion and supporting pleadings through the Bankruptcy Court's website referenced as http//caeb.uscourts.gov; or by visiting the Bankruptcy Court Clerk, Fresno Division at 2500 Tulare Street, Fresno, California or through contact with Movant's counsel's staff person Dawn Darwin: dawn@altmanattorney.com.

To appear at the hearing by telephone, contact Court Call Service at 888-882-6878. See also Courtcall.com. The telephone appearance must be arranged 24 hours in advance. A Court

Call fee applies.  Individuals using Court Call are cautioned they do so at their own risk. Normally, the hearing will not be rescheduled due to a missed connection.

Motion pre-hearing dispositions may be obtained by checking the court's website, http//caeb.uscourts.gov after 4:00 p.m. the day before the hearing: select "Pre Hearing Dispositions," the judge and the date and time of the hearing.

Opposition, if any, to the granting of the Motion shall be in writing and shall be served and filed with the court at least 14 days preceding the date of the hearing pursuant to Local Rule 9014-1(f)(1).  Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed.  Failure to file written opposition may be deemed a waiver of any opposition to the Motion or may result in the imposition of sanctions. Further, the Court may resolve the matter without oral argument unless written opposition and supporting evidence are filed with the Clerk of the Court and served on the moving party.

This motion is brought pursuant to LBR 9014-1(f)(1), Bankruptcy Code Section 362 et seq., and Bankruptcy Rule 4001 (1)(a). The motion is also supported by the Memorandum of Points and Authorities, the Declaration of Michelle Padilla, the Exhibits, if any lodged and filed concurrently herein, and such further oral or written evidence which shall be presented at time of hearing in this matter.

Dated: January 17 , 2024                LAW OFFICE OF STEVEN ALTMAN, PC


                                By:     /s/ Steven S. Altman
                                        Steven Altman
                                        Attorney for Secured Creditor and Moving Party
                                        Telcion Communications Group

3