DocuSign Envelope ID: 5CFBB757-442C-4751-8F5E-AFEBA45E4D64

# CERTIFICATE OF INCUMBENCY

By signing below, I hereby certify the following to ___Cisco Systems Capital Corporation___, its successors and assigns ("Company"):

1. I am the _____ (Print title) of ___MADERA COMMUNITY HOSPITAL___ (Print name of Customer) ("Customer"), a ☐ corporation, ☐ limited liability company (manager-managed) ☐ limited liability company (member-managed) ☐ partnership, limited partnership, LLP or LLLP formed and existing under the laws of the state of __CA__ and am familiar with the policies and the officers and authorized agents of the Customer and am authorized to provide this Certificate of Incumbency (this "Certificate").

2. The individuals listed below, as applicable, in addition to those persons possessing apparent authority under the laws of the Customer's state formation/registration/organization (each an "Authorized Representative") are each fully authorized and empowered, acting alone and in accordance with the organizational documents and/or authorizations, resolutions or actions of the governing body of the Customer to enter into financing agreements and/or arrangements, and other documents, of whatever kind, amount or character executed by or on behalf of the undersigned in transacting business with Company as any one or more of the undersigned Authorized Representatives shall approve (each an "Agreement"):

| NAME OF AUTHORIZED REPRESENTATIVE | TITLE OF AUTHORIZED REPRESENTATIVE | SIGNATURE (NOT applicable if electronic signature) |
|---|---|---|
| Mark Foote | VP-Finance/CFO | Mark Foote — BFF72E8E81CF445 |

Additionally, each of the authorized persons named herein may execute any Agreements by the use of such person's electronic signature on any such Agreement. Each of the authorized persons named herein (I) has authorized the use of such person's electronic signature on any Agreement, (ii) has ratified the use of such electronic signature on any Agreement executed and delivered prior to the date hereof in the name and on behalf of the Company and to bind the Company, and (iii) has confirmed that each such Agreement constitutes valid, legal, binding and enforceable obligations of the Company. Lessor, and any assignee, may rely on the use of any such person's electronic signature on any Agreement without undertaking any independent investigation or inquiry as to authorization by the person electronically signing any such Agreement.

3. Company may conclusively rely on the accuracy, genuineness, and good faith of any written communication whether in physical or electronic form bearing the signature (as applicable) of any Authorized Representative listed above for purposes of entering into, modifying, providing funds for and/or relying on each Agreement. Each of the Authorized Representatives is authorized to use and communicate in physical or electronic form and to the Customer using communications in physical and electronic form. Customer shall indemnify and hold harmless Company for any loss suffered or liability incurred by it in reliance on this Certificate.

4. The authority conferred herein is not inconsistent or in conflict with any organizational documents or other applicable agreements or documents of Customer and is within Customer's power and authority. Resolutions evidencing the authorizations contained in this Certificate of Incumbency appear in the Customer's books and records.

5. Until Company receives notice in writing of any change or limitation of the authority of any Authorized Representative as designated in this Certificate, Company is authorized to rely upon the authority and power of any Authorized Representative as set forth in this Certificate. Such notice, to be effective, must be received by Company at the following address: 1111 Old Eagle School Road, Wayne, PA 19087. Such notice shall only be effective as to Transaction Documents entered into after Company's receipt of such notice and shall not have any effect on Agreements entered into prior to the receipt of such notice.

6. THE COMPANY AGREES THAT A FACSIMILE COPY OF THIS DOCUMENT WITH FACSIMILE SIGNATURES AND/OR ELECTRONIC COPY WITH ELECTRONIC SIGNATURE(S) MAY BE TREATED AS AN ORIGINAL AND WILL BE ADMISSIBLE AS EVIDENCE IN A COURT OF LAW.

**THE PERSON SIGNING IN THE SIGNATURE BLOCK BELOW MUST BE ONE OF THE PERSONS LISTED IN THE TABLE BELOW!**

| Customer's Type of Entity | Person Who May Sign this Certificate |
|---|---|
| Corporation | President, Chief Executive Officer (CEO), Chief Financial Officer (CFO), Treasurer, Secretary |
| Limited Liability Company – manager managed | Manager, President, Chief Executive Officer (CEO), Chief Financial Officer (CFO), Treasurer, Secretary |
| Limited Liability Company – member managed | Member, Managing Member, President, Chief Executive Officer (CEO), Chief Financial Officer (CFO), Treasurer, Secretary |
| Partnership, Limited Partnership, Limited Liability Partnership, or Limited Liability Limited Partnership | General Partner, Managing Partner, Partner (for Partnership only) |
| Individual / Sole Proprietorship | No title, Sole Owner, Sole Proprietor |

