# RELIEF FROM STAY SUMMARY SHEET

**\* \* \* INSTRUCTIONS ON FORM EDC 3-468-INST \* \* \***
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION0*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.

**DEBTOR:** Madera Community Hospital    **CASE NO.** 23-10457

**MOVANT:** Telcion Communications Group    **DC NO.** SSA-1

**HEARING DATE/TIME:** February 27, 2024 at 9:30 a.m.

**RELIEF IS SOUGHT AS TO:**

    ( ) REAL PROPERTY    Assessor Parcel Number (APN): _____

    (✔) PERSONAL PROPERTY    If applicable, Vehicle Identification Number (VIN): _____

    ( ) STATE COURT LITIGATION

1. **Address OR description of property or state court action:** Cisco Router & Analog Gateway Replacements with 3 year Smartset plus licensing agreement

2. **Movant's trust deed is a** ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   **OR**
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month (✔) Other

3. **Verified appraisal filed?** _____ **Movant's valuation of property:** $ _____

4. **The following amounts are presently owing to movant for:**

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 304,968.19 | $ | $ 40,275.00 | $ 345,243.19 |

5. **State identity, rank, and balance owing to other known lien holders. Use additional page*u+if necessary.**

| | |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| **TOTAL ALL LIENS** | $ _____ |
| **DEBTOR'S EQUITY** | $ 0.00 |

6. **Monthly payment is** $ 8,967.61, of which $ _____ is for impound account. Monthly late charge is $ _____.

7. **The last payment by debtor was received on** _____ **and was applied to the payment due** _____.

8. **Number of payments past due and amount:** (a) Pre-petition 12 $ 345,243.19 (b) Post-petition ____ $ _____.

9. **Notice of Default was recorded on** _____. **Notice of sale was published on** _____.

10. **If a chapter 13 case, in what class is this claim?** _____

11. **Grounds for seeking relief (check as applicable):**

    (✔) § 362(d)(1)    ( ) § 362(d)(2)    ( ) § 362(d)(3)    ( ) § 362(d)(4)

    (✔) Cause    (✔) Inadequate protection    (✔) Lack of equity    ( ) Lack of insurance    ( ) Bad faith

    ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.

    (✔) Other   Mot to Reject Lease Dkt 198 filed 4/16/23; Minute Order Rejecting Lease Dkt 720 filed 7/25/23.

EDC 3-468 (Rev. 2/18)