**3**

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

Paul S. Jasper, Bar No. 200138
pjasper@perkinscoie.com
Sara L. Chenetz, Bar No. 206936
schenetz@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Kathleen Allare (admitted *pro hac vice*)
Illinois Bar No. 6326536
kallare@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Co-Counsel to the Official
Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter: 11 |
| | DC No.: PSJ-002 |
| Debtor in Possession. | |
| Tax ID#  23-7429117<br>Address:  1250 E. Almond Avenue<br>           Madera, CA 93637 | |
| | Judge:    Honorable Rene Lastreto II |

Second Supplemental Declaration regarding Application to Retain Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors

-1-

10309849

**SECOND SUPPLEMENTAL DECLARATION OF ANDREW H. SHERMAN REGARDING APPLICATION TO RETAIN AND EMPLOY SILLS CUMMIS & GROSS P.C. AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MADERA COMMUNITY HOSPITAL, EFFECTIVE AS OF APRIL 14, 2023**

Andrew H. Sherman makes this declaration (the "Second Supplemental Declaration") pursuant to 28 U.S.C. § 1746:

I am a resident of New Jersey and a Member of the law firm Sills Cummis & Gross P.C. ("Sills"). I submit this Supplemental Declaration regarding the application to retain and employ Sills as co-counsel for the Official Committee of Unsecured Creditors of Madera Community Hospital effective as of April 14, 2023 [Dkt. No. 426] (the "Application"), with primary offices located at One Riverfront Plaza, Newark, NJ 07102 (telephone: 973-643-7000).

Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon completion of further review by Sills or as additional information becomes available, a supplemental affidavit will be submitted to the United States Bankruptcy Court for the Eastern District of California reflecting such amended or modified information.

In light of developments since the filing of my initial declaration in support of the Application, dated May 12, 2023 [Dkt. No. 429] (the "Initial Declaration"), and the supplemental declaration, dated August 16, 2023 [Dkt. No. 791] (the "First Supplemental Declaration"), I update the disclosures set forth in my Initial Declaration as follows:

Raines Feldman Litterell LLP ("Raines") is local counsel to Sills in an unrelated matter in the United States Bankruptcy Court for the Northern District of Illinois. American Advanced Management Inc. ("AAM"), has agreed to enter into a reopening transaction with Madera Community Hospital and is represented by Raines.

Second Supplemental Declaration regarding Application to Retain Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors
10309849

-2-

Sills does not believe the foregoing presents any conflict of interest or affects its status as a disinterested person but discloses the connection in an abundance of caution.

I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness. Sills will from time to time review its disclosures in these chapter 11 cases, and in the event that additional material connections are discovered, I'll disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

I certify that, to the best of my knowledge after reasonably inquiry, the foregoing is true and correct.

DATED: January 23, 2024
　　　　　Newark, New Jersey

_____
Andrew H. Sherman, Esq.

Second Supplemental Declaration regarding
Application to Retain Sills Cummis & Gross P.C. as
Co-Counsel for the Official Committee of
Unsecured Creditors
10309849

-3-