**4**

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

Paul S. Jasper, Bar No. 200138
pjasper@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Kathleen Allare (admitted *pro hac vice*)
Illinois Bar No. 6326536
kallare@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Co-Counsel to the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession.<br><br>Tax ID#  23-7429117<br>Address:  1250 E. Almond Avenue<br>           Madera, CA 93637 | Case No. 23-10457<br><br>Chapter: 11<br><br>DC No.: PSJ-0034<br><br>**NINTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**<br><br>Judge: Hon. René Lastreto II<br><br>**Objection Deadline:  February 7, 2024**<br><br>[No Hearing Requested] |

| Name of Applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Authorized to Provide Professionals Services to: | Co-Counsel to the Official Committee of Unsecured Creditors |
| Date of Retention: | April 14, 2023, by Order entered May 23, 2023 [Docket No. 488] |
| Period for which Compensation and Reimbursement of Expenses is Sought: | December 1, 2023 – December 31, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $137,902.50[1] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $2,526.79 |

On May 12, 2023, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case") filed an *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Madera Community Hospital, Effective as of April 14, 2023* [Docket No. 426] (the "Retention Application").

The Retention Application was granted on May 23, 2023, by this Court's *Order Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Madera Community Hospital, Effective as of April 14, 2023* [Docket No. 488] (the "Retention Order").

Sills Cummis & Gross P.C. ("Sills"), as co-counsel to the Committee hereby submits its ninth monthly fee statement (the "Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period December 1, 2023 through and including December 31, 2023 (the "Fee Period"), pursuant to the *Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court*, dated August 8, 2023 [Docket No. 759] (the "Compensation Procedures Order").[2]

---

[1] Sills' fees at its *standard* hourly rates actually total $147,667.50. However, as noted in its Retention Order (defined herein), Sills' attorney fees are subject to a $675 blended hourly rate cap. After application of this discount, Sills' fees were reduced to $137,902.50.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

10316043

By this Fee Statement, Sills seeks: (i) a monthly interim allowance of compensation in the amount of $137,902.50; (ii) a monthly interim allowance of expenses in the amount of $2,526.79; and (iii) payment of $112,848.79 (80% of the allowed fees ($110,322.00), *plus* 100% of allowed expenses ($2,526.79) pursuant to the Compensation Procedures Order) for the Fee Period.

Attached as **Exhibit 1** is the name of each Sills professional who performed services for the Committee in connection with this Chapter 11 Case during the Fee Period and the hourly rate and total fees for each such professional.

Attached as **Exhibit 2** is a summary of hours by task code during the Fee Period.

Attached as **Exhibit 3** is a summary of expenses included in the Fee Statement.

Attached as **Exhibit 4** is the invoice undergirding this Fee Statement, which include detailed time entries for Sills professionals during the Fee Period.

In accordance with the Compensation Procedures Order, objections to this Fee Statement, if any, must be filed and served on Sills on or before the 14th day (or next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline") on the following parties (collectively, the "Notice Parties"):

- A. Wanger Jones Helsley, as counsel to the Debtor;
- B. Sills Cummis & Gross P.C., as co-counsel to the Committee;
- C. Perkins Coie LLP, as co-counsel to the Committee;
- D. Foley & Lardner LLP, as counsel to Saint Agnes Medical Center; and
- E. The United States Trustee.

Any objection must set forth the nature of the objection and the amount of fees and expenses at issue.

Upon the expiration of the Objection Deadline, Sills may file with the Court and serve on the Notice Parties a *Certificate of no Objection* or *Certificate of Partial Objection*, after which the Debtor is authorized and directed to pay Sills an amount equal to 80% of the fees and 100% of the expenses not subject to an objection.

//

10316043

| | |
|---|---|
| Dated: January 24, 2024 | Respectfully submitted, |
| | /s/ Paul S. Jasper |
| | Andrew H. Sherman (admitted *pro hac vice*)<br>asherman@sillscummis.com<br>Boris I. Mankovetskiy (admitted *pro hac vice*)<br>bmankovetskiy@sillscummis.com<br>SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone:　973.643.7000<br>Facsimile:　973.643.6500 |
| | Paul S. Jasper, Bar No. 200138<br>pjasper@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA  94105<br>Telephone:  415.344.7000<br>Facsimile:  415.344.7050 |
| | Kathleen Allare (admitted *pro hac vice*)<br>Illinois Bar No. 6326536<br>kallare@perkinscoie.com<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>Telephone:  602.351.8000<br>Facsimile:  602.648.7000 |
| | *Co-Counsel to the Official Committee of Unsecured Creditors* |

10316043