**6**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br>MADERA COMMUNITY HOSPITAL,<br>    Debtor in Possession.<br>Tax ID#: 23-7429117<br>Address: 1250 E. Almond Avenue<br>          Madera, CA 93637 | Case No. 23-10457<br>Chapter 11<br>DCN: WJH-66<br>Date: January 23, 2024<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>      Courtroom 13<br>      Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**ORDER FIXING DEADLINE FOR FILING REQUESTS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES INCURRED ON OR AFTER THE PETITION DATE AND THROUGH AND INCLUDING DECEMBER 31, 2023, AND DESIGNATING FORM AND MANNER OF NOTICE THEREOF**

At Fresno, in the Eastern District of California.

Madera Community Hospital (the "Debtor") has filed its Motion for Order Fixing Deadline for Filing Requests for Allowance and Payment of Administrative Expenses Incurred on or After the Petition Date and Through and Including December 31, 2023, and Designating Form and Manner of Notice Thereof ("Motion").

///

Among other things, pursuant to the Motion, Debtor has requested an order setting a Administrative Expense Bar Date of February 26, 2024 for claims incurred on or after March 10, 2023 (the "Petition Date") through and including December 31, 2023 (the "Covered Period").

The Motion duly came on for hearing on January 23, 2024 at 9:30 a.m., and there were no objections. The mater was predisposed.

The Court finds that notice of the Motion was appropriate under the circumstances. The Court further finds that no opposition to the Motion has been timely filed. The Court has reviewed the Motion and the papers submitted in support thereof, and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Motion be, and hereby is, granted.

2. Except as set forth herein, any and all Requests for Allowance and Payment of Administrative Expenses arising during the Covered Period, except as excluded below, must be filed with the Court no later than February 26, 2024 ("First Interim Administrative Expense Bar Date"). The Administrative Expense Bar Date (i) applies only to claims against the Debtor or property of the Debtor, allowable pursuant to Section 503 of the Bankruptcy Code, arising during the Covered Period, and (ii) bars payment only to creditors notified of the deadline who do not timely file an appropriate request as required by Section 503 of the Bankruptcy Code.

3. The Administrative Expense Bar Date does not apply to the following claims: (a) administrative expense claims for professional fees; (b) administrative expense claims that have already been approved by order of the Court; (c) administrative expense claims that were already properly filed by an entity requesting allowance of administrative expenses pursuant to § 503(b) related to the Covered Period; (d) administrative claims that have been paid in full as of the end of the Covered Period; (e) creditors who have extended trade credit to the Debtor during the Covered Period in the ordinary course of business; and (f) administrative claims arising after the Covered Period.

4. The Debtor is authorized and directed to serve a conformed copy of this Order and the Notice of the Administrative Expense Bar Date as shown by Exhibit "A," attached hereto, upon the Notice Parties, as defined in the Motion as prescribed by this Order. Notice of entry of

this Order and of the Administrative Expense Bar Date shall be mailed to the foregoing parties by no later than twenty-eight (28) days prior to February 26, 2024.

5. Any creditor receiving the Administrative Expense Bar Date Notice that is required to, but that does not, file an Administrative Expense Request in compliance with the procedures established and within the deadline fixed by this Order (i) shall be forever barred, estopped and enjoined from asserting a claim arising during the Covered Period against the Debtor, the Debtor's property or the Debtor's estate; (ii) shall be forever barred, estopped and enjoined from filing a Request for Allowance of Payment of Administrative Expenses with respect to such claim or receiving any distribution from the Debtor with respect to such administrative expense claim.

6. Any Claimant filing an Administrative Expense Request pursuant to the Notice shall attach copies of any writings upon which the request is based and/or a brief summary of the grounds in support.

Presented by:

_/s/ Ian J. Quinn_
Ian J. Quinn
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital

IT IS SO ORDERED.

