Filed 01/29/24　　　　　　　　　　Case 23-10457　　　　　　　　　　Doc 1347

**10**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
|    Debtor in Possession. | DC No.: WJH-3 |
| Tax ID#: 23-7429117<br>Address: 1250 E Almond Avenue<br>     Madera, CA 93637 | Date: January 9, 2024<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>    Courtroom 13<br>    Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION FOR USE OF CASH COLLATERAL**

  At Fresno, in the Eastern District of California.

  The continued hearing on the Motion for an order (a) authorizing interim use of cash collateral and (b) granting adequate protection for use of prepetition collateral ("Motion") filed herein duly and regularly came on for hearing before this Court at the above time. Appearances were made on the record.

  The Motion having been duly and properly noticed to the required parties, the evidence as to the necessity for the use of cash collateral for an interim period being found reasonable and it appearing that there exists adequate protection to the Secured Creditors, the findings of the Court having been stated on record, and good cause otherwise appearing, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion be, and hereby is granted;

2. The Court finds that notice of the Motion is sufficient under the circumstances;

3. Subject to the County of Madera approving and contributing the sums described at paragraph 5 to the Debtor's Estate, the Debtor is authorized to:

    a. Use Cash Collateral on an interim basis, for the period of January 13, 2024 through February 9, 2024, in accordance with the Budget attached to this Order as Exhibit A, pending a further hearing on February 7, 2024 at 10:30 a.m. in Bakersfield.

    b. Objections to further uses may be made at the continued hearing.

4. By January 30, 2024, the Debtor shall file a revised budget of proposed uses for the future period beyond February 9, 2024.

5. This Order is conditioned upon the County of Madera approving a contribution in the below described amounts to the Debtor's Estate and ultimately funding said contributions to the Debtor's Estate pursuant to the timeline set forth below via Transfer of Appropriations No. 23-008 in the below described amounts (transferred from the State General Fund Assistance Appropriated by AB 179, as amended), and provided that: (i) the Debtor's hospital facility will be kept in substantially the same as its current operating condition and the Debtor will not discontinue operations that would affect the hospital license or otherwise be under threat of being shut down prior to December 15, 2023, (ii) the funding to be provided by the County of Madera shall be used only for the limited purpose of paying necessary expenses to preserve the license and the hospital as a going concern and not used to pay general claims against the estate such as pre-petition claims or bankruptcy professional fees, and (iii) the County has received written or electronic communication from MCH that the Distressed Hospital Loan Program (DHLP) Bridge Loan has not yet been received by MCH. This condition must be met weekly for assistance payments to be released to MCH. Weekly operating cost assistance will stop once MCH is in receipt of the DHLP Bridge Loan. County of Madera funding timeline:

    (a)　　$125,000 to the Debtor's Estate on or before January 19, 2024;

    (b)  $125,000 to the Debtor's Estate on or before January 26, 2024;

    (c)  $125,000 to the Debtor's Estate on or before February 2, 2024;

    (d)  $125,000 to the Debtor's Estate on or before February 9, 2024; and

    (e)  $125,000 to the Debtor's Estate on or before February 16, 2024.

  6.  If the County of Madera fails to timely make any of the payments set forth in paragraph 5 of this Order, the Debtor is permitted, without further any further order of Court, to submit orders rejecting executory contracts as to WJH-18, 19, 20, 21, 22, 23, 39, 40, 41, 42, 43 and 45.

  7.  If the County of Madera fails to timely make any of the payments set forth in paragraph 5 of this Order, the further use of cash collateral approved by this Order, as set forth in the Budget attached to this Order as Exhibit A, shall cease forty eight (48) hours after the failure of the County of Madera to make such required payments, and the parties shall appear before this Court for an emergency hearing on the future use of cash collateral.

  8.  Saint Agnes Medical Center shall receive an adequate protection payment from the cash on hand in the amount of $4,500,000 when and shown on Exhibit A. Payment to Saint Agnes Medical Center from the proceeds of the farmland shall be in accordance with the sale order (ECF-1093).

  9.  In the event the Debtor receives any QAF funds prior to the continued hearing, it shall immediately inform the counsel for the Creditor's Committee and Saint Agnes Medical Center and the parties shall meet and confer as to any uses of said QAF funds.

