Paul S. Jasper (CA Bar No. 200138)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Email:   PJasper@perkinscoie.com

Co-Counsel to the Official Committee of Unsecured Creditors

Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973.643.7000
Facsimile:  973.643.6500
Email:   ASherman@sillscummis.com
          BMankovetskiy@sillscummis.com

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor. | Case No. 23-10457<br><br>Chapter: 11<br><br>DC No.: PSJ-025<br><br>**EXHIBIT TO SECOND AMENDED DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**Objection Deadline: February 13, 2023**<br><br>**<u>Hearing Date</u>**:<br><br>Date:    February 27, 2024<br>Time:   9:30 a.m. Pacific Time<br>Place:   2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br><br>Judge:   Judge: Hon. René Lastreto II |

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| A | Plan Recovery Analysis | 3 |

Dated: January 30, 2024

Respectfully submitted,

*/s/ Paul S. Jasper*

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536
(admitted *pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

**Madera Community Hospital**
**Plan Recovery Analysis**
As of 12/31/2023; Effective Date: 5/1/24

| Chapter 11 - AAM Transaction | Adjusted Amount High | Adjusted Amount Low | |
|---|---:|---:|---|
| **Receipts** | | | |
| Cash as of 12/31/23 | $ 9,507,236 | $ 9,507,236 | [a] |
| Funding from County | 1,000,000 | 1,000,000 | [b] |
| QAF Managed Care Receipts | 12,324,844 | 11,092,360 | [c] |
| FEMA Receipts | 5,869,855 | 3,913,237 | [d] |
| Sammons Note | 200,000 | 150,000 | |
| Equipment | - | - | |
| Real Estate | - | - | |
| CHI Shares | - | - | |
| Refunds from prior Medicare cost reports | 180,000 | 90,000 | [e] |
| Causes of Action/Recovery from Litigation | TBD | TBD | |
| **Total Receipts** | 29,081,935 | 25,752,832 | |
| | | | |
| **Disbursements** | | | |
| Accrued and Unpaid Expenses | 2,500,000 | 2,750,000 | |
| Record Storage including Medical Records | - | - | |
| Liquidating Expenses | 1,500,000 | 2,000,000 | [f] |
| Professional Fees | 1,381,521 | 1,726,901 | [g] |
| Contingency | 1,000,000 | 1,500,000 | |
| **Total Cash Disbursements Post Closing Operations** | 6,381,521 | 7,976,901 | |
| Liquidating Trust Funding | 750,000 | 1,050,000 | |
| US Trustee Fees | 232,655 | 206,023 | |
| **Total Disbursements** | 7,364,176 | 9,232,924 | |
| **Net Available for Creditors** | **21,717,759** | **16,519,909** | |
| | | | |
| **Secured Debt** | | | |
| St. Agnes Medical Center | 2,239,115 | 2,239,115 | [h] |
| New England Sheet Metal | 1,238,275 | 1,238,275 | |
| Less: Finished Equipment Not Received | - | - | |
| Net New England Sheet Metal | 1,238,275 | 1,238,275 | |
| Patterson Drywall | 18,572 | 18,572 | |
| Equipment Leases | - | - | |
| Less: Leased Equipment Value | - | - | |
| Net Equipment Leases | - | - | |
| **Total Secured Debt** | 3,495,962 | 3,495,962 | |
| | | | |
| **Remaining Distributable Value** | **18,221,797** | **13,023,947** | |
| Schedule E Priority | 1,017,780 | 1,418,862 | [i] |
| Self-Insured Health Plan (Up to Cap Amount) | 125,000 | 125,000 | |
| **Available for General Unsecured Claims** | **17,079,017** | **11,480,085** | |
| | | | |
| GUC Claims | | | |
| Schedule F for Priority Wage Cap Above Cap | 1,029,500 | 1,057,683 | [i] |
| Schedule F | 8,852,919 | 22,030,237 | [j] |
| Self-Insured Health Plan (Above Cap) | - | 440,000 | |
| Equipment Lease Deficiency Claim | - | - | |
| Rejection Damage Claims | 4,500,000 | 4,500,000 | [k] |
| **Total GUC Claims** | 14,382,418 | 28,027,920 | |
| | | | |
| **Surplus/(Shortfall) Over Claims - Prior AAM Liquidation Trust Funding** | $ 2,696,599 | $ (16,547,835) | |
| *Recovery Percentage - Prior to AAM Liquidation Trust Funding* | *100.0%* | *41.0%* | |
| | | | |
| AAM Cash Contribution (Up to shortfall of GUC Claims) | - | 16,547,835 | |
| | | | |
| **Surplus/(Shortfall) Over Claims** | $ 2,696,599 | $ - | |
| *Recovery Percentage* | *100.0%* | *100.0%* | |

[a] December 2023 MOR cash balance
[b] County approved funding until 3/23/24, not to exceed $1M.
[c] Debtors expect receipt of payment in March and October 2024.
[d] Timing of receipt for FEMA awards are uncertain.
[e] Debtors expect receipt of $1.1M less fees of approximately $200K. Due to uncertainty in amount and timing, high and low are discounted by 80% and 90%.
[f] Assumes average monthly disbursements of $375,000 - $500,000 per month based on cash collateral budget filed on 1/3/24.
[g] Includes approximately $131,000 in accrued, unpaid expenses with $250,000 - $312,500 monthly professional fees.
[h] Includes $4.5M adequate protection payment from QAF and $726K proceeds from sale of almond farm that was directly remitted to St. Agnes.
[i] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled.
[j] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled. Low includes WARN claims of $2M.
[k] Rejection damage claims number is an estimate and is subject to change.

