## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) )  ) Chapter 11 ) ) Case Number: 23-10457 ) ) |
| Madera Community Hospital | |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Healthcare Pros Inc
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule # (if known): 3.306
Schedule Amount: $66,900.42

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (714) 761-7001
Last four digits of Acct.# N/A

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and Current Address of Transferor:

Healthcare Pros Inc
10833 Valley View Street
Suite 525
Cypress, CA 90630

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross             Date: Feb. 6, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit A to Assignment of Claim</u>

TO:     United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
          Eastern District of California
          Attention: Clerk

AND TO:   Madera Community Hospital,
             Case No. 23-10457 (the "Debtor"),

<u>Claim #N/A</u>

**Healthcare Pros Inc,** its successors and assigns ("<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$66,900.42** ("Claim"), as listed in the Debtors schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF February, 2024.

ASSIGNOR: Healthcare Pros Inc

_____
(Signature)

HECTOR DIAZ
(Print Name)

Director of Operations
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Debtor **Madera Community Hospital**     Case number (if known) **2023-10457**
Name

| | | |
|---|---|---|
| **3.305** | Nonpriority creditor's name and mailing address<br>Health Resource Services, L.L.C.<br>17930 International Boulevard<br>Suite 900<br>Seattle, WA 98188<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Party to Contract. Amendment Note - Creditor Added**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.306** | Nonpriority creditor's name and mailing address<br>**HEALTHCARE PROS, INC.**<br>**10833 VALLEY VIEW STREET**<br>**SUITE 525**<br>**CYPRESS, CA 90630**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **$66,900.42** ←<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.307** | Nonpriority creditor's name and mailing address<br>**HEALTHCARE PROVIDERS SERVICE ORGANIZATION/S**<br>**30277 AVENUE 12**<br>**MADERA, CA 93638-8321**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Party to Contract**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.308** | Nonpriority creditor's name and mailing address<br>**HEALTHCARESOURCE HR, INC.**<br>**400 TRADE CENTER**<br>**SUITE 3900**<br>**WOBURN, MA 19178-3577**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Party to Contract**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.309** | Nonpriority creditor's name and mailing address<br>HealthNet<br>PO Box 748705<br>Los Angeles, CA 90074-8705<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **For Notice Purposes**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.310** | Nonpriority creditor's name and mailing address<br>**HEALTHSTREAM, INC.**<br>**P.O. BOX 102817**<br>**ATLANTA, GA 30368-2817**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Party to Contract. Amendment Note - Creditor Added**<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.311** | Nonpriority creditor's name and mailing address<br>Helen Thomas<br>7459 N. Sandrini Ave.<br>Fresno, CA 93722<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Party to Lawsuit - address added**<br>Is the claim subject to offset? ■ No ☐ Yes |