Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Sara L. Chenetz, Bar No. 206936
SChenetz@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official
Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL[1] | Chapter: 11 |
| Debtor in Possession. | DC No.: PSJ-001 |
| | **SUPPLEMENTAL DECLARATION OF PAUL S. JASPER IN SUPPORT OF APPLICATION FOR ENTRY OF ORDER AUTHORIZING RETENTION OF PERKINS COIE LLP AS CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF APRIL 17, 2023** |
| | Judge: Hon. Rene Lastreto II |

---

[1] The last four digits of the Debtor's federal tax identification number is (9117). The Debtor's business address is 1250 E. Almond Avenue, Madera, CA 93637.

-1-

165409524.2

I, Paul S. Jasper, under penalty of perjury pursuant to 28 U.S.C. §1746, hereby declare and state the following:

1. I am a senior counsel at Perkins Coie LLP ("Perkins Coie"), proposed co-counsel to the Official Committee of Unsecured Creditors ("Committee").

2. I submit this supplemental declaration (the "Supplemental Declaration") regarding the *Application for Entry of Order Authorizing Retention of Perkins Coie LLP as Co-Counsel to Official Committee of Unsecured Creditors Effective as of April 17, 2023* [Docket No. 418] (the "Application"). Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon completion of further review by Perkins Coie or as additional information becomes available, a supplemental affidavit will be submitted to the United States Bankruptcy Court for the Eastern District of California reflecting such amended or modified information.

3. In light of developments since the filing of my initial declaration in support of the Application dated May 15, 2023 [Docket No. 420] (the "Initial Declaration"), I update the disclosures set forth in my Initial Declaration as follows:

4. East West Bank ("EWB") has been proposed by American Advanced Management, Inc. ("AAM") to act as the escrow agent pursuant to an escrow agreement (the "AAM Transaction Escrow Agreement") that will govern escrows into which AAM will deposit $16 million (and, under certain circumstances, replenish the amounts in the escrows) to support certain of AAM's obligations under the transaction (the "AAM Transaction") memorialized in the Master Transition Agreement and Master Services Agreement between AAM and the debtor Madera Community Hospital (the "Debtor"), and as more particularly described in the Debtor's motion seeking approval of the AAM Transaction filed in the Bankruptcy Case on January 19, 2024 [Docket No. 1298].

165409524.2

5. Perkins Coie represents EWB in other matters wholly unrelated to this chapter 11 case. Perkins Coie does not believe the foregoing presents any conflict of interest or affects its status as a disinterested person but discloses the connection in an abundance of caution. Perkins Coie has disclosed this connection to the Committee and to EWB. The Committee and EWB have each consented to Perkins Coie continuing its representation of the Committee in this chapter 11 case, and, in particular, each has consented to Perkins Coie representing the Committee in negotiations concerning the AAM Transaction Escrow Agreement as part of the AAM Transaction. Perkins Coie does not, and will not, represent EWB in connection with this chapter 11 case.

6. I understand that there is a continuing duty to disclose any adverse interest or change in disinterestedness. Perkins Coie will from time to time review its disclosures in this chapter 11 case, and in the event additional material connections are discovered, will disclose such information to the Court with notice to parties-in-interest and the United States Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February 2024.

                                */s/ Paul S. Jasper*
                                Paul S. Jasper

165409524.2