ROB BONTA
Attorney General of California
BRIAN D. WESLEY
Supervising Deputy Attorney General
HUTCHISON B. MELTZER
Deputy Attorney General
State Bar No. 217166
　300 South Spring Street, Suite 1702
　Los Angeles, CA  90013-1230
　Telephone:  (213) 269-6240
　Fax:  (916) 731-2144
　E-mail:  Hutchison.Meltzer@doj.ca.gov
*Attorneys for California Department of Health Care Access and Information Agency*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **In re:**<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　　　　　　　　　　　Debtor. | CASE NO. 23-10457<br><br>**RESPONSE OF CALIFORNIA DEPARTMENT OF HEALTH CARE ACCESS AND INFORMATION TO JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO ENTER INTO A MASTER TRANSITION AGREEMENT AND A MANAGEMENT SERVICES AGREEMENT WITH AMERICAN ADVANCED MANAGEMENT, INC.**<br><br>Hearing:　February 13, 2024<br>Time:　　9:30 a.m.<br>Courtroom: 13<br>Judge　　The Honorable Honorable René Lastreto II |

1. The Department of Health Care Access and Information of the State of California ("HCAI") submits this Response to the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Sections 105(A) and 363(B) of the Bankruptcy Code Authorizing the Debtor to Enter Into a Master Transition Agreement and a Management Services Agreement with American Advanced Management, Inc. ("Response to the Joint Motion"), solely for the purpose of bringing awareness to the Court and to the Committee that the language contained in Section 1(c) in the Master Transition Agreement ("MTA") between the Debtor and American Advanced Management, Inc. ("AAM"), as currently drafted, would render the Debtor ineligible for a loan through the Distressed Hospital Loan Program ("DHLP"). Under the current MTA, all revenues, including any profits from the operations of the facility, would accrue to AAM. HCAI has discussed this issue with AAM and the Debtor; based on that discussion, HCAI anticipates that the Debtor and the Committee will file an amended MTA, and potentially other amended documents, with the goal of ensuring that the Debtor can remain eligible for the DHLP loan.

Dated: February 7, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
BRIAN D. WESLEY
Supervising Deputy Attorney General

*[signature]*

HUTCHISON B. MELTZER
Deputy Attorney General
*Attorneys for California Department of Health Care Access and Information*

LA2023803895

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **In re: Watsonville Hospital Corporation Debtors** | No. | **21-51477** |

I hereby certify that on <u>February 7, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONSE OF CALIFORNIA DEPARTMENT OF HEALTH CARE ACCESS AND INFORMATION TO JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO ENTER INTO A MASTER TRANSITION AGREEMENT AND A MANAGEMENT SERVICES AGREEMENT WITH AMERICAN ADVANCED MANAGEMENT, INC.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>February 7, 2024</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Riley C. Walter, #91839<br>Ian J. Quinn, #342754<br>WANGER JONES HELSLEY<br>265 East River Park Circle<br>Suite 310 Fresno<br>California 93720<br>Emails: rwalter@wjhattorneys.com<br>         iquinn@wjhattorneys.com | Paul S. Jasper, Esq.<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Email: PJasper@perkinscoie.com |

| | |
|---|---|
| Attorneys for Debtor in Possession,<br>MADERA COMMUNITY HOSPITAL<br>Andrew H. Sherman (admitted *pro hac vice*)<br>Boris I. Mankovetskiy (admitted *pro hac vice*)<br>SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br><br>Emails:　ASherman@sillscummis.com<br>　　　　　BMankovetskiy@sillscummis.com | |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 7, 2024, at Los Angeles, California.

| Cecilia Apodaca | */s/ Cecilia Apodaca* |
|---|---|
| Declarant | Signature |

LA2023803895
66563787.docx