**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Madera Community Hospital

**Case No.:** 23-10457 - B - 11

**Docket Control No.** WJH-3
**Date:** 02/07/2024
**Time:** 10:30 AM

**Matter:** [18] - Motion/Application for Adequate Protection [WJH-3] Filed by Debtor Madera Community Hospital (dpas). Modified on 3/22/2023 (dpas). [18] - Motion/Application to Use Cash Collateral [WJH-3] Filed by Debtor Madera Community Hospital (dpas). . Modified on 3/22/2023 (dpas).

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Riley C. Walter

**Respondent(s):**
(by zoom) Creditor's Attorney - Edward Joseph Green;
(by zoom) Attorney General - Melissa Hamill;
(by zoom) Creditor's Attorney – Boris Mankovetskiy;
(by zoom) Creditor's Attorney - Anthony J. Napolitano;
(by phone) Creditor's Attorney - Don Pool;
(by zoom) Creditor's Attorney - Jason E. Rios;
(by zoom) Creditor's Attorney - Andrew Sherman;

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 3/12/2024 at 9:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the matter was continued to March 12, 2024, at 9:30 a.m.

The new budget shall be filed and served no later than March 5, 2024.

The use of cash collateral was granted as per the budget through March 22, 2024.

Any objections may be presented at the hearing.

The movant shall submit an order. The form of the order to be signed off by Edward Joseph Green, Andrew Sherman, Paul S. Jasper and Jason E. Rios.