**4**

STEVEN S. ALTMAN (State Bar No. 63824)
STEVEN ALTMAN, PC
Attorney at Law
201 Needham Street
Modesto, California 95354
Phone: (209) 576-1701
Fax: (209) 527-9753
email: altman@altmanattorney.com
Attorney for Claimant and Moving Party
Telcion Communications Group

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
(Fresno Division)

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor. | Case No: 23-10457<br>Chapter 11 Case<br><br>DCNO: SSA-2<br><br>Date: March 12, 2024<br>Time: 9:30 a.m.<br>Place: U. S. Bankruptcy Court<br>        2500 Tulare St<br>        Fresno, CA 93721<br>Judge: Hon. Rene Lastreto II |

## TELCION COMMUNICATION GROUP'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE

Telcion Communications Group ("Telcion") by and through its counsel, files this Motion for Allowance of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code (the "Motion") and states the following in support thereof:

## PRELIMINARY STATEMENT

1. Debtor, Madera Community Hospital, filed its Chapter 11 case on March 10, 2023.

2. Prior to the commencement of the case, Cisco Systems Capital Corporation (hereafter referenced as "Cisco Capital" or "Cisco") furnished to Debtor, which it accepted and used in its business operations, specialized communications software and hardware equipment for its business operations.

3. During the course of the Debtor's Chapter 11 bankruptcy proceedings, Debtor had access to and the ability to use Cisco's software and hardware for its business communications activities.

4. On or about March 16, 2023, Telcion filed and served its notice of assignment of the Cisco agreement to it with Debtor and other parties in interest. (Exhibit "2") (Dckt No. 458) and (Exhibit "3" Notice of Errata) (Dckt No.481, filed May 18, 2023), for which judicial notice is requested pursuant to FRE 201.

5. During the pendency of the present Chapter 11 proceedings, Debtor, through its counsel, filed a motion objecting to Debtor's executory contract with Cisco. (Dckt No. 198, filed April 6, 2023) (Exhibit 4), for which judicial notice is requested pursuant to FRE 201.

6. The subject motion referenced in Paragraph 5 above, though continued a number of times at the request of the Debtor, was ultimately granted by order of this Court through hearing held on July 25, 2023. (Dckt No. 720,), (Exhibit "5") , for which judicial notice is requested pursuant to FRE 201.

7. By this motion, Telcion respectfully requests entry of an order ("Administrative Expense Order") which: (a) allows an administrative expense in an amount not less than $115,277.97 for the goods and services provided to Madera Community Hospital under the

MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

assigned Cisco contract, from commencement of the present case filing (March 10, 2023) through the date of court hearing finally rejecting the contact (July 25, 2023) in this matter and the return of said equipment and software to it. (The "Administrative Expense Claim"), (b) directing the Administrative Expense Claim be paid in full pursuant to Debtor's or the Reorganized Debtor's confirmed Chapter 11 Plan or Court Order otherwise, and ( c ) grant such other and further relief as may be deemed just and proper under the circumstances of this case.

## JURISDICTION

8. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtor's Chapter 11 case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

9. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A)-(B) and (O).

10. The statutory predicates for the relief requested herein include Sections 105, 503(a) and (b)(1)(A) and 507 of title 11 of the United States Code (the "Bankruptcy Code").

## BACKGROUND

11. As noted, above, on March 16, 2023, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code.

12. Despite previous acceptance and use of the goods and services afforded under the Cisco Contract, Debtor has failed to pay for the usage of any post-petition services and equipment furnished. Based upon the pro rated period (January 10, 2023 through July 25, 2023), Telcion submits the total amount for its Administrative Claim to be at least (**$115,277.97**). (See also Declaration of Michelle Padilla).

MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

3

13. This Court set the deadline of February 26, 2024 to timely file administrative claims (Dckt.1340, dated January 26, 2024). By this motion Telcion has timely done so.

### BASIS FOR RELIEF REQUESTED

14. Telcion requests that this Honorable Court grant Telcion an allowed administrative expense in the amount of **$115,277.97** and order directing Debtor to pay such administrative expense pursuant to Section 503(b)(1)(A) of the Bankruptcy Code.

15. The subject request is supported by both the documentary evidence submitted to this Court and supporting Declaration of Michelle Padilla in this motion.

### CONCLUSION

WHEREFORE, creditor Telcion respectfully requests that the Court enter an order granting its allowed administrative expense in the amount of (**$115,277.97**), ordering Debtor or the Reorganized Debtor to pay such administrative expense pursuant to its confirmed Chapter 11 Plan or by such further order of this Court and the return of the subject equipment outlined above and such other and further orders this Court deems just and proper in the circumstances.

Dated: February 5, 2024　　　　LAW OFFICE OF STEVEN ALTMAN, PC

By:　/s/　Steven Altman

STEVEN ALTMAN
Attorney for Claimant and Moving Party
Telcion Communications Group