**4**

STEVEN S. ALTMAN (State Bar No. 63824)
STEVEN ALTMAN, PC
Attorney at Law
201 Needham Street
Modesto, California 95354
Phone: (209) 576-1701
Fax:    (209) 527-9753
email: altman@altmanattorney.com

Attorney for Claimant and Moving Party
Telcion Communications Group

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
(Fresno Division)

| | |
|---|---|
| In re: | Case No: 23-10457 |
| | Chapter 11 Case |
| MADERA COMMUNITY HOSPITAL, | |
| | DCNO: SSA-2 |
| Debtor. | |
| | Date: March 12, 2024 |
| | Time: 9:30 a.m. |
| | Place: U. S. Bankruptcy Court |
| |        2500 Tulare St |
| |        Fresno, CA 93721 |
| | Judge: Hon. Rene Lastreto II |

**NOTICE OF HEARING IN SUPPORT OF MOTION FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM
PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE**

TO: DEBTOR, DEBTOR'S COUNSEL AND OTHER PARTIES IN INTEREST:

    **PLEASE TAKE NOTICE** that Telcion Communications Group, ("Telcion") through its attorney, Steven S. Altman, moves this Court for allowance and payment of administrative expense claim pursuant to Section 503(b) of the Bankruptcy Code.

Debtor, Madera Community Hospital, filed its Chapter 11 case on March 10, 2023.

Prior to the commencement of the case, Cisco Systems Capital Corporation (hereafter referenced as "Cisco Capital" or "Cisco") furnished to Debtor, which it accepted and used in its business operations, specialized communications software and hardware equipment for its business operations.

During the course of the Debtor's Chapter 11 bankruptcy proceedings, Debtor had access to and the ability to use Cisco's software and hardware for its business communications activities.

On or about March 16, 2023, Telcion filed and served its notice of assignment of the Cisco agreement to it with Debtor and other parties in interest. (Dckt No. 458) for which judicial notice is requested pursuant to FIRE 201.

During the pendency of the present Chapter 11 proceedings, Debtor, through its counsel, filed a motion objecting to Debtor's executory contract with Cisco. (Dckt No. 198, filed April 6, 2023), for which judicial notice is requested pursuant to FIRE 201.

The subject motion referenced in Paragraph 5 above, though continued a number of times at the request of the Debtor, was ultimately granted by order of this Court through hearing held on July 25, 2023. (Dckt No. 720,), for which judicial notice is requested pursuant to FIRE 201.

**RELIEF REQUESTED:** By this motion, Telcion respectfully requests entry of an order (administrative expense order) which: (a) allows an administrative expense not less than $115,277.97 for the goods and services provided to Madera Community

Hospital under the assigned Cisco contract, from commencement of the present case filing (March 10m 2023) through the date of rejection of the contract (July 25, 2023) in this matter and the return of said software and equipment to it. (the "Administrative Expense Claim), (b) directing the administrative expense claim be paid in full pursuant to any confirmed Chapter 11 plan, or court order otherwise; and ( c) grant such other and further relief the court deems proper under the circumstances of this case.

The statutory predicates for relief request herein include Section 105, 503(a), and (b)(1)(A) and 507 of title 11 U.S.C. (the Bankruptcy Code) and LBR 9014-(1)(f)(1), and is supported by the concurrently filed notice, the memorandum of points and authorities, exhibits any declaration(s) filed, as well as all other papers and pleadings on file in debtor's current bankruptcy case, previous court related matters involving debtor and others and based upon such other evidence, either oral or written, as may be filed prior to, or presented at, the hearing(s) in this matter on this motion.

**HEARING DATE AND TIME:** A hearing will be held on the motion on March 12, 2024 at 9:30 a.m. in the United States Bankruptcy Court, Eastern District of California, Fresno Division, Dept. B located at 2500 Tulare St., Fresno, California, before the Hon. Rene Lastreto II, Bankruptcy Judge presiding.

If you wish to oppose the motion it is incumbent on you to file and serve an objection no later than fourteen days before the hearing on the motion. Any objection and all evidence supporting the objection, shall be served on the on the counsel for the claimant, whose address is listed above, counsel for the Debtor, Riley C. Walter, 265 E. River Park Circle, Ste. 310, Fresno, CA 93720, the United States Trustee, 2500 Tulare

St., Rm. 1401, Fresno, CA 93721, counsel for the Official Committee of Unsecured Creditors: Kahtleen Allare, Perkins Coie LLP, 2901 North Central Avenue, Suite 2000 Phoenix, AZ 85012, Paul S. Jasper 505 Howard Street, Suite 1000 San Francisco, CA 94105, Boris Mankovetskiy and Andrew H. Sherman, Sills Cummis & Gross One Riverfront Plaza Newark, NJ 07102 and Office of the U.S. Trustee, U.S. Trustee Office of the U.S. Trustee, United States Courthouse 2500 Tulare Street, Room 1401 Fresno, CA 93721 and U.S. Trustee Tracy Hope Davis Attn: Jorge A. Gaitan 501 I St #7-500, Sacramento, CA 95814 in this case no later than fourteen days before the date set for hearing in this matter. In the absence of timely and proper opposition, the Court may resolve the present motion without oral argument.

     To appear at the hearing by telephone, contact Court Call Service at 888-882-6878. See also Court Call.com. The telephone appearance must be arranged 24 hours in advance. A Court Call fee applies. Individuals using Court Call are cautioned they do so at their own risk. The hearing will not be rescheduled due to a missed connection.

     Motion pre-hearing dispositions may be obtained by checking the court's website, www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing; select "Pre-Hearing Dispositions," the judge and the date and time of the hearing.

     Please direct requests for further information, or copies of the Motion and supporting papers to the undersigned at 201 Needham Street, Modesto, California 95354, telephone: 209-576-1701 or his legal assistant Dawn Darwin at (269) 357-6481.

Dated: February 7, 2024         LAW OFFICES OF STEVEN ALTMAN, PC

                               By: /s/ Steven Altman
                               Steven Altman -Attorney for Telcion