**3**

STEVEN S. ALTMAN (State Bar No. 63824)
Law Office of Steven Altman, PC
Attorney at Law
201 Needham Street
Modesto, California 95354
Phone: (209) 576-1701
Fax:   (209) 527-9390
email: altman@altmanattorney.com

Attorney for Creditor and Moving Party
Telcion Communications Group

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### (Fresno Division)

| | |
|---|---|
| In re: | Case No: 23-10457 |
| | DCNO:   SSA- 2 |
| MADERA COMMUNITY HOSPITAL, | |
| | Date:   March 12, 2024 |
| | Time:   9:30 a.m. |
| | Place:  U.S. Bankruptcy Court |
| | 2500 Tulare St. |
| | Fresno, CA |
| Debtor. | Dept:   B |
| | Judge:  Rene Lastreto II |

# DECLARATION OF MICHELLE PADILLA IN SUPPORT OF MOTION
# FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

I, Michelle Padilla, declare under penalty of perjury the following:

1. I am Michelle Padilla, COO/CFO and for Telcion Communications Group, moving party and secured creditor in Debtor's proceedings, whose principal office is located in Stanislaus County.

2. Our business concern provides reliable solutions for complex IT problems in the business community. We actively work with hospitals and other medical facility organizations amongst our clientele.

3. Telcion Communications Group, (hereafter referenced as "Movant" or "Moving Party" or "Telcion") moves this Court for payment of the administrative claim as set forth in the present motion and supporting documents filed with the Court.

1

4. Unless otherwise stated, all facts contained in this Declaration are based upon personal knowledge (my own or information gathered from others who report to me), my review of relevant documents, or my opinion based upon my experience and training.

5. On July 28, 2021, Debtor signed a lease with Cisco Systems Capital Corporation ("Cisco Capital"), through Telcion Communications Group, for communication equipment listed for a total cost of $304,968.19 to be paid in 12 quarterly installments of $26,902.83, referenced in Exhibit 1. Debtor also took possession of the equipment which was installed by our company in each facility.

6. No payment on this account has been forthcoming on the subject lease by Debtor neither pre bankruptcy nor post bankruptcy in this matter. Given the fact our firm does extensive work with Cisco Capital and to maintain good will with Cisco Capital, our firm paid Cisco Capital on this account.

7. Debtor filed the subject Chapter 11 petition March 10, 2023. No Chapter 11 Plan has been confirmed in this case by this Court to date.

8. On May 8, 2023, Cisco Capital assigned all rights in the above lease contract, including payment, by Madera Community Hospital to Telcion Communications Group. Telcion, through its attorney, filed a Notice of Transfer and Assignment of Contract for which judicial notice is requested pursuant to FRE 201. (Exhibit 2, Docket 458, filed 5/16/23 and Notice of Errata, Exhibit 3, Docket 481, filed 5/18/23).

9. Debtor filed a Motion for Authorization to Reject Executory Contracts (Phone Service Equipment Lease Agreement and Phone System Software and Support Agreement) for which judicial notice is requested pursuant to FRE 201. (Exhibit 4, Docket 198, filed 4/6/23).

10. At Debtor's request the subject Motion identified in paragraph 9 was continued a number of times. Finally, this Court issued its Civil Minutes on the Motion (Docket 720, filed 7/25/23) granting rejection of the contract pursuant to FRE 201. (Exhibit 5).

11. As recited in the companion motion for payment of administrative claim, the subject lease equipment and software was in Debtor's possession and operative control for its continued use in its business operations from the period of March 10, 2023 through July 25, 2023, the date

DECLARATION OF MICHELLE PADILLA IN SUPPORT OF
MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

2

1   the subject lease contract was rejected. In point of fact, Debtor still has possession and control of

2   the subject equipment and our firm has had to authorize our legal counsel, Mr. Altman, to file a

3   separate motion for stay relief and turnover of the equipment.

4       12.  Telcion has previously filed a Proof of Claim in this matter, referencing the sum of

5   $348,243.19 due on account. (Claim No.82, filed May 5, 2023) for which judicial notice is

6   requested pursuant to FRE 201.

7       13.  Telcion has calculated its administrative claim component as set forth below:

8

9       138 days (Date of Petition to Date of Contract Rejection/365 days

10      = .378%   x   $304,968.19 (original contract amount)

11      = **$115,277.97 [Pro Rated Administrative Claim Amount]**

12

13      14.  To the extent this Court orders the above sum to be paid as an administrative expense

14  claim in this estate, or such sum it deems just, Telcion will amend its previous filed claim

15  accordingly to account for such order.

16      15.  I further declare under penalty of perjuy that the foregoing facts are true and correct

17  and that this Declaration has been executed pursuant to the laws of the United States of America

18  and I could and would so testify to them if called for in a court of law as a witness.

19  Executed this _7th_ day of February 2024 at Turlock, California.

20

21                          _Michelle padilla_
                            Michelle Padilla

22

23

24

25

26

27

28

DECLARATION OF MICHELLE PADILLA IN SUPPORT OF
MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

3