**3**

Rob Bonta
Attorney General of California
Renu R. George
Senior Assistant Attorney General
Emilio Varanini (SBN 163952)
Neli N. Palma (SBN 203374)
Supervising Deputy Attorneys General
Melissa Hamill (SBN 221332)
Roma Patel (SBN 318175)
Deputy Attorneys General
  1300 I Street P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7777
  Fax: (916) 731-2120
  E-mail: Melissa.Hamill@doj.ca.gov
*Attorneys for the Attorney General*
*of the State of California*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | CASE NO. 23-10457-B-11 |
| **MADERA COMMUNITY HOSPITAL,** | **CALIFORNIA ATTORNEY GENERAL'S RESPONSE TO THE FIRST AMENDED PLAN AND SECOND AMENDED DISCLOSURE STATEMENT FOR CHAPTER 11 LIQUIDATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND TO THE DEBTOR'S AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINT MOTION FOR ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A MASTER TRANSITION AGREEMENT AND A MANAGEMENT SERVICES AGREEMENT WITH AMERICAN ADVANCED MANAGEMENT** |
| Debtor. | |
| | Hearing: February 13 & 27, 2023 |
| | Time: 9:30 a.m. |
| | Courtroom: 13 |
| | Judge: Honorable R. Lestreto II |

    1.    The California Attorney General (Attorney General) submits this Response to the

First Amended Chapter 11 Plan of Liquidation Proposed by the Official Committee of Unsecured

1

Creditors (First Amended Plan) [Docket No. 1355], the Second Amended Disclosure Statement for Chapter 11 Plan of Liquidation Proposed by the Official Committee of Unsecured Creditors (Second Amended Plan) [Docket No. 1354], and the Debtor's and Official Committee of Unsecured Creditors' Joint Motion for Order Authorizing the Debtor to Enter into a Master Transition Agreement and a Management Services Agreement with American Advanced Management. [Docket Nos. 1298-1301].

  2. The Attorney General is an interested party in these proceedings in his constitutional role as chief law enforcement officer of the state pursuant to California Constitution Article V, §13 and in a regulator capacity due to the statutory oversight authority of transactions involving nonprofit health facility pursuant to California Corporations Code sections 5914 and 5920 et seq., and in determining whether to deny, consent or conditionally consent to a transaction, the Attorney General is required to follow certain processes and to weigh several factors, including whether the transaction may create a significant effect on the availability or accessibility of healthcare services to the affected community, and whether the transaction is in the public interest. Cal. Corp. Code §§ 5917(i)-(j) and 5923(i)-(j). The Attorney General submits this response solely in this capacity and not as counsel for any other state department.

  3. As reported by the Debtor, the Attorney General has met with potential suitors in an attempt to facilitate the review and consent process under California Corporations Code 5914 and 5920 et. seq., with the goal to facilitate a return of important and necessary healthcare services to the Madera community. [Docket No. 1214.]

  4. On January 19, 2024, Debtor Madera Community Hospital and the Official Committee of Unsecured Creditors jointly moved the Court for entry of an order authorizing the Debtor to enter into a Master Transition Agreement and a Management Services Agreement with American Advanced Management Inc. Docket Nos. 1298-1301.

  5. Concurrent herewith, the Attorney General has filed a Stipulation seeking an Order approving the Attorney General Conditions on the transaction with American Advanced Management Inc.

2

CA Attorney General's Response to (1) Chapter 11 Plan of Liquidation Proposed by Official Committee of Unsecured Creditors & (2) Joint Motion to Enter into a MTA & MSA with AAM  (Case No. 23-10457-B-11)

6. The Attorney General understands that there may be additional interested parties seeking to purchase and resume operations of Madera Community Hospital. If they materialize and are credible in the determination of all existing parties to this proceeding and/or the Court, the Attorney General would work with any such interested parties to achieve a stipulated set of conditions that could be entered by this Court and would request that the Court allow a reasonable amount of time both to negotiate such conditions and for a process by which the interested parties can finalize their offer (if needed) and the Debtor/Creditors' Committee can chose the best option, before proceeding to any liquidation plan, so that the hospital can be reopened and healthcare services restarted in a manner that best serves the residents of Madera County and the public interest.

Dated: February 8, 2024  Respectfully submitted,

ROB BONTA
Attorney General of California
RENU R. GEORGE
Senior Assistant Attorney General

*/s/ Neli Palma*

NELI PALMA
Supervising Deputy Attorney General
*Attorneys for the Attorney General of the State of California*

3

CA Attorney General's Response to (1) Chapter 11 Plan of Liquidation Proposed by Official Committee of Unsecured Creditors & (2) Joint Motion to Enter into a MTA & MSA with AAM (Case No. 23-10457-B-11)