**85**

1  Paul S. Jasper, Bar No. 200138
   PJasper@perkinscoie.com
2  Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
   KAllare@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, CA 94105
   Telephone:   415.344.7000
5  Facsimile:   415.344.7050

6  *Co-Counsel to the Official Committee of Unsecured
   Creditors*

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                      **FRESNO DIVISION**

11  In re                                    Case No. 23-10457

12  MADERA COMMUNITY HOSPITAL              Chapter: 11

13                                          DC No.: PSJ-032

14              Debtor.                     **EXHIBITS TO SECOND INTERIM
                                            APPLICATION OF PERKINS COIE LLP
15                                          FOR ALLOWANCE OF COMPENSATION
                                            FOR SERVICES AND REIMBURSEMENT
16                                          OF EXPENSES AS CO-COUNSEL TO THE
                                            OFFICIAL COMMITTEE OF UNSECURED
17                                          CREDITORS**

18                                          Hearing Date:    March 12, 2024
                                            Hearing Time:    9:30 a.m. (Pacific Time)
19                                          Place:           2500 Tulare Street
                                                             Courtroom 13
20                                                           Fresno, CA 93721
                                            Judge:           Honorable René Lastreto II
21

22                                          **Objection Deadline: February 27, 2024**

23

24

25

26

27

28

                                    1

158096482.6

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Retention Order | 3 |
| 2 | Summary Coversheet of Fee Application | 8 |
| 3(a) | Summary of Work Completed by Billing Category | 9 |
| 3(b) | Budget | 10 |
| 4(a) | Summary of Fees Sought for Allowance by Timekeeper | 11 |
| 4(b) | Staffing Plan | 12 |
| 5 | Summary of Expense Reimbursement Requested by Category | 13 |
| 6 | Customary and Comparable Compensation Disclosures with Fee Applications | 14 |
| 7 | Detailed Time Records | 15 |
| 8 | Detailed Expense Records | 78 |
| 9 | Biographical Statements of Professionals | 81 |

DATED: February 9, 2024        **PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

158096482.6

**EXHIBIT 1**

**(Retention Order)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Sara L. Chenetz, Bar No. 206936
schenetz@perkinscoie.com
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Kathleen Allare (admitted pro hac vice)
Illinois Bar No. 6326536
KAllare@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Proposed Co-Counsel to the Official
Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>          Debtor. | Case No. 23-10457<br><br>Chapter: 11<br><br>DC No. PSJ-001<br><br>**ORDER AUTHORIZING RETENTION OF PERKINS COIE LLP AS CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF APRIL 17, 2023**<br><br>Judge: Judge: Hon. Rene Lastreto II |

-1-

162032115.1

AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA.

Upon the *Application for Entry of Order Authorizing Retention of Perkins Coie LLP as Co-Counsel to Official Committee of Unsecured Creditors Effective as of April 17, 2023* (the "Application"),[1] seeking entry of an order (this "Order") authorizing the Official Committee of Unsecured Creditors (the "Committee") of Madera Community Hospital (the "Debtor") to retain and employ Perkins Coie LLP ("Perkins Coie") as its co-counsel effective as of April 17, 2023, all as more fully set forth in the Application and the declarations of Paul S. Jasper in support ("Jasper Declaration") and the Declaration of Bruce D. Adams and Dr. Ali Rashidian; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and the Court having found that the Committee provided appropriate notice of the Application and the opportunity for a hearing on the Application under the circumstances; and the Court having reviewed the Application and its supporting materials; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the relevant proceedings with respect to the Application, if any, before the Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Application is granted as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

162032115.1

2.     The Committee is authorized to retain and employ Perkins Coie as its co-counsel pursuant to 11 U.S.C. § 1103 and Bankruptcy Rule 2014, effective as of April 17, 2023, on the terms set forth in the Application and the Jasper Declaration.  Specifically:

(a)     Perkins Coie will charge adjusted, discounted hourly rates for its attorneys capped at $995 for partners and senior counsel and $695 for counsel and associates.

(b)     For each month in these cases, Perkins Coie's fees for attorney timekeepers will be limited to the lesser of (i) the amount of Perkins Coie's fees at its professionals' standard rates (subject to the above-described caps) and (ii) the amount of Perkins Coie's fees at a blended hourly rate of $725. Paralegals and professionals will charge their standard rates.

(c)     The following professionals are expected to have primary responsibility for providing services to the Committee in this case (provided, however, that Perkins Coie may utilize additional professionals in this case as necessary and appropriate):

| Name of Timekeeper | Title | Adjusted (Capped) Hourly Rate |
|---|---|---|
| Paul S. Jasper | Senior Counsel | $995.00 |
| Sara L. Chenetz | Partner | $995.00 |
| Kathleen Allare | Associate | $695.00 |
| Kimberly McClure | Senior Paralegal | $340.00 |

(d)     Perkins Coie will seek reimbursement for non-overhead expenses incurred in connection with its representation of the Committee, including overnight mail, messenger delivery, transportation, photocopying, airfare, meals, lodging, witness fees, and other fees related to trials and hearings. Expense

-3-

162032115.1

details will be enumerated in applications for allowance of fees and expenses at the costs the firm actually incurs.

3. Perkins Coie shall apply for compensation for professional services rendered and reimbursement of related expenses in accordance with 11 U.S.C. §§ 330 and 331, the applicable provisions of the Bankruptcy Rules, and any Orders of this Court.

4. Monthly applications for interim compensation pursuant to 11 U.S.C. § 331 will be entertained if the combined fees and expenses sought exceed $5,000.00.

5. Perkins Coie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in this bankruptcy case.

6. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7. The Court shall retain jurisdiction with respect to all matters arising form or related to the implementation of this Order.

Presented by:

PERKINS COIE LLP


By: _/s/ Paul S. Jasper_____
 Paul Jasper
 *Proposed Co-Counsel to the Official Committee*
 *of Unsecured Creditors*


IT IS SO ORDERED.

**Dated:** May 23, 2023       **By the Court**

**René Lastreto II, Judge**
**United States Bankruptcy Court**

-4-

162032115.1

**EXHIBIT 2**

**SUMMARY COVERSHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of Applicant: | Perkins Coie LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| **Period for Which Compensation and Reimbursement is Sought** | August 1, 2023 – November 30, 2023 |
| **Amount of Compensation Sought as Actual, Reasonable, and Necessary** | $153,375.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary** | $1,725.00 |
| **Total Amount Sought for Allowance** | $155,100.49 |
| Petition Date: | March 10, 2023 |
| Retention Date: | April 17, 2023 |
| Date of order approving employment: | May 23, 2023 (Effective as of April 17, 2023) |
| Total compensation approved by interim order to date | $158,737.25 |
| Total expenses approved by interim order to date | $117.60 |
| Total allowed compensation paid to date: | $158,737.25 |
| Total allowed expenses paid to date: | $117.60 |
| Expenses sought in this application <u>not</u> previously paid: | $0 |
| **Blended Rate (Attorneys)** | $717 |
| **Blended Rate (All Timekeepers)** | $581 |
| Compensation sought in this application already paid pursuant to monthly compensation order but not yet allowed: | $122,700.40 |
| Expenses sought in this application already paid pursuant to monthly compensation order but not yet allowed: | $1,725.00 |
| Compensation amount sought in this application for the Application Period that is unpaid due to 20% holdback | $30,675.10 |
| **Number of professionals included in this application** | 7 |
| **Number of professionals billing fewer than 15 hours** | 5 |
| Type of Fee Application: | Second Interim Application |
| Prior Fee Applications: | September 26, 2023 (First Interim) |

**EXHIBIT 3(a)**

**SUMMARY OF WORK COMPLETED BY BILLING CATEGORY**

| Billing Code / Description | Total Hours | Total Fees |
|---|---:|---:|
| 151671.0001.0001 / Asset Analysis and Recovery | 10.9 | $10,845.50 |
| 151671.0001.0002 / Asset Disposition | 60.3 | $59,998.50 |
| 151671.0001.0005 / Case Administration | 31.2 | $16,682.00 |
| 151671.0001.0006 / Claims Administration & Objections | 16.8 | $11,830.50 |
| 151671.0001.0011 / Executory Contracts & Unexpired Leases | 2.8 | $2,786.00 |
| 151671.0001.0012/ Fee Applications | 28.2 | $20,330.00 |
| 151671.0001.0013 / Financing | 5.7 | $5,671.50 |
| 151671.0001.0014 / Interim Compensation | 54.4 | $23,507.50 |
| 151671.0001.0016 / Meetings of Creditors | 16.4 | $13,239.50 |
| 151671.0001.0017 / Plan & Disclosure Statement | 37.4 | $31,252.50 |
| **TOTALS** | **264.1** | **$196,143.50** |

**EXHIBIT 3(b)**

**BUDGET[1]**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Analysis and Recovery | N/A | N/A | 10.9 | $10,845.50 |
| Asset Disposition | N/A | N/A | 60.3 | $59,998.50 |
| Case Administration | N/A | N/A | 31.2 | $16,682.00 |
| Claims Administration & Objections | N/A | N/A | 16.8 | $11,830.50 |
| Executory Contracts & Unexpired Leases | N/A | N/A | 2.8 | $2,786.00 |
| Fee Applications | N/A | N/A | 28.2 | $20,330.00 |
| Financing | N/A | N/A | 5.7 | $5,671.50 |
| Interim Compensation | N/A | N/A | 54.4 | $23,507.50 |
| Meetings of Creditors | N/A | N/A | 16.4 | $13,239.50 |
| Plan & Disclosure Statement | N/A | N/A | 37.4 | $31,252.50 |
| **TOTALS** | **N/A** | **$449,288[2]** | **264.1** | $196,143.50 |
| Discount on Application of Blended Rate: | | | | ($42,768.00) |
| Final Fees Requested: | | | | **$153,375.50** |

[1] Perkins Coie was not asked to prepare a budget in connection with this matter. The cash collateral orders issued by the Court during the Application Period incorporated a budget that projected payment fees for Creditor's Committee Attorneys of $449,288. *See* Dkt Nos. 760, 1025, 1063 and 1153. The total amount sought by Creditors' Committee Counsel ($408,282.19) in their second interim applications is over $40,000 less than those budgeted amounts. Due to the timing of its preparation, this budget was prepared with the benefit of actual historical data.

[2] This total amount was budgeted for Creditors' Committee Counsel (Sills and Perkins Coie) for the Application Period. Perkins Coie and Sills seek compensation (plus reimbursement of expenses) for the Application Period of $155,100.49 and $253,181.70, respectively, for a total of $408,282.19, over $40,000 less than the $449,288 that was budgeted.

**EXHIBIT 4(a)**

**SUMMARY OF FEES SOUGHT FOR ALLOWANCE BY TIMEKEEPER**

| Name<br>Title / Practice Group<br>Date of First Admission | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul S. Jasper<br>*Senior Counsel*, Bankruptcy & Restructuring<br>Year of First Admission: 1999 | $995.00 | 158.4 | $157,608.00 |
| Matthew Goldberg<br>*Counsel*, Labor & Employment<br>Year of First Admission: 2009 | $695.00 | 4.8 | $3,336.00 |
| Joseph Halabrin<br>*Associate*, Labor & Employment<br>Year of First Admission: 2022 | $485.00 | 4.7 | $2,279.50 |
| Jamie Walker<br>*Research Librarian* | $440.00 | 0.2 | $88.00 |
| Karen Anderson<br>*Research Librarian* | $370.00 | 1.5 | $555.00 |
| Nancy Bagatti<br>*Senior Paralegal*, Real Estate & Land Use<br>Year of First Admission: 2018 | $430.00 | 3.9 | $1,677.00 |
| Kimberly McClure<br>*Senior Paralegal*, Bankruptcy & Restructuring | $340.00 | 90.6 | $30,600.00 |
| **TOTALS:** | | **264.1** | **$196,143.50** |
| **Discount Based on Application of Blended Rate for Application Period:** | | | **$42,768.00** |
| **Final Fees Requested:** | | | **$153,375.50** |

| | |
|---|---|
| **Blended Rate – Attorneys:** | **$717** |
| **Blended Rate – All Timekeepers:** | **$581** |

**EXHIBIT 4(b)**

**STAFFING PLAN[3]**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate[4] |
|---|---|---|
| Partner | 0 | $995 |
| Senior Counsel | 1 | $995 |
| Counsel | 1 | $695 |
| Associate | 1 | $695 |
| Paralegal/Research Librarian | 4 | $342 |

As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

---

[3] Due to the timing of its preparation, the Staffing Plan for the period of time covered by the Application was prepared with the benefit of actual data.

[4] These are the average capped hourly rates charged by timekeeper class. However, due to the application of the $725 blended rate, the rate charged across all attorneys was $717 and across all timekeepers (including paralegals) was $581.

**EXHIBIT 5**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Category of Disbursement | Amount |
|---|---|
| Photocopies and Printing | **$450.60** |
| Special Postage | **$73.90** |
| Air Express Charge | **$345.20** |
| Filing Fees | **$855.25** |
| | |
| **TOTAL** | **$1,724.95** |

**EXHIBIT 6**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES WITH FEE APPLICATIONS**

| Category of Timekeeper (Using categories already maintained by the firm) | Blended Hourly Rate | |
|---|---|---|
| | **Billed or Collected** Firm or offices for preceding year, excluding bankruptcy | **Billed** In this fee application |
| Partner | $906 | N/A |
| Senior Counsel | $793 | $725 |
| Counsel/Associate | $589 | $591 |
| Paralegal | $311 | $342 |
| All Timekeepers Aggregated | $650* | $581 |

Case Name:         Madera Community Hospital, et al.
Case Number:      23-10457
Applicant's Name:    Perkins Coie LLP
Date of Application:   February 9, 2024
Interim or Final:      Interim

* This number represents a weighted average based on the same numbers of hours for each timekeeper class that was actually billed during the Application Period. The number of hours for each timekeeper class is indicated in Exhibit 4(a) above.

