**3**

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
 Telephone: 973.643.7000
 Facsimile: 973.643.6500

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
 Telephone: 415.344.7000
 Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter: 11 |
| Debtor in Possession. | DC No.: PSJ-033 |
| | **NOTICE OF HEARING ON SECOND INTERIM APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | Hearing Date: March 12, 2024<br>Hearing Time: 9: 30 a.m. (Pacific Time)<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable René Lastreto II |
| | **Objection Deadline: February 27, 2024** |

PLEASE TAKE NOTICE that a hearing on the *Second Interim Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors* (the "Application") will be held at the above captioned date, time and location. This Application is set on twenty-eight days' notice pursuant to Local Bankruptcy Rule 9014-1(f)(1).

Pursuant to Local Bankruptcy Rule 9014-1(f)(1), in relevant part:

> Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed.
>
> . . .
>
> The moving party may, at least seven (7) days prior to the date of the hearing, serve and file with the Court a written reply to any written opposition filed by a responding party.

Accordingly, any opposition to the relief sought in the Application must be filed on or before February 27, 2024.

Copies of the Application and supporting documents can be viewed or obtained by: (i) accessing the Court's website at http://www.caeb.uscourts.gov/, (ii) contacting the Office of the Clerk of the Court at 2500 Tulare Street Suite 2501, Fresno, CA 93721, or (iii) contacting undersigned counsel. Note that a PACER password is needed to access documents on the Court's website.

PLEASE TAKE FURTHER NOTICE that the Court permits Zoom and CourtCall appearances. Prior to the hearing, parties appearing via Zoom or CourtCall are encouraged to review the court's Zoom Policies and Procedures or CourtCall Appearance Information which can be found at http://www.caeb.uscourts.gov/.

The Court may decide the matter in advance of the hearing and remove the matter from the calendar. Parties can ascertain which matters are resolved without oral argument and can view

tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the tentative ruling prior to the hearing.

　　　　Pursuant to Local Bankruptcy Rule 9014-1(d)(3)(B), the failure to file timely written opposition may result in the application being resolved without oral argument and the striking of untimely written opposition.

Dated: February 9, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Jasper*
　　　　　　　　　　　　　　　　　　　　　　Andrew H. Sherman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　asherman@sillscummis.com
　　　　　　　　　　　　　　　　　　　　　　Boris I. Mankovetskiy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　bmankovetskiy@sillscummis.com
　　　　　　　　　　　　　　　　　　　　　　SILLS CUMMIS & GROSS P.C.
　　　　　　　　　　　　　　　　　　　　　　One Riverfront Plaza
　　　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　　　Telephone:　　973.643.7000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　973.643.6500

　　　　　　　　　　　　　　　　　　　　　　Paul S. Jasper, Bar No. 200138
　　　　　　　　　　　　　　　　　　　　　　pjasper@perkinscoie.com
　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　　　　　　　　　　　505 Howard Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94105
　　　　　　　　　　　　　　　　　　　　　　Telephone: 415.344.7000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 415.344.7050

　　　　　　　　　　　　　　　　　　　　　　*Co-Counsel to the Official Committee of Unsecured Creditors*