**22**

1  Andrew H. Sherman (admitted *pro hac vice*)
   asherman@sillscummis.com
2  Boris I. Mankovetskiy (admitted pro hac vice)
   bmankovetskiy@sillscummis.com
3  SILLS CUMMIS & GROSS P.C.
   One Riverfront Plaza
4  Newark, New Jersey 07102
   Telephone:      973.643.7000
5  Facsimile:      973.643.6500

6  Paul S. Jasper, Bar No. 200138
   PJasper@perkinscoie.com
7  PERKINS COIE LLP
   505 Howard Street, Suite 1000
8  San Francisco, CA  94105
   Telephone:   415.344.7000
9  Facsimile:   415.344.7050

10 *Co-Counsel to the Official Committee of Unsecured*
   *Creditors*

11

12

13              **UNITED STATES BANKRUPTCY COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15                      **FRESNO DIVISION**

16 | In re | Case No. 23-10457 |

17 | MADERA COMMUNITY HOSPITAL | Chapter: 11 |

18 | | DC No.: PSJ-034 |

19 |              Debtor. | **EXHIBITS TO SECOND INTERIM** |
20 | | **APPLICATION OF FTI CONSULTING INC** **FOR ALLOWANCE OF COMPENSATION** **FOR SERVICES AND REIMBURSEMENT** |
21 | | **OF EXPENSES AS FINANCIAL ADVISOR** **TO THE OFFICIAL COMMITTEE OF** |
22 | | **UNSECURED CREDITORS** |

23              Hearing Date:      March 12, 2024
               Hearing Time:      9: 30 a.m. (Pacific Time)
24             Place:             2500 Tulare Street
                                  Courtroom 13
25                                Fresno, CA 93721
               Judge:             Honorable René Lastreto II
26
               **Objection Deadline: February 27, 2024**
27

28

158096482.6

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Retention Order | 3 |
| 2 | Summary Coversheet of Fee Application | 8 |
| 3 | Summary of Work Completed by Billing Category | 9 |
| 4 | Summary of Fees Sought for Allowance by Timekeeper | 10 |
| 5 | Detailed Time Records | 11 |

DATED:  February 9, 2024          Submitted by:


                                  By: /s/ Paul S. Jasper

                                  Paul S. Jasper, Bar No. 200138
                                  PJasper@perkinscoie.com
                                  PERKINS COIE LLP
                                  505 Howard Street, Suite 1000
                                  San Francisco, CA  94105
                                  Telephone:    415.344.7000
                                  Facsimile:    415.344.7050

                                  *Co-Counsel to the Official Committee of Unsecured Creditors*

DATED:  February 9, 2024          Prepared by:


                                  By: /s/ Cliff Zucker

                                  Cliff Zucker
                                  Cliff.Zucker@fticonsulting.com
                                  FTI Consulting, Inc.
                                  1166 Ave of the Americas, 15th Floor
                                  New York, NY 10036
                                  Telephone:    212.841.9355

                                  *Financial Advisors to the Official Committee of Unsecured Creditors*

-1-

158096482.6

**EXHIBIT 1**

**(Retention Order)**

**4**

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    973.643.7000
Facsimile:    973.643.6500

Paul S. Jasper, Bar No. 200138
pjasper@perkinscoie.com
Sara L. Chenetz, Bar No. 206936
schenetz@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Kathleen Allare (admitted *pro hac vice*)
Illinois Bar No. 6326536
kallare@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Co-Counsel to the Official Committee of
Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL,1 | Chapter: 11 |
| | DC No.: PSJ-003 |
| Debtor. | |

---

1 The last four digits of the Debtor's tax identification number are: 9117. The Debtor's mailing address is: 1250 E Almond Avenue Madera, CA 903637.

