**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo (SBN 181564)
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

**RAINES FELDMAN LITTRELL LLP**
Mark S. Melickian (IL SBN 6229843)
30 North LaSalle Street
Suite 3100
Chicago, IL 60602
Telephone: 312.704.9400
E-mail: mmelickian@raineslaw.com

Attorneys for American Advanced Management, Inc.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor | Case No. 23-10457<br><br>Chapter 11<br><br>DC No. WJH-77<br><br>**DECLARATION OF MATTHEW BEEHLER IN SUPPORT OF MOTION TO APPROVE MASTER TRANSITION AGREEMENT AND MANAGEMENT SERVICES AGREEMENT**<br><br>Date:   February 13, 2024<br>Time:  9:30 a.m.<br>           2500 Tulare Street<br>           Courtroom 13<br>           Fresno, California 93721<br>Judge:  Hon. Rene Lastreto II |

I, Matthew Beehler, hereby declare and represent as follows:

    1.    I am the Chief Strategy Officer of American Advanced Management, Inc. ("AAM"). Among other activities, I am responsible for identifying management and growth opportunities for AAM through mergers, acquisitions, and strategic partnerships and implementing those

1 transactions. I have worked in the health care industry in various capacities since obtaining my

2 Masters of Business Administration in 2009.

3       2.       I am tendering this Declaration to illustrate the time, effort, and cost that I and others at AAM have invested in the resurrection of Madera Community Hospital ("MCH"). Since commencing efforts to support MCH, in additional to a vast amount of personnel hours, AAM has invested substantial sums in various capacities to ensure the hospital's successful reopening and sustainable operation.

      3.       **Legal and Consultancy Fees:** AAM has engaged law firms to navigate these bankruptcy proceedings and healthcare attorneys to consult on regulatory compliance. A significant portion of AAM's investment has been directed towards legal and consultancy services, with substantial expenditures in professional fees. This investment has been critical in navigating the complex landscape of healthcare operations, business considerations, and bankruptcy proceedings related to MCH.

      4.       **Licensing, applications, and HCAI funding:** AAM has made substantial progress in preparing for the rapid opening of MCH and being able to move quickly forward after the MSA approval. This includes:

    a. Completing and submitting the CDPH Change of Management application. CDPH has agreed to a revised MSA & MTA. CDPH counsel Kenneth Wang confirmed in writing on February 10, 2024, that CDPH has signed off on the revised MSA & MTA.

    b. Negotiating and agreeing on CA Attorney General conditions - this process usually takes 90-120 days and was completed in under 30. The AG's office was very engaged and we directed substantial time from AAM's legal and management team to this effort. The Joint Stipulation to Approve Attorney General Conditions was filed by the AG's office on February 8, 2024. [Dkt. 1398].

    c. AAM submitted initial turnaround plan to HCAI for the Distressed Hospital Loan Program many weeks ago and is working through multiple revisions and additional modeling that is being requested. HCAI's in-house counsel Geoffrey Trautman confirmed in writing on February 9, 2024 that HCAI has no objection to approval of the MSA and MTA after they were amended following substantial negotiations with HCAI. The amended MSA and MTA will be filed in advance of the February 13, 2024 hearing. AAM has separate written confirmation from HCAI that the DHLP

funds are earmarked for Madera Community Hospital and not for any specific operator.

5. **Management and Administrative Efforts:** AAM has assembled a team of over 50 management and administrative professionals, including corporate leadership and department heads (Pharmacy, Lab, IT, Kitchen, Facilities, Biomedical specialists) to implement a comprehensive plan for the hospital's reopening.

   a. Pharmacy:
      i. Full-time Pharmacist: Engaged in the reopening of pharmacy services and the licensing process.
      ii. Licenses and Applications: Completed applications for sterile compounding and pharmacy licenses.
      iii. Vendor Collaboration: Maintenance and equipment validation for the sterile compounding unit and room.

   b. Lab:
      i. Equipment Acquisition: Lab Director and Materials Manager focused on acquiring necessary analyzers.
      ii. Lab License Completion: Lab Manager finalized the lab license application and competency and policy for new machines.

   c. Maintenance:
      i. AAM has already contracted with Life and Safety company to do a complete hospital NFPA regulation update to make sure we are up to code for Licensing Survey
      ii. AAM has employed a BioMedical Company to come in to do hospital wide PM for all equipment.

