**9 PAGES**

JASON E. RIOS, State Bar No. 190086
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:     (916) 329-7400
Facsimile:      (916) 329-7435
Email: jrios@ffwplaw.com

Attorneys for County of Madera

JENNIFER L. NASSIRI, State Bar No. 209796
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
1901 Avenue of The Stars, Ste 1600
Los Angeles, CA 90067-6055
Telephone:     (310) 228-3700
Facsimile:      (310) 228-3701
Email:            jnassiri@sheppardmullin.com

Attorneys for The Regents of the University of
California, on behalf of its San Francisco
Campus and Academic Medical Center

JOSHUA M. MESTER, State Bar No. 194783
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:     (213) 243-2508
Facsimile:      (213) 243-2539
Email:            jmester@jonesday.com

Attorneys for Adventist Health System/West

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 23-10457 |
| MADERA COMMUNITY HOSPITAL, | Chapter 11 |
| Debtor-in-Possession, | DC No.:  WJH-77 |
| Tax ID#:      23-7429117 | **NOTICE OF PROPOSED ALTERNATIVE TRANSACTION TO JOINT MOTION OF THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO ENTER INTO A MASTER TRANSITION AGREEMENT AND A MANAGEMENT SERVICES AGREEMENT WITH AMERICAN ADVANCED MANAGEMENT, INC.** |
| Address:     1250 E. Almond Ave.<br>                  Madera, CA  93637 | |

1
2
3
4
5
6

Date:        February 13, 2024
Time:        9:30 a.m.
Location:    2500 Tulare Street
             Fresno, CA  93721
             Courtroom 13
             Via ZoomGov
Judge:       Hon. René Lastreto II

7    Creditor and party in interest, County of Madera ("<u>Madera County</u>"), together with The

8    Regents of the University of California, acting on behalf of the University of California San

9    Francisco, organized and existing pursuant to Article IX, Section 9 of the Constitution of the State

10   of California, ("<u>UCSF Health</u>") and Adventist Health System/West, a California nonprofit religious

11   corporation ("<u>Adventist Health</u>"), hereby submit this Notice of Proposed Alternative Transaction in

12   response to the *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for*

13   *Entry of an Order Pursuant to Sections 105(A) And 363(B) of the Bankruptcy Code Authorizing the*

14   *Debtor to Enter into a Master Transition Agreement and a Management Services Agreement with*

15   *American Advanced Management, Inc.* [Docket No. 1298] (the "<u>Joint Motion</u>") filed by the Debtor

16   and the Official Creditors Committee  (the "<u>Committee</u>") on January 19, 2024, and states as follows:

17                         **<u>THE ALTERNATIVE PROPOSAL</u>**

18   Madera County, UCSF Health, and Adventist Health are pleased to present a proposed

19   transaction to bring critical healthcare services back to Madera county and the surrounding area with

20   the backing and support of Madera County, the clinical expertise of UCSF Health and the healthcare

21   operational experience of Adventist Health.

22   UCSF Health and Madera County have formed the Madera Health and Hospital Joint Powers

23   Authority (the "<u>Authority</u>", and together with the County, UCSF Health, and Adventist Health, the

24   "<u>Alternative Bidders</u>") for the purposes of (i) stabilizing the availability of community hospital

25   services to all residents of Madera County and surrounding areas regardless of payor or funding

26   source; (ii) supporting access to specialists, tertiary and quaternary care, and advanced clinical trials;

27   (iii) facilitating and supporting development and implementation of disaster and emergency

28   protocols for the benefit of the County and its residents; (iv) supporting health care workforce

planning and development and deploying resources to address critical gaps or shortages; and (v) identifying and adopting evidence-based clinical protocols and best practices and coordinating and advancing patient safety and quality improvement initiatives.[1]

The Authority, in turn, proposes to acquire Madera Community Hospital (the "<u>Hospital</u>") through a plan of reorganization and engage Adventist Health to reopen and operate the Hospital after confirming an amended plan of reorganization that goes effective (the "<u>Alternative Proposal</u>"). After the closing of the transaction, the Hospital will benefit from UCSF Health's exceptional specialists, tertiary and quaternary care, and advanced clinical trials and Adventist Health's wealth of successful experience operating healthcare facilities, including in rural areas.

