**3 PAGES**
JASON E. RIOS, State Bar No. 190086
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone:    (916) 329-7400
Facsimile:     (916) 329-7435
Email:         jrios@ffwplaw.com

Attorneys for County of Madera

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>            Debtor-in-Possession,<br><br>Tax ID#:    23-7429117<br><br>Address:    1250 E. Almond Ave.<br>                  Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.: PSJ-025<br><br>**OBJECTION TO MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES ON PLAN; (III) SCHEDULING HEARING ON CONFIRMATION OF PLAN; AND (IV) APPROVING RELATED MATTERS**<br><br>Date:       February 27, 2024<br>Time:      9:30 a.m.<br>Location:   2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13<br>            Via ZoomGov<br>Judge:     Hon. René Lastreto II |

///

///

///

///

1　　　　Creditor and party in interest, County of Madera ("Madera County"), having reviewed the
2　*Motion for an Order (I) Approving Disclosure Statement; (II) Establishing Procedures for the*
3　*Solicitation and Tabulation of Votes on Plan; (III) Scheduling Hearing on Confirmation of Plan;*
4　*and (IV) Approving Related Matters* [Docket No. 1121] (the "Motion") filed by the Co-Counsel to
5　the Official Creditors Committee on November 17, 2023, hereby files this opposition to the Motion,
6　as follows:

7　　　　The County objects to the Motion to the extent that it seeks an order establishing the deadline
8　for objections to confirmation of the Plan and the Plan confirmation hearing prior to the date of the
9　hearing on the Motion. The Motion, filed by the Committee in November 2023, in connection with
10　a Liquidating Plan, sought approval for a Plan approval schedule that included a January 9 hearing
11　on the Motion to be followed by a plan confirmation hearing on February 27, 2024, and objections
12　to confirmation due by February 13, 2024.

13　　　　The Committee has since filed an amended and materially different plan and set their
14　procedures motion for hearing on February 27, 2024. However, the Notice of Continued Hearing
15　did not set forth a new plan confirmation schedule and unless the Committee is mistaken, therefore,
16　it appears that the Committee has not provided an updated schedule with new dates and deadlines
17　for the Plan confirmation hearing, solicitation of ballots, or objections to confirmation. The County
18　does not believe that the Committee intends to seek approval for the original outdated schedule, but
19　to the extent that schedule is what is being sought for approval by the Motion, the County objects
20　to the Court approving the original schedule based on the original liquidating plan with a deadline
21　for objections to confirmation prior to the hearing on the procedures motion, prior to approval of
22　the disclosure statement, and without adequate notice.

23　　　　The County further notes that the terms of the transaction to be approved by the Plan
24　materially changed in open court at hearing on February 13, 2024. Those changes should be made
25　in writing and should be incorporated into the Disclosure Statement along with disclosures that there
26　is an alternative transaction proposed by the Authority.

27　　　　The County submits that the Court should adopt an orderly Plan Confirmation process with
28　adequate disclosures, due and proper notice of the confirmation hearing, and deadlines for objections

1 to confirmation as required by Federal Rule of Bankruptcy Procedure, Rule 2002 occurring after the
2 hearing on the procedures motion.

3 Dated: February 13, 2024

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By  /s/ Jason E. Rios
JASON E. RIOS
Attorneys for County of Madera