Patience Milrod #77466
985 North Van Ness Avenue
Fresno, California 93728
Telephone: (559) 246-7239
Email: pm@patiencemilrod.com

Attorney for Madera Coalition for Community Justice

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re:<br>MADERA COMMUNITY HOSPITAL,<br>　　Debtor in Possession.<br><br>Tax ID#:　23-6429117<br>　Address:　1250 E. Almond Avenue<br>　　　　　　　Madera, California 93637 | Case No.:　23-10457<br><br>Chapter 11<br><br>DCN:　PSJ-025<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FOR MADERA COALITION FOR COMMUNITY JUSTICE'S OBJECTIONS TO CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Hearing Date:　April 16, 2024<br>Time:　　　　9:30 a.m.<br>Place:　　　2500 Tulare Street<br>　　　　　　Courtroom 13<br>　　　　　　Fresno, California　93721<br>Judge:　Hon. René Lastreto II |

I, PATIENCE MILROD, declare and say:

I am an attorney admitted to practice in the State of California and in this Court, and in this matter representing Madera Coalition for Community Justice.

This declaration is filed and served with Madera Coalition for Community Justice's Objections to Confirmation, Request for Judicial Notice, and Exhibits to Request for Judicial Notice. I compiled the Exhibits document, and attest to the truth, accuracy, and completeness of the Exhibits, as follows:

The documents proffered as Exhibits 2 and 3 are true, correct, and complete copies of documents downloaded from websites of the respective California State agencies, Health Access and Information (HCAI) and California Department of Public Health (CDPH). The HCAI Utilization Reports and Pivot Tables are accessible at the site's web address that appears on the cover sheet to each document. To reach the document itself, the reader must identify in the spaces provided which facility, which year and which report, which connects the reader to the desired document. The CDPH documents are accessible at the links listed with each on the Request for Judicial Notice.

The Bankruptcy Court documents proffered as Exhibit 4 are true, correct, and complete copies of court filings available through PACER.

The Sonoma County Superior Court documents proffered as Exhibit 5 are true, correct, and complete copies of court filings obtained by ordering them through Sonoma Marin Legal, which secured hard copies of the pleadings directly from the court clerk's office, scanned, and emailed them to us in the form in which they are included in the Exhibit volume.

The document proffered as Exhibit 6 is a true, correct, and complete copy of the Default Decision and Order, with its Attachment A, issued by the California Department of Consumer Affairs for the Bureau for Private Postsecondary Education (BPPE), obtained electronically from the BPPE website, at https://www.bppe.ca.gov/enforcement/actions/advanced_college_default_decision.pdf. See also, https://bppe.ca.gov/enforcement/actions/3013171_emergencydec.pdf.

The document proffered as Exhibit 7 is a true, correct, and complete copy of the Report, commissioned by the Office of the California Attorney General, made available on and downloaded from the Attorney General's website at the link provided in the Request for Judicial Notice and on the cover sheet to the Exhibit. The redactions on the last four pages (pp. 419-423) were part of the download.

The documents proffered as Exhibit 8 are true, correct, and complete copies of tax liens secured from the Stanislaus County Clerk-Recorder's Office. The first two pages of the Exhibit (425-426) are the receipt from the Clerk-Recorder's Office for the search/copy fees for the documents. The third and fourth pages (427-428) comprise the list of documents requested; of these, I deleted two that appeared to have been erroneously included in the documents received.

The document proffered as Exhibit 9 is a compilation of true and correct case information obtained electronically through the public portals maintained by each of the identified California superior courts, using the available Case Search or similar function. Some of the smaller counties' courts do not provide linked access to the court filings themselves (which is why it was necessary to secure the documents in Exhibit 5 by use of a courier). The federal court entries were available through PACER.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 18th day of March, 2024, at Fresno, California.

        /s/ Patience Milrod
        PATIENCE MILROD
        Attorney for Madera Coalition for
        Community Justice