**5**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>  Debtor in Possession.<br><br>Tax ID#:  23-7429117<br>Address:   1250 E. Almond Avenue<br>                   Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN:  WJH-81<br><br>Date:   April 11, 2024<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>            Courtroom 13<br>            Fresno, CA 93721<br>Judge:  Honorable René Lastreto II |

**APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES**

///

///

///

///

///

///

///

///

**SUMMARY TABLE**

| | |
|---|---|
| Name of Applicant: | Wanger Jones Helsley PC |
| Nature of Services for which Compensation is Requested: | Counsel for Debtor in Possession |
| Date of Filing of Petition under Chapter 11 of the Bankruptcy Code: | March 10, 2023 |
| Date Application for Employment Filed: | March 15, 2023 |
| Date of Entry of Order Approving Applicant's Employment: | April 18, 2023 |
| Period for which Compensation and Reimbursement of Expenses is Requested ("Application Period"): | October 16, 2023 through February 29, 2024 |
| Are Monthly Operating Reports Current? | Yes |
| Are United States Trustee Fees Current? | Yes |
| Amount of Compensation Requested as Actual, Reasonable, and Necessary During Application Period: | $263,744.00 |
| Amount of Expenses Requested as Actual, Reasonable, and Necessary During Application Period: | $5,325.86 |
| Total Amount of Compensation and Expenses Requested to be Allowed in This Application: | $269,069.86 |
| Retainer Amount on Date of this Application: | $-0- |

1. Chapter 11 Plan:

    X  A. The Chapter 11 Plan has been filed and the hearing on confirmation is set for April 16, 2024.

2. Terms and Conditions of Employment:

    Services will be billed at the hourly rates then in existence for the billing professional.

3. Source of Compensation:

    X   Debtor in Possession
    ____Third Party: _____

4. Summary of Fees Previously Allowed and Paid or Scheduled for Hearing:

| DATE | FEES ALLOWED | COSTS ALLOWED | PAYMENT DATE |
|---|---|---|---|
| 6/1/23 | $166,909.50 | $5,048.45 | 6/7/23 |
| 7/11/23 | $138,517.00 | $9,586.85 | 7/19/23 |
| 12/19/23 | $311,917.50 | $5,778.19 | 12/22/23 |

5. This application is not within 120 days of the date of the entry of the order of relief or filing date of last fee Application unless permitted by Order of Court. This Application is filed pursuant to the Compensation Procedures Order, (ECF #759).

In accordance with the Court's Compensation Procedures Order, WJH submitted three (3) monthly fee statements ("Monthly Fee Statements") seeking interim compensation and reimbursement of expenses during the Application Period. ECF Numbers 1169, 1332, and 1527. Copies of the time entries, as well as expenses were filed with the Court as exhibits to the Monthly Fee Statements and are also attached hereto as Exhibit B. Per the Compensation Procedures Order, and absent objection, WJH received 80% of fees and 100% of expenses for the Application Period covered by the Monthly Fee Statements as of the date of this hearing. By this Application, Counsel now seeks allowance of $263,744.00 of fees and $5,325.86 of expenses incurred during the Application Period, and approval for payment of **$52,748.80** in fees, which was incurred, but has not been paid due to the 20% holdback from amounts sought in its Monthly Fee Statements. A Summary of all fees and expenses included in the Application Period is as follows.

**PROJECT FEE SUMMARY:**

| Project | Total Fees Charged |
|---|---|
| Assumption/Rejection of Leases/Contracts | $9,474.50 |
| Case Administration | $14,876.50 |
| Claims Administrations and Objections | $27,003.50 |
| Estate/Business Operations | $20,911.50 |
| Fees and Employment | $8,586.00 |
| Financing | $17,124.50 |
| Litigation/Other Contested Matters | $27,928.00 |
| Plan and Disclosure Statement | $20,122.00 |
| Relief from Stay Adequate Protection | $5,380.50 |
| Sales/Transfers | $112,337.00 |
| **Total Fees Requested this Application:** | **$263,744.00** |

///

///

**EXPENSE SUMMARY:**

| Type of Expense | Amount |
|---|---|
| Postage | $1,755.84 |
| Reproduction | $2,595.75 |
| Electronic Research | $283.80 |
| Telephone Charges | $22.50 |
| Mileage/Transportation | $142.47 |
| Filing/Service Fees | $525.50 |
| **Total Expenses Requested this Application:** | **$5,325.86** |

**FEE SUMMARY**[1]

| Professional | Bar Admission Date | Hourly Rate Billed | Hours | Total Fees |
|---|---|---|---|---|
| Riley C. Walter, Attorney | 1980 | $550.00 | 208.90 | $114,895.00 |
| | | $595.00 | 154.60 | $91,987.00 |
| Kurt F. Vote, Attorney | 1992 | $450.00 | 1.40 | $630.00 |
| | | $495.00 | 0.70 | 346.50 |
| Michael Helsley, Attorney | 1998 | $435.00 | 0.50 | $217.50 |
| | | $495.00 | 0.50 | $247.50 |
| Giulio A. Sanchez, Attorney | 2017 | $325.00 | 11.40 | $3,705.00 |
| | | $360.00 | 29.20 | $10,512.00 |
| Ian J. Quinn, Attorney | 2022 | $325.00 | 78.80 | $25,350.00 |
| Benjamin C. West, Attorney | 2018 | $305.00 | 2.90 | $884.50 |
| Hannah L. Ravizza, Law Clerk | | $220.00 | 22.70 | $4,994.00 |
| Nicole Medina, Paralegal | | $190.00 | 52.50 | $9,975.00 |
| Blended Attorney Hourly Rate | $433.5 | | | |

///

---

[1] Applicant's attorney hourly rates for similar non-bankruptcy business transaction clients and the business litigation clients depend on the complexity of the case and the expertise of the attorney:
Business Transactions: $180.00 to $595.00
Business Litigation: $180.00 to $595.00

| | |
|---|---|
| **TOTAL FEES AND EXPENSES REQUESTED THIS APPLICATION** | **$269,069.86** |
| **TOTAL PAYMENT REQUESTED THIS APPLICATION** | **$52,748.80** |

### SUMMARY OF EXHIBITS

Exhibit A: Narrative Summary
Exhibit B: Itemized Billing Entries by Task Code and Expenses

Applicant hereby certifies that the foregoing Application and all attached supporting documentation is true and correct and accurately reflects services rendered and expenses incurred.

This is an interim fee application for counsel in this case.

Dated: March 19, 2024                        WANGER JONES HELSLEY

By: *Riley C. Walter* (signature)
Riley C. Walter
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital