**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#: 23-7429117<br>Address: 1250 E. Almond Avenue<br>              Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-81<br><br>Date: April 11, 2024<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>        Courtroom 13<br>        Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**NOTICE OF HEARING ON APPLICATION FOR PAYMENT
OF INTERIM FEES AND/OR EXPENSES**

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that at the above date and time Applicant will seek allowance of fees and expenses for services rendered:

    1. **Applicant information:**

    (a) Name of Applicant: Wanger Jones Helsey PC
    (b) Amount of fees requested: $263,744.00
    (c) Amount of expenses requested: $5,325.86
    (d) Address of Applicant: 265 E. River Park Circle, Ste. 310
                                                 Fresno, CA 93720
    (e) Nature of services: Counsel for Debtor in Possession

2. **Hearing information:**

(a) Date: April 11, 2024
(b) Time: 9:30 a.m.
(c) Place: 2500 Tulare Street
Fresno, CA 93721
(d) Judge: Honorable René Lastreto II

3. PLEASE TAKE NOTICE that a hearing on Wanger Jones Helsley PC's Application for Payment of Interim Fees and/or Expenses ("Application") will be held before the Honorable René Lastreto II on April 11, 2024, at 9:30 a.m., at the United States Bankruptcy Court located at 2500 Tulare Street, Fresno, California. This Application is set on twenty one days' notice pursuant to F.R.B.P. 2002(a). The Application and supporting papers are being served on the interested parties.

No interested party is required to file written opposition to a motion filed on twenty one days' notice. Any opposition to the relief requested by the Debtor shall be raised at the time of the hearing. If opposition is presented, or if there is other good cause shown, the Court may continue the hearing to permit the filing of evidence and briefs.

The court permits Zoom and CourtCall appearances. Prior to the hearing, parties appearing via Zoom or CourtCall are encouraged to review the court's Zoom Policies and Procedures or CourtCall Appearance Information which can be found at http://www.caeb.uscourts.gov/.

The Court may decide the matter in advance of the hearing and remove the matter from the calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing.

Dated: March 19, 2024

WANGER JONES HELSLEY

By: _/s/ Riley C. Walter_
Riley C. Walter
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital