**2**

WANGER JONES HELSLEY
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br>MADERA COMMUNITY HOSPITAL,<br>　　　Debtor in Possession.<br>　Tax ID#:　　23-7429117<br>　Address:　　1250 E. Almond Avenue<br>　　　　　　　Madera, CA 93637 | Case No. 23-10457<br>Chapter 11<br>DCN: WJH-81<br>Date:　April 11, 2024<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Courtroom 13<br>　　　　Fresno, CA 93721<br>Judge:　Honorable René Lastreto II |

**DECLARATION IN SUPPORT OF APPLICATION FOR
PAYMENT OF INTERIM FEES AND/OR EXPENSES**

I, Riley C. Walter, hereby declare and represent as follows:

1.　My name is Riley C. Walter. I am an attorney and maintain an office at 265 E. River Park Circle, Suite 310, Fresno, CA 93720.

2.　Wanger Jones Helsley is the attorney of record for the Debtor in Possession in the above-captioned case.

3.　I executed the Application for Payment of Fees and/or Expenses that will be filed with this Court.

I hereby declare under penalty of perjury that the information contained in the Application

1  and all attached supporting documentation is true and correct and accurately reflects services
2  rendered and expenses incurred.
3      I am over the age of eighteen and if I were called as a witness in connection with these
4  proceedings I would and could testify as set out herein.
5      I so declare and represent this 19th day of March, 2024 at Fresno, California.

*/s/ Riley C. Walter*
Riley C. Walter