**2**

WANGER JONES HELSLEY
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>　　Debtor in Possession.<br><br>Tax ID#:　　23-7429117<br>Address:　　1250 E. Almond Avenue<br>　　　　　　　Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DCN: WJH-80<br><br>[No Hearing Requested]<br><br>Judge:　　Honorable René Lastreto II |

**CERTIFICATION OF NO OBJECTION REGARDING THE MONTHLY FEE STATEMENTS OF WANGER JONES HELSLEY, AS COUNSEL FOR DEBTOR IN POSSESSION**

The undersigned counsel for Debtor in Possession hereby certifies that:

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the Monthly Fee Statement of Wanger Jones Helsley, Docket No. 1527, filed March 6, 2024.

2. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of*

*this Court,* (Docket No. 759), objections to the Monthly Fee Statement were to be filed and served no later than March 20, 2024.

3. Pursuant to the Compensation Procedures Order, the Debtors are authorized and directed to pay Wanger Jones Helsley the sum of $59,496.00, which represents the sum of 80% of $71,900.50 in fees and includes $1,975.60 in expenses, requested in the Monthly Fee Statement for the period of January 16, 2024 through February 29, 2024, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

Dated: March 21, 2024

WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter
Attorneys for Debtor and Debtor in Possession,
Madera Community Hospital