**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                                ) Case No. 23-10457 - B - 11
Madera Community Hospital,           ) Docket Control No. BPC-1
              Debtor.                ) Document No. 1459
                                     ) Date: 03/26/2024
                                     ) Time: 9:30 AM
                                     ) Dept: B
```

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 1591,

IT IS ORDERED that the motion for administrative expenses is CONTINUED to April 16, 2024, at 9:30 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: Mar 26, 2024

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[1459] - Motion/Application for Administrative Expenses [BPC-1] Filed by Creditor Siemens Financial Services, Inc. (dpas)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Madera Community Hospital
1250 E. Almond Ave.
Madera CA 93637

American Advanced Management, Inc.
Mark S. Melickian
30 North LaSalle St #3100
Chicago IL 60602

Siemens Financial Services, Inc.
Attn: Anthony J. Napolitano
1000 Wilshire Blvd., Suite 1500
Los Angeles CA 90017

Paul S. Jasper
505 Howard Street, Suite 1000
San Francisco CA 94105

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno CA 93720