BALDWIN S. MOY, SBN: 129485
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
126 NORTH B STREET
MADERA, CALIFORNIA 93638
Telephone: (559) 674-5671

Attorneys for Defendant
    SYLVIA RIVERA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MADERA

| | |
|---|---|
| MANJIT SANDHU | CASE NO. MCV061792 |
|     Plaintiff, | SUPPLEMENTAL DECLARATION OF BALDWIN S. MOY IN SUPPORT OF DEFENDANT'S MOTION TO VACATE JUDGMENT AND MOTION FOR SANCTIONS |
| vs. | |
| SYLVIA DOE, EDDIE DOE, DOES 1-10 | |
|     Defendants. | |
| | DATE: February 14, 2013 |
| | TIME: 8:30 a.m. |
| | DEPT.: 4 |

I, BALDWIN S. MOY, hereby declare:

1. I am the attorney for Defendant Sylvia Rivera.

2. At the January 14, 2012, hearing, the court reserved the matter of attorneys in Defendant's Motion to Vacate Judgment.

3. At the December 5, 2012 hearing, Plaintiff's counsel represented to the court that Defendant had been evading service and requested that the court order me to accept service of process on behalf of Defendant. The court informed counsel that it did not have the authority to do so.

4. Neither our office nor our client was served with the proof of service of the summons and complaint.

5. Prior to leaving the office on December 8, 2012, I prepared a demurrer to the complaint in the event my client was served during my absence.

6. By conservative estimates, I have expended a total of twelve (12) hours, conducting investigation, researching, preparing pleading and attending the hearings of December 21, 2012, January 14, 2012, and February 14, 2013.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on Feruary13, 2013, at Madera, California.

                                                         _____
                                                         BALDWIN S. MOY