Patience Milrod #77466
985 North Van Ness Avenue
Fresno, California 93728
Telephone: (559) 246-7239
Email: pm@patiencemilrod.com

Attorney for Madera Coalition for Community Justice

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>   Debtor in Possession.<br><br>Tax ID#: 23-6429117<br>Address: 1250 E. Almond Avenue<br>          Madera, California 93637 | Case No.: 23-10457<br><br>Chapter 11<br><br>DCN: PSJ-025<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE FOR MADERA COALITION FOR COMMUNITY JUSTICE'S OBJECTIONS TO CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Hearing Date:    April 16, 2024<br>Time:               9:30 a.m.<br>Place:              2500 Tulare Street<br>                     Courtroom 13<br>                     Fresno, California 93721<br><br>Judge:    Hon. René Lastreto II |

     I, PATIENCE MILROD, declare and say:

     I am an attorney admitted to practice in the State of California and in this Court, and in this matter representing Madera Coalition for Community Justice.

This declaration is filed in support of Madera Coalition for Community Justice's Objections and Supplemental Objections to Confirmation, Supplemental Request for Judicial Notice, and Exhibits to Supplemental Request for Judicial Notice. I compiled the Exhibits document, and attest to the truth, accuracy, and completeness of the Exhibits, as follows:

The document proffered as Exhibit 10 is a true and correct copy of the attached Notice of State Tax Lien; it was located at the website of the San Joaquin County Assessor – Recorder – County Clerk,

at https://sser.sjgov.org/Web/document/DOC3484S20?search=DOCSEARCH3032S9, and provided by that office pursuant to request.

The document proffered as Exhibit 11 is a true and correct copy of the attached Stanislaus County Treasurer – Tax Collector record of property tax delinquency; it was downloaded from the website of the Stanislaus County Treasurer – Tax Collector, at https://common3.mptsweb.com/MBC/stanislaus/tax/main/136039003000/2019/2019, last accessed April 2, 2024.

The documents proffered as Exhibit 12 are true and correct copies of the attached pleadings; they were accessed and downloaded from the Stanislaus County Superior Court Public Portal, via a case-number search at https://stanportal.stanct.org/search.

The documents proffered as Exhibit 13 are true and correct copies of the attached pivot tables; they were downloaded from California Department of Health Care Access and Information at https://data.chhs.ca.gov/dataset/ea0c8ca9-023e-46a3-b95b-b9d4ab8ec195/resource/29bacfe7-a98d-4183-9282-a5803a3d4c6e/download/hafd2021-pivot.xls.

The documents proffered as Exhibit 14 are true and correct copies of the attached pivot tables; they were downloaded from California Department of Health Care Access and Information at https://data.chhs.ca.gov/dataset/ea0c8ca9-023e-46a3-b95b-

1  b9d4ab8ec195/resource/e6a7cc46-836f-4437-8ad1-e485d6ea0514/download/hafd2022-pivot.xls.

The documents proffered as Exhibit 15 are true and correct copies of the pleading and the court records attached; they were downloaded from the Sonoma County Superior Court attorney portal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 3rd day of April, 2024, at Fresno, California.

        /s/ Patience Milrod
PATIENCE MILROD
Attorney for Madera Coalition for Community Justice