Baldwin S. Moy, (#129485)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
126 North B Street
Telephone: 559.674.5671
Email bmoy@crla.org

Counsel for
CALIFORNIA RURAL
LEGAL ASSISTANCE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRIC OF CALIFORNIA

In re:

MADERA COMMUNITY HOSPITAL,

      Debtor in Possession.

Case No.: 23-10457-B-11

DECLARATION OF BALDWIN S. MOY IN SUPPORT OF OBJECTIONS TO CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

DATE: APRIL 16, 2024
TIME: 9:30 A.M.
DEPT: COURTROOM 13
JUDGE: HON. R. LASTRETO II

I, BALDWIN S. MOY, hereby declare and represent as follows:

1. I am the supervising attorney of the Madera Regional Office of California Rural Legal Assistance (CRLA) and its lead counsel in the above matter.

2. CRLA has been the legal advocate for low-income Madera residents for the past 57 years. Affordable and accessible health care has always been a prominent part of the office's core practice from the outset.

3. After fully reviewing all the relevant documents, California Rural Legal Assistance unequivocally joins Madera Coalition for Community Justice's filing of Objections to Confirmation of

1

Second Amended Chapter 11 Plan of Liquidation Proposed by the Official Committee of Unsecured Creditors and unreservedly endorses its request for Proposed Conditions of Confirmation set forth therein.

4. Since the hospital closure, our office has continued to receive horror stories from clients and community members about themselves, family, relatives and acquaintances who have been negatively impacted by the lack of affordable and accessible health care.

5. Madera Community Hospital is the heart of the health care system of Madera County. The closure has been devastating to the community. Those left behind, include groups of ex-patients who were "traumatized" by the closure and felt abandoned, lost and hopelessness. Some of these ex-patients just gave up and failed to take any further action to get medical attention until it was absolutely necessary and sometimes not until it was too late. Others who were seen in the hospital's ER and receiving ongoing care, simply neglected follow up care altogether once the hospital was closed. And it has been much more pervasive than that and include scores of patients who were unable to access primary and preventive care until their conditions worsen to the point of requiring emergency room admission. In 2023, Fresno hospitals reported an increase of acutely ill Madera patients which confirmed this trend. The supplanting of Madera hospital care further implicates primary and preventive care. The disruption and greater distance to other health care providers have meant that less people are going to screening making it harder for them to maintain care for diseases like asthma and diabetes, etc.

6. In that connection, there are those for whom transportation is an outsized concern. Some are dissuaded from seeking needed health care due to distance and this is exacerbated by the persistent news stories about long waiting lines trailing outside of the hospitals. Others lack dependable transportation since Madera does not offer bus services to St. Agnes, Community Medical Center or Mercy Hospital. Many must resort to penny-pinching to pay relatives or friends to drive them. This has proven to be an unreliable solution due to scheduling problems and requirement of multiple drivers for

each medical visit. Often, even those who have medical coverage don't know about their ambulance transportation coverage and are reticent about requesting services.

7. It has become a recurring theme in town whenever an emergency medical service vehicle with lights and siren on speed through streets of the community, Madera holds its collective breath knowing that life and death may be on the line but not knowing whether the individual will get to a hospital in Fresno or Merced on time -- some 30 to 40 minutes away. Many Maderans have either experienced it themselves or know of someone who has a similar story of tragedy to share. Madera is a small community where everybody knows everybody. The loss, pain and misfortune are palpable and felt by everybody equally.

8. Madera County has a population of over 160,000 residents. The closure of Madera Community Hospital in 2022 has been a living nightmare for Maderans. Hundreds continue suffering in silence without the needed health care. It has been fifteen (15) months and counting. Madera deserves better and not just a stripped-down version of a hospital with an on-call emergency room and five or six beds. It needs a general acute care hospital that is capable of addressing the critical health care needs of the entire community. The current predicament is unconscionable. It is not just a failure of the respective health care and legal systems, it is a failure of humanity.

Dated: April 4, 2024

Respectfully submitted,

/s/ Baldwin S. Moy
Baldwin S. Moy,
Attorney for California Rural Legal, Inc.