**3**

**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:   rwalter@wjhattorneys.com
          iquinn@wjhattorneys.com

Attorneys for Debtor and Debtor in Possession, Madera Community Hospital

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#:    23-7429117<br>Address:    1250 E. Almond Avenue<br>            Madera, CA 93637 | Case No. 23-10457<br><br>Chapter 11<br><br>DC No.:  CAE-1<br><br>Date:    April 16, 2024<br>Time:    9:30 a.m.<br>Place:   2500 Tulare Street<br>         Courtroom 13<br>         Fresno, CA 93721<br>Judge:   Honorable René Lastreto II |

### EIGHTH STATUS CONFERENCE STATEMENT

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Madera Community Hospital ("MCH") ("Debtor") respectfully comes before the Court in response to the Order re: Chapter 11 Status Conference issued on March 15, 2023 and provides this Eighth Status Conference Statement so that the Court may be better apprised as to the status of this Chapter 11 proceeding as follows.

1.    This Eighth Status Conference Statement updates matters since the Seventh Status Conference Hearing held on February 27, 2024.

2.    MCH has been authorized to enter into a Management Services Agreement and Master Transition Agreement with American Advanced Management, Inc. ("AAM").  AAM is in the midst of

taking various steps designed to reopen the hospital facility.  MCH is assisting AAM and the Creditors' Committee by providing information intended to speed the reopening process.

3.        The confirmation hearing on the Plan proposed by the Creditors' Committee is set for hearing on April 16, 2024 at 9:30 a.m.  At this time it is unknown whether that hearing will be conducted as a status hearing or will be conducted as a final hearing.  In any event, MCH anticipates that the Plan will soon be confirmed and the Liquidating Trustee will be appointed.

4.        At the present time MCH is supplying AAM with a considerable amount of information:

(a)        An updated claims spreadsheet with the Debtor's comments as to potential objections has been provided to the Committee and AAM.

(b)        The Debtor has supplied AAM with a considerable amount of information relating to executory contracts so that AAM can make decisions about assumptions and rejections.

(c)        MCH has supplied the Committee and AAM with detailed information as to outstanding QAF funds yet to come in.

(d)        MCH has supplied the Committee and AAM with a detailed explanation of what has been done to seek FEMA funding.

5.        As of the date of this status report the Debtor has not been informed by the California Department of Public Health that the transition to AAM has been approved.

6.        As of this date the Debtor has not been informed as to whether HCAI has approved any funding under the distressed loan program.  The Debtor anticipates that some announcement will soon be made and the Debtor has already drafted a motion seeking authority to borrow.

7.        MCH is spending time aiding the Board of Trustees in understanding the respective roles of the Liquidating Trustee, MCH and AAM as matters transition to the involvement of the Liquidating Trustee and the continued takeover of business operations by AAM.

8.        Madera is responding to and supplying information to CDPH, HCAI and other regulatory authorities.

9.        A considerable amount of time is being spent working with the Creditor's Committee in supplying information concerning the Rubio claim which is set for a mediation on June 4, 2024.

EIGHTH STATUS CONFERENCE STATEMENT

10.    The Debtor is current on all administrative requirements and is administratively solvent.

11.    The Debtor now has three or fewer employees.

12.    MCH is current on all requests for medical records.

WHEREFORE, Madera Community Hospital prays that the Court be apprised accordingly.  At the status conference MCH will request a continuance to May 14, 2024 to enable the Court to monitor the transaction with AAM, monitor the Plan confirmation process and appointment of the Liquidating Trustee, and otherwise monitor the status of the administration of this estate.

Dated:  April 8, 2024                              WANGER JONES HELSLEY

By:    _Riley C. Walter_____
       Riley C. Walter
       Attorneys for Debtor in Possession

R:\Client\10538-002\PLEADINGS\C11 Status Reports\Eighth Status Report.040224.gaa.docx