**2**

| | |
|---|---|
| Paul S. Jasper, Bar No. 200138<br>PJasper@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* | RAINES FELDMAN LITTRELL LLP<br>Hamid R. Rafatjoo (SBN 181564)<br>1900 Avenue of the Stars, 19th Floor<br>Los Angeles, CA 90067<br>Telephone: 310.440.4100<br>E-mail: hrafatjoo@raineslaw.com<br><br>RAINES FELDMAN LITTRELL LLP<br>Mark S. Melickian (IL SBN 6229843)<br>30 North LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>Telephone: 312.704.9400<br>E-mail: mmelickian@raineslaw.com<br><br>*Attorneys for American Advanced Management, Inc.* |

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>    Debtor in Possession.<br><br>Tax ID#: 23-7429117<br>Address: 1250 E. Almond Avenue<br>            Madera, CA 93637 | Case No. 23-10457<br><br>Chapter: 11<br><br>**DCN:**    **PSJ-025**<br><br>Date: April 11, 2024<br>Time: 9:30 AM<br>Place: 2500 Tulare Street<br>       Courtroom 13<br>       Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**ORDER SHORTENING TIME FOR HEARING**

At Fresno, in the Eastern District of California.

The *Application for Order Shortening Time for Hearing on Joint Motion of the Official Committee of Unsecured Creditors and American Advanced Management, Inc. to Strike Objections to Confirmation Filed by Madera Coalition for Community Justice and California Rural Legal Assistance and Related Pleadings* (the "<u>Application</u>") was brought before this Court for its consideration.

The Court having reviewed the Application and the Declaration of Paul S. Jasper in support thereof, and having determined that good cause exists for granting the Application, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Application is granted.
2. The period of notice is reduced.
3. The hearing shall be set to take place as follows:
    1. Location: 2500 Tulare Street, Courtroom 13, Fresno, CA 93721
    2. Date: April 11, 2024
    3. Time: 9:30 a.m.
4. On or before April 9, 2024, Movants shall serve the prescribed limited notice list (ECF No. 116) by U.S. mail or E-mail, if known.
5. Objections to the Motion may be made at, or before, the hearing.

Presented by:

*/s/ Paul S. Jasper*
Paul S. Jasper
Co-Counsel to the Official Committee
of Unsecured Creditors

*/s/ Hamid R. Rafatjoo*
Hamid R. Rafatjoo
Counsel to American Advanced Management Inc.

IT IS SO ORDERED.

Dated: Apr 09, 2024

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

-2-     ORDER SHORTENING TIME

166251399.2