| | |
|---|---|
| **2** PERKINS COIE LLP<br>Paul S. Jasper (CA Bar No. 200138)<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone: 415.344.7000<br>Email: PJasper@perkinscoie.com | SILLS CUMMIS & GROSS P.C.<br>Andrew H. Sherman (admitted *pro hac vice*)<br>Boris I. Mankovetskiy (admitted *pro hac vice*)<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: 973.643.7000<br>Email: ASherman@sillscummis.com<br>BMankovetskiy@sillscummis.com |

*Co-Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession. | CASE NO. 23-10457<br><br>Chapter: 11<br><br>DC No.: PSJ-025<br><br>Hearing Date: April 11, 2024<br>Hearing Time: 9: 30 a.m. (Pacific Time)<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721<br>Judge: Honorable René Lastreto II |

**NOTICE OF HEARING ON JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND AMERICAN ADVANCED MANAGEMENT, INC. TO STRIKE OBJECTIONS TO CONFIRMATION FILED BY MADERA COALITION FOR COMMUNITY JUSTICE AND CALIFORNIA RURAL LEGAL ASSISTANCE AND RELATED PLEADINGS**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing on the *Joint Motion of the Official Committee of Unsecured Creditors and American Advanced Management, Inc. to Strike Objections to Confirmation Filed by Madera Coalition for Community Justice and California Rural Legal Assistance and Related Pleadings* (the "Motion") striking objections to the Second Amended Chapter 11 of Liquidation filed by Madera Coalition for Community Justice and California Rural Legal Assistance, will be held at the above captioned date, time and location pursuant to an Order Shortening Time.

166257450.1

Written opposition is not required. Opposition, if any, to the granting of the Motion may be raised at the commencement of the hearing.

PLEASE TAKE FURTHER NOTICE that Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing.

The Court permits Zoom and CourtCall appearances. Prior to the hearing, parties appearing via Zoom or CourtCall are encouraged to review the court's Zoom Policies and Procedures or CourtCall Appearance Information which can be found at http://www.caeb.uscourts.gov/.

Dated: April 9, 2024

| PERKINS COIE LLP | SILLS CUMMIS & GROSS P.C. |
|---|---|
| | Andrew H. Sherman (admitted *pro hac vice*) |
| /s/ Paul S. Jasper | Boris I. Mankovetskiy (admitted *pro hac vice*) |
| Paul S. Jasper (CA Bar No. 200138) | One Riverfront Plaza |
| 505 Howard Street, Suite 1000 | Newark, New Jersey 07102 |
| San Francisco, CA 94105 | Telephone: 973.643.7000 |
| Telephone: 415.344.7000 | Facsimile: 973.643.6500 |
| Facsimile: 415.344.7050 | Email: Asherman@sillscummis.com |
| Email: PJasper@perkinscoie.com | Bmankovetskiy@sillscummis.com |

*Co-Counsel to the Official Committee of Unsecured Creditors*

166257450.1