Patience Milrod #77466
985 North Van Ness Avenue
Fresno, California 93728
Telephone: (559) 246-7239
Email: pm@patiencemilrod.com

Attorney for Madera Coalition for Community Justice

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession.<br><br>Tax ID#: 23-6429117<br>Address: 1250 E. Almond Avenue<br>              Madera, California 93637 | Case No.: 23-10457<br><br>Chapter 11<br><br>DCN: PSJ-025<br><br>**DECLARATION OF COUNSEL IN OPPOSITION TO MOTION TO STRIKE and IN SUPPORT OF REQUEST FOR AMICUS STATUS**<br><br>Hearing Date: April 11, 2024<br>Time: 9:30 am<br>Place: 2500 Tulare Street<br>        Courtroom 13<br>        Fresno, California 93721<br>Judge: Hon. René Lastreto II |

I, PATIENCE MILROD, declare and say:

I am an attorney admitted to practice in the State of California and in this Court, and in this matter representing Madera Coalition for Community Justice.

This declaration is filed in support of Madera Coalition for Community Justice's Opposition to Motion to Strike MCCJ's Objections to Confirmation and supporting documents, and Request for Amicus Status.

Filed 04/09/24 • Case 23-10457 • Doc 1667

Attached as Exhibit A to this declaration is a true and correct copy of page 13 of the Docket for this case, downloaded this morning, highlighting the February 29, 2024 docket entry for the Court's Order Approving Disclosure Statement and Setting Hearing on Confirmation of Plan [PSJ-25], and including this language: "Confirmation hearing to be held on 4/16/2024 at 09:30 AM at Fresno Courtroom 13, Department B. **Last day to Object to Confirmation 4/5/2024**. (dpas) (Entered: 02/29/2024)." This is the information on which I relied when I filed MCCJ's request for evidentiary hearing on April 4 rather than April 2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 9th day of April, 2024, at Fresno, California.

                    /s/ Patience Milrod
                    PATIENCE MILROD
                    Attorney for Madera Coalition for Community Justice

| | | |
|---|---|---|
| 02/29/2024 | 1510 (38 pgs) | Exhibit(s) to 1509 Motion/Application for Compensation [PSJ-37] by the Law Office of Sills Cummis & Gross P.C. Creditor Comm. Aty(s) (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1509 (4 pgs) | Tenth Monthly Fee Statement Motion/Application for Compensation [PSJ-37] by the Law Office of Sills Cummis & Gross P.C. Creditor Comm. Aty(s) Filed by Creditor Co-Counsel to the Official Committee of Unsecured Creditors (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1508 (11 pgs) | Certificate/Proof of Service of 1506 Disclosure Statement, 1507 Disclosure Statement [PSJ-25] (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1507 (74 pgs) | Red-Lined Version of Chapter 11 Disclosure Statement [PSJ-25] Filed by Creditor Co-Counsel to the Official Committee of Unsecured Creditors (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1506 (86 pgs) | Red-Lined Version of Chapter 11 Disclosure Statement [PSJ-25] Filed by Creditor Co-Counsel to the Official Committee of Unsecured Creditors (dpas) Modified on 2/29/2024 (dpas). (Entered: 02/29/2024) |
| 02/29/2024 | 1505 (189 pgs) | Order Approving Disclosure Statement and Setting Hearing on Confirmation of Plan [PSJ-25]; Confirmation hearing to be held on 4/16/2024 at 09:30 AM at Fresno Courtroom 13, Department B. ==Last day to Object to Confirmation 4/5/2024.== (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1505 (189 pgs) | Order Granting 1121 Motion/Application for an Order Approving Related Matters [PSJ-25] (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1505 (189 pgs) | Order Granting 1121 Motion/Application for an Order Scheduling Hearing on Confirmation of Plan [PSJ-25] (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1505 (189 pgs) | Order Granting 1121 Motion/Application for an Order Establishing Procedures for the Solicitation and Tabulation of Votes on Plan a [PSJ-25] (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1505 (189 pgs) | Order Granting 1121 Motion/Application for an Order Approving Disclosure Statement [PSJ-25] (dpas) (Entered: 02/29/2024) |
| 02/29/2024 | 1504 (2 pgs) | Order to Continue Status Conference Re: 1 Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (Riley C. Walter) (eFilingID: 7194231) [CAE-1] ; This order is Transmitted to BNC for Service. Status Conference Status Conference to be held on 4/16/2024 at 09:30 AM at Fresno Courtroom 13, Department B (dpas) (Entered: 02/29/2024) |
| 02/28/2024 | 1503 (2 pgs) | Order to Continue Hearing Re: 334 Motion/Application to Reject Lease or Executory Contract [WJH-42] ; This order is Transmitted to BNC for Service. Hearing to be held on 3/26/2024 at 09:30 AM at Fresno Courtroom 13, Department B. (dpas) (Entered: 02/28/2024) |
| 02/28/2024 | 1502 (2 pgs) | Order to Continue Hearing Re: 301 Motion/Application to Reject Lease or Executory Contract [WJH-40] ; This order is Transmitted to BNC for Service. Hearing to be held on 3/26/2024 at 09:30 AM at Fresno Courtroom 13, Department B. (dpas) (Entered: 02/28/2024) |
| 02/28/2024 | 1501 (2 pgs) | Order to Continue Hearing Re: 230 Motion/Application to Reject Lease or Executory Contract [WJH-22] ; This order is Transmitted to BNC for Service. Hearing to be held on 3/26/2024 at 09:30 AM at Fresno Courtroom 13, Department B. (dpas) (Entered: 02/28/2024) |