Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973.643.7000
Facsimile:  973.643.6500

Paul S. Jasper, Bar No. 200138
pjasper@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:  415.344.7000
Facsimile:  415.344.7050

*Co-Counsel to the Official
Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MADERA COMMUNITY HOSPITAL,<br><br>Debtor in Possession. | Case No. 23-10457<br><br>Chapter: 11<br><br>DC No.:  PSJ-040<br><br>**CERTIFICATION OF NO OBJECTION TO TENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**<br><br>Judge: Hon. René Lastreto II<br><br>**[No Order Required]** |

The undersigned co-counsel for the Official Committee of Unsecured Creditors of the above captioned debtor and debtor-in-possession hereby certifies that:

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the *Tenth Monthly Fee Statement of FTI Consulting, Inc. as Financial Advisor to the*

166255434.1

1. *Official Committee of Unsecured Creditors for the Period February 1, 2024 Through February 29, 2024* [Docket No. 1584] (the "<u>Monthly Fee Statement</u>"), filed on March 25, 2024.

2. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court, dated August 8, 2023*, dated August 17, 2023 [Docket No. 759] (the "<u>Compensation Procedures Order</u>"), objections to the Monthly Fee Statement were to be filed and served no later than Monday, April 8, 2024.

3. Pursuant to the Compensation Procedures Order, the Debtors are authorized and directed to pay FTI Consulting, Inc. the sum of **$23,016.00**, which represents the sum of 80% of the discounted $28,770.00 of fees ($23,016.00) requested in the Monthly Fee Statement, for the period from February 1, 2024 through February 29, 2024, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

Dated: April 10, 2024

Respectfully submitted,

*/s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
pjasper@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105

Andrew H. Sherman (admitted *pro hac vice*)
asherman@sillscummis.com
Boris I. Mankovetskiy (admitted *pro hac vice*)
bmankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102

*Co-Counsel to the Official Committee of Unsecured Creditors*

166255434.1