IN WITNESS WHEREOF, I have hereunto signed my name as of the date set forth below:

AUTHORIZED SIGNATURE
Authorized Signature _____ (Must be a person listed above for the appropriate entity)
Print Name _____
Title _____
Date _____

Exhibit 2
Page ___ of ___

©2017 All Rights Reserved. Printed in the U.S.A. 17ANC008 10/17

17ANC008

**CISCO Capital**

# Purchase Order

1111 OLD EAGLE SCHOOL ROAD, WAYNE, PA 19087
PHONE: (866) 247-2680

Attn: TELCION COMMUNICATIONS GROUP

Purchase Order Number: 500-50287331

THIS PURCHASE ORDER **AND FUNDING OF INVOICES RECEIVED FOR THIS PURCHASE ORDER** ARE CONDITIONED UPON AND SUBJECT TO CISCO SYSTEMS CAPITAL CORPORATION'S RECEIPT OF ALL REQUIRED ORIGINAL EXECUTED AND ENFORCEABLE LEASE DOCUMENTS AND ADVANCE MONIES DUE.

| VENDOR | SHIP TO (LESSEE) |
|---|---|
| TELCION COMMUNICATIONS GROUP | MADERA COMMUNITY HOSPITAL |

| DESCRIPTION OF EQUIPMENT, SERVICES, SOFTWARE & RELATED ITEMS ("MERCHANDISE") | COST |
|---|---|
| SEE ATTACHED QUOTE | $304,968.19 |

\*\*\*Invoices will be paid when (1) Cisco Capital is invoiced in FULL for this PO and (2) The Lessee signs the Acceptance Document.\*\*\*

**CONFIRMING DO NOT DUPLICATE**

Invoice should be mailed on the date of shipment to:

Attn: KKARPAC@cisco.com - Please email invoices. DO NOT MAIL. Thank you!
1111 Old Eagle School Road
Wayne, PA 19087.

INVOICE CANNOT BE HONORED UNLESS FULL EQUIPMENT DESCRIPTION INCLUDING SERIAL NUMBERS APPEAR THEREON.

**SHOW ON INVOICE:**
- SOLD TO -
- SHIPPED TO - NAME AND ADDRESS OF LESSEE
- FULL DESCRIPTION OF EQUIPMENT, MODEL AND SERIAL NUMBER(S)
- OUR PURCHASE ORDER NUMBER  500-50287331

This purchase order is subject to cancellation if the merchandise covered by this is not delivered to and accepted by the Lessee on buyer's acceptance certificate within 120 days of the date of this Purchase Order. If the terms are F.O.B. Origin, ship collect to Lessee shown above who has agreed to pay all transportation charges.

Sales Tax Exemption Number: _____

**THIS PURCHASE ORDER IS SUBJECT TO THE TERMS AND CONDITIONS FOLLOWING WHICH ARE A PART HEREOF.**

CISCO SYSTEMS CAPITAL CORPORATION

DATE: July 28, 2021

BY: *Katherine Karpac* (DocuSigned by)
Authorized Signature
3DB512A1B70940A...

Exhibit ___
Page ___ of ___

Page 1 of 2

## TERMS AND CONDITIONS OF PURCHASE

1. **NO CHANGES AUTHORIZED:** This conditional purchase order must be accepted as written. Except as set forth in Section 2 hereof, any increase in price, change in quantities or quality of merchandise ordered or any other change in terms or conditions of this order shall not be binding on the buyer unless such change is agreed to in writing. Delivery must be in accordance with the conditions on the reverse side hereof and unless otherwise specifically noted thereon vendor is to deliver the merchandise f.o.b. common carrier, destined as thereon indicated.

2. **AUTHORIZED INCREASES:** The total cost under this purchase order (exclusive of taxes) may be increased by up to ten percent (10%) provided that Vendor delivers to buyer a change order, the form of which shall be provided by buyer, executed by Lessee (a "Change Order").

3. **NO CHARGES AUTHORIZED:** No charges for crating, boxing, packaging or drayage, or for unloading, assembling or installing any merchandise will be allowed or payable unless specified on the reverse side hereof.