**Dated:** Jan 26, 2024

By the Court

_/s/ René Lastreto II_
**René Lastreto II, Judge**
**United States Bankruptcy Court**

**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:　rwalter@wjhattorneys.com
　　　　　iquinn@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　Debtor in Possession.<br><br>　Tax ID#:　　23-7429117<br>　Address:　　1250 E. Almond Avenue<br>　　　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN:  WJH-66<br><br>Date:　　January 23, 2024<br>Time:　　9:30 a.m.<br>Place:　　2500 Tulare Street<br>　　　　　Courtroom 13<br>　　　　　Fresno, CA 93721<br>Judge:　　Honorable René Lastreto II |

**NOTICE OF DEADLINE FOR FILING REQUESTS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES INCURRED ON OR AFTER THE PETITION DATE AND THROUGH AND INCLUDING DECEMBER 31, 2023**

　　TO:　POSSIBLE PERSONS WHO MAY WISH TO ASSERT ADMINISTRATIVE CLAIMS AGAINST MADERA COMMUNITY HOSPITAL:

　　PLEASE TAKE NOTICE that an order of the United States Bankruptcy Court for the Eastern District of California has established a deadline for the filing of Requests for Allowance and Payment of Administrative Expenses incurred on or after March 10, 2023 (the "Petition

Notice of Deadline for Filing Requests for Allowance and Payment of Administrative Expenses　　　　1　　　　R:\Client\10538-002\PLEADINGS\WJH-66 Motion Fixing Deadline re Admin Expenses\Notice of Deadline.122023.gaa.docx

EXH A - PAGE 1 OF 3

1  Date") through and including December 31, 2023 (the "Covered Period"), against Madera
2  Community Hospital (the "Debtor").

3      PLEASE TAKE FURTHER NOTICE that any and all Administrative Expense Requests,
4  except as excluded below, must be filed with the Court **no later than February 26, 2024**. The
5  First Interim Administrative Expense Bar Date (i) applies only to certain claims against the Debtor
6  or property of the Debtor, allowable pursuant to Section 503 of the Bankruptcy Code, arising
7  during the Covered Period, and (ii) bars payment only to creditors notified of the deadline who
8  do not timely file an appropriate request as required by Section 503 of the Bankruptcy Code. The
9  First Interim Administrative Expense Bar Date does not apply to the following claims: (a)
10 administrative expense claims for professional fees; (b) administrative expense claims that have
11 already been approved by the order of the court; (c) administrative expense claims that were
12 already properly filed by an entity requesting allowance of administrative expenses pursuant to §
13 503(b) related to the Covered Period; (d) administrative expense claims that have been paid in
14 full as of the end of the Covered Period; (e) creditors who have extended trade credit to the Debtor
15 during the Covered Period in the ordinary course of business; and (f) administrative expense
16 claims arising after the Covered Period.

17     PLEASE TAKE FURTHER NOTICE that any creditor receiving this First Interim
18 Administrative Expense Bar Date Notice that is required to, but that does not file an
19 Administrative Expense Request in compliance with the procedures established herein and within
20 the deadline fixed by the Bankruptcy Court, (i) shall be forever barred, estopped and enjoined
21 from asserting a claim against the Debtor arising on or during the Covered Period; and (ii) shall
22 be forever barred, estopped and enjoined from filing a Request for Payment of Administrative
23 Expense with respect to such claim, or from receiving any distribution from the Debtor with
24 respect to such claim.

25     PLEASE TAKE FURTHER NOTICE that any claimant filing an Administrative Expense
26 Request pursuant to this Notice should attach copies of any writings upon which the request is
27 based and/or a brief summary of the grounds in support. In the event there is an objection to
28

Notice of Deadline for Filing Requests for Allowance and Payment of Administrative Expenses    2    R:\Client\10538-002\PLEADINGS\WJH-66 Motion Fixing Deadline re Admin Expenses\Notice of Deadline.122023.gaa.docx

EXH A - PAGE 2 OF 3

allowance of an Administrative Expense Request, notice of the objection shall be sent to the claimant at the address set forth by the claimant in the filed Administrative Expense Request.

 All Administrative Expense Requests will be deemed filed only when actually received by the Bankruptcy Court.

Dated: _____, 2023   WANGER JONES HELSLEY

            By: _____
              Riley C. Walter
              Attorneys for Debtor and Debtor in Possession,
              Madera Community Hospital

Notice of Deadline for Filing Requests for Allowance and Payment of Administrative Expenses  3  R:\Client\10538-002\PLEADINGS\WJH-66 Motion Fixing Deadline re Admin Expenses\Notice of Deadline.122023.gaa.docx

EXH A - PAGE 3 OF 3