  10.  Nothing in this Order shall be deemed or construed as a finding to the nature, extent, enforceability or validity of any claimed security interest of Saint Agnes Medical Center.

///

///

///

///

///

///

11. The Creditor's Committee and Saint Agnes Medical Center fully reserve all rights with respect to uses of cash collateral.

Submitted by:

*Riley C. Walter*
Riley C. Walter
Attorney for Debtor in Possession

Approved as to form and content.

/s/ Jason Rios
Jason Rios
Attorney for County of Madera

_____
Edward Green
Attorney for Saint Agnes Medical Center

/s/ Andrew Sherman
Andrew Sherman
Attorney for Creditor's Committee

IT IS SO ORDERED:

Dated: Jan 29, 2024

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

**Madera Community Hospital**
**Cash Collateral Budget**

| Source of Cashflows | January 1/13/2024 Week 1 | January 1/20/2024 Week 2 | Jan/Feb 1/27/2024 Week 3 | February 2/3/2024 Week 4 | |
|---|---|---|---|---|---|
| **ROLLOVER** | $ 8,750,000 | $ 8,783,414 | $ 8,641,240 | $ 8,636,140 | |
| | | | | | |
| Collections of A/R | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | |
| Recovery of APP receivables | | | | | **1** |
| Receipts from Gov't | | | | | |
|   *Quality Assurance Fee Program Payments* | | | | | **2** |
|     *Less: Quality Assurance Fees* | | | | | **2** |
|   *Prior Year Cost Report Recoveries* | | | | | **3** |
| Rents on campus facilities | $ 1,691 | | | | **4** |
| Miscellaneous income | $ 200 | $ 200 | $ 200 | $ 200 | **5** |
| Rents on Farmland | | | | | **6** |
| Sammons Note payments | $ 2,600 | | | | **7** |
| FEMA | | | | | **8** |
| Sales of supplies | | | | | **9** |
| Sales of personal property | | | | | **9** |
| Sales of ancillary property on 39 acre campus | | | | | **10** |
| Cash Infusions | | | | | |
|   *County of Madera* | $ 125,000 | $ 125,000 | $ 125,000 | $ 125,000 | **11, p. 5/6** |
|   *Potential Suitor (or other third party)* | | | | | **11, p. 5/6** |
| CHFFA/HCAI Distressed Hospital Loan Program - $2M bridge loan | | | | | **12** |
| **TOTAL Cashflows** | $ 8,884,491 | $ 8,913,614 | $ 8,771,440 | $ 8,766,340 | |
| | | | | | |
| **EXPENSES** | | | | | |
| **Employee related - POST** | | | | | |
| Wages (accounting, billing, clerical) | | $ 19,600 | | $ 19,600 | **p. 6/6** |
|   Payroll Tax | | $ 1,960 | | $ 1,960 | |
| Workers Comp Insurance | $ 550 | | | | |
| Replacement Health Plan | $ 4,900 | | | | |
| Exempt Employee Life Insurance | $ 119 | | | | |
| 1% retirement contribution | $ 324 | | | | |
|   **TOTAL Employee EXPENSES** | $ 5,893 | $ 21,560 | $ - | $ 21,560 | |
| **OTHER OPERATING EXPENSES** | | | | | |
| Management (CEO) | | $ 14,461 | | $ 14,461 | |
| CFO/Controller | | | | $ 45,000 | |
| Supplies | | | | | |
| IT services & other contracted services (non-employee) | | | | $ 9,000 | |
| Package Insurance (GL, EPL, D&O, Fiduciary) | | | | $ 13,833 | |
| Security | $ 17,000 | | $ 17,000 | | |
| Facility Maintenance | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | **11** |
| Acute Care Hospital License renewal | | | | | **11,13** |
| Property Tax | | | | | **14** |
| Property Insurance | | | | | |
| Gas | $ 10,000 | | | | **11** |
| Electricity (PG&E) | $ 45,000 | | | | **11,15** |
| Electricity (Solar PPA) | | | | | **16** |
| Garbage, water, internet, cell phone, etc. (non-PUC) | $ 5,000 | | | | **11** |
| Postage (medical records, billing denials & appeals) | | | | $ 250 | **17** |
| Medical Records related expenses (IT, copy/print, etc) | | | | $ 20,000 | **17** |
| Medical Records Transition | | | | | **18** |
| Variance (15%) | $ 13,184 | $ 6,153 | $ 3,300 | $ 19,366 | |
|   **TOTAL OTHER OPERATING EXPENSES** | $ 95,184 | $ 25,614 | $ 25,300 | $ 126,910 | |
| **TOTAL EXPENSES** | $ 101,077 | $ 47,174 | $ 25,300 | $ 148,470 | |
| | | | | | |
| **REMAINDER AFTER OPERATING** | $ 8,783,414 | $ 8,866,440 | $ 8,746,140 | $ 8,617,870 | |