**Madera Community Hospital**
**Plan Recovery Analysis**
As of 12/31/2023; Effective Date: 5/1/24

| Chapter 11 | Adjusted Amount | |
|---|---:|---:|
| | **High** | **Low** |
| **Receipts** | | |
| Cash as of 12/31/23 | $ 9,507,236 | $ 9,507,236 [a] |
| Funding from County | 1,000,000 | 1,000,000 [b] |
| QAF Managed Care Receipts | 12,324,844 | 11,092,360 [c] |
| FEMA Receipts | 5,869,855 | 3,913,237 [d] |
| Sammons Note | 200,000 | 150,000 |
| Equipment | 800,000 | 400,000 [e] |
| Real Estate | 15,000,000 | 9,500,000 |
| CHI Shares | 80,000 | 80,000 |
| Refunds from prior Medicare cost reports | 180,000 | 90,000 [f] |
| Causes of Action/Recovery from Litigation | TBD | TBD |
| **Total Receipts** | 44,961,935 | 35,732,832 |
| | | |
| **Disbursements** | | |
| Accrued and Unpaid Expenses | 2,500,000 | 2,750,000 |
| Record Storage including Medical Records | 500,000 | 600,000 |
| Liquidating Expenses | 1,500,000 | 2,000,000 [g] |
| Professional Fees | 1,381,521 | 1,726,901 [h] |
| Contingency | 1,000,000 | 1,500,000 |
| Total Cash Disbursements Post Closing Operations | 6,881,521 | 8,576,901 |
| Liquidating Trust Funding | 750,000 | 1,050,000 |
| US Trustee Fees | 359,695 | 285,863 |
| **Total Disbursements** | 7,991,216 | 9,912,764 |
| | | |
| **Net Available for Creditors** | **36,970,719** | **25,820,069** |
| | | |
| **Secured Debt** | | |
| St. Agnes Medical Center | 2,239,115 | 2,239,115 [i] |
| New England Sheet Metal | 1,238,275 | 1,238,275 |
| Less: Finished Equipment Not Received | (600,000) | (600,000) |
| Net New England Sheet Metal | 638,275 | 638,275 |
| Patterson Drywall | 18,572 | 18,572 |
| Equipment Leases | 2,728,270 | 2,728,270 |
| Less: Leased Equipment Value | (1,364,135) | (1,364,135) |
| Net Equipment Leases | 1,364,135 | 1,364,135 |
| **Total Secured Debt** | 4,260,097 | 4,260,097 |
| | | |
| **Remaining Distributable Value** | **32,710,622** | **21,559,972** |
| Schedule E Priority | 1,017,780 | 1,418,862 [j] |
| Self-Insured Health Plan (Up to Cap Amount) | 125,000 | 125,000 |
| **Available for General Unsecured Claims** | **31,567,842** | **20,016,110** |
| | | |
| GUC Claims | | |
| Schedule F for Priority Wage Cap Above Cap | 1,029,500 | 1,057,683 [j] |
| Schedule F | 8,852,919 | 22,030,237 [k] |
| Self-Insured Health Plan (Above Cap) | - | 440,000 |
| Equipment Lease Deficiency Claim | 1,364,135 | 1,364,135 |
| Rejection Damage Claims | 4,500,000 | 4,500,000 [l] |
| **Total GUC Claims** | 15,746,553 | 29,392,055 |
| | | |
| **Surplus/(Shortfall) Over Claims** | **$ 15,821,289** | **$ (9,375,945)** |
| *Recovery Percentage* | *100.0%* | *68.1%* |

[a] December 2023 MOR cash balance
[b] County approved funding until 3/23/24, not to exceed $1M.
[c] Debtors expect receipt of payment in March and October 2024.
[d] Timing of receipt for FEMA awards are uncertain.
[e] Equipment value is based on estimated value based on status and state of equipment.
[f] Debtors expect receipt of $1.1M less fees of approximately $200K. Due to uncertainty in amount and timing, high and low are discounted by 80% and 90%.
[g] Assumes average monthly disbursements of $375,000 - $500,000 per month based on cash collateral budget filed on 1/3/24.
[h] Includes approximately $131,000 in accrued, unpaid expenses with $250,000 - $312,500 monthly professional fees.
[i] Includes $4.5M adequate protection payment from QAF and $726K proceeds from sale of almond farm that was directly remitted to St. Agnes.
[j] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled.
[k] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled. Low includes WARN claims of $2M.
[l] Rejection damage claims number is an estimate and is subject to change.