**EXHIBIT 7**

**(Detailed Time Records)**

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

**PERKINSCOIe**

Madera Community Hospital Official Committee
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6887456 |
| Group No. | 151671 |
| Bill Date | September 13, 2023 |
| Due Date | Due Upon Receipt |

### INVOICE SUMMARY

For Professional Services rendered through August 31, 2023

| | |
|---|---:|
| Services | $30,305.00 |
| Less Discount | ($6,858.00) |
| Total Services | $23,447.00 |
| | |
| Disbursements and Other Services | $1,241.93 |
| Total Invoice Amount | $24,688.93 |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 151671 and Invoice 6887456**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 08/31/2023

| Description | Amount |
|---|---:|
| Photocopies and printing | 40.00 |
| Special postage | 49.80 |
| UPS - Air express charge , 1300 I St, Sacramento | 13.45 |
| UPS - Air express charge Edward Green, 321 N Clark Street, Chicago | 13.73 |
| UPS - Air express charge Kenneth K Wang, 300 S Spring St, Los Angeles | 13.45 |
| UPS - Air express charge Bill Freemen, 515 South Flower Street, Los Angeles | 13.45 |
| UPS - Air express charge Michelle Padilla, CO, 117 S Broadway, Turlock | 17.50 |
| UPS - Air express charge Shipping Charges | 19.50 |
| UPS - Air express charge Paul R Gaus, 970 W Alluvial Ave, Fresno | 13.45 |
| UPS - Air express charge Grant Lien, 1300 I Street, Sacramento | 13.45 |
| UPS - Air express charge Office of the Attorn, 1300I St, Sacramento | 13.45 |
| UPS - Air express charge Richard T. Weldow, 300 South Spring Street, Los Angeles | 13.45 |
| UPS - Air express charge Hemar, Rousso & Heal, 15910 Ventura Blvd, Encino | 13.45 |
| UPS - Air express charge Steven Altman, PC, 201 Needham St, Modesto | 13.45 |
| UPS - Air express charge Don J Pool, 8080 N Palm Avenue, Fresno | 13.45 |
| UPS - Air express charge Patience Milrod, 985 N Van Ness Avenue, Fresno | 13.45 |
| UPS - Air express charge Don J Pool, 8080 N Palm Avenue, Fresno | 13.45 |
| UPS - Air express charge Tabi Kalami, 1415 L St, Sacramento | 13.45 |
| UPS - Air express charge , 1300 I Street, Sacramento | 13.45 |
| UPS - Air express charge Gabriel P Herrera, 1331 Garden Hwy, Sacramento | 13.45 |
| UPS - Air express charge Tracy Davis, 501 I St, Sacramento | 13.45 |
| UPS - Air express charge Kenneth K Wang, 300 South Spring St, Los Angeles | 13.45 |
| UPS - Air express charge , 1250 E Almond Ave, Madera | 17.50 |
| First Legal Network LLC (ACH) - Filing fees | 855.25 |
| **Total** | **$1,241.93** |

**Total Disbursements and Other Services**
$1,241.93

**Total This Matter**
$1,241.93

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0001



**Re: Asset Analysis & Recovery**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/09/2023 | P. Jasper | Discussion with P. Soussa of Newmark re value of real estate for non-Hospital uses (.4); Review appraisal in preparation for same (.2); Related analysis (.2); Discussion with B. Mankovitz re discussions with Adventist (.4); | 1.20 |
| 08/15/2023 | P. Jasper | Emails to and from N. Ganti re budget, MORs and disposition of ordinary course inventory and equipment and(.1); analysis re same (.1); | 0.20 |
| 08/16/2023 | P. Jasper | Review excerpts of Madera County board of supervisors meeting re County's willing to contribute further funding towards burn costs (.4); Emails to and from A. Sherman and N. Ganti re same (.1); Email to J. Rios re same (.1). | 0.60 |
| 08/16/2023 | P. Jasper | Review of documentation re sales of inventory and equipment and email with N. Ganti re same (.1). | 0.10 |
| **Total** | | | **2.10** |

Services
$2,089.50

Less Adjustment
($567.00)

Total Services
$1,522.50

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 2.10 | 995.00 | 2,089.50 |
| **Total Services** | | **2.10** | | **$2,089.50** |

Total This Matter
$1,522.50

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0002



**Re: Asset Disposition**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 08/01/2023 | P. Jasper | Discussion with A. Sherman and B. Mankovetskiy re AAM and Adventist proposals and strategic next steps (.2); Discussions with H. Rafatjoo re AAM term sheet (.4); Discussion with N. Rubin re County support for sale transaction (.4); | 1.00 |
| 08/02/2023 | P. Jasper | Review and analysis re AAM term sheet (.3); Discussion with A. Sherman and B. Mankovitz re same (.2); | 0.50 |
| 08/03/2023 | P. Jasper | Join discussion with R. Walter, E. Green, A. Sherman and B. Mankovetskiy re Adventist and AAM proposals and related issues (.6); Drafting analysis re strategy re same (.5); | 1.10 |
| 08/04/2023 | P. Jasper | Discussion with B. Mankovetskiy re strategic issues related to maximizing sale price (.9); Call from H. Rafatjoo re term sheet (.2); | 1.10 |
| 08/07/2023 | P. Jasper | Call from H. Rafatjoo re AAM offer (.1); | 0.10 |
| 08/21/2023 | P. Jasper | Discussion with J. Rios re County willingness to fund burn, bid on real estate or otherwise help fund transaction to reopen hospital (.7). Draft summary re same (.7); | 1.40 |
| 08/22/2023 | P. Jasper | Discussion with R. Walter, E. Green, A. Sherman and B. Mankovetskiy re cash collateral, sale process, County willingness to fund burn and related issues (.7); | 0.70 |
| 08/23/2023 | P. Jasper | Call from H. Rafatjoo inquiring about AAM proposal (.4); | 0.40 |
| 08/23/2023 | P. Jasper | Review email from R. Walter re additional County of Madera appropriation (.1); Discussion with R. Walter re same and re Adventis proposal (.2); Review emails between J. Rios and A. Sherman re County funding of burn (.1); Call from J. Rios re same and re County willingness to act as stalking horse bidder and lease to MSO (.4); Review letter from Madera County to City of Madera requesting funding (.1); Call from H, Rafatjoo inquiring about AAM proposal (.4); Analysis re sale strategies (1.0); | 2.30 |
| 08/24/2023 | P. Jasper | Call from H. Rafatjoo re AAM intent to make offer (.6); | 0.60 |
| 08/25/2023 | P. Jasper | Review and analysis of Adventist MSA (1.0); Discussion with H. Rafatjoo re AAM intention to submit revised offer and related issues (.5); Review and analysis of AAM offer and emails re same (.3); | 1.80 |
| 08/28/2023 | P. Jasper | Discussion with H. Rafatjoo re same and re mechanics of cash flow in AAM term sheet (.4); | 0.40 |
| 08/29/2023 | P. Jasper | Discussion with H. Rafatjoo to clarify terms of AAM offer (.3); Discussion with A. Sherman re same (.1); | 0.40 |
| **Total** | | | **11.80** |

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0002



**Re: Asset Disposition**

**Services**
$11,741.00

**Less Adjustment**
($3,186.00)

**Total Services**
$8,555.00

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 11.80 | 995.00 | 11,741.00 |
| **Total Services** | | **11.80** | | **$11,741.00** |

**Total This Matter**
$8,555.00

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0005



**Re: Case Administration**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 08/04/2023 | P. Jasper | Review docket re entry of orders and filings (.1); | 0.10 |
| 08/09/2023 | P. Jasper | Review fee administrative procedures order (.1); Draft email to K. Madera re protocols for preparing monthly fee statements (.2); | 0.30 |
| 08/14/2023 | P. Jasper | Review docket, upcoming hearings, and email from R. Walter re cash collateral motion and County funding of burn (.1); | 0.10 |
| 08/16/2023 | K. McClure | Review and revise supplemental declaration of Andrew Sherman regarding application to retain and employ Sills Cummis (.8); prepare certificate of service regarding supplemental declaration (.4); administer filing of supplemental declaration and certificate of service (.4); administer filing of supplemental declaration (.4); review Sills' monthly fee statements for April to July (.8); finalize Perkins' monthly fee statements and exhibits for April - July for P. Jasper's review (1.2); | 4.00 |
| 08/16/2023 | P. Jasper | Review and comment on A. Sherman supplemental declaration in support of Sills Cummis retention application (.3); Emails to and from A. Sherman and K. McClure re same (.1); | 0.40 |
| 08/17/2023 | K. McClure | Revise and finalize Perkins monthly fee statements for April through July (.8); separate exhibits into their own document and create coversheet for each monthly fee statement (.8); prepare certificates of service for each monthly fee statement for Perkins (.6); review and ensure DC Nos are correct for each set of documents in preparation of filing (.3); administer filing of Perkins monthly fee statements for April through July and their respective exhibits and certificates of service (.6); administer service of Perkins monthly fee statements for April through July and their respective exhibits and certificates of service (.4); | 3.50 |
| 08/18/2023 | P. Jasper | Review docket and filings (.1); | 0.10 |
| 08/21/2023 | P. Jasper | Discussion with G. Kopacz to coordinate preparation of interim fee applications (.3); | 0.30 |
| 08/21/2023 | P. Jasper | Review and comment on FTI draft monthly fee statements and compliance with procedures order (.2); Discussion and emails with N. Ganti re same (.4); | 0.60 |
| 08/22/2023 | K. McClure | Review filed interim fee applications in similar bankruptcy cases; | 0.60 |
| 08/25/2023 | P. Jasper | Review status report and other filings (.1) | 0.10 |
| 08/28/2023 | P. Jasper | Review Debtor's status report, pleadings and docket (.2); Review AAM response to status report (.1); Review AAM Rule 2004 motion and supporting declaration (.2); | 0.50 |
| 08/29/2023 | P. Jasper | Attend status conference (.8); | 0.80 |
| **Total** | | | **11.40** |

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0005



**Re: Case Administration**

**Services**
$5,833.50

**Less Adjustment**
($891.00)

**Total Services**
$4,942.50

### Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---:|---:|---:|
| P. Jasper | Sr Counsel | 3.30 | 995.00 | 3,283.50 |
| K. McClure | Paralegal | 7.50 | 340.00 | 2,550.00 |
| K. McClure | Paralegal | 0.60 | 0.00 | 0.00 |
| **Total Services** | | **11.40** | | **$5,833.50** |

**Total This Matter**
$4,942.50

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0011



**Re: Executory Contracts & Unexpired Leases**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 08/01/2023 | P. Jasper | Review and respond to R. Walter inquiry re executory contracts (.3); | 0.30 |
| 08/02/2023 | P. Jasper | Emails to and from R. Walter and J. Rios re executory contract rejections (.3); | 0.30 |
| 08/24/2023 | P. Jasper | Attend hearing on cash collateral and executory contracts (.9); | 0.90 |
| **Total** | | | **1.50** |

**Services**
$1,492.50

**Less Adjustment**
($405.00)

**Total Services**
$1,087.50

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.50 | 995.00 | 1,492.50 |
| **Total Services** | | **1.50** | | **$1,492.50** |

**Total This Matter**
$1,087.50

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0012



**Re: Fee Applications**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 08/21/2023 | K. McClure | Prepare template for first interim fee application on behalf of Perkins Coie; | 1.60 |
| 08/23/2023 | K. McClure | Prepare template of first interim fee application of Perkins Coie; | 1.90 |
| 08/29/2023 | K. McClure | Continue preparation of first interim fee application of Perkins Coie; | 1.90 |
| 08/30/2023 | K. McClure | Continue preparation of interim fee application of Perkins Coie; | 1.90 |
| 08/31/2023 | P. Jasper | Revise first interim fee application (2.2); | 2.20 |
| **Total** | | | **9.50** |

**Services**
$4,671.00

**Less Adjustment**
($594.00)

**Total Services**
$4,077.00

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.20 | 995.00 | 2,189.00 |
| K. McClure | Paralegal | 7.30 | 340.00 | 2,482.00 |
| **Total Services** | | **9.50** | | **$4,671.00** |

**Total This Matter**
$4,077.00

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0013



**Re: Financing**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 08/01/2023 | P. Jasper | Attend hearing on cash collateral and executory contract rejection motions (.9); Review revised cash collateral order and email from R. Walter re executory contracts (.1); | 1.00 |
| 08/18/2023 | P. Jasper | Review emails from R. Walter and B. Mankovetskiy re cash collateral | 0.10 |
| 08/22/2023 | P. Jasper | Review and analysis of DHCP loan agreement (.7); | 0.70 |
| 08/24/2023 | P. Jasper | Review HCAI press release and emails re DHLP loan (.2); | 0.20 |
| 08/29/2023 | P. Jasper | Review emails from R. Walter re County funding and meeting with G. Trautman re DHLP. | 0.10 |
| **Total** | | | **2.10** |