## ORDER AUTHORIZING RETENTION OF
## FTI CONSULTING, INC. AS FINANCIAL ADVISOR
## <u>FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor and debtor in possession (the "Debtor"), for an order under Bankruptcy Code section 1103 authorizing the Committee to retain FTI Consulting, Inc. ("FTI"), as financial advisor; and upon the Zucker Declaration[2] in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that FTI neither holds nor represents any interest adverse to the Debtor's estate; and it appearing that FTI is "disinterested," as that term is defined in Bankruptcy Code section 101(14); and it appearing that the relief requested in the Application is in the best interest of the Committee and the Debtor's estate, after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.      The Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code section 1103, the Committee is authorized to employ and retain FTI as its financial advisor as of April 25, 2023 on the terms set forth in the Application.

3.      FTI shall be compensated in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and any applicable orders entered by the Court.

4.      FTI is entitled to reimbursement of actual and necessary expenses, including legal fees related to the Application and future fee applications as approved by the Court.

5.      The following indemnification provisions are approved:

> a.  subject to the provisions of subparagraphs (b) and (c) below, the Debtor is authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with the services to be provided by FTI as specified in the Application, but not for any claim arising from, related to, or in connection with FTI's performance of any other services other than

---

[2] Capitalized terms used in this order not otherwise defined have the meaning given to them in the Application.

those in connection with the engagement, unless such services and indemnification therefor are approved by this Court; and

b.  the Debtor shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the Court determines that indemnification would be permissible pursuant to applicable law, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Order; and

c.  if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this case (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, FTI believes that it is entitled to the payment of any amounts by the Debtor on account of the Debtor's indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtor may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtor's obligation to indemnify FTI.

6.      FTI shall provide ten (10) days' notice to the Debtor, the U.S. Trustee, and the Committee in connection with any increase in the hourly rates listed in the Application.

7.      To the extent that FTI uses the services of independent or third-party contractors or subcontractors (the "Contractors") in this chapter 11 case and FTI seeks to pass through the fees and costs of the Contractors, FTI shall (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI shall ensure that the Contractors perform the conflicts checks and file such disclosures as required by the Bankruptcy Code and Bankruptcy Rules.

8.      FTI shall use its reasonable efforts to avoid any duplication of services provided by any of the Committee's other retained professionals.

9.      If there is any inconsistency between the terms of the Application, the Zucker

1   Declaration, and this Order, this Order shall govern.

2        10.    This Court shall retain jurisdiction with respect to all matters arising or related to

3   the implementation of this Order.

4   ——— **Dated:** Jun 21, 2023              **By the Court**

5

6                                              **René Lastreto II, Judge**

7                                              **United States Bankruptcy Court**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 2**

**SUMMARY COVERSHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| **Period for Which Compensation and Reimbursement is Sought** | August 01, 2023 – November 30, 2023 |
| **Amount of Compensation Sought as Actual, Reasonable, and Necessary** | $94,010.00 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary** | $0.00 |
| **Total Amount Sought for Allowance** | $94,010.00 |
| Petition Date: | March 10, 2023 |
| Retention Date: | April 25, 2023 |
| Date of order approving employment: | June 21, 2023 (Effective as of April 25, 2023) |
| Total compensation approved by interim order to date | $167,580.00[1] |
| Total expenses approved by interim order to date | None |
| Total allowed compensation paid to date: | $242,788.00 |
| Total allowed expenses paid to date: | $0.00 |
| Expenses sought in this application <u>not</u> previously paid: | $0.00 |
| **Blended Rate (All Timekeepers)** | $700.00 |
| Compensation sought in this application already paid pursuant to monthly compensation order but not yet allowed: | $75,208.00 |
| Expenses sought in this application already paid pursuant to monthly compensation order but not yet allowed: | $0.00 |
| **Number of professionals included in this application** | 7 |
| **Number of professionals billing fewer than 15 hours** | 5 |
| Type of Fee Application: | Second Interim Application[2] |
| Prior Fee Applications: | First Interim Application |

---

[1] Pursuant to the Court's Interim Compensation Procedures Order, FTI Consulting has been paid 100% ($167,580.00) of the $167,580.00 of fees for which it seeks allowance for the Application Period.