6. **Regulatory and Service Applications:** AAM is nearing completion of applications for 8 essential services while ensuring compliance with regulatory bodies including CDPH, Board of Pharmacy, Lab License, and CMS.

3

7. **Specialty Services Development:** AAM has employed consultants for the future expansion of services such as cardiac catheterization, interventional radiology, and other expanded services.

8. <u>**Emergency and Hospitalist Coverage:**</u> AAM is on the cusp of completing recruitment for both emergency department physicians and hospitalists and are finalizing Schedules for the physician staff. This milestone is crucial for ensuring that MCH can offer 24/7 acute care and inpatient management with the highest standards of clinical excellence. The teams being assembled are composed of experienced and dedicated professionals who are committed to providing exceptional patient care.

9. <u>**Physician Recruitment and Clinic Alternatives:**</u> AAM is securing a diverse group of physicians across specialties (Cardiology, Surgery, Orthopedics, ER, Hospitalists, ICU, Pulmonology) and securing an alternative site for the Chowchilla clinic. AAM's management team has dedicated countless hours coordinating with physician groups and developing policies and procedures to meet and exceed standards.

   a. **Engaging Local Community Physicians:** AAM has reached out to and met with numerous local community physicians, discussing the vision for MCH and the crucial role they play in this vision. These discussions have been met with immense support, reflecting a shared commitment to healthcare excellence in our community.

   b. **Ongoing Onboarding Process:** AAM is in the process of onboarding these physicians, a step that signifies not just growth but also the strengthening of MCH's service capabilities across various specialties including Cardiology, Surgery, Orthopedics, Emergency Medicine, Intensive Care, and Pulmonology, and have lined up interventional radiologist as it is needed alongside cardiac catheterization among others.

   c. **Clinic Alternatives for Enhanced Access:** Recognizing the importance of accessibility to healthcare, AAM has also identified an alternative site for the Chowchilla clinic. This move ensures that we continue to provide uninterrupted, high-quality healthcare services, mitigating any potential disruptions and expanding our reach within the community. In addition, with some debate on the ability to license to on campus clinic in Madera, we have been exploring alternative sites and working with vendors who produce

modular clinic buildings that meet OSHPD standards and can be built in six months so that we can quickly adjust course if needed.

f3 **Specialty Call Coverage:** In parallel to strengthening its core medical teams, AAM has made substantial advances in establishing specialty call coverage. This initiative is designed to ensure that MCH has a comprehensive range of specialists available to support patient care needs, thereby enhancing AAM's ability to provide a full spectrum of services. The specialties covered include but are not limited to cardiology, surgery, orthopedics, and pulmonology.

10. **Infrastructure and Vendor Arrangements:** AAM is making necessary arrangements for IT infrastructure, Electronic Health Records (EHR) systems, suppliers, tele-monitoring, and biomedical contractors. Additionally, engaging brokers for insurance and employee benefits.

11. AAM's efforts extend beyond these listed activities, underscoring AAM's deep commitment to MCH and the community it serves. The aim has always been not just to save MCH but to transform it into a leading healthcare provider in the region.

12. The MCH board met on February 9, 2024. After that meeting the board communicated that they are continuing their support for us. They have seen first-hand AAM's efforts and energy that have already been put into this process. The board expressed to AAM how encouraged they are by all the work AAM's team has already put in over the past several months to get this facility ready to open. They do not want to see another 6+ month delay.

13. The MSA and MTA have been in development for 6 months and have been back and forth countless times. The key financial terms have been agreed to by the Creditors Committee for many months. AAM was told many times through the process that the $30 million commitment made by AAM in the MTA was the right amount to secure the payment of creditors in full, and this amount was agreeable for debtor, committee, and AAM.

14. AAM has spent substantially in direct expense and hours on this project and turned down other major opportunities to keep its capital funding ready for this project once the Creditors Committee and Debtor approved.

15. The Debtor sought proposals from any viable suitors for this project after Adventist Health backed away the first time. AAM's plan was selected as the Debtor's choice with Committee support. While continued funding support by the County has covered the burn rate and prevented additional exposure to the creditors, every day that the hospital and its clinics remain closed puts more lives at risk. There is no time left for this community or this hospital to restart this process over again. That would be a disservice for the community members who will be without a hospital and the creditors who payment would be delayed significantly.

Dated: February 12, 2024

By: /s/ Matthew Beehler
　　　Matthew Beehler
　　　Chief Strategy Officer,
　　　American Advanced Management, Inc.