Specifically, UCSF Health is committed to ensuring the Madera community has access to high-quality, accessible, culturally-responsive health care can that they can rely on for everyday issues or a complicated health crisis—regardless of their ability to pay. UCSF Health will provide clinical oversight of the hospital, along with quality and safety programs that align with the system's nationally ranked care standards. UCSF Health will also approve all clinical policies.

In partnership with Adventist Health, the community will have access to UCSF Health's internationally renowned experts and highly specialized, innovative care. Connecting the comprehensive community-based health care services provided by the Hospital with the clinical excellence of UCSF Health's academic medical center will help improve patient outcomes, quality and safety. Consistently ranked as one of the top hospitals in the United States, UCSF Health's Medical Center was named to the Honor Roll of the nation's best hospitals by U.S. News & World Report's for 2023-2024. UCSF Health's Medical Center was also listed among the country's top 10 hospitals in seven specialties: neurology/neurosurgery, geriatric care, psychiatry, cancer, autoimmune disorders, pulmonology/lung surgery, and ophthalmology. In addition to these rankings, UCSF Health's Medical Center has been named among the nation's leaders in quality and safety across health care's most highly regarded rating systems. UCSF Health's Medical Center

---

[1] The County and UCSF Health are public entities authorized and empowered to contract for the joint exercise of powers under Articles 1 through 4, Chapter 5, Division 7, Title 1 (commencing with Section 6500) of the Government Code of the State of California.

received the highest rating for safety, an "A" grade, from The Leapfrog Group for its hospitals at both Parnassus Heights and Mission Bay, and a 5-star rating from the Centers for Medicare & Medicaid Services for its quality of care. UCSF Health's Medical Center is also listed among the top performing academic medical centers in quality and safety by Vizient, Inc., and has achieved the gold standard "Magnet recognition" for nursing excellence for more than a decade.

UCSF Health is part of the University of California, San Francisco (UCSF). Powered by long-standing collaborations across care delivery, research, and education missions that drive innovation and transform lives, UCSF Health received the most funding of any public institution from the National Institutes of Health (NIH) in 2022 for the 16th year running. As a world-leader in innovative research and one of the highest-ranked medical schools in the country, UCSF Health also brings increased access to life-changing clinical trials and the next generation of health care providers. This partnership is an opportunity to build on UCSF Health's commitment to the health of the Central Valley, as demonstrated by the UCSF San Joaquin Valley Program in Medical Education (SJV PRIME), which is a tailored track at UCSF Health's School of Medicine for medical students who are committed to ensuring high quality, diverse and well distributed medical care to improve health for populations, communities and individuals in California's San Joaquin Valley. In addition, UCSF Health has more than sufficient financial wherewithal to consummate the transactions contemplated by the Alternative Proposal and the financial stability to ensure the Hospital's successful operation for years to come.[2]

Similarly, Adventist Health is a faith-based, nonprofit, integrated health system serving more than 90 communities on the West Coast and Hawaii with over 400 sites of care, including 26 acute care facilities. Founded on Adventist heritage and values, Adventist Health provides care in hospitals, clinics, home care, and hospice agencies in both rural and urban communities. Adventist Health's compassionate and talented team of 37,000 includes employees, physicians, allied health professionals and volunteers driven in pursuit of one mission: living God's love by inspiring health,

---

[2] UCSF's most recent audited financial statements are publicly available and can be accessed here, https://www.ucop.edu/uc-controller/financial-reports/systemwide-reports/medical-center-reports/22-23/medical-center-report-2023.pdf.

wholeness, and hope.  Adventist Health is committed to staying true to its heritage by providing patient-centered, quality care.