4. **DELIVERY TO BE MADE TO LESSEE:** The person, firm or corporation to which the merchandise covered by this purchase order is to be delivered (as indicated on the reverse side hereof) has leased said merchandise from the buyer, (the "lessee" and the "Lease," respectively). Lessee is authorized on behalf of the buyer to receive delivery of such merchandise, to inspect, and to accept or reject same. Delivery is to be made promptly, and any delay in delivery requires buyer's approval.

5. **INSPECTION, ACCEPTANCE OR REJECTION:** All merchandise shall be received subject to lessee's inspection and acceptance or rejection, after delivery thereof. The place and time of inspection shall be determined by lessee. Merchandise which is defective or not accepted by the lessee within a reasonable time or otherwise not in accordance with this purchase order may be returned for full credit and vendor shall assume all transportation and handling charges in connection therewith. Rejected merchandise shall not be replaced except upon buyer's specific instructions in writing to that effect. Any deposit, prepayment or other payment made to vendor by buyer shall either be refunded to buyer or buyer may, at buyer's option, apply the amount thereof to any other debt or obligation of buyer to vendor.

6. **RISK OF LOSS:** Vendor shall bear all risk of loss of any merchandise covered by this purchase order until physically delivered, installed, inspected and accepted by lessee at the designated place of delivery, and as to buyer, until buyer has accepted the Lease, and vendor shall further bear the risk of loss at all times on rejected merchandise.

7. **INDEMNITY AGAINST LOSS AND DAMAGE:** Vendor agrees to indemnify buyer against all loss on account of claims of injury to persons (including death) or damage to property which may result in any way from malfunction of merchandise or otherwise from an act or omission of vendor, its agents or employees. Vendor shall also maintain such Public Liability, Property Damage and Employer's Liability and Compensation Insurance as will protect vendor and buyer from said risks and from any claims under any applicable Workmen's Compensation or Occupational Disease Acts.

8. **REJECTION BY LESSEE:** If lessee shall reject or refuse to accept any merchandise pursuant to this purchase order, buyer shall be deemed relieved of any liability to vendor under such purchase order as to such merchandise, and all obligations of buyer hereunder as to such merchandise shall upon such rejection or refusal be deemed those of lessee, with the same force and effect as if lessee, instead of buyer, had placed this purchase order as to such merchandise, and vendor in such event, shall look only to lessee with respect to any liability or obligation hereunder.

9. **ADDITIONAL MERCHANDISE:** In the event the Lease covers merchandise in addition to merchandise covered by this purchase order, buyer shall be deemed relieved of any liability to vendor under this purchase order if lessee shall reject or refuse to accept any of the merchandise covered by the Lease, and upon such rejection or refusal by the lessee , all obligations of buyer under this purchase order shall be deemed those of the lessee, with the same force and effect as if lessee, instead of buyer, had placed this purchase order as to such merchandise, and vendor in such event, shall look only to lessee with respect to any liability or obligation hereunder.

10. **CANCELLATION BY BUYER:** This purchase order may be cancelled by buyer in the event the lessee is not authorized to enter into the Lease, or the person signing the Lease on behalf of the lessee is not authorized so to do, or in the event that the vendor or any of its agents make any representations to the lessee inconsistent with the terms or conditions of the Lease or vendor has failed to provide to buyer vendor's ultimate beneficial owner information as required by buyer, upon which the lessee reasonably relies, or in the event the buyer fails to collect the first rental payment to be tendered by the lessee or in the event all of the legal documents requested by buyer in connection with the Lease have not been completed, or in the event that buyer's credit approval of lessee expires pursuant to the applicable credit approval notice (for more information regarding the credit approval expiration date, please contact buyer at the phone number provided above), or the Lease is not accepted by buyer or buyer does not accept the Lease including, without limitation, due to a material adverse change in the financial or operating condition or prospects of Lessee, a material misrepresentation or omission by Lessee or an event that would be a material default under the Lease.

11. **NO ASSIGNMENT BY VENDOR:** Vendor shall not assign this purchase order without written consent of buyer. In the absence of such consent, no such assignment shall be effective and at buyer's option, shall effect a cancellation of all buyer's obligation hereunder.

12. **PATENTS:** Vendor agrees to and does by shipment thereof indemnify, protect, and hold harmless buyer, its successors or assigns and the lessee and its successors and assigns against all claims, demands, damages, costs or expenses (including attorneys fees) for actual or alleged infringements or patent covering any merchandise hereby ordered or the use thereof.