**The County of Madera (or another third party) is expected to continue weekly disbursements of $125,000 through this budget period.**
**The Madera County Board of Supervisors committed to cover the burn rate of the hospital through at least the end of January 2024 during their November 28, 2023 Meeting. If, for any reason, the County (or another third party, such as the CA Distressed Hospital Loan Program) does not fund, the highlighted amounts will not be paid and the Debtor will proceed with an orderly liquidation as previously announced on the record.**

**Madera Community Hospital**
**Cash Collateral Budget**

| | January 1/13/2024 Week 1 | January 1/20/2024 Week 2 | Jan/Feb 1/27/2024 Week 3 | February 2/3/2024 Week 4 | |
|---|---:|---:|---:|---:|---|
| **CHAPTER 11 EXPENSES** | | | | | |
| Professionals | | | | | |
|   Bankruptcy Counsel | | $ 140,000 | | | |
|   Special Counsel - Ward | | $ 25,000 | | | |
|   Special Counsel - McCormick (Wainwright) | | | | | |
|   Accountants | | | | | |
|   Creditor's Committee Attorneys | | | $ 84,000 | | |
|   Creditor's Committee Financial Advisors | | | $ 26,000 | | |
| US Trustee | | $ 55,000 | | | |
| **TOTAL CHAPTER 11 EXPENSES** | $ - | $ 220,000 | $ 110,000 | $ - | |
| **SECURED** | | | | | |
| Saint Agnes Medical Center | | | | | **19** |
| New England Sheet Metal | | | | | |
| Hewlett-Packard Financial Services / Telcion / Cisco Capital (Backup) | | $ 5,200 | | | **11** |
| AmeriCorp Leasing / Leaf Capital Funding, LLC | | | | | **11** |
| Siemens Financial Services, Inc. | | | | | **11** |
| First American Commercial Bancorp, Inc. | | | | | **11** |
| Beckman Coulter | | | | | **11** |
| **TOTAL SECURED** | $ - | $ 5,200 | $ - | $ - | |
| **ROLLOVER AMOUNT** | $ 8,783,414 | $ 8,641,240 | $ 8,636,140 | $ 8,617,870 | |