**Madera Community Hospital**
**Plan Recovery Analysis**
**As of 12/31/2023; Effective Date: 5/1/24**

| Chapter 7 | Adjusted Amount | | |
|---|---:|---:|---|
| | High | Low | |
| Receipts | | | |
| Cash as of 12/31/23 | $ 9,507,236 | $ 9,507,236 | [a] |
| Funding from County | 1,000,000 | 1,000,000 | [b] |
| QAF Managed Care Receipts | 11,092,360 | 9,859,875 | [c] |
| FEMA Receipts | 4,891,546 | 2,934,928 | [d] |
| Sammons Note | 200,000 | 150,000 | |
| Equipment | 800,000 | 400,000 | [e] |
| Real Estate | 11,370,000 | 7,500,000 | [f] |
| CHI Shares | 80,000 | 80,000 | |
| Refunds from prior Medicare cost reports | 180,000 | 90,000 | [g] |
| Causes of Action/Recovery from Litigation | TBD | TBD | |
| Total Receipts | 39,121,142 | 31,522,039 | |
| | | | |
| Disbursements | | | |
| Accrued and Unpaid Expenses | 2,500,000 | 2,750,000 | |
| Record Storage including Medical Records | 500,000 | 600,000 | |
| Liquidating Expenses | 1,500,000 | 2,000,000 | [h] |
| Professional Fees | 1,381,521 | 1,726,901 | [i] |
| Contingency | 1,000,000 | 1,500,000 | |
| Total Cash Disbursements Post Closing Operations | 6,881,521 | 8,576,901 | |
| Chapter 7 Trustee Statutory Fees (3%) | 937,549 | 667,144 | |
| Chapter 7 Trustee Professional Fees | 500,000 | 750,000 | [j] |
| US Trustee Fees | 312,969 | 252,176 | |
| Total Disbursements | 8,632,039 | 10,246,221 | |
| | | | |
| **Net Available for Creditors** | **30,489,103** | **21,275,817** | |
| | | | |
| Secured Debt | | | |
| St. Agnes Medical Center | 2,239,115 | 2,239,115 | [k] |
| New England Sheet Metal | 1,238,275 | 1,238,275 | |
| Less: Finished Equipment Not Received | (600,000) | (600,000) | |
| Net New England Sheet Metal | 638,275 | 638,275 | |
| Patterson Drywall | 18,572 | 18,572 | |
| Equipment Leases | 2,728,270 | 2,728,270 | |
| Less: Leased Equipment Value | (1,364,135) | (1,364,135) | |
| Net Equipment Leases | 1,364,135 | 1,364,135 | |
| Total Secured Debt | 4,260,097 | 4,260,097 | |
| | | | |
| **Remaining Distributable Value** | **26,229,006** | **17,015,720** | |
| Schedule E Priority | 1,017,780 | 1,418,862 | [l] |
| Self-Insured Health Plan (Up to Cap Amount) | 125,000 | 125,000 | |
| **Available for General Unsecured Claims** | **25,086,227** | **15,471,859** | |
| GUC Claims | | | |
| Schedule F for Priority Wage Cap Above Cap | 1,029,500 | 1,057,683 | [l] |
| Schedule F | 8,852,919 | 22,030,237 | [m] |
| Self-Insured Health Plan (Above Cap) | - | 440,000 | |
| Equipment Lease Deficiency Claim | 1,364,135 | 1,364,135 | |
| Rejection Damage Claims | 4,500,000 | 4,500,000 | [n] |
| Total GUC Claims | 15,746,553 | 29,392,055 | |
| | | | |
| **Surplus/(Shortfall) Over Claims** | **$ 9,339,673** | **$ (13,920,196)** | |
| **Recovery Percentage** | **100.0%** | **52.6%** | |

[a] December 2023 MOR cash balance
[b] County approved funding until 3/23/24, not to exceed $1M.
[c] Debtors expect receipt of payment in March and October 2024. Estimated receipt lower in Ch. 7 due as trustee is more likely to settle for a lower amount to bring funds into the estate.
[d] Timing of receipt for FEMA awards are uncertain. Estimated receipt lower in Ch. 7 due as trustee is more likely to settle for a lower amount to bring funds into the estate.
[e] Equipment value is based on estimated value based on status and state of equipment.
[f] Est. recovery lower compared to Ch. 11 because it is likely Ch. 7 trustee will settle quicker to bring funds into estate.
[g] Debtors expect receipt of $1.1M less fees of approximately $200K. Due to uncertainty in amount and timing, high and low are discounted by 80% and 90%.
[h] Assumes average monthly disbursements of $375,000 - $500,000 per month based on cash collateral budget filed on 1/3/24.
[i] Includes approximately $131,000 in accrued, unpaid expenses with $250,000 - $312,500 monthly professional fees.
[j] Estimate based on Ch. 7 trustee and FA having to get up to speed with no institutional knowledge.
[k] Includes $4.5M adequate protection payment from QAF and $726K proceeds from sale of farmland that went directly to St. Agnes.
[l] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled.
[m] High recovery includes only scheduled amount while low recovery includes the larger of scheduled or filed amount plus any claims filed that were not scheduled. Low includes WARN claims of $2M.
[n] Rejection damage claims number is an estimate and is subject to change.