**Services**
$2,089.50

**Less Adjustment**
($567.00)

**Total Services**
$1,522.50

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.10 | 995.00 | 2,089.50 |
| **Total Services** | | **2.10** | | **$2,089.50** |

**Total This Matter**
$1,522.50

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0016



**Re: Meetings of Creditors**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/18/2023 | P. Jasper | Review email and attachments from B. Mankovetskiy to Committee and DHCP funds, sale efforts, cash collateral budget and other issues for discussion atcreditors committee meeting (.4); | 0.40 |
| 08/22/2023 | P. Jasper | Review emails, B of A relief from stay motion, term sheets, and Committee updates in preparation for call with Committee (.5); | 0.50 |
| 08/23/2023 | P. Jasper | Attend meeting of committee (.9). Review materials in preparation for same (.3); Post-call discussion with B. Mankovetskiy re next steps (.2); | 1.40 |
| **Total** | | | **2.30** |

**Services**
$2,288.50

**Less Adjustment**
($621.00)

**Total Services**
$1,667.50

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 2.30 | 995.00 | 2,288.50 |
| **Total Services** | | **2.30** | | **$2,288.50** |

**Total This Matter**
$1,667.50

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0017

**PERKINSCOIE**

**Re: Plan & Disclosure Statement**

## Professional Services through 08/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 07/21/2023 | P. Jasper | Review and comment on emails from R. Walter re plan exclusivity, anticipated sale proposals and July 25 hearing (.1); | 0.10 |
| **Total** | | | **0.10** |

**Services**
$99.50

**Less Adjustment**
($27.00)

**Total Services**
$72.50

## Summary of Services through 08/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.10 | 995.00 | 99.50 |
| **Total Services** | | **0.10** | | **$99.50** |

**Total This Matter**
$72.50

**Services**
$30,305.00

**Less Discount**
($6,858.00)

**Total Services**
$23,447.00

**Total Disbursements and Other Services**
$1,241.93

**Total Due This Invoice**
**$24,688.93**

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

**PERKINSCOIE**

Madera Community Hospital Official Committee
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6908503 |
| Group No. | 151671 |
| Bill Date | October 13, 2023 |
| Due Date | Due Upon Receipt |

### INVOICE SUMMARY

For Professional Services rendered through September 30, 2023

| | |
|---|---|
| Services | $52,000.00 |
| Less Discount | ($9,882.00) |
| Total Services | $42,118.00 |
| | |
| Disbursements and Other Services | $394.14 |
| Total Invoice Amount | $42,512.14 |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: █████

**Please identify your payment with the following: Perkins Coie Account No. 151671 and Invoice 6908503**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 09/30/2023

| Description | Amount |
|---|---:|
| Photocopies and printing | 345.80 |
| UPS - Air express charge Richard Waldow, 300 S Spring St, Los Angeles | 13.45 |
| UPS - Air express charge Jorge A Gaitan, 501 I St #7-500, Sacramento | 13.45 |
| UPS - Air express charge Snell & Wilmer L.L.P, 600 Anton Blvd, Costa Mesa | 10.84 |
| UPS - Air express charge Shipping Charges | 10.60 |
| **Total** | **$394.14** |

**Total Disbursements and Other Services**
$394.14

**Total This Matter**
$394.14

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0001

**PERKINSCOIE**

**Re: Asset Analysis & Recovery**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 09/11/2023 | P. Jasper | Review and analysis of Debtor response to AAM 2004 motion (.3); | 0.30 |
| 09/11/2023 | P. Jasper | Review emails from R. Walter and B. Mankovetskiy re sale motion re 35 acres of farmland and continued County funding of burn rate. | 0.20 |
| 09/13/2023 | P. Jasper | Meeting with J. Zhang and A. Ruda re DHCP loan program process and related issues (2.0); Research re same (.5); | 2.50 |
| 09/14/2023 | P. Jasper | Review email from R. Walter re Adventist discussions with DHLP, County contributions to fund burn rate, QAF treatment and listing | 0.10 |
| 09/21/2023 | P. Jasper | Review AAM reply re 2014 motion (.1); | 0.10 |
| 09/28/2023 | P. Jasper | Attend hearing on executory contracts, cash collateral, and Rule 2014 motion (1.1); Call from H. Rafatjoo re AAM proposal and inquiring about meeting with creditors (.3); | 1.40 |
| **Total** | | | **4.60** |

**Services**
$4,577.00

**Less Adjustment**
($1,242.00)

**Total Services**
$3,335.00

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| P. Jasper | Sr Counsel | 4.60 | 995.00 | 4,577.00 |
| **Total Services** | | **4.60** | | **$4,577.00** |

**Total This Matter**
$3,335.00

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0002

**PERKINSCOIE**

**Re: Asset Disposition**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 09/01/2023 | P. Jasper | Review motion to sell real property (farm land) (.1); | 0.10 |
| 09/05/2023 | P. Jasper | Review motion to sell farm land real estate (.1); | 0.10 |
| 09/06/2023 | P. Jasper | Review letter from R. Walter to H. Rafatjoo re AAM proposal and breach of NDA (.1); | 0.10 |
| 09/07/2023 | P. Jasper | Call from H. Rafatjoo re AAM proposal (.2); Emails to and from A. Sherman re maximizing competitive process (.1); | 0.30 |
| 09/11/2023 | P. Jasper | Review emails from R. Walter and B. Mankovetskiy re sale of farmland (.1); Review emails from A. Rashidian and A. Sherman re Adventist proposal (.1); | 0.20 |
| 09/12/2023 | P. Jasper | Attend hearing on sale motion and AAMI Rule 2004 Request (.5); Review predispositions and prepare for hearing (.2); Call from H. Rafatjoo (.4); | 1.10 |
| 09/13/2023 | P. Jasper | Discussion with H. Rafatjoo re AAM tern sheet (.3) | 0.30 |
| 09/15/2023 | P. Jasper | Call from H. Rafatjoo re AAM proposal and clarifying term sheet (.6); Call from A. Ruda re DHLP political process (.4); | 1.00 |
| 09/22/2023 | P. Jasper | Committee Meeting for AAM presentation (1.5); Review AAM term sheet in preparation for same (.1); | 1.60 |
| 09/27/2023 | P. Jasper | Analysis re strategy to cultivate competitive bidding, AAM and Adventist proposals, and County of Madera role (.3); Discussion with B. Mankovetskiy re same (.4); | 0.70 |
| **Total** | | | **5.50** |

**Services**
$5,472.50

**Less Adjustment**
($1,485.00)

**Total Services**
$3,987.50

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 5.50 | 995.00 | 5,472.50 |
| **Total Services** | | **5.50** | | **$5,472.50** |

**Total This Matter**
$3,987.50

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0005



**Re: Case Administration**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/22/2023 | P. Jasper | Review and comment on FTI monthly fee statements (.4); Emails and discussions with K. McClure re same (.1); | 0.50 |
| 09/01/2023 | P. Jasper | Review docket and email K. McClure re monthly fee statement certifications (.2); | 0.20 |
| 09/06/2023 | N. Bagatti | Assemble finalized Certificates of No Objection to both committe counsel monthly fee statements and related Certificates of Service for processing (.2); administer CNO's and CoS with the court (.7); download and consolidate submission confirmations for CNO's and CoS's and transmit to attorney (.3); check case docket for accepted filings (.1); review certificate of service (.1); prepare and send service email to debtor's counsel and U.S. Trustee (.3); cross-check mailing service lists (.3); prepare consolidated list (.2); coordinate mail service of CNO's (.3); download financial reports for use in preparation of fee application (.2); correspondence to P. Jasper regarding same (.1); | 2.80 |
| 09/06/2023 | P. Jasper | Review predisposition calendar re 9/7 hearing (.1); | 0.10 |
| 09/11/2023 | P. Jasper | Review Debtor filings (.1); | 0.10 |
| 09/12/2023 | K. McClure | Prepare exhibit pleading as a separate document to the first interim fee application (.6); prepare Jasper declaration to first interim fee application (1.7); | 2.30 |
| 09/13/2023 | K. McClure | Finalize preparation of Jasper declaration in support of the first interim fee application; | 1.10 |
| 09/13/2023 | P. Jasper | Review and comment on FTI application and supporting documents and conforming to local rules (1.1); Emails to J. Park and G. Kopacz to coordinate filings (.2); | 1.30 |
| 09/13/2023 | P. Jasper | Emails to and from G. Kopacz re preparation and filing of Sills Cummis fee application (.1); | 0.10 |
| 09/18/2023 | P. Jasper | Review and comment on Zucker declaration to conform to local rules (.1); | 0.10 |
| 09/20/2023 | P. Jasper | Review and revise FTI fee application (.2); Emails to and from K. McCLure re coordinating filing of professional fee applications (.1); | 0.30 |
| 09/21/2023 | P. Jasper | Emails with G. Kopacz and K. McCliure to coordinate filings (1.); | 0.10 |
| 09/22/2023 | P. Jasper | Discussion with K. McClure re coordinating filings (.2); Emails to and from R. Walter and G. Kopacz re same (.1); | 0.30 |
| 09/25/2023 | K. McClure | Finalize and administer filing and service of fifth monthly fee statement of Perkins Coie and supporting documents; | 1.10 |
| 09/25/2023 | K. McClure | Finalize and administer filing and service of fifth monthly fee statement of Sills Cummis and supporting documents; | 1.10 |

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0005

**Re: Case Administration**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 09/25/2023 | K. McClure | Finalize and administer filing and service of fourth monthly fee statements of FTI Consulting and supporting documents; | 1.10 |
| 09/26/2023 | K. McClure | Finalize and administer filing and service of first interim fee application of Perkins Coie and supporting documents; | 1.80 |
| 09/26/2023 | K. McClure | Finalize and administer filing and service of first interim fee application of Sills Cummis and supporting documents; | 1.00 |
| 09/26/2023 | K. McClure | Finalize and administer filing and service of first interim fee application of FTI Consulting and supporting documents; | 1.00 |
| 09/26/2023 | P. Jasper | Review local rules re 28 day hearing and fee applications (.2); Discussion with K. McClure re same (.1); Review and comment on filings to comply with local rules (.8); Emails to C. Zucker and A. Sherman to collect signatures for declarations (.1); | 1.20 |
| **Total** | | | **17.60** |

**Services**
$9,052.50

**Less Adjustment**
($1,161.00)

**Total Services**
$7,891.50

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 4.30 | 995.00 | 4,278.50 |
| K. McClure | Paralegal | 10.50 | 340.00 | 3,570.00 |
| N. Bagatti | Paralegal | 2.80 | 430.00 | 1,204.00 |
| **Total Services** | | **17.60** | | **$9,052.50** |

**Total This Matter**
$7,891.50

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0011



**Re: Executory Contracts & Unexpired Leases**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 09/26/2023 | P. Jasper | Review predispositions re motions to reject executory contracts and to assume, cash collateral, AAM 2004 examination motion and fee applications (.2); | 0.20 |
| 09/27/2023 | P. Jasper | Discussion with R. Walter, E. Green and Sills re hearing on executory contracts and cash collateral motion (.4); | 0.40 |
| **Total** | | | **0.60** |

**Services**
$597.00

**Less Adjustment**
($162.00)

**Total Services**
$435.00

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.60 | 995.00 | 597.00 |
| **Total Services** | | **0.60** | | **$597.00** |

**Total This Matter**
$435.00

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0012



**Re: Fee Applications**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 09/06/2023 | P. Jasper | Draft Perkins Coie first interim fee application (2.8); | 2.80 |
| 09/07/2023 | P. Jasper | Continue to draft fee application (3.8); Discussion with J. Sanchez re collecting data for fee application (.3); | 4.10 |
| 09/08/2023 | P. Jasper | Discussion with J. Sanchez re collecting and summarizing data for fee application (.3); Continue drafting of Perkins Coie fee application (3.3); | 3.60 |
| 09/11/2023 | P. Jasper | Further revise fee application (.5); Emails to and from N. Ganti and G. Kopacz re templates for FTI and Sills Cummis fee applications (.1); | 0.60 |
| 09/12/2023 | P. Jasper | Revise fee application to incorporate comments from J. Park | 0.20 |
| 09/13/2023 | P. Jasper | Revise Jasper declaration in support of Perkins Coie fee application (.5); | 0.50 |
| 09/14/2023 | K. McClure | Prepare exhibits to first interim fee application; | 0.80 |
| 09/15/2023 | K. McClure | Continue preparation of exhibits to first interim fee application (..9); pull attorney biographies (.6); request biography of former attorney Z. Khambatta from marketing (.2); | 1.70 |
| 09/19/2023 | P. Jasper | Review and revise fee application, exhibits and supporting declaration (1.0); | 1.00 |
| 09/21/2023 | K. McClure | Review and revise Perkins Coie first interim fee application, declaration, and exhibits (.2); finalize Perkins Coie first interim fee application, declaration and exhibits to distribute to the committee for review (.6); finalize Sills Cummis first interim fee application, declaration and exhibits to distribute to the committee for review (.6); finalize FTI Consulting first interim fee application, declaration and exhibits to distribute to the committee for review (.6); | 2.00 |
| 09/26/2023 | P. Jasper | Revise and finalize Perkins fee application (.3); | 0.30 |
| **Total** | | | **17.60** |