[2] This is the second interim fee application for approval and allowance of compensation for services rendered and reimbursement of expenses filed by FTI Consulting in this case. FTI Consulting filed four (4) monthly fee statements during the Second Interim Application Period, in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, [Docket No. 759].

**EXHIBIT 3**

**SUMMARY OF WORK COMPLETED BY BILLING CATEGORY**

| Task Code | Task Description | Total Hours | Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 5.4 | $6,287.00 |
| 2 | Cash & Liquidity Analysis | 14.4 | 15,289.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 2.2 | 2,371.00 |
| 4 | Trade Vendor Issues | 0.4 | 394.00 |
| 5 | Real Estate Issues | 0.4 | 394.00 |
| 6 | Asset Sales | 25.2 | 24,773.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.5 | 492.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 9.6 | 8,617.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 25.7 | 20,439.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 0.3 | 295.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 2.4 | 1,837.00 |
| 21 | General Meetings with Committee & Committee Counsel | 4.5 | 5,146.00 |
| 24 | Preparation of Fee Application | 36.5 | 19,632.50 |
| 26 | Communications | 1.3 | 1,027.00 |
| 28 | Insurance Review | 5.5 | 5,676.50 |
| **Total** | | **134.3** | **112,672.00** |
| | Less: Voluntary Reduction | | (18,662.00) |
| **Grand Total** | | **134.3** | **$94,010.00** |

**EXHIBIT 4**

**SUMMARY OF FEES SOUGHT FOR ALLOWANCE BY TIMEKEEPER**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | 1,390 | 6.40 | 8,896.00 |
| Clifford Zucker | Senior Managing Director | 1,325 | 8.10 | 10,732.50 |
| Narendra Ganti | Managing Director | 1,035 | 24.00 | 24,840.00 |
| Narendra Ganti | Managing Director | 985 | 25.30 | 24,920.50 |
| Andrew Preston | Managing Director | 1,110 | 1.00 | 1,110.00 |
| William Flaharty | Managing Director | 1,055 | 3.70 | 3,903.50 |
| Michael Adeyanju | Senior Director | 790 | 1.30 | 1,027.00 |
| Jacob Park | Senior Consultant | 675 | 28.00 | 18,900.00 |
| Jacob Park | Senior Consultant | 565 | 27.00 | 15,255.00 |
| Marili Hellmund-Mora | Manager | 325 | 9.50 | 3,087.50 |
| **Subtotal** | | | **134.3** | **112,672.00** |
| Less: Voluntary Reduction | | | | (18,662.00) |
| **Grand Total** | | | **134.3** | **$94,010.00** |