Adventist Health has eight campuses and 128 clinics in the Central Valley, covering an area from Oakhurst, to Taft, to California City.  It serves 33 different zip codes, caring for some communities that wouldn't otherwise have healthcare.  Many of Adventist Health's hospitals resulted from districts/counties turning over their hospitals to Adventist Health, including Tehachapi, Tulare, Selma, and Reedley.  Recently, Adventist Health acquired Beverly Community Hospital out of its pending chapter 11 proceedings during which Beverly had closed numerous lines of service.  Since acquiring Beverly Community Hospital, Adventist Health has reopened services and continues to serve the community of Montebello.  Adventist Health had a similar experience when it took over the hospital in the Tulare Local Health Care District out of its chapter 9 proceedings.[3]  Furthermore, Adventist Health has more than sufficient liquidity to consummate the transactions contemplated by the Alternative Proposal.[4]

In consideration for the acquisition of Reorganized MCH, the Authority offers the following:

- Entry into a Plan Support Agreement to support an amended plan of reorganization filed by the Committee that incorporates these transactions to be approved by the Bankruptcy Court.

- Funding of: (a) an initial deposit of $2,500,000, of which $500,000 shall be nonrefundable, which may be used to fund ongoing estate expenses related to the Debtor's operations after approval of the Plan Support Agreement; and (b) $1,000,000 into an escrow account to fund certain obligations associated with the allowed secured claim asserted by Saint Agnes Medical Center ("Saint Agnes") against the Debtor.

---

[3] https://www.visaliatimesdelta.com/story/news/2019/08/22/tulare-hospital-district-completes-bankruptcy-filing/2075686001/.

[4] https://adventisthealth.org/documents/system/liquidity-report-12-31-23.pdf.

- On the effective date of the Amended Plan, any unused portion of the good faith deposit, the Saint Agnes escrow, and up to an additional $30,000,000 would be made available to the Liquidation Trust, in addition to the Estate Personal Property already contemplated to be contributed to the Liquidation Trust, to fund distributions to creditors under the plan, including the possible payment of post-petition interest to general unsecured creditors at the rate of 2.00% per annum.

- Adventist Health would enter into a management services agreement with Reorganized MCH on the effective date, take all steps to obtain the necessary licensure and regulatory approvals, and manage the hospital in a manner to restart healthcare services as expeditiously as practicable.

To demonstrate its intentions and commitments behind this Alternative Proposal, attached to the accompanying Notice of Exhibits are the following:

1. Joint Powers Agreement.  Attached as **Exhibit A** is the agreement between Madera County and UCSF Health forming the Authority that details its purpose, its governance, and duties (the "Authority Agreement").

2. Financing Commitment Letters.  Attached as **Exhibit B** are commitment letters from Adventist Health and UCSF Health to capitalize the Authority with $35 million to finance the transactions contemplated by the Plan Support Agreement (the "Commitment Letters").

3. PSA/Plan Term Sheet.  Attached as **Exhibit C** is a term sheet that details the primary material terms of the Plan Support Agreement and the Amended Plan (the "PSA/Plan Term Sheet").

4. MSA Letter of Intent.  Attached as **Exhibit D** is a Letter of Intent from Adventist Health that details the material terms of the management services agreement ("MSA") that Adventist Health would enter into with Reorganized MCH on the Effective Date of the Amended Plan (the "MSA LOI", and together with the Authority Agreement, the Commitment Letters, and the PSA/Plan Term Sheet, the "Alternative Proposal Documentation").

5.  <u>Stakeholder Letters of Support</u>.  Attached as **<u>Exhibit E</u>** is a sampling of the more than 40 correspondence letters in support of the Alternative Proposal that the Alternative Bidders have received from various stakeholders in the community and in the Debtor's estate (the "<u>Stakeholder Letters of Support</u>").

We understand that the Debtor and the Committee are underway with a proposed transaction for reopening the Hospital and providing distributions to creditors with American Advanced Management, Inc. (the "<u>Existing Proposal</u>").  The Alternative Proposal, however, is more advantageous to the estate, creditors and the community in both the near term and the long-term in several ways.