13. **COMPLIANCE WITH LAWS:** Vendor agrees and warrants that all merchandise sold hereunder shall be produced and sold in full compliance with all applicable Federal, State, and local laws and regulations including, without in any way limiting the generality of the foregoing, the requirements of the Federal Fair Labor Standards Act of 1938, as amended.

14. **WARRANTIES BY VENDOR:** Vendor warrants that immediately prior to our purchase it had legal title to the merchandise; free from any liens and encumbrances. The foregoing is in addition to and not in lieu of any and all other warranties expressed or implied. All warranties shall run to, enure for the benefit of and be enforceable by both buyer and its lessee, jointly and separately.

15. **EXCUSABLE DELAYS:** Vendor will not be responsible for delays or defaults in delivery if occasioned by unforeseeable cause beyond the control and without the fault or negligence of the vendor; and buyer shall not be responsible for failure to receive or take delivery if occasioned by any like cause on its or lessee's part.

16. **FREIGHT:** If the buyer has not indicated any preference for the method of shipment, then the merchandise shall be shipped in the cheapest way and buyer may charge back transportation charges in excess of the cheapest rate of shipment.

17. **PURCHASE PRICE:** All quantity, cash or other discounts granted by the vendor as a direct or indirect result of the purchase herein ordered shall be paid to buyer. Vendor represents and warrants that no payments have been made to the lessee nor has the lessee received any other consideration as a direct or indirect result of the purchase herein ordered unless the amount of such payment or the value of such consideration is deducted from the gross invoice price.

18. **TITLE:** Title to merchandise shall pass to buyer after physical delivery, installation, inspection and acceptance, and upon buyer's acceptance of the lease as provided herein.

19. **SIGNATURE WARRANTY:** Vendor warrants that any credit application, Lease or Change Order that may be obtained by vendor and transmitted to buyer, in connection with any leasing of the merchandise to Lessee, does not contain the forged or unauthorized execution or signature of Lessee. In the event that any application, Lease or Change Order does not conform to the foregoing warranty, vendor agrees to reimburse buyer forthwith for any loss sustained by buyer by reason thereof.

20. **TAXES:** Vendor agrees to report and pay to the appropriate taxing authority any and all taxes (including penalty and interest, if any) assessed against the manufacture and/or sale of the merchandise, except to the extent of any taxes which buyer agrees to pay in writing. If any taxes relating to the manufacture and/or sale of the merchandise are assessed against buyer, vendor agrees to reimburse buyer therefor upon request.



Exhibit 2
Page ___ of ___

Page 2 of 2



©2021 All Rights Reserved. Printed in the U.S.A. 08CSC166v5 4/21

Initials katherine ka...
3DB612A1B70940A...

**Quote Name:** 2021-6 MCH UC & Server Upgrade Projects
DocuSign Envelope ID: 5CFBB757-442C-4751-8F5E-AFEBA45E4D64
**Quoter:** TCG007781
**Version:** 1
**Customer Account Name:** Madera Community Hospital (MCH)