Madera Community Hospital
Cash Collateral Budget
Footnotes

| | |
|---|---|
| 1 | Approx. $200k in potential collection of APP receivables turned over to MCH after its Chapter 7 filing; while collection efforts continue, MCH does not anticipate significant collections on the former APP receivables going forward. |
| 2 | MCH anticipates its next QAF directed payments to be received in March/April 2024.  QAF program payments are presented in the budget at gross without provision for the related fees due from MCH to DHCS.  Per discussion and correspondence with Robert Ducay, Vice President of Policy for California Hospital Association (who oversees the provider fee program), and his predecessor Ryan Witz in April, 2023 and January, 2023, respectively, these fees will not be withheld from the corresponding amounts due to MCH.  The payments come directly from the Medi-Cal managed care providers, such as CalViva and Anthem Blue Cross, to MCH and the state evidently has no withholding mechanism to recover the fees.  According to Ducay, the state has no avenue or right to collect these unpaid fees other than to deny MCH or its successor the ability to participate in future provider fee programs until the unpaid fees have been paid.  Ducay cited Olympia Medical Center as an example of a hospital that closed with unpaid fees which were never paid back.  Accordingly, MCH does not intend to pay these fees at this time, but they will likely become a necessary expenditure for any potential acquirer (or other successor) to participate in future provider fee programs. |
| 3 | MCH assumed its contract with Quality Reimbursement Services, Inc. (QRS) related to prior year Medicare cost report recoveries going back to 1989.  QRS estimates that MCH will receive a total of approx. $900k (net of QRS fees) at unknown dates in the future. |
| 4 | MCH has existing land leases with two doctors who own buildings constructed upon the greater hospital campus. |
| 5 | MCH receives miscellaneous refunds, rebates, minor fees from production of medical records, etc. |
| 6 | MCH sold the 35 acres it owned, planted to almonds, in Madera County (referred to here as the "Farmland"); the sale closed 12/01/23.  Farmland rent is a cropshare agreement paid after the crops (almonds) are sold; MCH has received its full cropshare of approx. $24k for sales of the 2022 crop, and anticipates payment for the 2023 crop sometime in 2024 (pursuant to the sale agreement, MCH is still entitled to the rent due for the 2023 crop year). |
| 7 | The "Sammons Note" is a promissory note held by MCH, secured by real property in Madera County.  Payments required under the agreement are $2,600/month.  MCH has received a cash offer of $250k for the note, and is in discussions with the Creditors' Committee regarding a potential sale, subject to higher and better bids and USBC approval. |
| 8 | FEMA aid payments of an unknown amount (likely totalling between $300k and $20M) anticipated at unknown dates in the future. |
| 9 | Anticipated auction of supplies and personal property if or when an orderly liquidation were to commence. |
| 10 | The 39 acre Hospital campus is composed of multiple parcels, some of which are ancillary to the operation of the general acute care hospital.  Three parcels have been identified that could potentially be marketed and sold with minimal effort.  Two additional parcels may be able to be sold after having lot line adjustments made due to structures added to the campus over the years that straddle the property lines; MCH is working with an engineering firm to evaluate such lot line adjustments.  One additional parcel currently is currently subject to a long term lease with Clean Capital **(see note 16 below)**, upon which they have constructed a solar plant; MCH is evaluating the potential sale of this property with regard to its committments under the lease and power purchase agreement.  On July 1, 2023, MCH received an appraisal on the hospital campus reporting a value of $37.9M, plus an additional $2.2M for the excess land. |
| 11 | A $5M appropration from State Appropriation Budget, AB-179, Ch 249/2022: Department of Health Care Services: "$5m to the City of Madera for support for the Madera Community Hospital", was approved by the Governor on 9/6/22.  The County of Madera is currently in possession of the $5M in appropriation funds, to be used to assist in pursuing a reopening of the hospital, and has used or committed approx. $3.5M of the $5M towards MCH's "burn rate" for August 2023 through January 2024.  These contributions are intended to cover the "burn rate" expenses including: continued central plant operation, repairs, and maintenance; maintenance of medical records in accordance w/ federal and state regulations; payments toward monthly lease obligations and related cures if contracts are to be assumed; payroll and other necessary operating expenses.  Continued contributions are anticipated from either the County of Madera or another third party, to continue to keep the plant operating through this budget period while MCH waits for the state, its potential suitors, and other constituencies to resolve issues currently preventing MCH from moving forward with the Distressed Hospital Loan Program.  **See additional information in draft Burn Rate Analysis @ p. 5/6** |