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0012



**Re: Fee Applications**

|  |  |
|---|---|
| **Services** | $14,564.50 |
| **Less Adjustment** | ($3,537.00) |
| **Total Services** | $11,027.50 |

### Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 13.10 | 995.00 | 13,034.50 |
| K. McClure | Paralegal | 4.50 | 340.00 | 1,530.00 |
| **Total Services** | | **17.60** | | **$14,564.50** |

**Total This Matter**
$11,027.50

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0013



**Re: Financing**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|------:|
| 09/11/2023 | P. Jasper | Review emails from R. Walter re DHLP and County funding of burn costs (.1); | 0.10 |
| 09/12/2023 | P. Jasper | Review emails from R. Walter and B. Mankovetskiy re DHCP loan terms and recoupment (.1); | 0.10 |
| **Total** | | | **0.20** |

Services
$199.00

Less Adjustment
($54.00)

Total Services
$145.00

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------:|------------:|--------------:|
| P. Jasper | Sr Counsel | 0.20 | 995.00 | 199.00 |
| **Total Services** | | **0.20** | | **$199.00** |

Total This Matter
$145.00

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0014

**PERKINSCOie**

**Re: Interim Compensation**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 08/02/2023 | K. McClure | Prepare monthly fee statement; | 1.30 |
| 08/09/2023 | K. McClure | Prepare form for monthly fee statement for April (.5) review invoices and prepare exhibits (.7); emails with P. Jasper regarding monthly fee statements (.2); | 1.40 |
| 08/10/2023 | K. McClure | Prepare monthly fee statements for May (.7); review invoices and prepare exhibits (.8); | 1.50 |
| 08/10/2023 | P. Jasper | Revise monthly fee statement template to conform to order (1.0); Review and revise April monthly statement (.2); | 1.20 |
| 08/11/2023 | K. McClure | Review and revise monthly fee statement for April based on email from P. Jasper (1.3); revise monthly fee statements for May and June (1.1); continue review of invoices and prepare exhibits for April, May and June (1.1); | 3.50 |
| 08/14/2023 | K. McClure | Continue to work on preparation of monthly fee statements for Perkins Coie; | 1.30 |
| 08/16/2023 | P. Jasper | Review and comment on Perkins monthly fee statements (1.0); Review and comment on Sills monthly fee statements (.4); | 1.40 |
| 08/17/2023 | K. McClure | Revise and finalize Sills Cummis monthly fee statements for April through July (.8); separate exhibits into their own document and create coversheet for each monthly fee statement (.8); prepare certificates of service for each monthly fee statement for Sills Cummis (.6); review and ensure DC Nos are correct for each set of documents in preparation of filing (.3); administer filing of Sills Cummis monthly fee statements for April through July and their respective exhibits and certificates of service (.6); administer service of Sills Cummis monthly fee statements for April through July and their respective exhibits and certificates of service (.4); | 3.50 |
| 08/17/2023 | P. Jasper | Review Perkins monthly fee statements for privilege redactions and for filing (.6); Review and comment on Sills Cummis monthly fee statements (.2); Discussions with K. McClure re same (.1); Review and comment on A. Sherman declaration re Beverly disclosures (.1); Emails to and from K. McClure and A. Sherman re same (.1); | 1.10 |
| 08/21/2023 | K. McClure | Emails to and from P. Jasper regarding FTI Consulting monthly fee statements (.2); provide Word versions of Perkins Coie and Sills Cummis monthly fee statements to P. Jasper (.3); | 0.50 |
| 08/22/2023 | K. McClure | Revise FTI Consulting drafts of the monthly fee statements from April - July; | 0.70 |
| 08/23/2023 | K. McClure | Review and revise FTI Consulting's monthly fee statements in preparation of filing (.5); prepare certificate of service for each monthly statement (.4); administer filing and service of FTI Consulting's monthly fee statements for April - July (.4); | 1.30 |

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0014

**PERKINSCOIE**

**Re: Interim Compensation**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 09/05/2023 | K. McClure | Emails with P. Jasper regarding preparation of certificates of no objection regarding Perkins Coie, Sills Cummis and FTI Consulting's filed monthly fee statements (.4); emails with N. Bagatti regarding filing of certificates of no objection regarding Perkins Coie, Sills Cummis and FTI Consulting's filed monthly fee statements (.3); prepare certificates of no objection related to Perkins Coie's first through fourth monthly fee statements (1.9); review and revise certificates of no objection related to Perkins Coie's first through fourth monthly fee statements (.3); prepare certificates of no objection related to Sills Cummis' first through fourth monthly fee statements (1.7); prepare certificates of no objection related to FTI Consulting's first through third monthly fee statements (1.2); | 5.80 |
| 09/05/2023 | P. Jasper | Review and revise Perkins Coie and Sills Cummis certificates of no objection (.9); Review of docket and monthly statements re same (.2); Emails to and from K. McClure and G. Kopacz re same (.2); | 1.30 |
| 09/06/2023 | P. Jasper | Review and revise CNOs re FTI (.2); Emails to and from N. Ganti re same (.1); | 0.30 |
| 09/07/2023 | N. Bagatti | Prepare final Certificates of No Objection to monthly fee statements one through three of FTI Consulting for processing with the court (.1); administer Certificates and Certificates of Service with the court (.2); download and transmit confirmations of submission (.2); prepare and send email service of CNO's (.2); update mailing service list to include debtor's second counsel (.2); coordinate service by mail (.2); | 1.10 |
| 09/20/2023 | P. Jasper | Review and comment on FTI monthly fee statements (.2); Emails to and from J. Park and K. McLure re same (.1); | 0.30 |
| 09/22/2023 | K. McClure | Prepare fifth monthly fee statement on behalf of Perkins Coie for August (1.2); prepare exhibits to fifth monthly fee statement on behalf of Perkins Coie for August (2.7); finalize FTI Consulting's fourth monthly fee statement and exhibits in preparation of filing (.6); prepare certificate of service regarding the first monthly fee statement of Perkins Coie (.3); prepare certificate of service regarding the fourth monthly fee statement of FTI Consulting (.3); | 5.10 |
| 09/22/2023 | P. Jasper | Review and revise FTI and Perkins Coie monthly fee statements (.2); | 0.20 |
| 09/25/2023 | P. Jasper | Review filings and related emails (.2); | 0.20 |
| **Total** | | | **33.00** |

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0014



**Re: Interim Compensation**

**Services**
$15,249.00

**Less Adjustment**
($1,620.00)

**Total Services**
$13,629.00

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---:|---:|---:|
| P. Jasper | Sr Counsel | 6.00 | 995.00 | 5,970.00 |
| K. McClure | Paralegal | 25.90 | 340.00 | 8,806.00 |
| N. Bagatti | Paralegal | 1.10 | 430.00 | 473.00 |
| **Total Services** | | **33.00** | | **$15,249.00** |

**Total This Matter**
$13,629.00

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0016



**Re: Meetings of Creditors**

## Professional Services through 09/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 09/11/2023 | P. Jasper | Review status update from A. Sherman to Committee and A. Rashidian responses (.2); Call from A. Rashidian with questions re status report and committee meeting(.8); | 1.00 |
| 09/14/2023 | P. Jasper | Attend creditors' committee meeting (.8); Review materials and prepare for same (.5); | 1.30 |
| **Total** | | | **2.30** |

**Services**
$2,288.50

**Less Adjustment**
($621.00)

**Total Services**
$1,667.50

## Summary of Services through 09/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.30 | 995.00 | 2,288.50 |
| **Total Services** | | **2.30** | | **$2,288.50** |

**Total This Matter**
$1,667.50

**Services**
$52,000.00

**Less Discount**
($9,882.00)

**Total Services**
$42,118.00

**Total Disbursements and Other Services**
$394.14

**Total Due This Invoice**
**$42,512.14**

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Madera Community Hospital Official Committee | Invoice No. | 6923839 |
| Attn: Paul Jasper | Group No. | 151671 |
| 505 Howard Street | Bill Date | November 8, 2023 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

For Professional Services rendered through October 31, 2023

| | |
|---|---|
| Services | $46,222.50 |
| Less Discount | ($11,205.00) |
| Total Services | $35,017.50 |
| | |
| Disbursements and Other Services | $0.63 |
| Total Invoice Amount | $35,018.13 |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▇▇▇▇▇▇

**Please identify your payment with the following: Perkins Coie Account No. 151671 and Invoice 6923839**



| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | ▇▇▇▇▇▇ |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 10/31/2023

| Description | Amount |
|---|---:|
| Special postage | 0.63 |
| **Total** | **$0.63** |

**Total Disbursements and Other Services**
$0.63

**Total This Matter**
$0.63

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0001



**Re: Asset Analysis & Recovery**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/20/2023 | P. Jasper | Review and analyze email from R. Walter re open items (.2); | 0.20 |
| 10/23/2023 | P. Jasper | Discussion with R. Walter, E. Green, A. Sherman and B. Mankovetskiy re sale, plan, and cash collateral issues (.9); Review email from R. Walter and consider questions posed in preparation for call (.2); Post-call analysis (.4); Discussion with A. Rashidian re notice of non-opposition, AAM proposal, and related strategic issues (.4); Discussion with B. Adams re same (.3); | 2.20 |
| **Total** | | | **2.40** |

**Services**
$2,388.00

**Less Adjustment**
($648.00)

**Total Services**
$1,740.00

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.40 | 995.00 | 2,388.00 |
| **Total Services** | | **2.40** | | **$2,388.00** |

**Total This Matter**
$1,740.00

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0002



**Re: Asset Disposition**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 10/03/2023 | P. Jasper | Call from H. Rafatjoo re AAM revised proposal (.2); | 0.20 |
| 10/04/2023 | P. Jasper | Review and analysis of AAM amended proposal (.2); Review email from B. Mankovetskiy to Committee re same (.1); Review and consider FTI comparison and summary of Adventist and AAM proposals (.2); | 0.50 |
| 10/05/2023 | P. Jasper | Call from A. Rashidian re AAM and Adventist proposals and related questions (.9); Discussion with B. Mankovetskiy re same (.2); Review email from A. Rashidian (.1); Analysis of proposed changes/clarifications to AAM proposal (.4); | 1.60 |
| 10/06/2023 | P. Jasper | Call with R. Walter, E. Jones and Sills to discuss Adventist and AAM proposals, DHLP loan program and related issues (1.0); Review emails and materials in preparation for same (.2); Analysis re same (.2); | 1.40 |
| 10/16/2023 | P. Jasper | Review email from H. Rafatjoo to R. Walter re AAM proposal, proof of ability to fund, 90-day operating plan and related information (.4); | 0.40 |
| 10/19/2023 | P. Jasper | Analysis of AAM term sheet and draft proposed revision to same (3.8); Discussion with H. Rafatjoo re AAM proposal (.3); | 4.10 |
| 10/20/2023 | P. Jasper | Further revise AAM term sheet (1.0); | 1.00 |
| 10/23/2023 | P. Jasper | Revise and finalize Committee comments on AAM 10/4 term sheet (.3); Draft email to H. Rafatjoo re same (.2); | 0.50 |
| 10/24/2023 | P. Jasper | Attend hearing on cash collateral, sale of farmland fee applications and executory contracts (1.2); Multiple discussions with H. Rafatjoo re AAM term sheet (1.9); Review and analysis re initial comments from H. Rafatjoo re term sheet (.6); Review and comment on further revisions from H. Rafatjoo (.5) | 4.20 |
| 10/25/2023 | P. Jasper | Review and analysis of revised AAM term sheet (.5); Discussion with B. Mankovetskiy re same (.2); Discussion with H. Raftajoo, A. Sherman and B. Mankovetskiy re AAM term sheet, reopening plan and financial capacity (.3); Call from H. Rafatjoo re same (.2); Review and analysis re emails from H. Rafatjoo and E. Green re AAM proposal (.2); | 1.40 |
| 10/26/2023 | P. Jasper | Multiple discussions with H. Rafatjoo re AAM term sheet and presentation to the MCH board (.5); Review order approving sale of farmland and related emails (.2); Review emails between H. Rafatjoo and E. Green re same (.1); Call and discussion with B. Mankovetskiy re same (.1); | 0.90 |
| 10/30/2023 | P. Jasper | Review and respond to email from Y. Kim re AAM term sheet (.2); Draft email to Committee re same (.1); Call with E. Green, R. Walter and Sills re competing proposals and next steps (.5); Analysis re same (.2); Multiple calls from H. Rafatjoo re AAM proposal and questions from MCH board (.7); Review and analysis re questions from MCH (.4); Email to A. Sherman and B. Mankovetskiy re same (.1); | 2.20 |

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0002



**Re: Asset Disposition**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 10/31/2023 | P. Jasper | Review order re sale of farmland and related emails (.1); Review AAM responses to questions from MCH about AAM proposal and MSA (.2); | 0.30 |
| **Total** | | | **18.70** |

**Services**
$18,606.50

**Less Adjustment**
($5,049.00)

**Total Services**
$13,557.50

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 18.70 | 995.00 | 18,606.50 |
| **Total Services** | | **18.70** | | **$18,606.50** |