| **Blended Rate – All Timekeepers:** | **$700** |
|---|---|

**EXHIBIT 5**

**(Detailed Time Records)**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 8/2/2023 | Clifford Zucker | 0.5 | Review and analysis of Counsel correspondence and AAM proposal. |
| 1 | 8/15/2023 | Narendra Ganti | 0.9 | Review May, June, and July MOR. |
| 1 | 8/23/2023 | Clifford Zucker | 0.3 | Review and analysis of county correspondence on funding. |
| 1 | 8/29/2023 | Clifford Zucker | 0.3 | Meet with county advisor on case status and buyer interest. |
| 1 | 9/11/2023 | Clifford Zucker | 0.5 | Review and analysis of AAM motion for examinations and debtor response. |
| 1 | 9/14/2023 | Clifford Zucker | 0.3 | Call with counsel on operations and sale. |
| 1 | 9/18/2023 | Narendra Ganti | 0.5 | Review August 2023 monthly operating report. |
| 1 | 10/30/2023 | Clifford Zucker | 0.4 | Review and analysis of QAF fund activity. |
| 1 | 11/17/2023 | Narendra Ganti | 0.7 | Review monthly operating report. |
| 1 | 11/20/2023 | Andrew Preston | 0.2 | Review JWT Associates comfort letter. |
| 1 | 11/20/2023 | Andrew Preston | 0.4 | Research related GAAS associated with comfort letters. |
| 1 | 11/20/2023 | Andrew Preston | 0.4 | Calls with FTI to discuss comfort letter. |
| **1 Total** | | | **5.4** | |
| 2 | 8/2/2023 | Narendra Ganti | 0.6 | Review list of rejected contracts and monthly burn. |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 8/7/2023 | Narendra Ganti | 0.2 | Call with A. Chambers, Madera. to discuss funding and liquidity. |
| 2 | 8/15/2023 | Narendra Ganti | 0.5 | Analyze professional fees for Committee members for April to July. |
| 2 | 8/16/2023 | Narendra Ganti | 0.4 | Call with A. Chambers, Madera. to discuss Board Supervisors meeting re: funding. |
| 2 | 8/18/2023 | Narendra Ganti | 0.5 | Review updated cash collateral budget. |
| 2 | 8/22/2023 | Narendra Ganti | 0.6 | Call with A. Chambers, to discuss cash budget, county funding, and L/C issues. |
| 2 | 8/24/2023 | Narendra Ganti | 0.6 | Call with A Chambers, Madera, to discuss AB112 funding and cash collateral budget. |
| 2 | 8/24/2023 | Clifford Zucker | 0.4 | Review and analysis of cash flow budget. |
| 2 | 8/31/2023 | Narendra Ganti | 0.3 | Correspondence with A. Chambers, Maders, re funding. |
| 2 | 9/7/2023 | Narendra Ganti | 0.5 | Call with A. Chambers, Madera, to discuss liquidity and contract issues. |
| 2 | 9/8/2023 | Narendra Ganti | 0.5 | Review agreement with QRS for Medicare collections. |
| 2 | 9/18/2023 | Narendra Ganti | 0.5 | Review updated cash collateral budget. |
| 2 | 9/18/2023 | Narendra Ganti | 0.4 | Call with A. Chambers, Madera. to discuss cash collateral budget. |
| 2 | 9/18/2023 | Clifford Zucker | 0.6 | Review and analysis of cash flow budget. |
| 2 | 9/27/2023 | Narendra Ganti | 0.3 | Call with A. Chambers, Madera. to discuss budget. |
| 2 | 10/13/2023 | Narendra Ganti | 0.6 | Call with A, Chambers, Madera, to discus budget, QAF, and other issues. |
| 2 | 10/15/2023 | Narendra Ganti | 0.8 | Review draft collateral budget. |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 10/16/2023 | Narendra Ganti | 0.4 | Review updated budget. |
| 2 | 10/16/2023 | Narendra Ganti | 0.5 | Call with A. Chambers, Madera, to discuss budget. |
| 2 | 10/18/2023 | Narendra Ganti | 0.5 | Review liquidity analysis. |
| 2 | 10/23/2023 | Clifford Zucker | 0.4 | Review and analysis of cash flow analysis. |
| 2 | 10/23/2023 | Narendra Ganti | 0.5 | Call with A. Chambers, Madera, to discuss liquidity. |
| 2 | 10/24/2023 | Narendra Ganti | 0.4 | Review liquidity analysis. |
| 2 | 10/30/2023 | Narendra Ganti | 0.6 | Call with A. Chambers, Madera, to discuss AAM meeting and QAF. |
| 2 | 10/30/2023 | Narendra Ganti | 0.6 | Review Madera QAF payments to be received. |
| 2 | 11/2/2023 | Narendra Ganti | 0.5 | Call with A. Chambers, Madera. to discuss budget and reporting to County. |
| 2 | 11/17/2023 | Narendra Ganti | 0.5 | Review cash collateral budget. |
| 2 | 11/17/2023 | Narendra Ganti | 0.5 | Call with A. Chambers., Madera, to discuss liquidity and sale process. |
| 2 | 11/28/2023 | Clifford Zucker | 0.7 | Review and analysis of cure liabilities and burn rate. |
| **2 Total** | | | **14.4** | |
| 3 | 8/1/2023 | Narendra Ganti | 0.8 | Review correspondence from Counsel and submission for loan program. |
| 3 | 8/22/2023 | Clifford Zucker | 0.6 | Review and analysis of AB-H2 loan documents. |
| 3 | 9/8/2023 | Narendra Ganti | 0.8 | Review documents related to hospital distressed loan program. |