For one thing, the Alternative Proposal provides the possibility of a higher recovery for general unsecured creditors by more funds available to the Liquidation Trust and providing for the payment of post-petition interest.  In addition, the Alternative Proposal provides a path for faster recoveries to general unsecured creditors.  With prompt documentation of the Plan Support Agreement and the Amended Plan, a confirmation hearing could occur as early as June this year with an effective date to follow just weeks thereafter.  Furthermore, the Alternative Proposal is simpler and more streamlined.  It does not contemplate possibly two asset transactions at some later date within a three-year period.  Instead, the Authority will become the member of a Reorganized MCH with claims being satisfied from the Liquidation Trust upon the effective date, which would occur in just months.

The Alternative Proposal does not contain any conditions regarding regulatory approvals or licensure that would delay or threaten the occurrence of the effective date.  The Alternative Bidders are aware of the stipulation between the Attorney General and AAM regarding various conditions to the Attorney General consent to the Existing Proposal.  The Alternative Bidders are open to engaging in a dialogue with the Attorney General and are optimistic that a resolution is achievable. The Alternative Proposal does share one condition in common with the Existing Proposal—the Alternative Bidders must a receive a decision from HCAI on the availability of a $50 million loan to MCH from the Distressed Hospital Loan Program by April 15, 2024 or terminate the Plan Support

Agreement by that date.[5]  Similarly, the Alternative Proposal provides for the estate to remain operating expense neutral until the Amended Plan Effective Date.[6]  Madera County will continue to fund these expenses through May 3, 2024 and thereafter funds from the good faith deposit will be available to cover these expenses.[7]  Finally, as detailed herein and demonstrated by the Stakeholder Letters of Support, the Alternate Proposal represents the best possible outcome for the Madera community, and will serve to ensure that members of the Madera community have access to high-quality, accessible, culturally-responsive health care can that they can rely for years to come.

As seen by the Alternative Proposal Documentation and as set forth above, the Alternative Bidders are committed to engaging in a transaction to bring critical healthcare back to Madera as expeditiously as possible.  This proposal presents a superior opportunity for creditors and the community and we are hopeful the Debtor and the Committee choose to move forward with it.

[*Signature Page Follows*]

---

[5] *See* Exhibit C, PSA/Plan Term Sheet; *see also* Exhibit B to Joint Motion [Docket No. 1301], at § 6(a) (providing AAM the "the right to terminate the MSA and the Transition Agreement in its sole and absolute discretion on or before the earlier to occur of (a) five days after any notification in writing received by AAM or its counsel (including via e-mail or other electronic means) that HCAI is not willing to loan at least $50 million of DHLP Funds to the Hospital . . . or (b) April 15, 2024").

[6] *See* Exhibit C, PSA/Plan Term Sheet; *see also* Exhibit B to Joint Motion [Docket No. 1301], at § 1(b).

[7] *See* Exhibit C, PSA/Plan Term Sheet.

1  Dated:  February 12, 2024

2                                  FELDERSTEIN FITZGERALD
                                   WILLOUGHBY PASCUZZI & RIOS LLP
3

4                     By:    /s/ Jason E. Rios
                             JASON E. RIOS
5                            Attorneys for County of Madera

6

7  Dated:  February 12, 2024

8                                  SHEPPARD, MULLIN, RICHTER &
                                   HAMPTON LLP
9

10                    By:    /s/ Jennifer L. Nassiri
                             JENNIFER L. NASSIRI
11                           Attorneys for The Regents of the University of
                             California, on behalf of its San Francisco Campus and
12                           Academic Medical Center
13

14

15 Dated:  February 12, 2024

16                                 JONES DAY

17                    By:    /s/ Joshua M. Mester
18                           JOSHUA M. MESTER
                             Attorneys for Adventist Health System/West
19

20

21

22

23

24

25

26

27

28