### UC Project Hardware Refresh Gear

#### Cisco Router & Analog Gateway Replacements w/3 year Smartnet

| Qty | Manufacturer Part # | Vendor Name | Long Description | Price | Ext. Price | MSRP | Ext. MSRP |
|---|---|---|---|---|---|---|---|
| 3 | ISR4331-V/K9 | | Cisco ISR 4331 UC Bundle, PVDM4-32, UC License | $2,751.73 | $8,255.19 | $5,854.75 | $17,564.25 |
| 3 | CON-SNTP-ISR4331V | | SNTC-24X7X4 Cisco ISR 4331 UC Bundle, PVDM4-32, UCL | $2,286.20 | $6,858.60 | $2,689.65 | $8,068.95 |
| 3 | SL-4330-IPB-K9 | | IP Base License for Cisco ISR 4330 Series | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | SL-4330-UC-K9 | | Unified Communication License for Cisco ISR 4330 Series | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PWR-4330-AC | | AC Power Supply for Cisco ISR 4330 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAB-AC | | AC Power Cord (North America), C13, NEMA 5-15P, 2.1m | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MEM-FLSH-4G | | 4G Flash Memory for Cisco ISR 4300 (Soldered on motherboard) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PVDM4-32 | | 32-channel DSP module | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | NIM-BLANK | | Blank faceplate for NIM slot on Cisco ISR 4400 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MEM-43-4G | | 4G DRAM (1 x 4G) for Cisco ISR 4300 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | SM-S-BLANK | | Removable faceplate for SM slot on Cisco 2900,3900,4400 ISR | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | SISR4300UK9-1612 | | Cisco ISR 4300 Series IOS XE Universal | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | NIM-4FXO | | 4-port Network Interface Module - FXO (Universal) | $471.64 | $1,414.92 | $1,003.50 | $3,010.50 |
| 0 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ISR4331-V/K9 | | Cisco ISR 4331 UC Bundle, PVDM4-32, UC License | $2,751.73 | $2,751.73 | $5,854.75 | $5,854.75 |
| 1 | CON-SNTP-ISR4331V | | SNTC-24X7X4 Cisco ISR 4331 UC Bundle, PVDM4-32, UCL | $2,286.20 | $2,286.20 | $2,689.65 | $2,689.65 |
| 1 | SL-4330-IPB-K9 | | IP Base License for Cisco ISR 4330 Series | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | SL-4330-UC-K9 | | Unified Communication License for Cisco ISR 4330 Series | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | PVDM4-32U64 | | PVDM4 32-channel to 64-channel factory upgrade | $754.63 | $754.63 | $1,605.60 | $1,605.60 |
| 1 | PWR-4330-AC | | AC Power Supply for Cisco ISR 4330 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | CAB-AC | | AC Power Cord (North America), C13, NEMA 5-15P, 2.1m | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | MEM-FLSH-4G | | 4G Flash Memory for Cisco ISR 4300 (Soldered on motherboard) | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | MEM-43-4G | | 4G DRAM (1 x 4G) for Cisco ISR 4300 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | SM-S-BLANK | | Removable faceplate for SM slot on Cisco 2900,3900,4400 ISR | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | SISR4300UK9-1612 | | Cisco ISR 4300 Series IOS XE Universal | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | NIM-2MFT-T1/E1 | | 2 port Multiflex Trunk Voice/Clear-channel Data T1/E1 Module | $1,072.87 | $1,072.87 | $2,282.70 | $2,282.70 |