Madera Community Hospital
Cash Collateral Budget
Footnotes

| | |
|---|---|
| 12 | On August 24, 2023, the CA Department of Health Care Access and Information (HCAI) and California Health Facilities Financing Authority (CHFFA) announced that MCH "will receive a $2 million bridge loan to cover basic operational costs for the facility while Adventist Health, the hospital's proposed administrator, provides a comprehensive hospital turnaround plan. At this point, MCH has two potential suitors in addition to Adventist that it is engaged in discussions with; HCAI has confirmed to MCH that the $52M plus an additional $5M will be available to another operator besides Adventist, so long as an acceptable turnaround plan is provided by such operator to HCAI. Concurrently, MCH is working with the state to revise the terms of the loans so that they are acceptable to the creditor constituencies in this C11 case; accordingly, timing for receipt of the $2M is currently unknown. |
| 13 | MCH's acute care hospital license is currently in suspense. Due to the age of the facility, the hospital would not likely be able to obtain a new acute care license upon reopening under the current HCAI guidelines, but is grandfathered in as long as it maintains its acute care license. Per the terms of the Distressed Hospital Loan Program, the due date for the license renewal payment has been extended to 12/31/23; accordingly, payment for the licence renewal was provided for and paid during the previous budget period. |
| 14 | MCH paid its first installment of the 2023/24 property taxes on the hospital campus in early December. An additional $6,469 will be due on 04/10/24. |
| 15 | Electric billings from PG&E have increased in recent months due to power no longer being received from Clean Capital pursuant to the solar PPA **(see note 16 below)**. |
| 16 | MCH historically purchased a portion of its electricity pursuant to a solar power purchase agreement and long term lease with Clean Capital. This electricity was generated by a solar plant owned by Clean Capital, located on the hospital campus. The amount varied somewhat by season but, effectively, MCH was required to purchase the entirety of the power the system produces, and the average for the 12 mos. prior to MCH's C11 filing was approx. $26k/month. Clean Capital has ceased delivery of power to MCH, leading to an increase in electric billings from PG&E **(see note 15 above)**. MCH continues to evaluate rejection of the power purchase agreement contract. |
| 17 | MCH is currently spending or incurring approx. $25k/month (collectively) managing the medical records from its prior operations according to its obligations under state and federal laws. This amount has decreased significantly since the start of the case as MCH has eliminated medical records related IT services that have become unecessary and negotiated for reduced fees due to less required licenses on others. MCH hopes to continue to reduce these fees as the various pertinent contracts come up for renewal. |
| 18 | MCH has obtained quotes for transitioning medical records to a third party, and one vendor could handle all aspects of the medical records in perpetuity for a one time fee of approx. $485k. |
| 19 | No payments to SAMC anticipated during this budget period. Two $4M payments, one $500k payment, one $4.5M payment, and approx $726k from the sale of the farmland **(see note 6 above)** have previously been made to SAMC/Trinity since MCH filed for Ch 11 on 03/10/23. This loan accrues 7.5% interest (including default interest). |

**Madera Community Hospital**
**Cash Collateral Budget**
**Burn Rate Analysis**



**Note: the numbers below are as of 11/30/23, as the December month end financial close will not be completed until 01/08/24.**

| | |
|---|---:|
| Remaining MCH funds from Third Party Contributions to Burn Rate @ 11/30/23 | $ 1,452,254 |
| Less accumulated "burn rate" expenses not yet paid: | |
|   Post Petition A/P and accrued expenses | (418,975) |
|   Estimated COA for rejected leases | (325,606) |
|   Estimated cure costs for leases expected to be assumed | (1,223,744) |
| Estimated Remaining/(Unfunded) Balance from Third Party Contributions to Burn Rate @ 11/30/23 | $ (516,071) |

EXHIBIT A - PAGE 5 OF 6

Madera Community Hospital
Cash Collateral Budget
Current Employee Roster @ 01/01/24

| Name | Title | Duties | hrs/pay period |
|---|---|---|---|
| VELARDE,AARON | MAINTENANCE LEAD | Monitors Hospital and Central Plant, Housekeeping Duties, Overall Facility Maintenance | 80 |
| RAMIREZ,LUIS L | NETWORK ANALYST | All IT Support-Network Analyst | 64 |
| PAOLINELLI,KAREN G | CEO/PRESIDENT | Responsible for overall operations and mangagement of debtor during Chapter 11. Oversight of work performed by contracted CFO/Controller and all employees.  Familiar with day to day continuing operations, assets, and fianancial affairs of the debtor. Responsible for Medical Records.  Preparation of Management, Key Employees and exit startegy and be assessible to assit wtith the bankruptcy process. Work with board and finance team.  Review contracts for rejections. | 80 |
| BUSHEY,MELISSA A | DIRECTOR OF HUMAN RESOURCES | Provides support to Board of Trustees and CEO, including meeting minutes and scheduling meetings. Answer employee requests, including, employment verifications and retirement withdrawal requests. Performs minor accounting functions including, payroll, bank reconciliation, and accounts payable. | 80 |
| NAVARETTE,DEBRA | LEAD HEALTH INFORMATION TECH | Provides medical records per all requests received, including walk-ins, phone calls, subpoenas and insurance requests. | 80 |