**Total This Matter**
$13,557.50

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0005

**PERKINSCOIE**

**Re: Case Administration**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/03/2023 | K. McClure | Multiple telephone conferences with P. Jasper regarding contacting judge's paralegal regarding FTI's /s/ signature on the declaration in support of the interim fee application and if there is a need to refile with a wet signature (.3); conference with judge's paralegal regarding FTI's /s/ signature on the declaration in support of the interim fee application and if there is a need to refile with a wet signature (.2); follow up email to P. Jasper regarding outcome of conference with judge's paralegal (.1); | 0.60 |
| 10/03/2023 | P. Jasper | Review of filings (.1); Emails to and from K. McClure re resubmission of Zucker declaration (.1); | 0.20 |
| 10/16/2023 | P. Jasper | Review status report (.1); | 0.10 |
| 10/23/2023 | P. Jasper | Review predispositions in advance of October 23 hearing (.2); Draft statement of non-opposition in response to Court request (.7); | 0.90 |
| 10/25/2023 | P. Jasper | Review filings and docket (.1); Final review of monthly fee statements and order for filing (.1); Email to R. Walter re entry of orders (.1); | 0.30 |
| **Total** | | | **2.10** |

**Services**
$1,696.50

**Less Adjustment**
($405.00)

**Total Services**
$1,291.50

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.50 | 995.00 | 1,492.50 |
| K. McClure | Paralegal | 0.60 | 340.00 | 204.00 |
| **Total Services** | | **2.10** | | **$1,696.50** |

**Total This Matter**
$1,291.50

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0012



**Re: Fee Applications**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/24/2023 | P. Jasper | Draft fee application order and template (.8); | 0.80 |
| 10/25/2023 | P. Jasper | Draft Order Approving FTI Fee Application (.3); | 0.30 |
| **Total** | | | **1.10** |

**Services**
$1,094.50

**Less Adjustment**
($297.00)

**Total Services**
$797.50

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.10 | 995.00 | 1,094.50 |
| **Total Services** | | **1.10** | | **$1,094.50** |

**Total This Matter**
$797.50

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0013



**Re: Financing**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/23/2023 | P. Jasper | Review budget in preparation for call with R. Walter and E. Green re cash collateral hearing (.2); Review and analysis of revised cash collateral order (.2); Draft revisions to same (.3); Emails to and from R. Walter, E. Green and Sills re same (.2); | 0.90 |
| 10/26/2023 | P. Jasper | Discussion with E. Green, B. Mankovetskiy and A. Sherman re cash collateral adequate protection payment, AAM term sheet and potential rival bidder (.8); | 0.80 |
| 10/29/2023 | P. Jasper | Review and respond to emails from R. Walter and E. Green re cash collateral order and adequate protection and update re proposals (.1); | 0.10 |
| 10/31/2023 | P. Jasper | Review and respond to emails re cash collateral order and continuance (1); | 0.10 |
| **Total** | | | **1.90** |

**Services**
$1,890.50

**Less Adjustment**
($513.00)

**Total Services**
$1,377.50

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.90 | 995.00 | 1,890.50 |
| **Total Services** | | **1.90** | | **$1,890.50** |

**Total This Matter**
$1,377.50

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0014



**Re: Interim Compensation**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/10/2023 | K. McClure | Prepare certification of no objection related to Perkins Coie's fifth monthly fee statement (.4); prepare certification of no objection related to FTI Consulting's fourth monthly fee statement (.4); prepare certification of no objection related to Sills Cummis' fifth monthly fee statement (.4); | 1.20 |
| 10/10/2023 | P. Jasper | Review certificates of no objection re monthly fee statements and emails with K. McClure re same (.1); | 0.10 |
| 10/11/2023 | K. McClure | Prepare certificate of service regarding certificate of no objection to Perkins Coie fifth monthly fee statement (.3); prepare certificate of service regarding certificate of no objection to FTI Consulting fourth monthly fee statement (.3); prepare certificate of service regarding certificate of no objection to Sills Cummis fifth monthly fee statement (3); finalize and administer filing of certificate of no objection to Perkins Coie fifth monthly fee statement and certificate of service (.4); finalize and administer filing of certificate of no objection to FTI Consulting's fourth monthly fee statement and certificate of service (.4); finalize and administer filing of certificate of no objection to Sills Cummis fifth monthly fee statement and certificate of service (.4); administer service of certificate of no objection to Perkins Coie fifth monthly fee statement and certificate of service (.2); administer service of certificate of no objection to FTI Consulting fourth monthly fee statement and certificate of service (.2); administer service of certificate of no objection to Sills Cummis fifth monthly fee statement and certificate of service (.2); | 2.70 |
| 10/23/2023 | K. McClure | Prepare sixth monthly fee statement on behalf of Perkins Coie for September (.9); prepare exhibits to sixth monthly fee statement on behalf of Perkins Coie for September (1.2); | 2.10 |
| 10/23/2023 | K. McClure | Finalize statement of nonopposition to first interim fee applications of the committee (.2); prepare certificate of service regarding nonopposition to first interim fee applications of the committee (.3); administer filing of nonopposition to first interim fee applications of committee(.2); | 0.70 |
| 10/23/2023 | P. Jasper | Review and revise Perkins Coie monthly fee statement (.2); Review and comment on Sills monthly fee statement (.1); Emails to and from G. Kopacz and FTI re same (.1); | 0.40 |
| 10/24/2023 | K. McClure | Finalize sixth monthly fee statement and exhibits on behalf of Perkins Coie for September (.8); finalize the fifth monthly fee statement and exhibits on behalf of FTI (.8); finalize sixth monthly fee statement and exhibits on behalf of Sills for September (.8); | 2.40 |
| 10/24/2023 | P. Jasper | Review and comment on Sills and FTI monthly fee statements (.2); Review and finalize Perkins Coie, Sills and FTI statements (.1); | 0.30 |
| 10/25/2023 | K. McClure | Prepare certificates of service regarding the sixth monthly fee statement and exhibits on behalf of Perkins Coie (.2); administer filing and service of the sixth monthly fee statement and exhibits on behalf of Perkins Coie (.6); prepare certificates of service regarding the fifth monthly fee statement and exhibits on behalf of FTI (.2); administer filing and service of the fifth | 2.40 |

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0014

**PERKINS**COIE

**Re: Interim Compensation**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| | | monthly fee statement and exhibits on behalf of FTI (.6); prepare certificates of service regarding the sixth monthly fee statement and exhibits on behalf of Sills Cummis (.2); administer filing and service of the sixth monthly fee statement and exhibits on behalf of Sills Cummis (.6); | |
| **Total** | | | **12.30** |

**Services**
$4,706.00

**Less Adjustment**
($216.00)

**Total Services**
$4,490.00

### Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.80 | 995.00 | 796.00 |
| K. McClure | Paralegal | 11.50 | 340.00 | 3,910.00 |
| **Total Services** | | **12.30** | | **$4,706.00** |

**Total This Matter**
$4,490.00

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0016



**Re: Meetings of Creditors**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/09/2023 | P. Jasper | Call with A. Rashidian, B. Mankovetskiy and A. Sherman in response to A. Rashidian inquiries (.5); Review emails in preparation for same (.1); Analysis re AAM offer and interaction with liquidation plan (.4); | 1.00 |
| 10/16/2023 | P. Jasper | Emails with D. Rashidian and B. Mankovetskiy re Committee meeting (.1); | 0.10 |
| 10/17/2023 | K. McClure | Review and prepare minutes from previous committee meetings; | 1.20 |
| 10/19/2023 | K. McClure | Attend committee meeting and take notes for minutes; | 1.20 |
| 10/19/2023 | P. Jasper | Attend Committee meeting (1.1), Review emails, AAM proposal and FTI analysis in preparation for same (.4); Post-meeting discussion with A. Sherman and B. Mankovetskiy about Committee proposal for vote (.3) Draft email summarizing Committee proposal (1.0); Discussion with K. McClure re preparing minutes (.1); | 2.90 |
| 10/27/2023 | P. Jasper | Draft update to Committee and recommended next steps and related analysis (1.6); Multiple discussions with H. Rafatjoo re same (.5); Review emails between H. Rafatjoo and E. Green re same (.1); Review AAM presentation (.2); Emails to and from A. Sherman re update to Committee (.2); | 2.60 |
| **Total** | | | **9.00** |

**Services**
$7,383.00

**Less Adjustment**
($1,782.00)

**Total Services**
$5,601.00

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 6.60 | 995.00 | 6,567.00 |
| K. McClure | Paralegal | 2.40 | 340.00 | 816.00 |
| **Total Services** | | **9.00** | | **$7,383.00** |

**Total This Matter**
$5,601.00

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0017



**Re: Plan & Disclosure Statement**

## Professional Services through 10/31/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/16/2023 | P. Jasper | Preliminary review of draft plan of liquidation (.3); | 0.30 |
| 10/16/2023 | P. Jasper | Review, analyze and comment on draft plan of liquidation (4.8); | 4.80 |
| 10/17/2023 | P. Jasper | Review and draft proposed revisions to plan (2.5): | 2.50 |
| 10/18/2023 | P. Jasper | Emails to and from B. Mankovetskiy re plan and related strategic issues (.3); | 0.30 |
| 10/19/2023 | P. Jasper | Review and comment on revised plan of liquidation (.3); | 0.30 |
| 10/20/2023 | P. Jasper | Review revised plan. | 0.10 |
| 10/24/2023 | P. Jasper | Review further revisions to plan of liquidation (.2) | 0.20 |
| **Total** | | | **8.50** |

**Services**
$8,457.50

**Less Adjustment**
($2,295.00)

**Total Services**
$6,162.50

## Summary of Services through 10/31/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 8.50 | 995.00 | 8,457.50 |
| **Total Services** | | **8.50** | | **$8,457.50** |

**Total This Matter**
$6,162.50

**Services**
$46,222.50

**Less Discount**
($11,205.00)

**Total Services**
$35,017.50

**Total Disbursements and Other Services**
$0.63

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0017

**Re: Plan & Disclosure Statement**

PERKINSCOIe

**Total Due This Invoice**
**$35,018.13**

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

Madera Community Hospital Official Committee
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6941401 |
| Group No. | 151671 |
| Bill Date | December 11, 2023 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

For Professional Services rendered through November 30, 2023

| | |
|---|---|
| Services | $67,616.00 |
| Less Discount | ($14,823.00) |
| Total Services | $52,793.00 |
| | |
| Disbursements and Other Services | $88.29 |
| Total Invoice Amount | $52,881.29 |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: █████

**Please identify your payment with the following: Perkins Coie Account No. 151671 and Invoice 6941401**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 11/30/2023

| Description | Amount |
|---|---:|
| Photocopies and printing | 64.80 |
| Special postage | 23.49 |
| **Total** | **$88.29** |

**Total Disbursements and Other Services**
$88.29

**Total This Matter**
$88.29

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0001



**Re: Asset Analysis & Recovery**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/05/2023 | P. Jasper | Review inquiry from A. Rashidian re RHC certification and correspondence from B. Mankovetskiy re same (.2); Review and analysis of reports from R. Walter re RHC certifications and MCH Board consideration of competing proposals (.4); Draft update to Committee re same (.7); | 1.30 |
| 11/06/2023 | P. Jasper | Review docket re status of adversary proceeding to reinstate Provider Agreement (.2); | 0.20 |
| 11/07/2023 | P. Jasper | Review and consider reports from R. Walter re AAM presentation and MCH RHC certifications (.2); | 0.20 |
| 11/14/2023 | P. Jasper | Review email from R. Walter and memo re FEMA payments (.1); | 0.10 |
| **Total** | | | **1.80** |

**Services**
$1,791.00

**Less Adjustment**
($486.00)

**Total Services**
$1,305.00

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.80 | 995.00 | 1,791.00 |
| **Total Services** | | **1.80** | | **$1,791.00** |

**Total This Matter**
$1,305.00

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0002



**Re: Asset Disposition**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 11/01/2023 | P. Jasper | Review and draft revisions to E. Green draft LOI for Praise (1.0); | 1.00 |
| 11/02/2023 | P. Jasper | Review and analysis of SAMC and Praise proposals (.5); Review and consider R. Walter report re MCH Board meeting with Praise (.2); Draft update to Committee re same (1.0); Discussion with H. Rafatjoo re AAM proposal and MSA (.2); | 1.90 |
| 11/05/2023 | P. Jasper | Review E. Green markup of AAM term sheet (.2); | 0.20 |
| 11/06/2023 | P. Jasper | Review and analyze Praise proposal (.4); Discussion with R. Walter re same and re maximizing competitive bidding (.3); Emails to and from R. Walter re competing LOIs and review prior AAM drafts re same (.3); Review and analysis re SAMC comments on AAM proposal and treatment of SAMC debt (.3); Discussions with B. Mankovetskiy re same (.3); Call to H. Rafatajoo re AAM proposal, MSA and financial capability (.1); Review emails from E. Green, R. Walter and B. Mankovetskiy re MCH Board meeting and related issues (.2); Call from H. Rafatjoo re AAM proposal and related issues (.5); | 2.40 |
| 11/07/2023 | P. Jasper | Call from A. Rashidian re competing proposals, plan, MSA , RHC certifications and related issues (1.0); | 1.00 |
| 11/09/2023 | P. Jasper | Discussions with H. Rafatjoo re AAM proposal (.4); Review emails from R. Walter and E. Green re competing proposals from AAM and Praise (.2); | 0.60 |
| 11/10/2023 | P. Jasper | Review and analysis of Praise and AAM MSAs (1.6); Draft proposed revisions to AAM MSA (1.0); | 2.60 |
| 11/13/2023 | P. Jasper | Continue to analyze and draft proposed revisions/comments to AAM MSA (4.3); | 4.30 |
| 11/14/2023 | P. Jasper | Emails and discussion with B. Mankovetskiy re AAM MSA and related issues (.2); Multiple discussions with H. Raftajoo re AAM proposal (.5); Draft email to H. Rafatjoo with comments on need to reconfigure and resubmit proposed transaction documents and related comments (.4); Review email from M. Beehler and attachments re proof of AAM financial capacity (.1); | 1.20 |
| 11/15/2023 | P. Jasper | Email and call to H. Rafatjoo re AAM financial capacity issues (.1); | 0.10 |
| 11/16/2023 | P. Jasper | Discussion with H. Rafatjoo re AAM MSA, consent for contacting banks re AAM holdings, and AAM proof of financial capability (.3); | 0.30 |
| 11/20/2023 | P. Jasper | Discussion with B. Mankovetskiy re plan and sale process (.5); Call to R. Wiley re Hospital board meeting re AAM and Praise proposals (.1); Discussion with H. Rafatjoo re revised MSA and AAM proposal status (.3); | 0.90 |
| 11/21/2023 | P. Jasper | Discussion with R. Walter re Hospital board meeting re competing proposals (.3); Initial review of AAM MSA and Master Transition Agreement (1.8); Discussions with H. Rafatjoo re same (.3); | 2.40 |