| | | | | | |
|---|---|---|---|---|---|
| **3 Total** | | | | **2.2** | |
| 4 | 9/8/2023 | Narendra Ganti | | 0.4 | Review contract with Kings collections. |
| **4 Total** | | | | **0.4** | |
| 5 | 8/16/2023 | Narendra Ganti | | 0.4 | Review appraisal by Newpark Pearson. |
| **5 Total** | | | | **0.4** | |
| 6 | 8/2/2023 | Narendra Ganti | | 0.8 | Review updated term sheet from AAM. |
| 6 | 8/2/2023 | Narendra Ganti | | 0.5 | Updated analysis on almond farm rents. |
| 6 | 9/11/2023 | Narendra Ganti | | 0.5 | Call with A. Chambers, Madera, to discuss sale of almond farm and sale process. |
| 6 | 9/14/2023 | Narendra Ganti | | 0.5 | Call with A. Chambers, Madera, to discuss sale process. |
| 6 | 9/14/2023 | Narendra Ganti | | 0.7 | Call with Committee to discuss sale process. |
| 6 | 9/14/2023 | Narendra Ganti | | 0.4 | Call with Sill to discuss issues on sale and funding prior to committee call. |
| 6 | 9/22/2023 | Narendra Ganti | | 1.6 | Call with Committee and potential buyer to discuss buyer's offer, timing and next steps. |
| 6 | 9/22/2023 | Clifford Zucker | | 1.0 | Call with AAM on term sheet. |
| 6 | 9/22/2023 | Clifford Zucker | | 0.5 | Review and analysis of AAM proposal. |
| 6 | 9/22/2023 | Clifford Zucker | | 0.5 | Call with committee on AAM proposal and diligence. |
| 6 | 9/26/2023 | Narendra Ganti | | 0.5 | Review summary of bid analysis. |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 9/26/2023 | Jacob Park | 0.7 | Review bid proposals and create summary slide. |
| 6 | 9/27/2023 | Narendra Ganti | 0.7 | Review and revise analysis comparing bids from Adventist and AAM. |
| 6 | 9/27/2023 | Jacob Park | 3.7 | Analyze differences in proposals and create summary slide. |
| 6 | 9/28/2023 | Narendra Ganti | 0.6 | Review final version of proposal summary. |
| 6 | 9/28/2023 | Clifford Zucker | 0.5 | Review and analysis of proposal comparison. |
| 6 | 9/29/2023 | Narendra Ganti | 0.2 | Call with A. Chambers, Madera. to discuss sale process and side by side comparison. |
| 6 | 10/3/2023 | Narendra Ganti | 0.3 | Call with A. Chamber, Madera, to discuss sale process. |
| 6 | 10/5/2023 | Clifford Zucker | 0.6 | Review and analysis of revised AAM term sheet. |
| 6 | 10/6/2023 | Jacob Park | 1.2 | Update bid summary and comparison for latest term sheet received. |
| 6 | 10/6/2023 | Narendra Ganti | 0.5 | Review updated analysis of offers from proposed buyers. |
| 6 | 10/19/2023 | Narendra Ganti | 1.0 | Call with Committee regarding sale process. |
| 6 | 10/20/2023 | Clifford Zucker | 0.5 | Review and analysis of AAM redline term sheet. |
| 6 | 10/20/2023 | Narendra Ganti | 0.7 | Review marked up AAM proposal from Committee to AAM. |
| 6 | 10/20/2023 | Narendra Ganti | 0.3 | Review correspondence regarding next steps and strategy on sale process. |
| 6 | 10/27/2023 | Narendra Ganti | 0.5 | Review revised AAM proposal. |
| 6 | 10/30/2023 | Clifford Zucker | 0.6 | Review and analysis of AAM presentation to the hospital board. |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 10/30/2023 | Narendra Ganti | 0.5 | Review redlined version of AAM proposal. |
| 6 | 11/10/2023 | Narendra Ganti | 1.0 | Call with A. Chambers, Madera, to discuss sale process. |
| 6 | 11/10/2023 | Narendra Ganti | 0.6 | Review Praise LOI. |
| 6 | 11/16/2023 | Narendra Ganti | 0.5 | Calls with banks to discuss liquidity of AAM. |
| 6 | 11/17/2023 | Clifford Zucker | 0.6 | Review and analysis of AAM comfort letter and support. |
| 6 | 11/20/2023 | Narendra Ganti | 0.5 | Call with A. Chambers, Madera. to discuss AAM comfort letter and priority claims. |
| 6 | 11/21/2023 | Narendra Ganti | 0.6 | Call with financial institution to confirm account balances. |
| 6 | 11/27/2023 | Narendra Ganti | 0.8 | Review MSA and MTA provided by AAM. |
| **6 Total** | | | **25.2** | |
| 13 | 9/11/2023 | Narendra Ganti | 0.5 | Review AAM motion and Paolinelli declaration. |
| **13 Total** | | | **0.5** | |
| 14 | 9/1/2023 | Narendra Ganti | 2.0 | Review and analyze claims register and prepare a summary for Committee. |
| 14 | 9/5/2023 | Clifford Zucker | 0.4 | Review comments to claims update analysis. |
| 14 | 11/20/2023 | Narendra Ganti | 1.8 | Review documentation related to WARN litigation and claims. |
| 14 | 11/27/2023 | Narendra Ganti | 0.5 | Call with A. Chambers, Madera, to discuss WARN act claims. |
| 14 | 11/28/2023 | Clifford Zucker | 0.6 | Review and analysis of claims analysis. |