Exhibit __2__
Page ____ of ____

| Qty | Product | Description | | | |
|---|---|---|---|---|---|
| 1 | USE-BUNDLED-PVDM | Choose to assemble the PVDM in a Voice bundle on T1/E1 card | $0.00 | $0.00 | $0.00 |
|  | DocuSign Envelope ID: 5CFBB757-42C-4751-8F5E-AFEBA45E4D64 | | | | |
| 1 | NIM-4FXO | 4-port Network Interface Module - FXO (Universal) | $471.64 | $1,003.50 | $1,003.50 |
| 0 |  | | $0.00 | $0.00 | $0.00 |
| 1 | ISR4451-X-V/K9 | Cisco ISR 4451 UC Bundle, PVDM4-64, UC Lic | $11,602.11 | $24,685.34 | $24,685.34 |
| 1 | CON-SNTP-ISR4451-X | SNTC-24X7X4 Cisco ISR 4451 UC Bu | $11,617.39 | $13,667.52 | $13,667.52 |
| 1 | PVDM4-64U128 | PVDM4 64-channel to 128-channel factory upgrade | $1,509.26 | $3,211.20 | $3,211.20 |
| 1 | PWR-4450-AC | AC Power Supply for Cisco ISR 4450 and ISR4350 | $0.00 | $0.00 | $0.00 |
| 1 | PWR-4450-AC/2 | AC Power Supply (Secondary PS) for Cisco ISR 4450 | $377.32 | $802.80 | $802.80 |
| 2 | CAB-AC | AC Power Cord (North America), C13, NEMA 5-15P, 2.1m | $0.00 | $0.00 | $0.00 |
| 1 | SL-44-UC-K9 | Unified Communication License for Cisco ISR 4400 Series | $0.00 | $0.00 | $0.00 |
| 1 | MEM-44-4G | 4G DRAM (1 x 4G) for Cisco ISR 4400 | $0.00 | $0.00 | $0.00 |
| 1 | MEM-FLSH-8G | 8G eUSB Flash Memory for Cisco ISR 4430 | $0.00 | $0.00 | $0.00 |
| 1 | POE-COVER-4450 | Cover for empty POE slot on Cisco ISR 4450 | $0.00 | $0.00 | $0.00 |
| 2 | MEM-4400-DP-2G | 2G DRAM (1 DIMM) for Cisco ISR 4400 Data Plane | $0.00 | $0.00 | $0.00 |
| 1 | NIM-BLANK | Blank faceplate for NIM slot on Cisco ISR 4400 | $0.00 | $0.00 | $0.00 |
| 1 | SM-S-BLANK | Removable faceplate for SM slot on Cisco 2900,3900,4400 ISR | $0.00 | $0.00 | $0.00 |
| 1 | SISR4400UK9-1612 | Cisco ISR 4400 Series IOS XE Universal | $0.00 | $0.00 | $0.00 |
| 1 | SM-X-8FXS/12FXO | Fixed Port High Density Analog Voice ServiceModule for ISR4K | $2,594.05 | $5,519.25 | $5,519.25 |
| 1 | NIM-4MFT-T1/E1 | 4 port Multiflex Trunk Voice/Clear-channel Data T1/E1 Module | $2,075.24 | $4,415.40 | $4,415.40 |
| 1 | NIM-4FXO | 4-port Network Interface Module - FXO (Universal) | $471.64 | $1,003.50 | $1,003.50 |
| 1 | SL-44-IPB-K9 | IP Base License for Cisco ISR 4400 Series | $0.00 | $0.00 | $0.00 |
| 1 | PVDM4-128 | 128-channel DSP module | $3,207.19 | $6,823.80 | $6,823.80 |
| 0 |  | | $0.00 | $0.00 | $0.00 |
| 18 | VG310 | Modular 24 FXS Port VoIP Gateway with PVDM3-64 | $2,909.67 | $6,190.79 | $111,434.22 |
| 18 | CON-SNTP-VG310ICV | SNTC-24X7X4 Cisco VG310 - Modular 24 FXS Port Voice | $1,938.00 | $2,280.00 | $41,040.00 |
| 18 | SVG3XUK9-15903M | Cisco VG3X0 UNIVERSAL | $0.00 | $0.00 | $0.00 |
| 18 | MEM-CF-256MB | 256MB Compact Flash for Cisco 1900, 2900, 3900 ISR | $0.00 | $0.00 | $0.00 |
| 18 | CAB-AC | AC Power Cord (North America), C13, NEMA 5-15P, 2.1m | $0.00 | $0.00 | $0.00 |
| 18 | PVDM3-64 | 64-channel high-density voice DSP module | $0.00 | $0.00 | $0.00 |
| 18 | HWIC-BLANK | Blank faceplate for HWIC slot on Cisco ISR | $0.00 | $0.00 | $0.00 |
| 18 | SL-VG3X0-IPB-K9 | Cisco VG3X0 IP Base License | $0.00 | $0.00 | $0.00 |
| 18 | SL-VG3X0-UC-K9 | Cisco VG3X0 Unified Communications License | $0.00 | $0.00 | $0.00 |
|  |  | **Section Subtotal** | | | *$144,578.04* |
| 1 | Discount | Discount if Lease Signed by 7/23/2021 | ($8,500.00) | ($8,500.00) | ($8,500.00) |
|  | ConnectWise | | | | |

Exhibit 2
Page ___ of ___

DocuSign Envelope ID: 5CFBB757-442C-4751-8F5E-AFEBA45E4D64

### UC Project Labor

| | | | | | Tab Subtotals | $246,182.93 |
|---|---|---|---|---|---|---|
| 0 | | | | $0.00 | $0.00 | |
| 1 | TCG-ProServ-002 | ConnectWise | Telcion Professional Services | $30,000.00 | $30,000.00 | |
| | | | Tab Subtotals | | $30,000.00 | |