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0002

**PERKINSCOIE**

**Re: Asset Disposition**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/22/2023 | P. Jasper | Draft revisions and commnets on AAM MTA and MSA (.2.9); Discussion with H. Rafatjoo re AAM propsoal (.3); | 3.20 |
| 11/23/2023 | P. Jasper | Finalize and circulate initial comments on AAM MTA and MSA to H. Rafatjoo (.6); Emails to and from B. Mankovetskiy re same (.1); | 0.70 |
| 11/24/2023 | P. Jasper | Emails to and from R. Walter re Praise offer (.1); | 0.10 |
| 11/27/2023 | P. Jasper | Call from A. Rashidian re AAM and Praise proposals and next steps (.2); Review email and attachments from R. Walter re Praise proposal and financial capability (.2); | 0.40 |
| 11/28/2023 | P. Jasper | Call with R. Walter, E. Green and B. Mankovetskiy re AAM and Praise proposals and related issues (.5); Review emails from R. Walter re same (.1); | 0.60 |
| 11/29/2023 | P. Jasper | Discussions with H. Rafatjoo and M. Melickian re AAM transaction documents and related issues (.4); | 0.40 |
| **Total** | | | **24.30** |

**Services**
$24,178.50

**Less Adjustment**
($6,561.00)

**Total Services**
$17,617.50

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 24.30 | 995.00 | 24,178.50 |
| **Total Services** | | **24.30** | | **$24,178.50** |

**Total This Matter**
$17,617.50

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0005

**PERKINS**COIE

**Re: Case Administration**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 11/06/2023 | P. Jasper | Review docket and served filings (.1); | 0.10 |
| **Total** | | | **0.10** |

**Services**
$99.50

**Less Adjustment**
($27.00)

**Total Services**
$72.50

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.10 | 995.00 | 99.50 |
| **Total Services** | | **0.10** | | **$99.50** |

**Total This Matter**
$72.50

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0006



**Re: Claims Administration & Objections**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 11/06/2023 | P. Jasper | Review docket and complaint re WARN class action (.2); | 0.20 |
| 11/08/2023 | P. Jasper | Review and analysis re Rubio/WARN Act claims (.3); | 0.30 |
| 11/14/2023 | M. Goldberg | Teleconference with P. Jasper regarding WARN issues (.5); Draft attorney work product e-mail to P. Jasper regarding additional documents to collect to complete WARN liability analysis, as well as research questions to answer (1.3); | 1.80 |
| 11/14/2023 | P. Jasper | Review Rubio WARN adversary proceeding and class proofs of claim and related factual information from first day declaration (.7); Review relevant statutes and initial analysis (.5); Draft initial questions re same (.3); Emails to and from M. Goldberg and H. Sager re same (.2); Discussion with M. Goldberg re potential WARN claims defenses and exposure (.5); Drafting email to R. Walter with request for documents re same (.3); | 2.50 |
| 11/15/2023 | J. Halabrin | Researched defenses related to the WARN Act and their applicability to the hospital; Researched settlements for WARN claims (4.2); | 4.20 |
| 11/15/2023 | P. Jasper | Review and analysis of research finding re potential defenses to WARN claims. (.3); Emails to and from J. Halabrin and M. Goldberg re same (.2); | 0.50 |
| 11/17/2023 | J. Halabrin | Pulled documents relating to settlement of other WARN claims (.3); | 0.30 |
| 11/17/2023 | P. Jasper | Review and consider analysis re WARN claims (.2); Discussion with B. Mankovetskiy re same (.2); | 0.40 |
| 11/20/2023 | K. Anderson | Search for publicly disclosed WARN settlements (J. Halabrin) (1.0); | 1.00 |
| 11/20/2023 | J. Halabrin | Research re analysis re WARN claim exposure (.2); | 0.20 |
| 11/20/2023 | P. Jasper | Review emails from R. Walter and attachments responding to document requests re WARN claims (.2); Emails to M. Goldberg re same (.1); | 0.30 |
| 11/21/2023 | K. Anderson | Retrieve documents from two WARN Act cases (J. Halabrin) (.5); | 0.50 |
| 11/21/2023 | P. Jasper | Discussion with R. Walter re WARN claims (.1); Review cure cost analysis provided by R. Walter (.1); | 0.20 |
| 11/22/2023 | M. Goldberg | Review and evaluate 26 pages of A. Rubio wage statements from 2020 through 2023 (.5); | 0.50 |
| 11/24/2023 | M. Goldberg | Review and evaluate PAGA letter and simultaneously prepare attorney work product notes regarding same (.2); Review and evaluate paid time off policy and simultaneously prepare attorney work product notes regarding same (.1); Review and evaluate EDD WARN Notice and simultaneously prepare attorney work product notes regarding same (.1); Review and evaluate PTO accruals spreadsheet and simultaneously prepare attorney work product notes regarding same (.1); Draft attorney work product e-mail to P. Jasper (1.3); | 1.80 |

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0006

**PERKINS**COIE

**Re: Claims Administration & Objections**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|----------------------|-------|
| 11/26/2023 | M. Goldberg | Draft attorney work product e-mail to P. Jasper (.1); | 0.10 |
| 11/26/2023 | P. Jasper | Review and analysis re WARN and PTO claims and email from M. Goldberg re same (.4); | 0.40 |
| 11/27/2023 | J. Walker | Locate bankruptcy adversary case filings for M. Goldberg (.2); | 0.20 |
| 11/27/2023 | M. Goldberg | Teleconference with P. Jasper (.6); | 0.60 |
| 11/27/2023 | P. Jasper | Discussion with M. Goldberg re initial analysis of WARN and unpaid PTO claims (.5); Email to N. Ganti re same (.1); Review preliminary claims pool analysis (.2); | 0.80 |
| **Total** | | | **16.80** |

**Services**
$11,830.50

**Less Adjustment**
($1,512.00)

**Total Services**
$10,318.50

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| P. Jasper | Sr Counsel | 5.60 | 995.00 | 5,572.00 |
| J. Halabrin | Associate | 4.70 | 485.00 | 2,279.50 |
| M. Goldberg | Associate | 4.80 | 695.00 | 3,336.00 |
| J. Walker | Indirect Staff | 0.20 | 440.00 | 88.00 |
| K. Anderson | Indirect Staff | 1.50 | 370.00 | 555.00 |
| **Total Services** | | **16.80** | | **$11,830.50** |

**Total This Matter**
$10,318.50

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0011



**Re: Executory Contracts & Unexpired Leases**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 10/11/2023 | P. Jasper | Review email from R. Walter re board response to AAM offer and County willingness to continue to fund burn (.1); | 0.10 |
| 11/20/2023 | P. Jasper | Discussion with J. Rios re County funding for burn rate of executory contracts, sale process and related issues (.5); | 0.50 |
| 11/28/2023 | P. Jasper | Review emails from R. Walter re executory contract burn rate and County willingness to fund (.1); | 0.10 |
| **Total** | | | **0.70** |

Services
$696.50

Less Adjustment
($189.00)

Total Services
$507.50

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.70 | 995.00 | 696.50 |
| **Total Services** | | **0.70** | | **$696.50** |

Total This Matter
$507.50

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0013



**Re: Financing**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/14/2023 | P. Jasper | Discussion with E. Green, R. Walter and B. Mankovetskiy re cash collateral motion and pending proposals from Praise and AAM (.5); | 0.50 |
| 11/15/2023 | P. Jasper | Review and consider emails from E. Green and B. Mankovetskiy re cash collateral and adequate protection negotiations (.1); | 0.10 |
| 11/16/2023 | P. Jasper | Review drafts of cash collateral order and emails re same (.2); Discussion with B. Mankovetskiy re same (.1); Attend hearing on cash collateral motion and executory contracts (.6); | 0.90 |
| **Total** | | | **1.50** |

**Services**
$1,492.50

**Less Adjustment**
($405.00)

**Total Services**
$1,087.50

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.50 | 995.00 | 1,492.50 |
| **Total Services** | | **1.50** | | **$1,492.50** |

**Total This Matter**
$1,087.50

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0014



**Re: Interim Compensation**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/08/2023 | K. McClure | Prepare certificate of no objection related to Perkins Coie's sixth monthly fee statement (.4); prepare certificate of no objection related to Sills Cummis' sixth monthly fee statement (.4); prepare certificate of no objection related to FTI Consulting's fifth monthly fee statement (.4); | 1.20 |
| 11/08/2023 | P. Jasper | Review and comment on certifications of no objection to monthly fee statements of Perkins, Sills Cummis and FTI (.2); | 0.20 |
| 11/09/2023 | K. McClure | Prepare certificate of service regarding certificate of no objection related to Perkins Coie's sixth monthly fee statement (.4); finalize and administer filing of certificate of no objection related to Perkins Coie's sixth monthly fee statement and its certificate of service (.3); administer service of certificate of no objection related to Perkins Coie's sixth monthly fee statement and its certificate of service via email and US Mail (.4); | 1.10 |
| 11/09/2023 | K. McClure | Prepare certificate of service regarding certificate of no objection related to Sills Cummis' sixth monthly fee statement (.4); finalize and administer filing of certificate of no objection related to Sills Cummis' sixth monthly fee statement and its certificate of service (.3); administer filing of certificate of no objection related to Sills Cummis' sixth monthly fee statement and its certificate of service via email and US Mail (.4); | 1.10 |
| 11/09/2023 | K. McClure | Prepare certificate of service regarding certificate of no objection related to FTI Consulting's fifth monthly fee statement (.4); finalize and administer filing of certificate of no objection related to FTI Consulting's fifth monthly fee statement and its certificate of service (.3); administer filing of certificate of no objection related to FTI Consulting's fifth monthly fee statement and its certificate of service via email and US Mail (.4); | 1.10 |
| 11/14/2023 | K. McClure | Prepare seventh monthly fee statement and exhibits on behalf of Perkins Coie; | 0.90 |
| 11/14/2023 | P. Jasper | Review and comment on Perkins Coie and FTI monthly fee statements (.2); | 0.20 |
| 11/21/2023 | K. McClure | Prepare certificate of service to seventh monthly fee statement of Perkins Coie and supporting documents (.4); finalize and administer filing and service of seventh monthly fee statement of Perkins Coie and supporting documents (.6); | 1.00 |
| 11/21/2023 | K. McClure | Prepare certificate of service to seventh monthly fee statement of Sills Cummis and supporting documents (.4); finalize and administer filing and service of seventh monthly fee statement of Sills Cummis and supporting documents (.6); | 1.00 |
| 11/21/2023 | K. McClure | Prepare certificate of service to sixth monthly fee statement of FTI and supporting documents (.4); finalize and administer filing and service of sixth monthly fee statement of FTI and supporting documents (.6); | 1.00 |
| 11/21/2023 | P. Jasper | Review and comment on Sills monthly fee statement (.1); Ffinal review of mothly fee statements of Perkins Coie, Sills Cummis and FTI before filing | 0.30 |

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0014

**PERKINSCOIe**

**Re: Interim Compensation**

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| | | (.2); | |
| **Total** | | | **9.10** |

**Services**
$3,552.50

**Less Adjustment**
($189.00)

**Total Services**
$3,363.50

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.70 | 995.00 | 696.50 |
| K. McClure | Paralegal | 8.40 | 340.00 | 2,856.00 |
| **Total Services** | | **9.10** | | **$3,552.50** |

**Total This Matter**
$3,363.50

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0016

**Re: Meetings of Creditors**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 11/01/2023 | K. McClure | Prepare minutes from several past meetings; | 2.30 |
| 11/03/2023 | P. Jasper | Revise update to Committee (.2); | 0.20 |
| 11/06/2023 | P. Jasper | Review and consider email from A. Rashidian (.1); | 0.10 |
| 11/09/2023 | P. Jasper | Review update to Committee (.1); Discussion with B. Mankovetskiy re same (.1); | 0.20 |
| 11/15/2023 | P. Jasper | Review B. Mankovestkiy update to Committee and email to B. Mankovetskiy re same (.1); | 0.10 |
| 11/20/2023 | P. Jasper | Multiple discussions with A. Rashidian re status of proposals, plan and related issues (1.0); Analysis re next steps to address questions (.3); | 1.30 |
| 11/23/2023 | P. Jasper | Draft update to Committee re developments (.6); | 0.60 |
| 11/24/2023 | P. Jasper | Finalize and circulate update to Committee (.3); | 0.30 |
| **Total** | | | **5.10** |