| 14 | 11/29/2023 | Jacob Park | 1.2 | Analyze claims register for unsecured claims pool. |
| 14 | 11/30/2023 | Jacob Park | 3.1 | Analyze and research unsecured claims. |
| **14 Total** | | | **9.6** | |
| 16 | 10/19/2023 | Clifford Zucker | 0.9 | Review comments to draft chapter 11 plan. |
| 16 | 10/19/2023 | Narendra Ganti | 0.8 | Review draft Plan of Reorganization. |
| 16 | 11/9/2023 | Jacob Park | 1.2 | Prepare plan recovery  analysis. |
| 16 | 11/14/2023 | Jacob Park | 0.7 | Call with FTI to discuss plan recovery analysis. |
| 16 | 11/14/2023 | Jacob Park | 2.3 | Analyze MORs filed for professional fees and disbursements for plan recovery analysis. |
| 16 | 11/14/2023 | Narendra Ganti | 0.5 | Call with J. Park, FTI, to discuss plan recovery analysis. |
| 16 | 11/15/2023 | Jacob Park | 2.1 | Prepare plan recovery analysis. |
| 16 | 11/15/2023 | Jacob Park | 0.5 | Internal call with FTI to discuss plan recovery analysis. |
| 16 | 11/15/2023 | Jacob Park | 1.2 | Review plan recovery analysis from Debtors. |
| 16 | 11/15/2023 | Narendra Ganti | 0.9 | Review draft plan of organization and disclosure statement. |
| 16 | 11/15/2023 | Narendra Ganti | 0.6 | Call with J. Park to discuss plan recovery analysis for POR. |
| 16 | 11/28/2023 | Jacob Park | 3.2 | Prepare plan recovery analysis. |
| 16 | 11/28/2023 | Narendra Ganti | 1.0 | Review preliminary plan recovery analysis. |