### Server Project Hardware Refresh Gear

Tab Subtotals: $136,078.04

| Qty | Part | Description | | | |
|---|---|---|---|---|---|
| | | *5 Cisco UCS Servers w/3 Year Smartnet* | | | |
| 5 | UCSC-C240-M5SX | UCS C240 M5 24 SFF + 2 rear drives w/o CPU,mem,HD,PCIe,PS | $2,031.30 | $10,156.50 | $4,954.40 | $24,772.00 |
| 5 | CON-SNTP-C240M5SX | SNTC 24X7X4 UCS C240 M5 24 SFF + 2 rear drives w/o CPU,mem,H | $2,168.78 | $10,843.90 | $2,551.50 | $12,757.50 |
| 10 | UCSC-PSU1-1050W | Cisco UCS 1050W AC Power Supply for Rack Server | $307.25 | $3,072.50 | $731.55 | $7,315.50 |
| 10 | CAB-9K12A-NA | Power Cord, 125VAC 13A NEMA 5-15 Plug, North America | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | UCSC-RAILB-M4 | Ball Bearing Rail Kit for C220 & C240 M4 & M5 rack servers | $92.72 | $463.60 | $220.77 | $1,103.85 |
| 5 | CIMC-LATEST | IMC SW (Recommended) latest release for C-Series Servers. | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | UCS-SID-INFR-OI | Other Infrastructure | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | UCS-SID-WKL-VDI | VDI | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | UCSC-PCIF-240M5 | C240 M5 PCIe Riser Blanking Panel | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | UCSC-HS2-C240M5 | Heat sink for UCS C240 M5 rack servers CPUs above 150W | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | UCSC-BBLKD-S2 | UCS C-Series M5 SFF drive blanking panel | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | UCS-CPU-I6248R | Intel 6248R 3GHz/205W 24C/35.75MB DDR4 2933MHz | $4,320.07 | $43,200.70 | $10,536.75 | $105,367.50 |
| 5 | UCSC-SAS-M5HD | Cisco 12G Modular SAS HBA for up to 26 drives | $713.55 | $3,567.75 | $1,698.93 | $8,494.65 |
| 40 | UCS-HD12TB10K12N | 1.2 TB 12G SAS 10K RPM SFF HDD | $476.89 | $19,075.60 | $1,538.37 | $61,534.80 |
| 40 | UCS-MR-X32G2RT-H | 32GB DDR4-2933-MHz RDIMM/2Rx4/1.2v | $738.05 | $29,522.00 | $2,050.15 | $82,006.00 |
| 5 | UCSC-PCI-1-C240M5 | Riser 1 incl 3 PCIe slots (x8, x16, x8); slot 3 req CPU2 | $83.87 | $419.35 | $199.70 | $998.50 |
| 5 | UCSC-MLOM-C25Q-04 | Cisco UCS VIC 1457 Quad Port 10/25G SFP28 CNA MLOM | $947.47 | $4,737.35 | $2,255.87 | $11,279.35 |
| 5 | UCS-MSD-32G | 32GB Micro SD Card for UCS M5 servers | $92.72 | $463.60 | $220.77 | $1,103.85 |
| 10 | UCS-SD-64G-S | 64GB SD Card for UCS Servers | $153.41 | $1,534.10 | $365.27 | $3,652.70 |
| 5 | N20-BKVM | KVM local IO cable for UCS servers console port | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | UCS-MSTOR-SD | Mini Storage Carrier for SD (holds up to 2) | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | UCS-SD400G123X-EP | 400GB 2.5in Enterprise Performance 12G SAS SSD(3X endurance) | $953.32 | $9,533.20 | $2,508.75 | $25,087.50 |
| | | **Section Subtotal** | | **$136,590.15** | | |
| | | *Cisco Intersight 3 year term- prepaid* | | | | |
| 1 | Discount | ConnectWise | Discount if Lease Signed by 7/23/2021 | ($9,000.00) | ($9,000.00) | ($9,000.00) |

Exhibit 2
Page ___ of ___

DocuSign Envelope ID: 5CFBB757-442C-4751-8F5E-AFEBA45E4D64

### Server Replacement Labor

| # | Item | Description | Amount |
|---|---|---|---|
| 1 | TCG-ProServ-002 | ConnectWise | $11,000.00 |
| | | Section Subtotal | $336,473.70 |
| | | Tab Subtotals | $11,000.00 |
| | | | $11,000.00 |
| | | | ($9,000.00) |
| | | | $127,590.15 |
| | | Telcion Professional Services | $11,000.00 |
| | | Tab Subtotals | $11,000.00 |
| | | Shipping | $300.00 |
| | | **Total** | **$304,968.19** |

Exhibit 2
Page ____ of ____

13

Steven S. Altman SBN #63824
Law Offices of Steven Altman, PC
201 Needham Street
Modesto, California 95354
Telephone (209) 576-1701
email: altman@altmanattorney.com
Attorney for Claimant
Telcion Communications Group

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
(Fresno Division)

| | |
|---|---|
| In re: | Case No: 23-10457 |
| | Chapter 11 Case |
| MADERA COMMUNITY HOSPITAL, | |
| | DCNO:N/A |
| Debtor. | |
| | Date: N/A |
| | Time: N/A |
| | Place: U. S. Bankruptcy Court |
| | 2500 Tulare St |
| | Fresno, CA 93721 |
| | Judge: Hon. Rene Lastreto II |

## NOTICE OF ERRATA

TO: ALL PARTIES IN INTEREST:

A Notice of Transfer and Assignment of Contract was filed as Docket 458 on May 16, 2023 referencing an attached Exhibit A, which was inadvertly left off. Exhibit A to the Notice of Transfer and Assignment of Contract is being filed and served concurrently with this Notice.