**Services**
$3,568.00

**Less Adjustment**
($756.00)

**Total Services**
$2,812.00

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.80 | 995.00 | 2,786.00 |
| K. McClure | Paralegal | 2.30 | 340.00 | 782.00 |
| **Total Services** | | **5.10** | | **$3,568.00** |

**Total This Matter**
$2,812.00

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0017



**Re: Plan & Disclosure Statement**

## Professional Services through 11/30/2023

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/07/2023 | P. Jasper | Begin review and analysis of disclosure statement (.1); | 0.10 |
| 11/08/2023 | P. Jasper | Review and comment on disclosure statement (1.6); | 1.60 |
| 11/09/2023 | P. Jasper | Discussions with B. Mankovetskiy re plan and disclosure statement issues and interaction with pending proposals and related issues (.3); Discussion with E. Green, R. Walter and B. Mankovetskiy re plan, competing proposals, cash collateral and related issues (.9); Follow up discussion with B. Mankovetskiy re disclosure statement and related issues (.2); Review and revise disclosure statement (.8); | 2.20 |
| 11/10/2023 | P. Jasper | Review and revise disclosure statement (4.5); | 4.50 |
| 11/12/2023 | P. Jasper | Finalize comments on disclosure statement (.7); | 0.70 |
| 11/13/2023 | P. Jasper | Discussion with B. Mankovetskiy re plan and Reopening Transaction issues (.2); | 0.20 |
| 11/14/2023 | P. Jasper | Discussion with B. Mankovetskiy re plan, disclosure statement and supporting motion (.1); Review and comment on revised plan of liquidaiton (1.0); Review and comment on revised disclosure statement (.8); Review motion to approve disclosure statement and related forms (.2); Review and comment on motion to approve disclosure statement and related exhibits (1.0); | 3.10 |
| 11/16/2023 | K. McClure | Emails with P. Jasper regarding filing of plan, disclosure statement, motion to approve, and exhibits (.3); review Watsonville case to use as an example of filing the plan documents in this case (.4); prepare draft notice of hearing (.4); review and revise plan documents in preparation of filing (1.5); | 2.60 |
| 11/16/2023 | P. Jasper | Multiple emails and discussions with B. Mankovetskiy re plan, disclosure statement, and solicitation procedures motion (.4); Review and revise approval motion re adequacy of disclosure statement (1.8); Review and revise notice of hearing re solicitation procedures motion (.4); Review and finalizing plan and disclosure statement (.4); Discussions with K. McClure re same (.2); Emails to and from N. Ganti and M. Beehler re same (.1); | 3.30 |
| 11/17/2023 | K. McClure | Multiple telephone calls with court staff regarding confirmation hearing, docket control numbers (.4); review, revise and finalize plan, disclosure statement, motion to approve, notice of hearing and certificate of service in preparation of filing (2.3); numerous emails with P. Jasper regarding strategy for filing plan documents and other matters related to plan documents (.6); review and revise exhibits to incorporate solicitation dates (1.1); prepare certificate of service (.4); additional revisions to the plan documents (.6); administer filing and service of plan documents via email and US mail (1.1); | 6.50 |
| 11/17/2023 | P. Jasper | Multiple rounds of revisions to disclosure statement and solicitation procedures motion (1.5); Discussion and emails with B. Mankovetskiy re same (.2); | 1.70 |

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001.0017

**PERKINSCOIe**

**Re: Plan & Disclosure Statement**

| | |
|---|---|
| **Total** | **26.50** |

**Services**
$20,407.00

**Less Adjustment**
($4,698.00)

**Total Services**
$15,709.00

## Summary of Services through 11/30/2023

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 17.40 | 995.00 | 17,313.00 |
| K. McClure | Paralegal | 9.10 | 340.00 | 3,094.00 |
| **Total Services** | | **26.50** | | **$20,407.00** |

**Total This Matter**
$15,709.00

**Services**
$67,616.00

**Less Discount**
($14,823.00)

**Total Services**
$52,793.00

**Total Disbursements and Other Services**
$88.29

**Total Due This Invoice**
**$52,881.29**

**EXHIBIT 8**

**(Detailed Expense Records)**

Invoice No. 6887456
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 08/31/2023

| Description | Amount |
|---|---:|
| Photocopies and printing | 40.00 |
| Special postage | 49.80 |
| UPS - Air express charge , 1300 I St, Sacramento | 13.45 |
| UPS - Air express charge Edward Green, 321 N Clark Street, Chicago | 13.73 |
| UPS - Air express charge Kenneth K Wang, 300 S Spring St, Los Angeles | 13.45 |
| UPS - Air express charge Bill Freemen, 515 South Flower Street, Los Angeles | 13.45 |
| UPS - Air express charge Michelle Padilla, CO, 117 S Broadway, Turlock | 17.50 |
| UPS - Air express charge Shipping Charges | 19.50 |
| UPS - Air express charge Paul R Gaus, 970 W Alluvial Ave, Fresno | 13.45 |
| UPS - Air express charge Grant Lien, 1300 I Street, Sacramento | 13.45 |
| UPS - Air express charge Office of the Attorn, 1300I St, Sacramento | 13.45 |
| UPS - Air express charge Richard T. Weldow, 300 South Spring Street, Los Angeles | 13.45 |
| UPS - Air express charge Hemar, Rousso & Heal, 15910 Ventura Blvd, Encino | 13.45 |
| UPS - Air express charge Steven Altman, PC, 201 Needham St, Modesto | 13.45 |
| UPS - Air express charge Don J Pool, 8080 N Palm Avenue, Fresno | 13.45 |
| UPS - Air express charge Patience Milrod, 985 N Van Ness Avenue, Fresno | 13.45 |
| UPS - Air express charge Don J Pool, 8080 N Palm Avenue, Fresno | 13.45 |
| UPS - Air express charge Tabi Kalami, 1415 L St, Sacramento | 13.45 |
| UPS - Air express charge , 1300 I Street, Sacramento | 13.45 |
| UPS - Air express charge Gabriel P Herrera, 1331 Garden Hwy, Sacramento | 13.45 |
| UPS - Air express charge Tracy Davis, 501 I St, Sacramento | 13.45 |
| UPS - Air express charge Kenneth K Wang, 300 South Spring St, Los Angeles | 13.45 |
| UPS - Air express charge , 1250 E Almond Ave, Madera | 17.50 |
| First Legal Network LLC (ACH) - Filing fees | 855.25 |
| **Total** | **$1,241.93** |

Total Disbursements and Other Services
$1,241.93

Total This Matter
$1,241.93

Invoice No. 6908503
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 09/30/2023

| Description | Amount |
|---|---:|
| Photocopies and printing | 345.80 |
| UPS - Air express charge Richard Waldow, 300 S Spring St, Los Angeles | 13.45 |
| UPS - Air express charge Jorge A Gaitan, 501 I St #7-500, Sacramento | 13.45 |
| UPS - Air express charge Snell & Wilmer L.L.P, 600 Anton Blvd, Costa Mesa | 10.84 |
| UPS - Air express charge Shipping Charges | 10.60 |
| **Total** | **$394.14** |

**Total Disbursements and Other Services**
$394.14

**Total This Matter**
$394.14

Invoice No. 6923839
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 10/31/2023

| Description | Amount |
|---|---|
| Special postage | 0.63 |
| **Total** | **$0.63** |

**Total Disbursements and Other Services**
$0.63

**Total This Matter**
$0.63

Invoice No. 6941401
Madera Community Hospital Official Commi
Matter No.: 151671.0001



**Re: Committee Representation Chapter 11**

## Disbursements and Other Detailed Services through 11/30/2023

| Description | Amount |
|---|---|
| Photocopies and printing | 64.80 |
| Special postage | 23.49 |
| **Total** | **$88.29** |

**Total Disbursements and Other Services**
$88.29

**Total This Matter**
$88.29

**EXHIBIT 9**

**(Biographical Statements of Professionals)**





# PAUL JASPER  SENIOR COUNSEL

SAN FRANCISCO

D +1.415.344.7155
F +1.415.344.7050

For more than 20 years, Paul Jasper has represented clients in transactional, bankruptcy, corporate restructuring, and complex litigation matters. He draws on his experience with defaulted corporate trust transactions to advise corporate trustees and other deal parties such as monoline insurers, portfolio managers, and bondholders, on defaulted corporate bonds, structured finance, asset-backed, and other complex financings. These include post-default servicing, enforcement of remedies, and out-of-court restructurings, as well as related risk mitigation and litigation strategies.

Paul advises major financial institutions in their capacity as indenture trustee or agent in connection with bond and loan facility defaults. He has counseled financial institutions acting as indenture trustees or agents in complex restructuring and liquidation scenarios with respect to:

- Exercising their post-default rights and obligations under debt indentures and loan agreements and under governing federal or state law, and in cross-border insolvency proceedings
- Assessing, negotiating, and protecting noteholder interests in connection with issuer reorganizations, restructurings, debtor-in-possession (DIP) financings, and asset sales

Paul has advised clients on all aspects of collateralized debt obligation (CDO), collateralized loan obligation (CLO), collateralized bond obligation (CBO), and other structured finance-related workouts. His experience includes issues related to termination of synthetic securities and swap agreements, amendments, liquidation of collateral, direct and synthetic commutations, control rights, distribution waterfalls, and related disputes.

In addition, Paul represents debtors, creditor committees, secured and unsecured creditors, and asset purchasers in nationwide bankruptcy cases and out-of-court workouts and restructurings. He also advises creditors, assignees for the benefit of creditors, trustees, receivers, and asset purchasers in receiverships, assignments for benefit of creditors, and other state insolvency matters.

Paul also represents a wide range of clients in risk mitigation and related commercial litigation, including banks, insurance companies, and other financial institutions; venture capital and real estate investment funds; private and public companies; and airports and other governmental entities. He has advised clients on issues including fraud, breach of fiduciary duty, negligence, breach of contract, and business tort claims.

## Professional Recognition

- Listed in *The Best Lawyers in America*: Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2023

## Related Employment

- Rimon PC, San Francisco, CA  Partner

- Schnader Harrison Segal & Lewis LLP, San Francisco, CA, Partner
- Dewey & LeBoeuf LLP, San Francisco, CA, Partner

## Areas of Focus

PRACTICES
- Financial Transactions
- Corporate Trust
- Structured Finance & Securitization
- Bankruptcy & Restructuring
- Business Litigation
- Corporate Law

INDUSTRIES
- Healthcare

## Bar and Court Admissions

- California
- U.S. Supreme Court
- Supreme Court of California
- State Superior Court of California
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California

## Education

- UC Berkeley School of Law, J.D.
- University of California, San Diego, B.A., *cum laude*
- Yeshivat Bat Ayin, Talmudic Law and Hebrew, Israel

PERKINSCOIE

# Professional Biography



## MATTHEW L. GOLDBERG | PARTNER

SAN FRANCISCO
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
+1.415.344.7180
MGoldberg@perkinscoie.com

Matthew Goldberg regularly advises clients on the full range of workplace compliance issues, from recruitment, hiring, and negotiating executive compensation agreements to structuring detailed commission plans and implementing large-scale reductions in force. He works with both emerging companies and established businesses throughout their business lifecycles and is on the forefront of advising businesses about the impact of artificial intelligence (AI) in the employment context.

Matthew also has an extensive background representing clients in wage-and-hour class and collective actions and California Private Attorney General Act (PAGA) matters, in addition to single-plaintiff retaliation, harassment, and discrimination cases. His experience includes trial work, motion practice, managing expansive discovery including expert witnesses and statistical evidence, and handling mediations and settlement conferences before state and federal administrative agencies and courts.

In response to increased attention on the use and classification of independent contractors, Matthew has developed a specific focus on contractor classification analysis and the related pay reporting obligations for California employers. Matthew regularly plays a lead role in comprehensive wage-and-hour audits, preparation of employee handbooks, policies and procedures, and workplace trainings for clients to help mitigate litigation risk. His cutting-edge knowledge of the legal standards applicable to wage-and-hour claims of all kinds allows him to efficiently prepare and present practical analyses of potential exposure for clients and offer risk mitigation strategies.

## PROFESSIONAL RECOGNITION

- Recognized by *Best Lawyers: Ones to Watch*, Labor and Employment Law - Employee, 2023 – 2024

## RELATED EMPLOYMENT

- Vedder Price, San Francisco, CA, Associate, 2019
- Saber Law Group, San Francisco, CA, Associate, 2016 – 2019

## NEWS

01.29.2024
*Perkins Coie's ECVC Practice Advises weavix in $23.6M Series B Funding Round*
Press Releases
Perkins Coie is pleased to have advised weavix in a $26.3 million Series B funding round led by global software investor Insight Partners. Four More Capital, The Friedkin Group, and Perkins Coie also participated in the funding round.

11.09.2023

### *Perkins Coie Congratulates 22 New Partners*
Press Releases
Perkins Coie is pleased to announce that 22 counsel and senior counsel have been promoted to partner effective January 1, 2024.

08.18.2022

### *Best Lawyers® 2023 Recognizes 403 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 403 of its attorneys have been recognized by *Best Lawyers*® 2023. A total of 279 attorneys were selected by their peers for inclusion in the 2023 edition of *The Best Lawyers in America*® and 124 attorneys were selected for inclusion in the 2023 edition of *Best Lawyers: Ones to Watch*.