158096482.6

| 16 | 11/29/2023 | Jacob Park | 3.4 | Prepare plan recovery analysis. |
| 16 | 11/29/2023 | Jacob Park | 0.5 | Call with FTI to discuss plan recovery analysis. |
| 16 | 11/29/2023 | Narendra Ganti | 1.0 | Call with J. Park FTI, to discuss plan recovery analysis. |
| 16 | 11/29/2023 | Narendra Ganti | 1.0 | Call with J. Park, FTI, and A. Chambers, Madera, to discuss sale process and plan recovery analysis. |
| 16 | 11/30/2023 | Jacob Park | 1.1 | Call with FTI to discuss plan recovery analysis. |
| 16 | 11/30/2023 | Jacob Park | 1.8 | Prepare plan recovery analysis. |
| 16 | 11/30/2023 | Narendra Ganti | 1.0 | Call with J. Park, FTI, to discuss plan recovery analysis. |
| **16 Total** | | | **25.7** | |
| 18 | 9/25/2023 | Narendra Ganti | 0.3 | Review motions filed by AAM for 2004 examination. |
| **18 Total** | | | **0.3** | |
| 20 | 8/15/2023 | Narendra Ganti | 0.4 | Call with A. Chambers, Madera, to discuss workers comp and asset sales. |
| 20 | 9/28/2023 | Narendra Ganti | 0.3 | Call with A. Chambers to discuss board meeting. |
| 20 | 11/10/2023 | Jacob Park | 1.0 | Call with A. Chambers to discuss case update. |
| 20 | 11/29/2023 | Jacob Park | 0.7 | Call with A. Chambers regarding case update and plan recovery analysis. |
| **20 Total** | | | **2.4** | |
| 21 | 8/22/2023 | Clifford Zucker | 0.3 | Review and analysis of Counsel/UCC correspondence. |

| 21 | 8/23/2023 | Narendra Ganti | 0.7 | Call with Committee to discuss cash flow, funding from county, and other issues. |
| 21 | 8/23/2023 | Clifford Zucker | 0.7 | Committee call on financial and legal update. |
| 21 | 9/14/2023 | Clifford Zucker | 0.7 | Committee call on financial and legal update. |
| 21 | 10/19/2023 | Clifford Zucker | 1.1 | Committee call on financial and legal update. |
| 21 | 10/19/2023 | Jacob Park | 1.0 | Call with Committee regarding plan and sale. |

**21 Total**      **4.5**

| 24 | 8/3/2023 | Marili Hellmund-Mora | 1.0 | Prepare the June fee application to ensure compliance with bankruptcy guidelines. |
| 24 | 8/4/2023 | Jacob Park | 1.2 | Prepare initial fee application. |
| 24 | 8/4/2023 | Jacob Park | 0.2 | Call with the FTI team on Madera fee application. |
| 24 | 8/7/2023 | Jacob Park | 3.1 | Prepare the May-April fee application. |
| 24 | 8/9/2023 | Jacob Park | 2.1 | Update the April and May fee application. |
| 24 | 8/10/2023 | Jacob Park | 1.8 | Incorporate updates to the April-May fee application. |
| 24 | 8/11/2023 | Narendra Ganti | 0.5 | Review and provide comments to the April-May fee application. |
| 24 | 8/11/2023 | Jacob Park | 1.2 | Prepare April and May fee application. |
| 24 | 8/14/2023 | Jacob Park | 0.8 | Update the fee application the July fee application. |
| 24 | 8/16/2023 | Narendra Ganti | 0.5 | Review and provide comments to the May, June and July fee statements. |