DATED: May 18, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　STEVEN ALTMAN, PC

　　　　　　　　　　　　　　　　　　　By: /S/ Steven S. Altman
　　　　　　　　　　　　　　　　　　　STEVEN S. ALTMAN
　　　　　　　　　　　　　　　　　　　Attorney for Claimant
　　　　　　　　　　　　　　　　　　　Telcion Communications Group

NOTICE OF ERRATA

Exhibit  3
Page ___ of ___

1

```
 1 | 3
   | WANGER JONES HELSLEY
 2 | Riley C. Walter #91839
   | Kurt F. Vote #160496
 3 | Steven K. Vote #309152
   | Danielle J. Bethel #315945
 4 | 265 E. River Park Circle, Suite 310
 5 | Fresno, California 93720
   | Telephone: (559) 490-0949
 6 | E-Mail: rwalter@wjhattorneys.com
   |         dbethel@wjhattorneys.com
 7 |
 8 | Attorneys for Debtor and Debtor in Possession, Madera Community Hospital
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　Debtor in Possession.<br><br>Tax ID#:　23-7429117<br>Address:　1250 E. Almond Avenue<br>　　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-18<br><br>Date:　May 9, 2023<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Courtroom:<br>　　　　Fresno, CA 93721<br>Judge:　Honorable René Lastreto II |

**MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACTS (PHONE SERVER EQUIPMENT LEASE AGREEMENT AND PHONE SYSTEM SOFTWARE AND SUPPORT AGREEMENT)(CISCO SYSTEMS CAPITAL CORPORATION)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

　　　　Madera Community Hospital, the Debtor and Debtor in Possession (the "Debtor" or "MCH"), hereby moves this Court pursuant to 11 U.S.C. § 365 and Bankruptcy Rules 6006 and 9014, for an Order Rejecting Executory Contract as described below. In support of its Motion for Authorization to Reject Executory Contracts (Phone Server Equipment Lease Agreement and

Motion for Authorization to Reject Executory Contracts　　　　1　　　　R:\Client\10538-002\PLEADINGS\WJH-18 Motion to Reject Executory Contract (CISCO)\FINAL\Motion.040523.jmm.docx

Exhibit ___4___
Page ___ of ___

Phone System Software and Support Agreement (Cisco Systems Capital Corportion) ("Motion"), the Debtor represents as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S. C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S. C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The statutory predicates for the relief sought in this Motion are § 365 and title 11 of the United States Code (the "Bankruptcy Code"), as complemented by Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure.

2. The Debtor is a California non-profit corporation located in Madera. Prior to January 10, 2023, the Debtor operated 106 bed acute care hospital in Madera. The Debtor no longer operates the hospital and all patient care has ceased. This case was filed as a Chapter 11 case on March 10, 2023 ("Petition Date").

3. The Debtor entered into (1) that certain equipment Lease Agreement (Reference No. -7331) dated on or about July 28, 2021 ("Phone Server Equipment Lease Agreement"), and (2) that certain Software Support Agreement dated on or about June 22, 2021 (Reference No. -8602) ("Phone System Software and Support Agreement," collectively, the "Agreements"). The Agreements[1] were entered into between the Debtor and Cisco Systems Capital Corporation ("Cisco"). The Phone Server Equipment Lease Agreement deals with certain phone server equipment and related software and technical support. The Phone System Software and Support Agreement deals with certain phone equipment and related software and technical support. Copies of the Agreements are attached to the Declaration of Karen Paolinelli as Exhibits A and B.

4. The subject matter of the Agreements is the provision of software and support to the Debtor relating to the hospital's telephone system.

5. The Debtor has analyzed the Agreements and determined in its sound business judgment, and as declared by Karen Paolinelli, Chief Executive Officer, that the Agreements should be rejected.

---

[1] While MCH recognizes that the Agreements may not constitute an executory contract within the meaning of 11 U.S.C § 365, the Debtor wishes to reject the Agreement out of an abundance of caution and to avoid any doubt.

Motion for Authorization to Reject Executory Contracts    2    R:\Client\10538-002\PLEADINGS\WJH-18 Motion to Reject Executory Contract (CISCO)\FINAL\Motion.040523.jmm.docx

Exhibit 4
Page ___ of ___