01.13.2021

### *Perkins Coie Announces 2021 Counsel Promotions*
Press Releases
Perkins Coie is pleased to announce that 62 attorneys have been promoted to the firm's counsel position, effective January 1, 2021.

## PUBLICATIONS

01.22.2024

### *Valentine's Day Marks Compliance Deadline for California Noncompete Notification Requirement*
Updates
AB 1076 went into effect on January 1, 2024, and codifies existing case law by making it expressly unlawful for employers to utilize any noncompete agreement with employees that does not satisfy an exception to Section 16600.

12.28.2023

### *Update: New California State Law Addresses Noncompete Agreements*
Podcasts
Workplace Rules
In this episode, Heather and Matt discuss Senate Bill 699 and provide tips on what actions employers may want to take to best serve their companies.

10.20.2023

### *2023 California Labor, Employment, and Independent Contractor Legislative Update*
Updates
With the 2023 California legislative year closed, it is once again time to summarize the new legislation that will affect businesses operating within the state and highlight relevant action items related to these bills.

10.20.2023

### *Update: California Supreme Court Limits Utility of Arbitration Agreements for PAGA Claims*
Podcasts
Workplace Rules
Join Heather and Matt to learn more about the current state and utility of arbitration under California's Private Attorneys General Act (PAGA).

09.18.2023

### *New California State Law Addresses Noncompete Agreements*
Updates
Absent specific exceptions, under California Business and Professions Code section 16600, California generally prohibits employers from entering into contracts with employees that preclude those employees from engaging in a lawful profession, trade, or business of any kind.

07.20.2023

### *California Supreme Court Limits Utility of Arbitration Agreements for PAGA Claims*
Updates
In June 2022, in *Viking River Cruises, Inc. v. Moriana*, 142 S. Ct. 1906 (2022), the U.S. Supreme Court held that the Federal Arbitration Act preempts the rule that precludes the use of an agreement to divide PAGA claims into individual and representative claims.

06.17.2022

### *US Supreme Court Cracks the Door Slightly Open for Arbitration of PAGA Claims*
Updates
California's Private Attorneys General Act is a statute that authorizes employees to bring an action for civil penalties on behalf of the state against an employer for Labor Code violations committed against the employee and fellow current and former employees.

03.08.2022

### *New Law Ends Forced Arbitration of Sexual Assault and Sexual Harassment Disputes*
Updates
President Biden signed H.R. 4445, the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act, into law on March 3, 2022.

11.05.2021

### *Frequently Asked Questions on OSHA's COVID-19 Vaccination and Testing Emergency Temporary Standard*
Updates
The U.S. Department of Labor's Occupational Safety and Health Administration issued its long-awaited emergency temporary standard requiring all employers with a total of 100 or more employees to mandate vaccination and/or weekly COVID-19 testing. OSHA also released a comprehensive FAQ to address questions.

11.05.2021

### *OSHA Issues COVID-19 Vaccination and Testing Emergency Temporary Standard*
Updates
The Occupational Health Safety Administration (OSHA) issued the anxiously-awaited COVID-19 Vaccination and Testing Emergency Temporary Standard (Vaccine ETS), which mandates that private employers with 100 or more employees (Employers) implement a COVID-19 vaccination policy.

10.25.2021

### *2021 California Labor, Employment, and Independent Contractor Legislative Update*
Updates
With the 2021 California legislative year closed, it is now time to examine the new legislation that will affect California companies.

03.22.2021

### *The Ninth Circuit Clarifies When California Law Applies to Employees With Remote Workplaces*
Updates
Prior case law established that California's wage-and-hour laws apply to non-California residents when they perform work in the state of California. In *Bernstein v. Virgin America, Inc.,* the Ninth Circuit addressed whether certain California wage-and-hour laws applied to employees who spent the majority of their working hours outside of California.

03.22.2021

### *While Rounding Time Entries Can Be Permissible for Working Hours, the California Supreme Court Has Now Held It Is Not Permissible for Break Time*
Updates
California law generally requires that employers provide nonexempt employees an uninterrupted nonworking 30-minute meal period to begin before the end of the fifth hour of work. In a case of first impression, *Donahue v. AMN Services, LLC,* ___ P.3d ___, 2021 WL 728871 (Cal. 2021), analyzed whether an otherwise-permissible time rounding system could be used to account for break time, without violating the intent of California laws mandating complete meal periods of at least 30 minutes.

01.20.2021

### *California's Supreme Court Confirms the Retroactivity of the ABC Test Established in the 2018 Dynamex Decision*
Updates
On January 14, 2021, the California Supreme Court decided *Vazquez v. Jan-Pro Franchising International, Inc.*, holding that the ABC test used to determine independent contractor versus employee status for purposes of California's Wage Orders announced in *Dynamex Operations West, Inc. v. Superior Court* (2018) 4 Cal.5th 903 applies retroactively.

11.04.2020

### *California's Prop 22 Passage Allows Tech-Based Companies to Classify Drivers as Contractors*
Updates
On Election Day 2020, California voters approved Proposition 22 which allows some gig economy companies to continue to classify drivers as independent contractors.

10.09.2020

### *2020 California Labor & Employment Legislative Roundup*
Updates
California's legislative session closed with the state Assembly and Senate signing nearly 40 bills related to employment.

09.14.2020

### *California's Independent Contractor/Employee Determination: New Legislative Changes to the ABC Test*
Updates
The "ABC test" now used in California to make determinations regarding the validity of independent contractor classifications initially was adopted by the California Supreme Court in *Dynamex Operations W. v. Superior Court,* 4 Cal.5th 903 (2018), described

here.

02.18.2020

### *California Supreme Court Requires Employers to Pay for Mandatory Exit Searches*
Updates
The California Supreme Court recently issued a decision holding that the time spent on an employer's premises waiting for and undergoing required exit searches is compensable time that must be paid to employees.

## PRESENTATIONS

09.15.2021

### *Current State of COVID-19 Impacting Platforms*
Speaking Engagements
Marketplace Risk Conference

03.03.2020

### *Using Arbitration Agreements and Contractors in California*
Webinars
Join Perkins Coie's California Labor & Employment attorneys for a webinar that will provide insight into the new laws governing arbitration agreements and contractors in California effective January 1, 2020.

## WAGE & HOUR DEVELOPMENTS

**California Labor Code Section 2810.5 Updated Notice**
Effective January 1, 2024, AB 636 amends California Labor Code Section 2810.5 to require employers to provide employees with additional information at the time of hiring. This includes information about the existence of a federal or state emergency or disaster declaration applicable to the county or counties where the employee is to be employed—and that...

**California Governor Revives Industrial Welfare Commission**
The California Industrial Welfare Commission (IWC) was established to regulate wages, hours, and working conditions in California. Importantly, the IWC adopted "wage orders," which establish specific rules for various industries. California has not funded the IWC since 2004, and it has not been in operation. This is likely to change. California Governor Gavin Newsom signed...

**Cal-OSHA Approves Revised COVID-19 Workplace Rules**
On June 3, 2021, California's Occupational Safety & Healthy Standards Board approved significant revisions to the initial COVID-19-related Emergency Temporary Standards (ETS) originally implemented on November 19, 2020 (see Perkins Coie's previous blog post here). The amended regulations can be found here and will likely become effective on June 15, 2021, pending review by the California Office of Administrative...

**While Rounding Time Entries Can Be Permissible for Working Hours, the California Supreme Court Has Now Held It Is Not Permissible for Break Time**
California law generally requires that employers provide nonexempt employees an uninterrupted, nonworking 30-minute meal period to begin before the end of the fifth hour of work. In a case of first impression, Donahue v. AMN Services, LLC, ___ P.3d ___, 2021 WL 728871 (Cal. 2021) analyzed whether an otherwise-permissible time-rounding system could be used to account...

## AREAS OF FOCUS
**PRACTICES**
- Labor & Employment Law
- Class Action Defense
- Employment Litigation
- Employment Counseling & Training
- Workplace Harassment
- Workplace Investigations & Audits
- Wage & Hour
- Emerging Companies & Venture Capital Law
- Coronavirus (COVID-19): Guidance for Businesses
- Employee Benefits & Executive Compensation
- Mergers & Acquisitions

## BAR AND COURT ADMISSIONS
- California

**EDUCATION**

- University of California, College of the Law, San Francisco, J.D., 2009
- Washington University in St. Louis, B.A., Political Science and History, *summa cum laude*, 2005

© 2024 Perkins Coie LLP

**PERKINS**COIE

# Professional Biography



## JOSEPH HALABRIN  |  ASSOCIATE

SAN FRANCISCO
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
+1.415.344.7102
JHalabrin@perkinscoie.com

---

Joseph Halabrin counsels established and emerging businesses on a range of labor and employment matters. His experience includes matters such as discrimination and harassment, federal contractor compliance, handbooks and personnel policies, restrictive covenants, separation agreements, and worker classification. Joseph has an extensive background in drafting various complex employment agreements, litigating employment matters on behalf of employers, advising clients on employment-related risks, and providing diligence support to deal teams.

In addition, Joseph dedicates significant time to pro bono efforts, including his work on asylum cases and employment issues involving nonprofits.

### RELATED EMPLOYMENT

- Perkins Coie LLP, San Francisco, CA, Summer Associate, 2021
- National Labor Relations Board, Oakland, CA, Summer Law Clerk, 2020

### PUBLICATIONS

07.19.2023

*California Employers Will Not Be Liable for COVID-19 Infections Contracted by Workers' Household Members*
Updates
The California Supreme Court unanimously ruled in *Kuciemba v. Victory Woodworks, Inc.* on July 6, 2023, that California employers cannot be held liable by their workers' household members when workers contract COVID-19 in the workplace and spread the disease to their household members. This decision prevents millions of potential plaintiffs from bringing claims against California employers.

06.23.2023

*Update: Governor Hochul Signs Amendment to New York State Pay Transparency Law*
Podcasts
*Workplace Rules*
New York State Governor Kathy Hochul signed an amendment to the New York State Pay Transparency Law (NYSPTL).

03.29.2023

*Governor Hochul Signs Amendment to New York State Pay Transparency Law*
Updates

New York State Governor Kathy Hochul signed an amendment to the New York State Pay Transparency Law on March 3, 2023. The law, which Governor Hochul first signed on December 21, 2022, requires employers to list compensation ranges for certain job, promotion, or transfer opportunities. The amendments clarify some aspects of the original law and is scheduled to go into effect on September 17, 2023.

11.22.2022

### *California COVID-19 Employment Regulations Extended Through 2023*
Updates

In 2022, California again passed assembly bills related to COVID-19. The recent legislation extended some employer obligations while easing others. Touching upon many topics, these bills address supplemental paid sick leave, testing requirements, workers' compensation, and notification requirements for positive cases.

10.24.2022

### *2022 California Labor, Employment, and Independent Contractor Legislative Update*
Updates

With the 2022 California legislative year closed, it is once again time to examine the new legislation that will affect entities operating within the state. This Update provides summaries of key legislation as well as action items to consider.

09.30.2022

### *San Francisco's New Public Health Emergency Law Creates Mandatory Paid Leave*
Updates

Beginning October 1, 2022, when a public health emergency is in place, businesses with 100 or more employees worldwide must provide up to 80 hours of paid Public Health Emergency Leave each calendar year to each employee who performs work in the city of San Francisco.

## WAGE & HOUR DEVELOPMENTS

**Berkeley, California: New Frequently Asked Questions on the Fair Workweek Ordinance**
On January 12, 2024, the Berkeley Fair Work Week Ordinance (Ordinance) became operative. As previously described, Berkeley, California, enacted an Ordinance that requires covered employers to provide work schedules to employees at least 14 calendar days in advance of a shift and provide 11 hours of rest between shifts, among other requirements. Berkeley employers should...

**The IRS Issues 2024 Optional Standard Mileage Rates**
The Internal Revenue Service (IRS) issued their 2024 optional standard mileage rates used to calculate the deductible costs of operating an automobile for business, charitable, medical, or moving purposes. The applicable rates are as follows: Employers with questions about reimbursement should contact experienced counsel with questions.

**2024 Colorado Minimum Wage Rate Increase**
Colorado's state minimum wage will increase to $14.42 per hour beginning January 1, 2024. However, Colorado employers should be aware that municipalities within Colorado will also be increasing their minimum wage above the state's minimum wage. If a municipality provides a higher minimum wage rate than the state, the employer must pay the higher rate....

**New Minimum Wage for Fast Food Workers in California**
California Governor Gavin Newsom signed into law AB 1228, which requires that fast-food workers who work at a national fast food chain (defined as a limited-service restaurant consisting of more than 60 establishments nationally) be paid a minimum of $20 per hour, effective April 1, 2024. The bill also creates a new Fast Food Council...

## AREAS OF FOCUS

### PRACTICES
- Labor & Employment Law

### INDUSTRIES
- Digital Media & Entertainment, Gaming & Sports
- Interactive Entertainment
- Gaming
- Sports

## BAR AND COURT ADMISSIONS

- California

## EDUCATION

- University of California, College of the Law, San Francisco, J.D., *magna cum laude*, Order of the Coif, 2022, Executive Managing Editor, *Hastings Law Journal*
- California Polytechnic State University, B.S., Political Science, *cum laude*, 2018

© 2024 Perkins Coie LLP