| | 24 | 8/16/2023 | Marili Hellmund-Mora | 1.2 | Prepare the July fee application. |
| | 24 | 8/16/2023 | Jacob Park | 2.3 | Prepare fee application for June and July. |
| | 24 | 8/18/2023 | Marili Hellmund-Mora | 0.9 | Prepare the July fee application. |
| | 24 | 8/21/2023 | Jacob Park | 1.2 | Prepare April through July fee applictions. |
| | 24 | 8/22/2023 | Jacob Park | 0.4 | Incorporate comments from Counsel to the July fee application. |
| | 24 | 9/12/2023 | Narendra Ganti | 0.6 | Review first interim fee application. |
| | 24 | 9/12/2023 | Jacob Park | 3.8 | Prepare interim fee application for April to July. |
| | 24 | 9/12/2023 | Jacob Park | 0.7 | Address comments from N. Ganti (FTI) on first interim fee application. |
| | 24 | 9/13/2023 | Marili Hellmund-Mora | 0.9 | Update and finalize the June and July fee application. |
| | 24 | 9/13/2023 | Jacob Park | 0.7 | Update interim fee application for comments from counsel. |
| | 24 | 9/14/2023 | Marili Hellmund-Mora | 0.8 | Update and finalize the April-May fee application to ensure compliance with bankruptcy guidelines. |
| | 24 | 9/15/2023 | Narendra Ganti | 0.5 | Review and revise first interim fee application. |
| | 24 | 9/15/2023 | Jacob Park | 0.8 | Prepare Zucker declaration for interim fee applications. |
| | 24 | 9/18/2023 | Marili Hellmund-Mora | 1.1 | Prepare the August fee application. |
| | 24 | 9/18/2023 | Jacob Park | 0.3 | Update Zucker declaration based on comments from Perkins. |
| | 24 | 9/18/2023 | Jacob Park | 0.8 | Prepare Cliff Zucker declaration for interim fee application. |

| | | | | | |
|---|---|---|---|---|---|
| 24 | 9/19/2023 | Narendra Ganti | 0.5 | Review August fee application. | |
| 24 | 9/19/2023 | Jacob Park | 1.2 | Prepare August fee application. | |
| 24 | 10/23/2023 | Jacob Park | 1.1 | Draft September fee application. | |
| 24 | 10/23/2023 | Marili Hellmund-Mora | 1.0 | Prepare the September fee application. | |
| 24 | 10/24/2023 | Jacob Park | 0.4 | Draft order for first interim fee application. | |
| 24 | 10/25/2023 | Jacob Park | 0.3 | Review certificate of no objection from Perkins for first interim fee application. | |
| 24 | 10/31/2023 | Marili Hellmund-Mora | 0.9 | Update and finalize the September fee application. | |
| 24 | 11/14/2023 | Marili Hellmund-Mora | 1.1 | Prepare the October fee application. | |
| 24 | 11/22/2023 | Marili Hellmund-Mora | 0.6 | Update and finalize the October fee application. | |

| **24 Total** | | | **36.5** | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 26 | 10/6/2023 | Michael Adeyanju | 0.5 | Communicate with the FTI team regarding the latest developments on the case. | |
| 26 | 11/17/2023 | Michael Adeyanju | 0.5 | Read media article and communicated to N. Ganti (FTI) and C. Zucker (FTI) regarding next steps. | |
| 26 | 11/29/2023 | Michael Adeyanju | 0.3 | Communicate with N. Ganti (FTI) regarding potential communications. | |

| **26 Total** | | | **1.3** | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 28 | 8/9/2023 | Narendra Ganti | 0.5 | Call with the FTI team to discuss insurance issues. | |
| 28 | 8/9/2023 | Narendra Ganti | 0.3 | Call with A. Chambers, Madera, to discuss insurance and request documents. | |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 8/9/2023 | Narendra Ganti | | 0.6 | Review documents related to workers comp L/C and request for reimbursement by Bank of America. |
| 28 | 8/9/2023 | William Flaharty | | 2.3 | Review of claims data and collateral related material. |
| 28 | 8/10/2023 | Narendra Ganti | | 0.4 | Review Safety National collateral analysis for workers compensation insurance. |
| 28 | 8/10/2023 | William Flaharty | | 0.4 | Perform review of potential outstanding policy collateral recoveries. |
| 28 | 8/11/2023 | William Flaharty | | 1.0 | Review of updated materials received regarding policy collateral recoveries and insurance. |

**28 Total**　　　　　　　　　　　　　　　**5.5**

**Grand Total**　　　　　　　　　　　　**134.3**

158096482.6